# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

------------------------------------------------x

ARROW INTERNATIONAL, INC. and
ARROW INTERNATIONAL INVESTMENT
CORP.,

           Plaintiffs,

    v.

SPIRE BIOMEDICAL, INC.,

           Defendant.

------------------------------------------------x

Civil Action No.

05-10671

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs Arrow International, Inc. and Arrow International Investment Corp., by and through their undersigned counsel, submit this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3.

Plaintiff Arrow International Investment Corp. is a subsidiary of Plaintiff Arrow International, Inc., a publicly traded company.

> Respectfully submitted,
>
> ARROW INTERNATIONAL, INC. and
> ARROW INTERNATIONAL
> INVESTMENT CORP.,
>
> By their attorneys,
>
> _____
> Brian E. Whiteley (BBO #555683)
> C. Alex Hahn (BBO #634133)
> Scibelli, Whiteley and Stanganelli, LLP
> 50 Federal Street, 5th Floor
> Boston, MA 02110

Of counsel:

Kenneth P. George
Ira E. Silfin
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000

Dated: April 5, 2005