# UNITED STATES DISTRICT COURT

District of _____

Arrow International, Inc.
V.
Spire Biomedical, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 10671 DPW**

TO: (Name and address of Defendant)

Spire Biomedical, Inc.
One Patriots Park
Bedford, MA 01730

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Hahn, Esq.
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, 5th Floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  4-5-05

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 18, 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Carolyn Marcotte | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Per agreement between counsel, Thomas J. Engellenner, counsel for defendant Spire Corporation, agreed to accept service on behalf of Spire Corporation. I personally served Thomas J. Engellenner with the Complaint and Summons.</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $17.00 | | $17.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/18/05
         *Date*                 *Signature of Server* (Carolyn Marcotte)

50 Federal Street, Fifth Floor
*Address of Server*  Boston, MA 02110

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.