UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
ARROW INTERNATIONAL, INC. and :
ARROW INTERNATIONAL INVESTMENT :
CORP., :
: **Civil Action No. 1:05-cv-10671-DPW**
Plaintiffs, :
:
v. :
:
SPIRE BIOMEDICAL, INC., :
:
Defendant. :
------------------------------------x

## UNOPPOSED MOTION FOR ADMISSION
## OF KENNETH P. GEORGE *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Plaintiffs Arrow International, Inc. and Arrow International Investment Corp. (collectively "Arrow"), hereby move for the admission *pro hac vice* of Kenneth P. George, Esq. of Amster, Rothstein & Ebenstein, LLP, 90 Park Avenue, New York, NY 10016, to appear in this action on behalf of Arrow. In support of this Motion, the Affidavit of Kenneth P. George, Esq. is filed concurrently herewith. Further, Arrow has retained the undersigned local counsel, Scibelli, Whiteley and Stanganelli, LLP, 50 Federal Street, 5th Floor, Boston, MA 02110, to concurrently appear in this action and assist as necessary.

WHEREFORE, Arrow respectfully requests that the Court admit Kenneth P. George as counsel *pro hac vice* in the above-captioned matter.

**LOCAL RULE 7.1 CERTIFICATE**

The undersigned counsel conferred with Thomas J. Engellenner, Esq., counsel for defendant Spire Biomedical, Inc., on the subject of this motion by telephone and electronic mail on June 2, 2005, and was advised that defendant has no opposition to this motion.

Respectfully submitted,

ARROW INTERNATIONAL, INC. and
ARROW INTERNATIONAL
INVESTMENT CORP.,

By their attorneys,

Brian E. Whiteley (BBO #555683)
C. Alex Hahn (BBO #634133)
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, 5th Floor
Boston, MA 02110

-and-

Kenneth P. George (KG 1206)
Ira E. Silfin (IS 6550)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000

Dated: June 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the above document to be served upon counsel of record for defendant by U.S. Mail on June 14, 2005.

