UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ARROW INTERNATIONAL, INC. and
ARROW INTERNATIONAL INVESTMENT
CORP.,                                                  :   Civil Action No.
                                                        :
                    Plaintiffs,                         :
                                                        :
            v.                                          :
                                                        :
SPIRE BIOMEDICAL, INC.,                                 :
                                                        :
                    Defendant.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF IRA E. SILFIN

I, Ira Silfin, do depose on oath and state as follows:

1. I am an attorney at Amster, Rothstein & Ebenstein, LLP, 90 Park Avenue, New York, NY 10016.

2. I am one of the attorneys representing the Plaintiffs in the above-captioned matter.

3. I am admitted to practice in the following jurisdictions: New York State; the United States District Court for the District of Columbia; the United States District Court for the Southern District of New York; the United States District Court for the Eastern District of New York; the United States District Court for the Western District of Wisconsin; the United States District Court for the Eastern District of Wisconsin; the Federal Circuit Court of Appeals; and the Third Circuit Court of Appeals.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed this 6th of June under the pains and penalties of perjury,

_____
Ira E. Silfin