UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
ARROW INTERNATIONAL, INC. and         :
ARROW INTERNATIONAL INVESTMENT        :
CORP.,                                : Civil Action No.
                                      :
            Plaintiffs,               :
                                      :
      v.                              :
                                      :
SPIRE BIOMEDICAL, INC.,               :
                                      :
            Defendant.                :
------------------------------------x

## AFFIDAVIT OF KENNETH P. GEORGE, ESQ.

I, Kenneth P. George, do depose on oath and state as follows:

1. I am an attorney at Amster, Rothstein & Ebenstein, LLP, 90 Park Avenue, New York, NY 10016.

2. I am one of the attorneys representing the Plaintiffs in the above-captioned matter.

3. I am admitted to practice in the following jurisdictions: New York State; the United States District Court for the Southern District of New York; the United States District Court for the Eastern District of New York; and the Federal Circuit Court of Appeal.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed this 8th of June under the pains and penalties of perjury,

_____
Kenneth P. George, Esq.