UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
ARROW INTERNATIONAL, INC., and :
ARROW INTERNATIONAL INVESTMENT :
CORP., :
                Plaintiffs, :   Civil Action No.: 05-10671 DPW
:
      v. :   ECF Case
:
SPIRE BIOMEDICAL, INC., :
:
                Defendant. :
---------------------------------- x

## JOINT REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE

Plaintiffs Arrow International, Inc. and Arrow International Investment Corp. (collectively, "Arrow"), together with defendant Spire Biomedical, Inc. ("Spire") (collectively, "the Parties") hereby request a continuance of the Scheduling Conference currently scheduled for August 23, 2005.

As grounds for this request, the Parties state that in light of scheduling conflicts of counsel, not all counsel would be able to attend the August 23d conference. Further, on or about August 2, 2005, counsel for both Parties held a telephonic conference with courtroom clerk Michelle Rynne, who advised counsel that the Court was amenable to rescheduling the Scheduling Conference for September 27, 2005, at 2 p.m.

-2-

In light of the foregoing, the Parties request that the August 23d Scheduling Conference be postponed and that the Conference be rescheduled for **September 27, 2005 at 2 p.m.**

| | |
|---|---|
| Respectfully submitted,<br>ARROW INTERNATIONAL, INC. and<br>ARROW INTERNATIONAL<br>INVESTMENT CORP., | Respectfully submitted,<br>SPIRE BIOMEDICAL, INC., |
| By their attorneys, | By its attorneys, |
| /s/ C. Alex Hahn<br>Brian E. Whiteley (BBO #555683)<br>C. Alex Hahn (BBO #634133)<br>Scibelli, Whiteley and Stanganelli, LLP<br>50 Federal Street, 5th Floor<br>Boston, MA 02110 | /s/ Michelle Chassereau Jackson<br>Daniel J. Gleason (BBO #194900)<br>Thomas J. Engellenner (BBO#154460)<br>Michelle Chassereau Jackson (BBO# 654825)<br>NUTTER, McCLENNEN & FISH, LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604 |
| -and- | |
| Kenneth P. George (*Pro Hac Vice*)<br>Ira E. Silfin (*Pro Hac Vice*)<br>AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, NY 10016 | Telephone 617-439-2000<br>Facsimile 617-310-9000 |

Dated:  August 4, 2005

**1452091.1**