UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
ARROW INTERNATIONAL, INC., and          :
ARROW INTERNATIONAL INVESTMENT          :
CORP.,                                  :   Civil Action No.: 05-10671 DPW
                                        :
            Plaintiffs,                 :
                                        :   ECF Case
       v.                               :
                                        :
SPIRE BIOMEDICAL, INC.,                 :
                                        :
            Defendant.                  :
---------------------------------- x

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The plaintiffs, Arrow International, Inc., and Arrow International Investment Corp., and their counsel certify that they have conferred with a view toward establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation, and to consider resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Kathleen S. Wetzel,
Assistant Secretary
ARROW INTERNATIONAL, INC.
  and ARROW INTERNATIONAL
  INVESTMENT CORP.,
  Plaintiffs

Dated: September 8, 2005

_____
Brian E. Whiteley (BBO #555683)
C. Alex Hahn (BBO #634133)
SCIBELLI, WHITELEY AND STANGANELLI,
  LLP
50 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 227-5725
Facsimile: (617) 722-6003

-and-

318913.1

Kenneth P. George (*Pro Hac Vice*)
Ira E. Silfin (*Pro Hac Vice*)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

Dated:   September 20, 2005

318913.1