UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARROW INTERNATIONAL, INC. and )
ARROW INTERNATIONAL INVESTMENT )
CORP., )
)
Plaintiffs, )
)
v. ) C.A. No. 05-CV-10671-DPW
)
)
SPIRE BIOMEDICAL, INC., )
)
Defendant. )

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant Spire Biomedical, Inc. ("Spire") hereby certifies that appropriate corporate officers have conferred with counsel with respect to the above matter:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Daniel J. Gleason (BBO #194900)
Thomas J. Engellenner (BBO #154460)
Michelle Chassereau Jackson (BBO# 654825)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2604
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

Michael O'Dougherty
Manager of Contracts
Spire Biomedical, Inc.
One Patriots Park
Bedford, Massachusetts 01730

1463805.1