UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------x
ARROW INTERNATIONAL, INC., and :
ARROW INTERNATIONAL INVESTMENT :
CORP., : Civil Action No.: 05-10671 DPW
                Plaintiffs, :
                 : ECF Case
      v. :
                 :
SPIRE BIOMEDICAL, INC., :
                 :
              Defendant. :
------------------x

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS**

Plaintiffs Arrow International, Inc. and Arrow International Investment Corp. (collectively, "Arrow") submit this memorandum in support of their motion for an order compelling defendant Spire Biomedical, Inc. ("Spire") to produce documents. This motion is made pursuant to Fed. R. Civ. P. 37(a).

This is an action for patent infringement under 35 U.S.C. § 271 filed on April 5, 2005, alleging that the use of Spire's Pourchez RetrO™ High Flow Kink-Resistant Catheter infringes a patent owned by Arrow International Investment Corp. and exclusively licensed to Arrow International, Inc.

On July 26, 2005, Arrow served an initial set of discovery requests on Spire. Spire served its response on September 8, 2005 (Exhibit 1). As is typical in patent infringement cases, the document requests sought confidential business information from Spire, including financial and technical information. As such, Spire asserted objections to seven of nineteen document requests on the basis that the requests called for the production of confidential information. In addition, Spire asserted two catch-all objections (numbers 7 and 9) covering this same issue.

Spire also asserted numerous baseless objections. The parties discussed these objections, and in a letter dated January 9, 2006 (Exhibit 2), Spire's counsel agreed to produce many documents. In conclusion, Spire's counsel stated:

> Most of these documents are ready for inspection once the Protective Order is executed and entered by the Court.

The Court entered the Protective Order on January 30, 2006 (Docket Entry 17).

On January 31, 2006, counsel for Arrow contacted counsel for Spire in an effort to arrange an inspection of Spire's documents. Spire's counsel refused such inspection, seeking instead, and for the first time, to condition inspection on the outcome of some future discovery conference that Spire had yet to initiate regarding Arrow's response to Spire's written discovery requests, which Spire delayed serving until December 7, 2005, more than four months after Arrow's requests. The two requests have nothing at all to do with each other. Spire committed to making its documents available for production upon the entry of the Protective Order. Now – without justification – it has refused to do so. Spire has delayed the production of documents for far too long, declining, for example, to produce responsive documents on an "attorneys eyes only" basis while the particulars of the protective order were negotiated.

Because Spire has no valid basis for refusing to produce responsive documents, Arrow requests respectfully that the Court order Spire to make all responsive documents immediately available for inspection and copying pursuant to Fed. R. Civ. P. 34(b).

ARROW INTERNATIONAL, INC. and
ARROW INTERNATIONAL INVESTMENT
 CORP.,

By their attorneys,


__/s/ Brian E. Whiteley_____
Brian E. Whiteley (BBO #555683)
C. Alex Hahn (BBO #634133)
SCIBELLI, WHITELEY
 AND STANGANELLI, LLP
50 Federal Street, 5th Floor
Boston, MA 02110
Telephone:  (617) 227-5725
Facsimile:  (617) 722-6003

Kenneth P. George (*Pro Hac Vice*)
Ira E. Silfin (*Pro Hac Vice*)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone:  (212) 336-8000
Facsimile:  (212) 336-8001

## CERTIFICATE OF SERVICE

I hereby certify that, on February 1, 2006, I caused a true copy of the above document to be filed and served electronically upon the following counsel:

Thomas J. Engellenner
Daniel J. Gleason
Michelle Chassereau Jackson
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone:  (617) 439-2000
Facsimile:  (617) 310-9000

*Attorneys for Defendant Spire Biomedical, Inc.*

                                                            /s/ Brian E. Whiteley
                                                         Brian E. Whiteley