UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| ARROW INTERNATIONAL, INC. and ARROW INTERNATIONAL INVESTMENT CORP., | : : : : |
| Plaintiffs, | Civil Action No. 05-CV-10671-DPW : : |
| v. | : : |
| SPIRE BIOMEDICAL, INC., | : : |
| Defendant. | : |

---

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

Plaintiffs Arrow International, Inc. and Arrow International Investment Corp. (collectively, "Arrow") hereby withdraw the Motion to Compel Defendant to Produce Documents (the "Motion") filed on February 1, 2006, without prejudice to their rights to re-submit this motion or interpose any other discovery motion in the above matter.

As grounds for its withdrawal of the Motion, Arrow states as follows:

(1) Arrow filed the Motion because defendant Spire Biomedical, Inc. ("Spire") failed to make documents available for inspection in response to Arrow's document requests, despite previously agreeing to do so.

(2) Spire has now made certain documents available for inspection and has represented that all response documents have been produced. Although Arrow has not yet completed its review of these documents and has not yet determined whether the production is complete, Spire's production has made motion practice unnecessary on this initial issue.

313541.1

(3) Spire has not filed any opposition to Arrow's Motion, and Spire has asked, in light of its production of documents, that Arrow withdraw the pending motion.

(4) In reliance on Spire's representations as to its production of documents, Arrow is willing to withdraw the Motion, without prejudice to its right either to resubmit the pending motion or to interpose other discovery motions as necessary.

## CONCLUSION

For the reasons stated above, Plaintiffs Arrow International, Inc. and Arrow International Investment Corp. hereby withdraw the Motion to Compel Defendant to Produce Documents which they interposed on or about February 1, 2006, against defendant and Spire Biomedical, Inc without prejudice to their rights to re-submit this motion or to interpose any other discovery motion in the above matter.

Respectfully submitted,

ARROW INTERNATIONAL, INC. and
ARROW INTERNATIONAL
INVESTMENT CORP.,

By their attorneys,

_/s/____Brian E. Whiteley_____
Brian E. Whiteley (BBO #555683)
C. Alex Hahn (BBO #634133)
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, 5th Floor
Boston, MA 02110

-and-

Kenneth P. George (*Pro Hac Vice*)
Ira E. Silfin (*Pro Hac Vice*)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016

Dated: February 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that, on February 15, 2006, I caused a true copy of the above document to be filed and served electronically upon the following counsel:

Thomas J. Engellenner
Daniel J. Gleason
Michelle Chassereau Jackson
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone:  (617) 439-2000
Facsimile:  (617) 310-9000

*Attorneys for Defendant Spire Biomedical, Inc.*

   /s/ Brian E. Whiteley
   Brian E. Whiteley