# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARROW INTERNATIONAL, INC. and ARROW INTERNATIONAL INVESTMENT CORP.,<br><br>    Plaintiffs,<br><br>v.<br><br>SPIRE BIOMEDICAL, INC.,<br><br>    Defendant. | C.A. No. 05-CV-10671-DPW |

### SPIRE BIOMEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY DUE TO ABANDONMENT

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, Defendant Spire Biomedical, Inc. ("Spire"), through its attorneys, hereby moves for summary judgment declaring United States Patent No. 6,872,198 (filed Aug. 30, 2005) invalid and/or unenforceable, and for dismissal of this case with prejudice, due to the abandonment of the application for the '198 patent based on the Plaintiffs' failure to timely notify the United States Patent and Trademark Office of corresponding foreign filings. *See* 35 U.S.C. § 122(b)(2)(B)(iii) (2005).

The grounds for this motion are set forth more fully in the memorandum of law submitted herewith.

Dated:  March 22, 2006               Respectfully submitted,

                                     SPIRE BIOMEDICAL, INC.,
                                     By its attorneys,


                                      /s/ Daniel J. Gleason
                                     Daniel J. Gleason (BBO # 194900)
                                     Thomas J. Engellenner (BBO # 154460)
                                     NUTTER, McCLENNEN & FISH, LLP
                                     World Trade Center West
                                     155 Seaport Boulevard
                                     Boston, MA   02210-2604
                                     Telephone 617-439-2000
                                     Facsimile 617-310-9000


## LOCAL RULE 7.1 CERTIFICATION

I, Daniel J. Gleason, certify that I conferred with counsel for Plaintiffs Arrow International, Inc. and Arrow Investment International, Corp., by telephone on March 22, 2006. Counsel for the Plaintiffs did not assent to the herein Motion.


                                      /s/ Daniel J. Gleason
                                     Daniel J. Gleason


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Spire Biomedical, Inc.'s Motion for Summary Judgment of Invalidity Due to Abandonment was served by United States first-class mail, postage prepaid, on this 22nd day of March, 2006 upon:

| | |
|---|---|
| Brian E. Whiteley, Esquire | Kenneth P. George, Esq. |
| C. Alex Hahn, Esquire | Ira E. Silfin, Esq. |
| Scibelli, Whiteley and Stanganelli, LLP | Amster, Rothstein & Ebenstein LLP |
| 50 Federal Street, 5th Floor | 90 Park Avenue |
| Boston, MA  02110 | New York, NY  10016 |


                                      /s/ Heather B. Repicky
                                     Heather B. Repicky


1510796.1