# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

———————————————————————— )
ARROW INTERNATIONAL, INC. and )
ARROW INTERNATIONAL INVESTMENT )
CORP., )
        )
       Plaintiffs, )
        )    C.A. No. 05-CV-10671-DPW
       v. )
        )
SPIRE BIOMEDICAL, INC., )
        )
       Defendant. )
———————————————————————— )

## MEMORANDUM OF SPIRE BIOMEDICAL, INC. IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY DUE TO ABANDONMENT

Defendant Spire Medical, Inc. ("Spire") submits this memorandum of law in support of its motion for summary adjudication that U.S. Patent No. 6,872,198 (filed Aug. 30, 2002) is invalid and/or unenforceable due to the deliberate abandonment of its application by Plaintiffs Arrow International, Inc. and Arrow International Investment Corp. (collectively, "Plaintiffs"). As a result of such abandonment, the '198 patent was never, is not now, and was not at the time Plaintiffs filed suit against Spire, a valid patent. Spire therefore requests that its motion for summary judgment be granted, and that this case against Spire be dismissed, with prejudice.

## I.      CONCISE STATEMENT OF THE ISSUES PRESENTED

Spire's motion is based on the undisputed facts that (1) when the application which ostensibly became the '198 patent was filed, the inventors requested that the application not be published;[1] (2) as part of their request that their application be held in secret, the inventors certified to the United States Patent and Trademark Office (the "PTO") that the invention disclosed in the application had

———————————————————————————

[1] The section of the U.S. Patent Law that authorizes a Request for Nonpublication is 35 U.S.C. § 122(b)(2)(B)(i) (2005).

not and would not be the subject of an application in another country, or under a multilateral

international agreement, that requires publication at 18 months after filing; (3) the invention disclosed

in the '198 patent application subsequently became the subject of an international application filed

under the Patent Cooperation Treaty and corresponding foreign applications; and (4) neither Plaintiffs

(the owner and exclusive licensee of the '198 patent) nor any of the inventors of the '198 patent

informed the PTO of the filing of such foreign applications or sought to rescind the request for

nonpublication.

As a result, pursuant to 35 U.S.C. § 122(b)(2)(B)(iii), the application for the '198 patent was

abandoned by operation of law, and therefore the '198 patent based on such application should be

held invalid and/or unenforceable.

## II.    SUMMARY JUDGMENT IS APPROPRIATE IN PATENT CASES

The Federal Circuit has confirmed that summary judgment is, in patent cases, an appropriate

means for securing "the just, speedy, and inexpensive determination of [an] action," *Avia Group Int'l,*

*Inc. v. L.A. Gear California, Inc.*, 853 F.2d 1557, 1560 (Fed. Cir. 1988) (quoting *Celotex Corp. v.*

*Catrett,* 477 U.S. 317, 327 (1986)), and has affirmed numerous summary adjudications of patent

invalidity.[2]

> Summary judgment is as appropriate in a patent case as in any other.  Where no
> genuine issue of material fact remains and the movant is entitled to judgment as a
> matter of law, the court should utilize the salutary procedure of Fed. R. Civ. P. 56 to
> avoid unnecessary expense to the parties and wasteful utilization of the jury process
> and judicial resources.

*Barmag Barmer Maschinenfabrik*, 731 F.2d at 835.

To avoid summary judgment, Plaintiffs must set forth specific facts showing that there is a

genuine issue of material fact.  *Scripps Clinic & Research Found. v. Genentech, Inc.*, 927 F.2d 1565,

---

[2] *See, e.g., U.S. Gypsum Co. v. National Gypsum Co.*, 74 F.3d 1209, 1216 (Fed. Cir. 1996); *Quantum Corp. v. Rodime, PLC*, 65 F.3d 1577, 1585 (Fed. Cir. 1995); *Paragon Podiatry Lab., Inc. v. KLM Labs., Inc.*, 984 F.2d 1182, 1193 (Fed. Cir. 1993); *Ryko Mfg. v. Nu-Star, Inc.*, 950 F.2d 714, 720 (Fed. Cir. 1991); *Glaros v. H.H. Robertson Co.*, 797 F.2d 1564, 1570 (Fed. Cir. 1986); *Barmag Barmer Maschinenfabrik AG v. Murata Mach. Ltd.*, 731 F.2d 831, 840 (Fed. Cir. 1984).

1571 (Fed. Cir. 1991).  *See also Barmag Barmer Maschinenfabrik*, 731 F.2d at 836.  To meet this burden, they must do more than "merely raise some doubt as to the existence of a fact; evidence must be forthcoming from the nonmovant which would be sufficient to require submission to the jury of the dispute over the fact." *Avia Group*, 853 F.2d at 1560.  As explained further by the *Avia Group* decision:

> There is no issue for trial unless there is sufficient evidence favoring the nonmoving party for a jury to return a verdict for that party.  If the evidence [of the nonmovant] is merely colorable, or is not significantly probative, summary judgment may be granted.

*Id.*  (quoting *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249-50 (1986)) (citations omitted).

In the instant case, summary judgment is appropriate because there are no genuine issues of material fact with respect to the invalidity of the '198 patent due to the abandonment of its application.  In this regard, the file history for the '198 patent, together with the corresponding applications for foreign patents, show beyond question that a request for nonpublication was filed at the time the application for the '198 patent was filed, that foreign patent applications disclosing the invention that is the subject of the '198 patent were subsequently filed, and that Plaintiffs failed to notify the PTO of the corresponding foreign filings, as required by 35 U.S.C. § 122(b)(2)(B)(iii).  A copy of the application for the '198 patent, including the Request and Certification Under 35 U.S.C. 122(b)(2)(B)(i) and a confirmation of filing from the PTO, is attached hereto as Exhibit 1.  See also Patent Application Information Retrieval Report for the '198 Patent from the PTO as of 3/22/06, attached hereto as Exhibit 2 (which indicates that the PTO never received a request to rescind the nonpublication request).

## III.    LAW RELEVANT TO A DETERMINATION OF INVALIDITY

### A.    The Law of Abandonment Renders Plaintiffs' Patent Invalid

The application from which the '198 patent stems was abandoned by operation of law pursuant to 35 U.S.C. § 122(b).  In particular, 35 U.S.C. § 122(b)(1)(A) provides that "each

application shall be published, in accordance with procedures determined by the Director, promptly

after the expiration of a period of 18 months from the earliest filing date for which a benefit is sought

under this title."  An exception to this automatic, eighteen-month publication provision is found in 35

U.S.C. § 122(b)(2)(B)(i), which states:

> If an applicant makes a request upon filing, certifying that the invention disclosed in
> the application *has not and will not be the subject of an application filed in another*
> *country*, or under a multinational international agreement, that requires publication of
> applications 18 months after filing, the application shall not be published . . . .

(emphasis added).

Although such a nonpublication request may be rescinded by an applicant, an applicant who

has made such a request, "but who subsequently files, in a foreign country or under a multilateral

international agreement . . . , an application directed to the invention disclosed in the application filed

in the Patent and Trademark Office, *shall notify* the Director of such filing not later than 45 days after

the date of the filing of such foreign or international application."  35 U.S.C. § 122(b)(2)(B)(iii)

(emphasis added).  Indeed, "[a] failure of the applicant to provide such notice within the prescribed

period *shall result in the application being regarded as abandoned,* unless it is shown to the

satisfaction of the Director that the delay in submitting the notice was unintentional."  *Id.* (emphasis

added).

Moreover, it is clear that the onus is on the applicant to notify the PTO that a corresponding

foreign application has been filed where, as here, a nonpublication request was made with the original

U.S. patent application and a foreign application was later filed:

> 35 U.S.C. 122(b)(2)(B)(i) places the burden on the applicant to affirmatively request
> that an application not be published, and 35 U.S.C. 122(b)(2)(B)(iii) provides that an
> application is abandoned (by operation of law) if an applicant submits a
> nonpublication request, subsequently files a corresponding application in a foreign
> country, and then fails to timely notify the Office that a corresponding application has
> been filed in a foreign country.  35 U.S.C. 122(b)(2)(B) does not provide for the
> Office to determine or demonstrate whether a corresponding application has been filed
> in a foreign country or to issue reminders to applicants who filed a nonpublication
> request with their applications.

- 4 -

Changes To Implement Eighteen-Month Publication of Patent Applications, 65 Fed. Reg. 57,024,

57,045-46 (Sept. 20, 2000).

> The U.S. Patent Office Procedures manual is likewise explicit about abandonment:

> *Abandonment occurs by operation of the statute*, and the Office is unlikely to recognize when applicant has filed a counterpart application in a foreign country or under a multilateral agreement contrary to their certification to the Office. The Office would not be able to change the status of the application from pending to abandoned in the PALM system and send applicant a notice of abandonment. *As a result, if applicant failed to file a notice of foreign filing when it was required, prosecution of the application will continue and the application may issue as a patent, even though the application has become abandoned by operation of the statute . . . .*

MANUAL OF PATENT EXAMINING PROCEDURE § 1124 at 1100-19 (8th ed.) (emphasis added).

In the case at bar, a nonpublication request was made at the time of the filing of the

application for the '198 patent.  See Request and Certification Under 35 U.S.C. 122(b)(2)(B)(i),

attached hereto as Exhibit 3.  The applicants had a duty to rescind this request in the event that a

foreign application was filed.  The invention disclosed in the '198 patent subsequently became the

subject of an international application filed under the Patent Cooperation Treaty (International

Application No. PCT/US03/27078), a European patent application, and foreign patent applications

filed in China, Mexico, Canada, Australia and Japan, all of which were derived from the International

Application filed on August 28, 2003.  See **Documents evidencing Foreign** Applications, attached

hereto as Exhibits 4-10, respectively.

Despite these seven separate foreign filings, neither Plaintiffs nor any of the inventors ever

made a request to the PTO that the nonpublication request be rescinded.  In fact, the inventors of the

'198 patent were well aware of their obligation to rescind the nonpublication request upon the filing

of any such foreign applications, as shown by a checklist produced by Plaintiffs.  The checklist

confirms both (1) that applicants' legal representatives knew of their statutory obligation to notify the

PTO of foreign applications and (2) that they specifically set a reminder date noting this obligation

with respect to the '198 patent application. See Checklist of 1/8/03, attached hereto as Exhibit 11.[3]

Despite this knowledge, Plaintiffs failed to make any request to rescind and, as a result, the

application from which the '198 patent stems became abandoned by operation of law 45 days after

August 28, 2003, or on October 13, 2003.[4]

Based on Plaintiffs' abandonment of the '198 application, the '198 patent should be declared

invalid, and summary judgment should issue in favor of Spire. *See, e.g.*, *Lawman Armor Corp. v.*

*Simon*, No. 04-CV-72260, 2005 WL 1176973, at *6 (E.D. Mich. Mar. 29, 2005) (granting motion for

summary judgment of invalidity where there was no question of material fact that the application in

question had been abandoned).

**B.    A Petition for Revival Cannot Save Plaintiffs' Patent**

An application abandoned pursuant to 35 U.S.C. § 122(b)(2)(B)(iii) for failure to timely

notify the PTO of the filing of an application in a foreign country or under international treaty may

only be revived by filing a formal petition for revival *and* by making a showing that the *delay* in

notifying the PTO was "unintentional." *See* 35 U.S.C. § 122(b)(2)(B)(iii); 37 C.F.R. § 1.137(b) and

(f); Changes To Implement Eighteen-Month Publication of Patent Applications, 65 Fed. Reg. at

57,034 (Sept. 20, 2000) (explaining that an application abandoned under 35 U.S.C. §

---

[3] In particular, the checklist, which was dated January 8, 2003, contemplated August 30, 2003 as the date by which the applicants planned to file a petition to rescind the nonpublication request for the '198 patent, apparently based on their intention to file foreign applications by that date. That is, the checklist shows that the applicants intended to file a petition to rescind at the same time as they filed their foreign applications (despite the 45-day period to file). Despite their intention to file the foreign application and the petition to rescind at the same time, the checklist also noted that they had 45 days within which to file such a petition. Had Plaintiffs made their foreign filings on August 30, 2003, their petition would have been due by October 15, 2003. In fact, Plaintiffs filed their foreign applications on August 28, 2003 and thus any such petition was required to be made by October 13, 2003.

[4] Spire is not aware of published cases that apply or interpret the relatively recent provisions of 35 U.S.C. § 122(b)(2)(B)(iii). Nonetheless, cases rendering patents invalid and/or unenforceable due to: (1) the patentee's failure to pay regular maintenance fees; and (2) the patentee's failure to respond in a timely manner to office actions from the PTO provide ample precedent. *See, e.g.*, *Ray v. Lehman*, 55 F.3d 606, 610 (Fed. Cir. 1995) (affirming grant of summary judgment in favor of PTO for patentee's failure to pay maintenance fees); *Kim v. Quigg*, 718 F. Supp. 1280, 1284 (E.D. Va. 1989) (finding that denial of petition for revival after patent was abandoned for failure to respond to final rejection from PTO was proper and granting summary judgment for the defendant). In both cases, failure to comply with procedural requirements applicable to patents was held an abandonment or lapse of the applicant's rights to enforce the patent at issue against others.

122(b)(2)(B)(iii) can be revived "only on the basis of unintentional delay, and not on the basis of unavoidable delay"). "[W]hether one intends to abandon an application is irrelevant. The pertinent inquiry rather is whether the delay was intentional. Thus, a course of conduct resulting in delay that is purposefully chosen does not qualify as an unintentional delay." *Fields Hybrids, LLC v. Toyota Motor Corp.*, No. Civ.03-4121 ADM/JSM, 2005 WL 189710, at \*7 (D. Minn. Jan. 27, 2005) (finding delay between abandonment and filing of petition to revive was intentional and granting the defendant's motion for summary judgment).

Commentary in the Federal Register provides further guidance on impediments to revival, explaining that there should be few such petitions:

> Since an applicant would have to be "seriously negligent" to submit a nonpublication request on filing, subsequently file a corresponding application in a foreign country, and then unintentionally fail to timely notify the Office that a corresponding application has been filed in a foreign country, the Office expects few petitions to revive an application under the provisions of [37 C.F.R.] §1.137(f). If an applicant intentionally (or fraudulently) delays notifying the Office that a corresponding application has been filed in a foreign country, the applicant cannot revive the application under § 1.137.

Changes To Implement Eighteen-Month Publication of Patent Applications, 65 Fed. Reg. at 57,044-45 (Sept. 20, 2000).

Nearly two and a half years have passed since the '198 patent application became abandoned, with no effort by Plaintiffs (or the inventors) to attempt to revive their abandoned application. This alone should end the Court's inquiry. The passage of such a lengthy period of time should preclude Plaintiffs from asserting that their delay was unintentional.

Even had Plaintiffs submitted a request for revival, there is no basis for concluding that Plaintiffs' failure to notify the PTO was unintentional. This is especially so, given their active pursuit of foreign applications during the relevant period and the filing of this suit. During the two years following the abandonment of their patent application, Plaintiffs pursued not one but seven different foreign patent applications.

Provisions in the U.S. patent laws that address unintentional delay do not excuse the total lack of due care exhibited here. That the applicants' representatives docketed the need for a petition to rescind their nonpublication request on *January 8, 2003*, that the docket noted that the deadline for such a petition was *August 30, 2003* (in the Checklist attached hereto as Exhibit 11), that this deadline was thereafter ignored as the Plaintiffs prosecuted the '198 patent, and that Plaintiffs ran through seven different foreign filings, highlights the deliberate nature of their failure to meet the October 13, 2003 deadline. During the entire examination process before the PTO, official actions and responses, and ultimately, the payment of issue fees, Plaintiffs failed to address this unmet deadline.[5]

Even had Plaintiffs been unaware of the abandonment during the prosecution process (which is highly unlikely given the record), this fundamental flaw in the '198 patent should have been obvious to Plaintiffs and their counsel as they prepared to sue Spire nearly a year ago. Federal Rules require, at a minimum, a reasonable inquiry into whether the suit is warranted. Certainly, such an inquiry would require Plaintiffs to check the prosecution history of the patent-in-suit before filing a complaint. Moreover, even if Plaintiffs now file a petition for revival with the PTO, with their complaint already filed and this action in full swing, such request should not affect the outcome of this Court's determination on summary judgment. *See, e.g.*, *Urologix, Inc. v. Prostalund AB*, 227 F. Supp. 2d 1033, 1039-40 (E.D. Wis. 2002) (granting motion for summary judgment in favor of the defendant where patent was deemed invalid due to abandonment of its parent application, despite the plaintiff's request to delay a decision on summary judgment to allow it to petition the PTO to revive the parent application).[6] As a result, summary judgment is clearly warranted here.

---

[5] The fact that the docket reminder with the unmet *August 30, 2003* deadline was found in the file history of '198 patent produced by Plaintiffs during discovery underscores their lack of care, not only before the PTO, but with respect to pursuing this action.

[6] Significantly, in *Urologix*, as here, the plaintiff took no action to remedy the problem of abandonment prior to initiation of the litigation.

**IV.    CONCLUSION**

For all the foregoing reasons, Spire respectfully requests that the '198 patent be declared invalid and/or unenforceable, that its motion for summary judgment be granted, and that this case be dismissed, with prejudice.

Dated:  March 22, 2006                         Respectfully submitted,

                                               SPIRE BIOMEDICAL, INC.,
                                               By its attorneys,


                                                /s/ Daniel J. Gleason
                                               Daniel J. Gleason (BBO # 194900)
                                               Thomas J. Engellenner (BBO # 154460)
                                               NUTTER, McCLENNEN & FISH, LLP
                                               World Trade Center West
                                               155 Seaport Boulevard
                                               Boston, MA   02210-2604
                                               Telephone 617-439-2000
                                               Facsimile 617-310-9000


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Memorandum of Spire Biomedical, Inc. In Support of Its Motion for Summary Judgment of Invalidity Due to Abandonment was served by United States first-class mail, postage prepaid, on this 22 day of March, 2006 upon:

Brian E. Whiteley, Esquire
C. Alex Hahn, Esquire
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, 5th Floor
Boston, MA  02110

Kenneth P. George, Esquire
Ira E. Silfin, Esquire
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY  10016

                                                /s/ Heather B. Repicky
                                               Heather B. Repicky

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARROW INTERNATIONAL, INC. and ARROW INTERNATIONAL INVESTMENT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SPIRE BIOMEDICAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 05-CV-10671-DPW ) ) ) ) ) |

## Affidavit of Daniel J. Gleason

**I, Daniel J. Gleason, hereby state:**

1. **I am an attorney who is admitted to practice in the Commonwealth of Massachusetts. I am a member in good standing of the bar of the Supreme Judicial Court of Massachusetts and the United States District Court for the District of Massachusetts. This affidavit is based on my personal knowledge.**

2. **The attached exhibits are being submitted along with the Memorandum of Spire Biomedical, Inc. in support of its Motion for Summary Judgment. The exhibits are true copies of documents produced by Arrow International, Inc. and Arrow International Investment Corp. in the above entitled action.**

**Signed this 22nd day of March 2006, under the penalties of perjury.**


　　　　　　　　　　　　　　　 **/s/ Daniel J. Gleason _____**
　　　　　　　　　　　　　　　 **Daniel J. Gleason**


**1515237.1**

# EXHIBIT 1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
Washington, D.C. 20231

Sir:

## CERTIFICATE OF MAILING/EXPRESS MAIL

"Express Mail" Mailing Label Number **EL795275700US**

Date of Deposit  August 30, 2002

I hereby certify that this paper, which is a new patent application entitled **DOUBLE-Y SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS** (our file 4798-13(18.9)), and the attached fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Commissioner for Patents, Washington, D.C. 20231.

Mailed By: _Brandi A. Mitchell_
Brandi A. Mitchell

**AI 804594**

PTO/SB/35 (11-00)
Approved for ... through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **REQUEST AND CERTIFICATION UNDER 35 U.S.C. 122(b)(2)(B)(i)** | First Named Inventor | Wilson et al. |
| | Title | DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS |
| | Atty Docket Number | 4798-13(18.9) |

I hereby certify that the invention disclosed in the attached application **has not and will not be** the subject of an application filed in another country, or under a multilateral agreement, that requires publication at eighteen months after filing. I hereby request that the attached application not be published under 35 U.S.C. 122(b).

8/30/2002
Date

*Craig H. Popalis* (signature)
Signature

Craig H. Popalis

Typed or printed name

This request must be signed in compliance with 37 CFR 1.33(b) and submitted with the application **upon filing.**

Applicant may rescind this nonpublication request at any time. If applicant rescinds a request that an application not be published under 35 U.S.C. 122(b), the application will be scheduled for publication at eighteen months from the earliest claimed filing date for which a benefit is claimed.

If applicant subsequently files an application directed to the invention disclosed in the attached application in another country, or under a multilateral international agreement, that requires publication of applications eighteen months after filing, the applicant **must** notify the United States Patent and Trademark Office of such filing within forty-five (45) days after the date of the filing of such foreign or international application. **Failure to do so will result in abandonment of this application (35 U.S.C. 122(b)(2)(B)(iii)).**

Burden Hour Statement: This collection of information is required by 37 CFR 1.213(a). The information is used by the public to request that an application not be published under 35 U.S.C. 122(b) (and the PTO to process that request). Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This form is estimated to take 6 minutes to complete. This time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

AI 804595

Please type a plus sign (+) inside this ▮  ➞  |+|

PTO/SB/05 (03-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 C.F.R. 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | 4798-13(18.9) |
| First Inventor | Wilson et al. |
| Title | DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS |
| Express Mail Label No. | EL795275700US |

## APPLICATION ELEMENTS
*See MPEP chapter 600 concerning utility patent application contents.*

1. ☒ Fee Transmittal Form (e.g., PTO/SB/17)
    (Submit an original and a duplicate for fee processing)
2. ☒ Applicant claims small entity status.
    See 37 CFR 1.27.
3. ☒ Specification            [Total Pages 30 ]
    (preferred arrangement set forth below)
    - Descriptive title of the Invention
    - Cross Reference to Related Applications
    - Statement Regarding Fed sponsored R & D
    - Reference to sequence listing, a table,
      or a computer program listing appendix
    - Background of the Invention
    - Brief Summary of the Invention
    - Brief Description of the Drawings (if filed)
    - Detailed Description
    - Claim(s)
    - Abstract of the Disclosure

4. ☒ Drawing(s) (35 U.S.C.113)   [Total Sheets 10 ]
5. Oath or Declaration          [Total Pages 2 ]
    a. ☐ Newly executed (original or copy)
    b. ☐ Copy from a prior application (37 CFR 1.63 (d))
        (for a continuation/divisional with Box 18 completed)
        i. ☐ DELETION OF INVENTOR(S)
            Signed statement attached deleting inventor(s)
            named in the prior application, see 37 CFR
            1.63(d)(2) and 1.33(b).
6. ☐ Application Data Sheet. See 37 CFR 1.76

### ADDRESS TO:
Assistant Commissioner for Patents
Box Patent Application
Washington, DC 20231

7. ☐ CD-ROM or CD-R in duplicate, large table or
        Computer Program (Appendix)
8. Nucleotide and/or Amino Acid Sequence Submission
    (if applicable, all necessary)
    a. ☐ Computer Readable Form (CRF)
    b. Specification Sequence Listing on:
        i. ☐ CD-ROM or CD-R (2 copies); or
        ii. ☐ paper
    c. ☐ Statements verifying identity of above copies

### ACCOMPANYING APPLICATIONS PARTS

9. ☐ Assignment Papers (cover sheet & document(s))
10. ☐ 37 C.F.R.§3.73(b) Statement   ☐ Power of
     (when there is an assignee)        Attorney
11. ☐ English Translation Document (if applicable)
12. ☐ Information Disclosure          ☐ Copies of IDS
     Statement (IDS)/PTO-1449              Citations
13. ☐ Preliminary Amendment
14. ☐ Return Receipt Postcard (MPEP 503)
     (Should be specifically itemized)
15. ☐ Certified Copy of Priority Document(s)
     (if foreign priority is claimed)
16. ☒ Nonpublication Request under 35 U.S.C. 122
     (b)(2)(B)(i). Applicant must attach form PTO/SB/35
     or its equivalent.
17. ☒ Other: Certificate of Express Mail

---

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in a preliminary amendment, or in an Application Data Sheet under 37 CFR 1.76:
☐ Continuation   ☐ Divisional   ☒ Continuation-in-part (CIP)   of prior application No: 10 / 086,033
Prior application information:   Examiner Fredrick C. Nicolas   Group / Art Unit: 3754

For CONTINUATION or DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

## 17. CORRESPONDENCE ADDRESS

☒ Customer Number or Bar Code Label    30166    or ☐ Correspondence address below
(Insert Customer No. or Attach bar code label here)

| | |
|---|---|
| Name | Craig H. Popalis |
| | Womble Carlyle Sandridge & Rice, PLLC |
| Address | 1900 First Union Tower |
| | 300 North Greene Street |

| City | Greensboro | State | NC | Zip Code | 27301 |
|---|---|---|---|---|---|
| Country | USA | Telephone | 336-574-8099 | Fax | 336-574-4517 |

| Name (Print/Type) | Craig H. Popalis | Registration No. (Attorney/Agent) | 49,028 |
|---|---|---|---|
| Signature | *[signature]* | Date | 8/30/2002 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box Patent Application, Washington, DC 20231.

AI 804596

PTO/SB/17 (10-01)
Approved for use through 10/31/2002, OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
# for FY 2002

*Patent fees are subject to annual revision.*

**TOTAL AMOUNT OF PAYMENT**   ($)   511.00

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Wilson et al. |
| Examiner Name | |
| Group Art Unit | |
| Attorney Docket No. | 4798-13(18.9) |

## METHOD OF PAYMENT

1. ☐ The Commissioner is hereby authorized to charge indicated fees and credit any overpayments to:

Deposit Account Number: 09-0528

Deposit Account Name: Womble Carlyle

☑ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

☑ Applicant claims small entity status. See 37 CFR 1.27

2. ☑ **Payment Enclosed:**
☑ Check   ☐ Credit card   ☐ Money Order   ☐ Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 740 | 201 | 370 | Utility filing fee | 370.00 |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 510 | 207 | 255 | Plant filing fee | |
| 108 | 740 | 208 | 370 | Reissue filing fee | |
| 114 | 160 | 214 | 80 | Provisional filing fee | |

**SUBTOTAL (1)** ($) 370.00

### 2. EXTRA CLAIM FEES

| | Extra Claims | | Fee from below | Fee Paid |
|---|---|---|---|---|
| Total Claims | 31 -20** = | 11 | x 9.00 = | 99.00 |
| Independent Claims | 4 - 3** = | 1 | x 42.00 = | 42.00 |
| Multiple Dependent | | | 0.00 = | 0.00 |

| Large Entity | | Small Entity | | |
|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description |
| 103 | 18 | 203 | 9 | Claims in excess of 20 |
| 102 | 84 | 202 | 42 | Independent claims in excess of 3 |
| 104 | 280 | 204 | 140 | Multiple dependent claim, if not paid |
| 109 | 84 | 209 | 42 | ** Reissue independent claims over original patent |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent |

**SUBTOTAL (2)** ($) 141.00

**\*\*or number previously paid, if greater; For Reissues, see above**

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for *ex parte* reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 400 | 216 | 200 | Extension for reply within second month | |
| 117 | 920 | 217 | 460 | Extension for reply within third month | |
| 118 | 1,440 | 218 | 720 | Extension for reply within fourth month | |
| 128 | 1,960 | 228 | 980 | Extension for reply within fifth month | |
| 119 | 320 | 219 | 160 | Notice of Appeal | |
| 120 | 320 | 220 | 160 | Filing a brief in support of an appeal | |
| 121 | 280 | 221 | 140 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,280 | 241 | 640 | Petition to revive - unintentional | |
| 142 | 1,280 | 242 | 640 | Utility issue fee (or reissue) | |
| 143 | 460 | 243 | 230 | Design issue fee | |
| 144 | 620 | 244 | 310 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 740 | 246 | 370 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 740 | 249 | 370 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 740 | 279 | 370 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify):

*Reduced by Basic Filing Fee Paid

**SUBTOTAL (3)** ($) 0.00

AI 804597

## SUBMITTED BY

| Name (Print/Type) | Craig H. Popalis | Registration No. (Attorney/Agent) | 49,028 | Telephone | 336-574-8099 |
|---|---|---|---|---|---|
| Signature | | | | Date | 8/30/2002 |

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

RULE 63 (37 C.F.R. 1.63)
**DECLARATION FOR PATENT APPLICATION**
**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name, and I believe I am the original, first and sole inventor (if only one name listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled DOUBLE-Y SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS the specification of which (check applicable box(es)):

☒ is attached hereto.
☐ was filed on         as U.S. Application Serial No.
☐ was filed as PCT international application No. PCT/      /      on         and (if applicable to U.S. or PCT application) was amended on

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with 37 C.F.R. 1.56(a). I hereby claim foreign priority benefits under 35 U.S.C. 119/365 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed or, if no priority is claimed, before the filing date of this application:

**Prior Foreign Application(s):**

| Application Number | Country | Day/Month/Year Filed |
|---|---|---|
| | | |

I hereby claim the benefit under 35 U.S.C. §119(e) of any United States provisional application listed below:

**Prior Provisional Application(s):**

| Application Serial No. | Day/Month/Year Filed |
|---|---|
| | |

I hereby claim the benefit under 35 U.S.C. 120/365 of all prior United States and PCT international applications listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in such prior application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose material information as defined in 37 C.F.R. 1.56(a) which occurred between the filing date of the prior applications and the national or PCT international filing date of this application:

**Prior U.S./PCT Application(s):**

| Application Serial No. | Date/Month/Year Filed | Status: patented, pending, abandoned |
|---|---|---|
| 10/086,033 | 02/28/02 | Pending |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

1) Inventor's Signature _____ Date _____

| Inventor's Name (typed) | Jon | S. | Wilson | USA |
|---|---|---|---|---|
| | First | Middle Initial | Family Name | Citizenship |
| Residence (City) | Winston-Salem | | State/Foreign Country) | North Carolina |
| Post Office Address | 965 Avon Road | | Zip Code | 27104 |

2) Inventor's Signature _____ Date _____

| Inventor's Name (typed) | Carl | M. | Fleming | USA |
|---|---|---|---|---|
| | First | Middle Initial | Family Name | Citizenship |
| Residence (City) | Palm City | | State/Foreign Country) | Florida |
| Post Office Address | 1911 S.W. Wood Duck Lane | | Zip Code | 34990 |

3) Inventor's Signature _____ Date _____

| Inventor's Name (typed) | Kenneth | T. | Cassidy | USA |
|---|---|---|---|---|
| | First | Middle Initial | Family Name | Citizenship |
| Residence (City) | Mocksville | | State/Foreign Country) | North Carolina |
| Post Office Address | 866 Farmington Road | | Zip Code | 27028 |

**FOR ADDITIONAL INVENTORS, check box ☒ and attach sheet with same information and signature and date for each.**

AI 804638

**RULE 63 (37 C.F.R. 1.63)**
**DECLARATION FOR PATENT APPLICATION**
**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name, and I believe I am the original, first and sole inventor (if only one name listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled DOUBLE-Y SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS the specification of which (check applicable box(es)):

☒ is attached hereto.
☐ was filed on            as U.S. Application Serial No.
☐ was filed as PCT international application No. PCT/    /    on        and (if applicable to U.S. or PCT application) was amended on

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with 37 C.F.R. 1.56(a). I hereby claim foreign priority benefits under 35 U.S.C. 119/365 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed or, if no priority is claimed, before the filing date of this application:

**Prior Foreign Application(s):**

| Application Number | Country | Day/Month/Year Filed |
|---|---|---|
|  |  |  |

I hereby claim the benefit under 35 U.S.C. §119(e) of any United States provisional application listed below:

**Prior Provisional Application(s):**

| Application Serial No. | Day/Month/Year Filed |
|---|---|
|  |  |

I hereby claim the benefit under 35 U.S.C. 120/365 of all prior United States and PCT international applications listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in such prior application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose material information as defined in 37 C.F.R. 1.56(a) which occurred between the filing date of the prior applications and the national or PCT international filing date of this application:

| Prior U.S./PCT Application(s): Application Serial No. | Date/Month/Year Filed | Status: patented, pending, abandoned |
|---|---|---|
| 10/086,033 | 02/28/02 | Pending |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

1) Inventor's Signature _____ Date _____

   Inventor's Name (typed)  ____Ronald____  ____D.____  ____Boyd____  ____USA____
                              First      Middle Initial   Family Name      Citizenship

   Residence (City)  ____Statesboro____   State/Foreign Country  ____Georgia____

   Post Office Address  ____1912 W. Hampton Point____   Zip Code  ____30458____

2) Inventor's Signature _____ Date _____

   Inventor's Name (typed)  ____Gary____  ____S.____  ____Fleming____  ____USA____
                              First      Middle Initial   Family Name      Citizenship

   Residence (City)  ____Palm City____   State/Foreign Country  ____Florida____

   Post Office Address  ____428 S.W. Squire Johns Lane____   Zip Code  ____34990____

3) Inventor's Signature _____ Date _____

   Inventor's Name (typed)  _____  _____  _____  _____
                              First      Middle Initial   Family Name      Citizenship

   Residence (City)  _____   State/Foreign Country  _____

   Post Office Address  _____   Zip Code  _____

**FOR ADDITIONAL INVENTORS, check box ☐ and attach sheet with same information and signature and date for each.**

WINSTON 1162482v1

**AI 804639**

# DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS

## RELATED APPLICATIONS

5        This application is a continuation-in-part of pending U.S. Patent Application Serial No.

10/086,033, filed February 28, 2002, which is a continuation of pending U.S. Patent Application

Serial No.09/769,052, filed January 24, 2001.

## BACKGROUND

1. Field of the Invention

10        The present invention relates generally to medical instrumentation and more specifically

to a multi-lumen catheter including y-shaped distal and proximal ends, and including selectively

attachable hubs for selectively connecting the catheter to a fluid exchange device.

2. Description of the Prior Art

        Catheters, generally, are hollow, flexible tubes for insertion into a body cavity, duct, or

15    vessel to allow the passage of fluids or distend a passageway. Catheters are often used for

temporary or long-term dialysis treatment. Dialysis treatment provides for blood to be

withdrawn from the patient, purified, and then returned to the patient. Thus, in dialysis

treatment, catheters are used to allow passage of a patient's blood into and out of the patient's

body. For optimal performance during dialysis treatment, the catheter tips, both in-flow and out-

20    flow, should be placed in close proximity to the heart. Typically, medical personnel use either a

double lumen catheter or two single lumen catheters. Both types, however, present certain

deficiencies.

        While double lumen catheters (e.g., U.S. Pat. No. 4,895,561) allow for a single insertion

of the catheter into the desired vein, double lumen catheters typically do not permit optimal

1

WINSTON 1137095v5

AI 804598

catheter tip placement. Due to differences among patients, optimal tip position varies from patient to patient. Non-optimal tip position may significantly lower flow values, resulting in less effective dialysis treatment. For current double lumen catheters, a physician must make an estimate regarding the appropriate catheter tube length prior to beginning the procedure of

5    catheterization. Then, a subcutaneous tunnel is made from a first end, which is near the area to be catheterized, to a second end, which is the preferred end position of the hub assembly, namely, away from the neck of the patient, in order to allow for more convenient access to the dialysis treatment equipment. The catheter tube is then routed forwardly into the through the subcutaneous tunnel from the second end to the first end so that the catheter tips extend

10    outwardly from the first end of the tunnel. Either before or after tunneling, a sheath is inserted trough the first end of the tunnel and into the area to be catheterized, and the catheter tips are inserted into the sheath and the area to be catheterized. The estimated catheter tube length and subsequent forward tunneling may result in less than optimal tip placement.

With the use of two independent single lumen catheters (e.g., U.S. Pat. No. 5,776,111 to

15    Tesio) the problem of tip placement is addressed. The hub assembly of each catheter is removable from the tube and tip portion of the catheter, thereby allowing the catheter tip to be placed directly into the vein and advanced into the desired position. Then, the proximal end of the catheter can be reversed tunneled and trimmed to a desired length. Thereafter, the hub assembly is attached. Deficiencies, however, exist in this method of catheterization as well.

20    One problem associated with this method is that this method requires two separate venous insertions, namely, two tunnels and two of each accessory instrument used for the procedure. Therefore, there is increased surgical time required to place two catheters, there are two wound entry sites which doubles the risk of post-surgical infection, and the two catheters together are

2

WINSTON 1137095v5

AI 804599

significantly larger in diameter than one double lumen catheter.

Applicant's co-pending applications Serial No. 09/769,052, filed January 24, 2001, and Serial No. 10/086,033, filed February 28, 2002, disclose a multi-lumen catheter apparatus and method for inserting the apparatus in a patient. The disclosures of these co-pending applications are hereby incorporated by reference. In the disclosed apparatus and method, a multi-lumen catheter includes a selectively attachable hub assembly that allows the catheter tip to be positioned accurately within a patient's vein prior to subcutaneous tunneling. The distal end of the catheter tube is selectively attachable to the hub assembly. Accordingly, after the tips of the catheter have been accurately positioned in a patient, the other end of the catheter may be reverse tunneled under the skin of a patient. Before or after tip placement, an incision is made in the skin adjacent to the point where the protruding distal end of the catheter exits the skin. A subcutaneous tunnel is then formed having a first end at the incision and a second end exiting the skin at a point remote from the first end of the tunnel, generally as the caudal direction. A sheath dilator is inserted into the tunnel, which is partially dilated so as to accommodate a tissue in-growth stabilizing cuff. The distal end of the catheter tube is routed through the subcutaneous tunnel and the cuff seated therein, thereby stabilizing the distal portion of the catheter tube in the patient. A selectively attachable hub assembly is connected to the lumens at the distal tip of the catheter tube for subsequent connection of the catheter to a fluid exchange device, such as a dialysis machine.

While the selectively attachable hub assembly described above facilitates tunneling a multi-lumen catheter in a patient, the separable hub assembly creates the need to connect the hub to a distal end of a multi-lumen catheter tube, thereby adding an additional step to the catheter insertion/connection procedure, which increases surgical time and expense. Furthermore, the

AI 804600

hub-catheter connection provides an additional connection which may leak or separate from the catheter tube due to external loads on the hub such as by pulling or snagging. In addition, the attachable hub assembly is a relatively complex part, which makes it difficult to manufacture and, therefore, use of the hub assembly increases the cost of the catheter itself.

5        Therefore, there is a need for a multi-lumen catheter that can be inserted into a patient using a reverse tunneling technique, which permits accurate placement of the tips of the catheter into the area to be catheterized and that is selectively attachable to a fluid exchange device. The improved catheter should not required an extensive hub assembly, thus making it relatively inexpensive to manufacture and easy to insert into a patient.

10

## SUMMARY OF THE INVENTION

A multi-lumen catheter is provided for use in hemodialysis and the like. The multi-lumen catheter includes an elongated, central, multi-lumen tube portion having a distal end and a proximal end. The central tube portion has a substantially cylindrical outer shape and is
15    internally segmented into a plurality of lumens. A distal branch portion includes a plurality of single-lumen distal extension tubes. Each distal extension tube has a proximal first end and a distal second end. The proximal first end of each distal extension tube is connected to the distal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion. A proximal
20    branch portion includes a plurality of single-lumen proximal extension tubes. Each proximal extension tube has a distal first end and a proximal second end. The distal first end of each proximal extension tube is connected to the proximal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality

4

WINSTON 1137095v5

AI 804601

of lumens of the central tube portion. A plurality of selectively attachable connector hubs are provided, each connector hub being configured to be selectively attachable to the distal second end of one of the distal extension and being configured for selective connection to a fluid exchange device. Each lumen of the central tube portion and the lumens of the distal and

5    proximal extension tubes in fluid communication therewith define a flow path through the catheter. An in-growth stabilizing cuff may be affixed to an outer portion of the central tube portion.

The multi-lumen catheter may include a central tube portion having two lumens. In such a catheter, the distal branch portion includes two distal extension tubes, and the proximal branch

10    portion includes two proximal extension tubes. The catheter may be arranged such that the plurality of single-lumen distal extension tubes of the distal branch portion converge to form a distal multi-lumen connecting portion which connects to the distal end of the central tube portion, and the plurality of single-lumen proximal extension tubes comprising the proximal branch portion converge to form a proximal multi-lumen connecting portion which connects to

15    the proximal end of the central tube portion.

The central tube portion, the distal extension tubes, and the proximal extension tubes may be comprised of a fusible material, and the distal extension tubes and proximal extension tubes may be respectively fused to the distal and proximal ends of the central tube portion. The distal extension tubes may have a substantially cylindrical outer shape near their distal second

20    ends, and the proximal multi-lumen connecting portion may also have substantially cylindrical outer shape. The proximal extension tubes may have a substantially D-shaped cross-section over at least a portion of their length. Also, the proximal extension tubes may be substantially

WINSTON 1137095v5

AI 804602

parallel to each other in a free state, and the proximal second ends of the distal extension tubes may be longitudinally spaced from each other.

The multi-lumen catheter may further include a plurality of connector hubs for connecting the catheter to a fluid exchange device. Each connector hub may configured to be connected to the distal second end of one of the distal extension tubes, and configured for connection to a portion of a fluid exchange apparatus. Each of the proximal extension tubes may include a tube wall, and each of the proximal extension tubes may include at least one opening extending through its tube wall. Further, an external portion of at least one of the distal extension tubes may include indicia which indicates a discrete flow path through the catheter.. In one arrangement, the two proximal extension tubes have longitudinal axes which intersect at an included angle in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

A y-shaped catheter junction for a multi-lumen catheter is also provided. The y-shaped junction includes a dual-lumen trunk, having a substantially cylindrical outer wall, a first end, a second end, a first lumen, and a second lumen. A first single-lumen extension tube is connected to the first end of the trunk, such that the single lumen of the first single-lumen extension tube is in fluid communication with the first lumen of the trunk. A second single-lumen extension tube is connected to the first end of the trunk such that the single lumen of the second single-lumen extension tube is in fluid communication with the second lumen of the trunk. The y-shaped junction is arranged such that the first lumen of the trunk and the first extension tube define a first flow path, and the second lumen of the trunk and the second extension tube define a second flow path. The y-shaped catheter junction may also be arranged such that the first and second extension tubes have longitudinal axes which intersect at an included angle near the first end of

6

AI 804603

the trunk in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

A method of forming a multi-lumen catheter is also disclosed. The method includes attaching a first plurality of single-lumen extension tubes to a distal end of a length of multi-lumen tubing comprising a plurality of multiple lumens, and attaching a second plurality of single-lumen extension tubes to a distal end of the length of multi-lumen tubing. Each single lumen of each extension tube is in fluid communication with one of the lumens of the length of multi-lumen tubing. The length of multi-lumen tubing may include two lumens, and the first and second pluralities of extension tubes may form substantially y-shaped junctions on each end of the length of multi-lumen tubing.

The method of forming a multi-lumen catheter may include first forming a y-shaped distal junction. The process may include providing a first length of single-lumen tubing to form a distal arterial extension tube, providing a second length of single-lumen tubing to form a distal venal extension tube, providing a first length of multi-lumen tubing comprising at least an arterial lumen and a venal lumen, and having a distal end and a proximal end, attaching an end of the distal arterial extension tube to the distal end of the first length of multi-lumen tubing such that the distal arterial extension tube is in fluid communication with the arterial lumen of the first length of multi-lumen tubing, and attaching an end of the distal venal extension tube to the distal end of the first length of multi-lumen tubing such that the distal venal extension tube is in fluid communication with the venal lumen of the first length of multi-lumen tubing. The proximal end of the first length of multi-lumen tubing forms a connecting end.

A second length of multi-lumen tubing having a distal end and a proximal end is provided. The tubing includes an arterial lumen and a venal lumen. The connecting end of the

WINSTON 1137095v5

AI 804604

first length of multi-lumen tubing is connected to the distal end of the second length of multi-lumen tubing, such that the arterial extension tube of the distal junction is in fluid communication with the arterial lumen of the second length of multi-lumen tubing, and the venal extension tube of the distal junction is in fluid communication with the venal lumen of the

5    second length of multi-lumen tubing.

A y-shaped proximal junction is also formed.  This process includes providing a third length of single-lumen tubing to form a proximal arterial extension tube, and providing a fourth length of single-lumen tubing to form a proximal venal extension tube.  A third length of multi-lumen tubing is also provided which includes at least an arterial lumen and a venal lumen, and

10   has a distal end and a proximal end.  An end of the proximal arterial extension tube is attached to the distal end of the third length of multi-lumen tubing such that the proximal arterial extension tube is in fluid communication with the arterial lumen of the third length of multi-lumen tubing. Also, an end of the proximal venal extension tube is attached to the distal end of the third length of multi-lumen tubing such that the proximal venal extension tube is in fluid communication

15   with the venal lumen of the third length of multi-lumen tubing.  The distal end of the third length of multi-lumen tubing forms an attachment end.

The attachment end of the third length of multi-lumen tubing is attached to the proximal end of the second length of multi-lumen tubing, such that the arterial extension tube of the proximal junction is in fluid communication with the arterial lumen of the second length of

20   multi-lumen tubing, and the venal extension tube of the proximal junction is in fluid communication with the venal lumen of the second length of multi-lumen tubing.  The method may also include forming at least one opening in a wall of the proximal venal extension tube, and forming at least one opening in a wall of the arterial proximal extension tube.  The steps of

8

WINSTON 1137095v5

AI 804605

attaching extension tubes and lengths of multi-lumen tubing together or to each other may include heat welding or similar fusing techniques. The longitudinal axes of the distal arterial extension tube and distal venal extension tube may be arranged to intersect at an included angle in a free state in a range from about 10 degrees to about 30 degrees.

5        A method for surgically implanting a double-y shaped multi-lumen catheter into a patient is also provided. The method is suited for implanting a multi-lumen catheter having a an elongated, central, multi-lumen tube portion, a proximal end portion including a single-lumen proximal venal extension tube and a single-lumen proximal arterial extension tube each having a proximal tip, and a distal end portion including a single-lumen distal venal extension tube and a

10      single-lumen distal arterial extension tube each having a distal end. The method includes making an incision in the skin of the patient, and inserting the proximal tips of the proximal venal and arterial extension tubes through the incision and placing the proximal tips in the patient. A subcutaneous tunnel is formed having a first end proximate to the incision and a second end remote from the first end of the tunnel. The distal venal and arterial extension tubes

15      and at least a portion of the central tube portion are guided through the subcutaneous tunnel such that at least the distal ends of the distal venal and arterial extension tubes extend outwardly from the tunnel through the second end of the tunnel. At least a portion of the distal end portion of the catheter is secured to the patient such as by sutures or any other suitable means..

         When the catheter includes a stabilizing cuff, the method may further include dilating at

20      least a portion of the subcutaneous tunnel to receive the cuff. Dilation of the tunnel may be accomplished by sliding a sheath dilator along the shaft of a trocar longitudinally positioned within the tunnel. The distal end portion of the catheter is secured to the patient by seating the cuff in a dilated portion of the subcutaneous tunnel.

9

WINSTON 1137095v5

AI 804606

The catheter implanting method may further include respectively connecting the distal arterial and venal extension tubes to arterial and venal legs of a fluid exchange device. Connecting the distal arterial and venal extension tubes may include connecting the distal arterial extension tube to the arterial leg with a first connector hub, and connecting the proximal venal extension tubes to the venal leg with a second connector hub.  Inserting the proximal tips of the proximal venal and arterial extension tubes into a patient may include placing the proximal tip of the venal extension tube into a vein in the patient, and placing the proximal tip of the arterial extension tube into an artery in the patient.

These and other aspects of the invention will be made clear from a reading the following detailed description together with the drawings.


### BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1 is a perspective view of a double y-shaped multi-lumen catheter;

Figure 2 is a cross-sectional view of a distal portion of the multi-lumen catheter of Figure 1;

Figure 3 is a partially exploded detail perspective view of a distal portion of the multi-lumen catheter of Figure 1;

Figure 4 is a partially exploded detail perspective view of a proximal portion of the multi-lumen catheter of Figure 1;

Figure 5 is a cross-sectional view of a proximal portion of the multi-lumen catheter of Figure 1;

Figures 6A-6D illustrate a procedure for tunneling a multi-lumen catheter like that of Figure 1 in a patient;

10

AI 804607

Figure 7 is a partial sectional view of a sheath dilator engaged along a trocar to dilate a portion of a subcutaneous tunnel in a patient;

Figures 8A-8C are views of a connection between a distal end of the catheter and a trocar for guiding the catheter through a subcutaneous tunnel.

5

## DETAILED DESCRIPTION

For the purposes of the following description and the claims appended hereto, the relative term "proximal" refers to those portions of a catheter and those portions of components of the catheter which are nearest the insertion end of the catheter, that is, the end of the catheter that is

10  inserted into an area of a patient's body being catheterized, such as a blood vessel. Conversely, the relative term "distal" refers to those portions of a catheter and those portions of components of the catheter which are farthest from the insertion end of the catheter.

Figure 1 shows a double-Y shaped multi-lumen catheter 10 according to the present invention. The catheter 10 includes a proximal end 34 for insertion into a patient, and a distal

15  end 36 for connection to a fluid exchange device, such as a dialysis machine or the like. The catheter 10 includes an elongated, central, multi-lumen tube portion 12, a plurality of proximal single-lumen extension tubes 14, 16, and a plurality of distal single-lumen extension tubes 18, 20. In the embodiment shown, the central tube portion 12 includes an arterial lumen 5 and a venal lumen 6. In this arrangement, the catheter 10 includes a proximal venal extension tube 14

20  and a distal venal extension tube 18 in fluid communication with the venal lumen 6, and a proximal arterial extension tube 16 and a distal arterial extension tube in fluid communication with the arterial lumen 5. The catheter 10 may include a stabilizing cuff 15 affixed to an outer portion of the central tube portion 12 as shown in Figure 1. Preferably, the cuff 15 is

AI 804608

longitudinally positioned on the central tube portion 12 such that the cuff 15 will be finally positioned in a subcutaneous tunnel in a patient as described more fully below.

A construction for the distal end 36 of the multi-lumen catheter 10 is shown in Figures 1-3. As shown in Figures 2 and 3, the proximal ends 18p, 20p of the distal extension tubes 18, 20 may be connected to a distal end 12d of the central tube portion 12 by a distal multi-lumen trunk 30. The multiple lumens of the distal trunk 30 correspond in number to the multiple lumens of the central tube portion 12 and the number of distal extension tubes 18, 20. In the illustrated embodiment, the distal trunk 30 includes a venal distal trunk lumen 48, and an arterial distal trunk lumen 47 as shown in Figure 2. As shown in Figure 3, the proximal ends 18p, 20p of the distal extension tubes 18, 20 are connected to the distal end 30d of the distal trunk, thereby forming a substantially Y-shaped junction. The proximal end 30p of the distal trunk 30 is connected to the distal end 12d of the central tube portion 12 as shown in Figure 2, thereby forming a Y-shaped distal end 36. Preferably, the proximal end 30p of the distal trunk 30 is substantially cylindrical in shape, and is substantially equal in outer diameter to the outer diameter of the central tube portion 12, thereby providing a smooth transition at the juncture between the distal trunk 30 and the central tube portion 12.

As shown in Figure 2, the distal extension tubes are arranged such that an included angle "θ" exists between the longitudinal axes of the tubes 18, 20 in a free state. In a preferred arrangement, the angle "θ" ranges from about 10 degrees to about 30 degrees. The distal extension tubes 18, 20 can be arranged, however, so that the angle "θ" is any desired angle. The venal distal trunk lumen 48 is in fluid communication with the venal lumen 6 of the central tube portion 12 and the single lumen of the distal venal extension tube 18. Similarly, the arterial

12

AI 804609

distal trunk lumen 47 is in fluid communication with the arterial lumen 5 of the  and the single lumen of the distal arterial extension tube 20.

In an alternative arrangement, the distal extension tubes 18, 20 may be connected directly to the distal end 12d of the central tube portion 12 rather than to an interconnected distal trunk 5    30 (not shown). In either arrangement, the mating end portions of the distal extension tubes 18, 20, the distal end of the central tube portion 12d, and/or the distal trunk 30 are sealably fused together by heat welding or the like such that the fluid communication between the interconnecting lumens of the components is established and maintained and no leakage occurs at the connections.

10    As shown in Figures 1-3, the catheter 10 also includes selectively attachable connector hubs 72, 74 on the distal ends 18d, 20d of the distal extension tubes 18, 20. As will be described in detail below, the connector hubs 72, 74 are selectively attachable so that the connector hubs 72, 74 can be attached to and removed from the distal end 36 of the catheter 10 after insertion of the proximal end 34 of the catheter 10 into a patient, and after reverse, subcutaneous tunneling 15    of the distal end 36. As shown in Figures 1 and 2, the connector hubs 72, 74 are configured for selective sealable attachment between the distal ends 18d, 20d of the distal extension tubes 18, 20 and legs of a fluid exchange device. The connector hubs. The venal connector hub 74 is selectively attachable to the distal portion 18d of the distal venal extension tube 18, and the arterial connector hub 72 is selectively attachable to the distal portion 20d of the distal arterial 20    extension tube 20.

In one embodient as shown in Figures 1-3, the selectively attachable hubs 72, 74 are connectable with mating compression fittings 58, 60. The compression fittings may include cannulae 66, 68 and threaded male portions 62, 64 that matingly engage the distal extension

13

WINSTON 1137095v5

AI 804610

tubes 18, 20 and the connector hubs 72, 74 as shown in Figure 2. When fully engaged, the hubs

72,74 and compression fittings 58, 60 compress compression sleeves 70 about the distal portions

18d, 20d of the distal extension tubes 18, 20, thereby forming sealed connections. The

compression fittings 58, 60 may be further connected to luer-type fittings 50, 52 or the like by

5   connector tubes 54, 56. The luer-type fittings 50, 52 may then be connected to corresponding

luer-type connection mechanisms on a fluid exchange device 200. For example, the distal ends

of the luer-type fittings 50, 52 may include quarter-turn type threads for leak-tight engagement

with matching quarter-turn fittings on the venal and arterial legs of a fluid exchange device 200.

Other types of known leak-tight selectively attachable connection configurations may also be

10  used.

As shown in Figures 1 and 3, the connector hubs 72, 74 can be selectively attached to the

distal ends 18d, 20d of the distal extension tubes 18, 20. This arrangement permits the distal end

36 of the catheter 10 to be subcutaneously reverse tunneled in a patient as described more fully

below without interference from the hubs 72, 74. After the distal end of the catheter 10 is

15  subcutaneously reverse tunneled in a patient such that the distal end 36 protrudes outwardly from

the patient, the hubs 72, 74 can be backfit over the distal ends of distal extension tubes 18, 20 as

shown for hub 72 in Figure 3. The compression sleeves 70 can then be placed over the distal

ends 18d, 20d of the extension tubes 18, 20, and the sealed connections can be completed as

shown in Figure 2. The catheter 10 can then be connected to a fluid exchange device 200.

20  A construction for the proximal end 34 of the catheter 10 is shown in Figures 1, 4, and 5.

The distal ends 14d, 16d of the proximal extension tubes 14,16 may be connected to a proximal

end 12p of the central tube portion 12 by a proximal multi-lumen trunk 32. The lumens of the

proximal trunk 32 correspond in number to the multiple lumens of the central tube portion 12

14

AI 804611

and to the number of proximal extension tubes 14, 16. In the illustrated embodiment, the proximal trunk 32 includes a venal proximal trunk lumen 31, and an arterial proximal trunk lumen 33 as shown in Figure 5. As shown in Figure 4, the distal ends 14d, 16d of the proximal extension tubes 14, 16 are connected to the proximal end 32p of the proximal trunk 32, thereby

5    forming a substantially Y-shaped junction. The distal end 32d of the proximal trunk 32 is connected to the proximal end 12p of the central tube portion 12 as shown in Figure 5, thereby forming a substantially Y-shaped proximal end 34 on the catheter 10. Preferably, the distal end 32d of the proximal trunk 32 is substantially cylindrical in shape, and is substantially equal in outer diameter to the outer diameter of the central tube portion 12, thereby providing a smooth

10    transition at the juncture between the proximal trunk 32 and the central tube portion 12.

As shown in Figure 4, the proximal extension tubes are arranged such that an included angle "α" exists between the longitudinal axes of the tubes 14, 16 in a free state. In a preferred arrangement, the angle "α" is about 5 degrees in a rest position or free state. The distal extension tubes 18, 20 can be arranged, however, so that the angle "α" is any desired angle. The

15    venal proximal trunk lumen 31 is in fluid communication with the venal lumen 6 of the central tube portion 12 and the single lumen of the proximal venal extension tube 14. Similarly, the arterial proximal trunk lumen 33 is in fluid communication with the arterial lumen 5 of the central tube portion 12 and the single lumen of the proximal arterial extension tube 16.

In an alternative arrangement, the proximal extension tubes 14, 16 may be connected

20    directly to the proximal end 12p of the central tube portion 12 rather than to an interconnecting proximal trunk 32 (not shown). In either arrangement, the mating end portions of the proximal extension tubes 14, 16, the proximal end of the central tube portion 12p, and/or the proximal trunk 32 are sealably fused together, such as by heat welding or the like, such that the fluid

15

AI 804612

communication between the interconnected lumens of the components is established and maintained and no leakage occurs at the connections.

    As shown in Figures 1, 4, and 5, the proximal arterial extension tube 16 is preferably shorter in length than the proximal venal extension tube 14. For example, the proximal arterial

5    extension tube 16 may be about 4 cm shorter in length than the proximal venal extension tube 14. The resulting longitudinal spacing between the proximal tips 14p and 16p facilitates optimal proximal tip placement in a patient. As shown in Figure 4, the proximal venal extension tube 14 may include an end opening 43 in or near its proximal tip 14p. The proximal venal extension tube 14 may also include one or more transverse openings 42 in its tube wall 40. Similarly, as

10    also shown in Figure 4, the proximal arterial extension tube 16 may include an end opening 47 in or near its proximal tip 16p. The proximal arterial extension tube 16 may also include one or more transverse openings 46 in its tube wall 44. The openings 42, 43, 46, and 47 facilitate fluid flow into or out from the proximal extension tubes 14, 16.

    The hubs 72 and 74 are selectively attachable and detachable from the distal end 36 of

15    the catheter 10 to facilitate tunneling the catheter 10 in a patient. A method of installing a catheter 10 in a patient is illustrated in Figures 6A-6D. As shown in Figure 6A, an incision 100 is made in the skin of a patient. The proximal tips 14p, 16p of catheter 10 are inserted through the incision 100 and are placed at desired locations within the patient using conventional techniques, such as the Seldinger technique.

20    At this stage, the distal end 36 and distal portions of the catheter 10 extend outwardly from the incision 100. A trocar 120 or other suitable instrument is used to form a subcutaneous tunnel 102 having a first end 104, which is preferably coincident with the incision 100, and an opposed second end 106, which is remote from the first end 104, as shown in Figure 6A.

16

WINSTON 1137095v5

AI 804613

As shown in Figure 6B, the distal end 36 of the catheter 10 is inserted through the first end 104 of the tunnel 102, and the distal end 36 is guided through the tunnel 102 such that the distal end 36 extends out from the tunnel 102 at its second end 106. The distal extension tubes 18, 20 are sufficiently flexible that they may be bundled or clamped together by any suitable means to facilitate passing the Y-shaped distal end 36 of the catheter 10 through the tunnel 102.

In a preferred arrangement as shown in Figures 8A and 8B, the distal ends 18d, 20d of the distal extension tubes 18, 20 are attached to a connector 300. The proximal end of the connector 300 may include a first tip 302 and a second tip 304 as shown. The tips 302, 304 are insertable into the lumens at the distal ends 18d, 20d of the distal extension tubes 18, 20. The tips 302, 304 preferably include ribs 301 or the like to tightly engage within the distal ends 18d, 20d of the distal extension tubes 18, 20 such that the connector 300 is securely but removably attached to the extension tubes 18, 20. When the tips 302, 304 are respectively engaged in the distal extension tubes 18, 20, the connector 300 holds the distal extension tubes 18, 20 in close arrangement as shown so that the distal extension tubes 18, 20 can be simultaneously subcutaneously tunneled in a patient as described below. The distal end of the connector 300d preferably includes a bore 306 which is configured to attachably receive an insertion tip 308 of the trocar 120. The bore 306 may include threads 310 which can be engaged with mating threads 312 on the insertion tip 308 of the trocar 120. Alternatively, the bore 306 may include a collar portion 314 which snaps into a groove 309 on the insertion tip 308 of the trocar 120 as shown in Figure 8C. In this way, the distal end 300d of the connector 300 can be engaged on the insertion tip 308 of the trocar 120 to route the attached distal extension tubes 18, 20 through the subcutaneous tunnel 102 with the trocar 120. Once the distal end 36 of the catheter 10 has been

17

AI 804614

drawn through the tunnel 102, the connector 300 can be disengaged from the distal extension tubes 18, 20.

In order to provide the distal portions of the catheter 10 with a smooth and compact outer profile to facilitate passage of the distal end 36 of the catheter 10 through the tunnel 102, a

5    sheath 320 may be used as shown in Figure 8B. The sheath 320 is placed over at least a portion of the connector 300 and the distal extension tubes 18, 20. Preferably, the distal end 320d of the sheath 320 is tapered as shown. The sheath 320 and the distal portions of the catheter 10 can be drawn together through the tunnel 102 with the trocar 120. The sheath 320 is removed from the catheter 10 once the distal portions of the catheter 10 have been drawn through the tunnel 102.

10    As shown in Figure 6C, the distal end 36 of the catheter 10 is drawn from the second end 104 of the tunnel 102 such that the distal extension tubes 18, 20 and at least a portion of the central tube portion 12 extends from the second end 104 and the catheter 10 is fully tunneled in the patient. The incision 100 and the second end 104 of the tunnel are suitably treated and dressed.

15    An outer portion of the central tube portion 12 may include a tissue in-growth stabilizing cuff 15, as shown in Figure 1, for stabilizing the inserted catheter 10 in the patient. Referring to Figures 6C and 7, when the catheter 10 includes a stabilizing cuff 15, a portion 130 of tunnel 102 may be dilated to enlarge the width of the tunnel 102 to receive the cuff 15 as the catheter 10 is drawn through the tunnel 102. As shown in Figure 7, the dilated portion 130 of the tunnel is

20    preferably dilated by sliding a sheath dilator 200 over an end 42 and shaft 41 of the trocar 120 when the trocar 120 is positioned in the subcutaneous tunnel 102 as shown in Figure 6A. The sheath dilator 200 preferably includes a hollow bore 208, a tapered leading end 206, a substantially cylindrical portion 204, and a handle 202. The sheath dilator 200 is inserted

18

AI 804615

through the first end 104 of the tunnel 102 and into the tunnel 102 until the tip 206 has been inserted proximate to a cuff seating point 140 in the tunnel 102 to form a dilated portion 130 of the tunnel 102. Once the dilated portion 130 is sufficiently dilated, the sheath dilator 200 is removed from the tunnel 102 and the trocar 120. The catheter 10 is finally positioned in the tunnel 102 when the cuff 15 is seated near an end 140 of the dilated portion 130 of the tunnel 102 as shown in Figure 6C.

As shown in Figure 6D, the catheter 10 is connected to a fluid exchange device 200. The distal end 18d of the distal venal extension tube 18 is selectively attached to a venal leg 224 of the fluid exchange device 200 by connector hub 74. Similarly, the distal end 20d of the distal arterial extension tube 20 is selectively attached to an arterial leg 222 of the fluid exchange device 200 by connector hub 72. As shown in Figure 3, indicia 26 and 28 may be included on the distal extension tubes 18, 20 and/or the connector hubs 72, 74 to assist medical personnel in identifying the proper distal extension tube 18 or 20 for connection to a corresponding leg of the fluid exchange device 300. The indicia 26, 28 may be markings, colors, or any other distinctive indicator.

While this invention has been illustrated and described in accordance with a preferred embodiment, it is recognized that variations and changes may be made therein without departing from the invention as set forth in the claims. Certain modifications and improvements will occur to those skilled in the art upon a reading of the forgoing description. For example, while the multi-lumen catheter has been described with reference to a catheter with two lumens, the invention also includes multi-lumen catheters including three or more lumens as required. It should be understood that all such modifications are not contained herein for the sake of conciseness and readability, but are properly within the scope of the following claims.

19

AI 804616

What is claimed is:

1.    A multi-lumen catheter comprising:

(a)    a central, elongated, multi-lumen tube portion having a proximal end and a distal end, the central tube portion having a substantially cylindrical outer shape and being internally segmented into a plurality of lumens;

(b)    a distal branch portion comprising a plurality of single-lumen distal extension tubes, each distal extension tube having a proximal first end and a distal second end, the proximal first end of each distal extension tube being permanently connected to the distal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion;

(c)    a proximal branch portion comprising a plurality of single-lumen proximal extension tubes, each proximal extension tube having a distal first end and a proximal second end, the distal first end of each proximal extension tube being permanently connected to the proximal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion; and

(d)    a plurality of selectively attachable connector hubs, each connector hub being configured to be selectively attachable to the distal second end of one of the distal extension and being configured for selective connection to a fluid exchange device;

wherein each lumen of the central tube portion and the lumens of the distal and proximal extension tubes in fluid communication therewith define a flow path through the catheter.

20

AI 804617

2.    A multi-lumen catheter according to Claim 1, wherein the central tube portion includes two lumens, the distal branch portion includes two distal extension tubes, and the proximal branch portion includes two proximal extension tubes.

5    3.    A multi-lumen catheter according to claim 1 wherein the plurality of single-lumen distal extension tubes of the distal branch portion converge to form a distal multi-lumen connecting portion which connects to the distal end of the central tube portion, and the plurality of single-lumen proximal extension tubes comprising the proximal branch portion converge to form a proximal multi-lumen connecting portion which connects to the proximal end of the central tube

10    portion.

4.    A multi-lumen catheter according to claim 1 wherein the central tube portion, the distal extension tubes, and the proximal extension tubes are comprised of a fusible material, and the distal extension tubes and proximal extension tubes are respectively fused to the distal and

15    proximal ends of the central tube portion.

5.    A multi-lumen catheter according to claim 1 wherein the distal extension tubes have a substantially cylindrical outer shape near their distal second ends.

20    6.    A multi-lumen catheter according to claim 3 wherein the proximal extension tubes have a substantially D-shaped cross-section over at least a portion of their length.

21

WINSTON 1137095v5

AI 804618

7.    A multi-lumen catheter according to claim 3 wherein the proximal multi-lumen connecting portion has a substantially cylindrical outer shape.

8.    A multi-lumen catheter according to claim 1 wherein the proximal extension tubes are substantially parallel to each other in a free state.

9.    A multi-lumen catheter according to claim 1 wherein the at least one of the proximal extension tubes is shorter in length than at least one other proximal extension tube.

10.    A multi-lumen catheter according to claim 1 further including a stabilizing cuff affixed to an outer portion of the central tube portion.

11.    A multi-lumen catheter according to claim 1 wherein the proximal end of each selectively attachable connector hub includes a tube portion configured to be sealably inserted into a portion of a lumen at the distal second end of one of the distal extension tubes.

12.    A multi-lumen catheter according to claim 11 wherein the tube portion of each connector hub includes at least one outer circumferential step, barb, or ridge for releasably gripping a portion of a distal extension tube into which the tube portion is inserted.

13.    A multi-lumen catheter according to claim 1, wherein each of the proximal extension tubes includes a tube wall, and each of the proximal extension tubes includes at least one opening extending through its tube wall.

22

AI 804619

14.     A multi-lumen catheter according to claim 1, wherein an external portion of at least one of the distal extension tubes includes indicia, the indicia indicating a discrete flow path through the catheter.

15.     A multi-lumen catheter according to claim 2 wherein the two proximal extension tubes have longitudinal axes which intersect at an included angle in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

16.     A y-shaped catheter junction comprising:

    (a)     a dual-lumen trunk having a substantially cylindrical outer wall, a first end, a second end, a first lumen, and a second lumen;

    (b)     a first single-lumen extension tube connected to the first end of the trunk, wherein the single lumen of the first single-lumen extension tube is in fluid communication with the first lumen of the trunk; and

    (c)     a second single-lumen extension tube connected to the first end of the trunk, wherein the single lumen of the second single-lumen extension tube is in fluid communication with the second lumen of the trunk;

    wherein the first lumen of the trunk and the first extension tube define a first flow path, and the second lumen of the trunk and the second extension tube define a second flow path.

17.     A y-shaped catheter junction according to claim 16 wherein the first and second extension tubes have longitudinal axes which intersect at an included angle near a first end of the

23

WINSTON 1137095v5

AI 804620

trunk in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

18.    A method of forming a multi-lumen catheter, the method comprising permanently attaching a first plurality of single-lumen extension tubes to a distal end of a length of multi-lumen tubing comprising a plurality of multiple lumens, and permanently attaching a second plurality of single-lumen extension tubes to a distal end of the length of multi-lumen tubing, wherein each single lumen of each extension tube is in fluid communication with one of the lumens of the length of multi-lumen tubing.

19.    A method according to Claim 18, wherein the length of multi-lumen tubing includes two lumens, and the first and second pluralities of extension tubes form substantially y-shaped junctions on each end of the length of multi-lumen tubing.

20.    A method of forming a multi-lumen catheter according to Claim 19, the method comprising:

    (a)    forming a y-shaped distal junction including:

        (i)    providing a first length of single-lumen tubing to form a distal arterial extension tube;

        (ii)    providing a second length of single-lumen tubing to form a distal venal extension tube;

        (iii)    providing a first length of multi-lumen tubing comprising at least an arterial lumen and a venal lumen, and having a distal end and a proximal end;

24

AI 804621

(iv)    permanently attaching an end of the distal arterial extension tube to the distal end of the first length of multi-lumen tubing such that the distal arterial extension tube is in fluid communication with the arterial lumen of the first length of multi-lumen tubing; and

(v)    permanently attaching an end of the distal venal extension tube to the distal end of the first length of multi-lumen tubing such that the distal venal extension tube is in fluid communication with the venal lumen of the first length of multi-lumen tubing;

wherein the proximal end of the first length of multi-lumen tubing forms a connecting end;

(b)    providing a second length of multi-lumen tubing having a distal end and a proximal end, and having an arterial lumen and a venal lumen, and permanently attaching the connecting end to the distal end of the second length of multi-lumen tubing, such that the arterial extension tube of the distal junction is in fluid communication with the arterial lumen of the second length of multi-lumen tubing, and the venal extension tube of the distal junction is in fluid communication with the venal lumen of the second length of multi-lumen tubing;

(c)    forming a y-shaped proximal junction including:

(i)    providing a third length of single-lumen tubing to form a proximal arterial extension tube;

(ii)    providing a fourth length of single-lumen tubing to form a proximal venal extension tube;

(iii)    providing a third length of multi-lumen tubing comprising at least an

25

WINSTON 1137095v5

AI 804622

arterial lumen and a venal lumen, and having a distal end and a proximal end;

    (iv)    permanently attaching an end of the proximal arterial extension tube to the distal end of the third length of multi-lumen tubing such that the proximal arterial extension tube is in fluid communication with the arterial lumen of the third length of multi-lumen tubing; and

    (v)    permanently attaching an end of the proximal venal extension tube to the distal end of the third length of multi-lumen tubing such that the proximal venal extension tube is in fluid communication with the venal lumen of the third length of multi-lumen tubing;

wherein the distal end of the third length of multi-lumen tubing forms an attachment end; and

    (d)    permanently attaching the attachment end to the proximal end of the second length of multi-lumen tubing, such that the arterial extension tube of the proximal junction is in fluid communication with the arterial lumen of the second length of multi-lumen tubing, and the venal extension tube of the proximal junction is in fluid communication with the venal lumen of the second length of multi-lumen tubing;

21.    A method according to claim 20, the method further comprising forming at least one opening in a wall of the proximal venal extension tube, and forming at least one opening in a wall of the arterial proximal extension tube.

22.    A method according to claim 20 wherein permanently attaching extension tubes and

26

AI 804623

lengths of multi-lumen tubing together or to each other comprises fusing ends of the tubes or tubing together.

23.    The method of claim 19, wherein the longitudinal axes of the distal arterial extension tube and the distal venal extension tube intersect at an included angle in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

24.    A method for surgically implanting a double-y shaped multi-lumen catheter tube into a patient, the multi-lumen catheter including an elongated, central, multi-lumen tube portion, a proximal end portion including a single-lumen proximal venal extension tube and a single-lumen proximal arterial extension tube each having a proximal tip, and a distal end portion including a single-lumen distal venal extension tube and a single-lumen distal arterial extension tube each having a distal end, the method comprising:

(a)    making an incision in the skin of the patient

(b)    inserting the proximal tips of the proximal venal and arterial extension tubes through the incision and placing the proximal tips in the patient;

(c)    forming a subcutaneous tunnel having a first end proximate to the incision and a second end remote from the first end of the tunnel;

(d)    guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel such that at least the distal ends of the distal venal and arterial extension tubes extend outwardly from the tunnel through the second end of the tunnel; and

(e)    securing at least a portion of the distal end portion of the catheter to the patient.

27

AI 804624

25.     A method according to claim 24, the method further comprising respectively connecting the distal arterial and venal extension tubes to arterial and venal legs of a fluid exchange device.

26.     A method according to claim 25, wherein connecting the distal arterial and venal extension tubes to arterial and venal legs of a fluid exchange device comprises connecting the distal arterial extension tube to the arterial leg with a first connector hub, and connecting the proximal venal extension tubes to the venal leg with a second connector hub.

26.     The method of claim 23, wherein inserting the proximal tips of the proximal venal and arterial extension tubes into a patient comprises:

        placing the proximal tip of the venal extension tube into a vein in the patient; and

        placing the proximal tip of the arterial extension tube into an artery in the patient.

28.     The method of claim 24 wherein the central tube portion further includes a stabilizing cuff affixed to an outer portion of the central tube portion, the method further comprising dilating at least a portion of the subcutaneous tunnel before guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel, wherein the dilating step comprises sliding a sheath dilator along a shaft of a trocar longitudinally positioned in the tunnel.

29.     The method of claim 28 wherein securing at least a portion of the distal end portion of the catheter to the patient comprises seating the stabilizing cuff in a dilated portion of the

28

WINSTON 1137095v5

AI 804625

subcutaneous tunnel.

30.    The method of claim 24 wherein guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel comprises:

5        (a)    inserting a trocar through the subcutaneous tunnel such that an insertion tip of the trocar protrudes from the first end of the tunnel;

        (b)    connecting the distal ends of the distal venal and arterial extension tubes to a proximal end of a connector;

        (c)    connecting a proximal end of the connector to the protruding insertion tip of the

10    trocar; and

        (d)    guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel with the trocar.

31.    The method of claim 30 further comprising placing a sheath having a smooth outer

15    contour over the connector and at least portions of the venal and arterial extension tubes before guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel with the trocar.

29

WINSTON 1137095v5

AI 804626

## Abstract

A multi-lumen catheter and method for inserting same in a patient is disclosed. The catheter includes an elongated, central, multi-lumen tube portion having a proximal end and a

5    distal end. The central tube portion has a substantially cylindrical outer shape and is internally segmented into a plurality of lumens. A distal branch portion includes a plurality of single-lumen distal extension tubes. Each distal extension tube has a proximal first end and a distal second end. The proximal first end of each distal extension tube is connected to the distal end of the central tube portion such that the single lumen of each distal extension tube is in fluid

10   communication with one of the plurality of lumens of the central tube portion. A proximal branch portion includes a plurality of single-lumen proximal extension tubes. Each proximal extension tube has a distal first end and a proximal second end. The distal first end of each proximal extension tube is connected to the proximal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality

15   of lumens of the central tube portion. Each lumen of the central tube portion and the lumens of the distal and proximal extension tubes in fluid communication therewith define a flow path through the catheter. Selectively attachable hub connectors are provided for selective attachment to the distal extension tubes and connection of the catheter to a fluid exchange device.

20

30

WINSTON 1137095v5

AI 804627



FIG. 1

AI 804628



FIG. 2

AI 804629



FIG. 3

AI 804630



10

12p

12

32d

16d

32

32p

14d

46

44

16p

47

42

FIG. 4

14p

43

AI 804631



FIG. 5

AI 804632



FIG. 6A



FIG. 6B

AI 804633



FIG. 6C



FIG. 6D

AI 804634



202

204

208

200

42

100,104

10

140

130

206

41

102

106

120

FIG. 7

AI 804635



FIG. 8A

AI 804636



FIG. 8B

FIG. 8C

AI 804637



| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | DRAWINGS | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|---|
| 10/231,748 | 08/30/2002 | 3754 | 511 | 4798-13 (18.9) | 10 | 31 | 4 |

30166
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
300 N. GREENE STREET
SUITE 1900
GREENSBORO, NC 27401

**CONFIRMATION NO. 8094**
**FILING RECEIPT**

*OC000000008985473*

Date Mailed: 10/22/2002

Receipt is acknowledged of this regular Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections, facsimile number 703-746-9195. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).**

**Applicant(s)**

Jon S. Wilson, Winston-Salem, NC;
Carl M. Fleming, Palm City, FL;
Kenneth T. Cassidy, Mocksville, NC;
Ronald D. Boyd, Statesboro, GA;
Gary S. Fleming, Palm City, FL;

**Domestic Priority data as claimed by applicant**

This application is a CIP of 10/086,033 02/28/2002
which is a CON of 09/769,052 01/24/2001

**Foreign Applications**

**If Required, Foreign Filing License Granted** 10/21/2002

**Projected Publication Date:** Request for Non-Publication Acknowledged

**Non-Publication Request:** Yes

**Early Publication Request:** No

**\*\* SMALL ENTITY \*\***

AI 804591

**Title**

Double-y-shaped multi-lumen catheter with selectively attachable hubs

**Preliminary Class**

604

---

# LICENSE FOR FOREIGN FILING UNDER
## Title 35, United States Code, Section 184
## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Office of Export Administration, Department of Commerce (15 CFR 370.10 (j)); the Office of Foreign Assets Control, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

AI 804592

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**POST OFFICE TO ADDRESSEE**

EL 795275700 US

ORIGIN (POSTAL USE ONLY)

PO ZIP Code 27420

Day of Delivery ☐ Next ☐ Second
Flat Rate Envelope

Date In 8/30/02
Postage $ 17.85

Time In ☒ 12 Noon ☐ 3 PM ☐ AM ☐ PM
Return Receipt Fee

Military ☐ 2nd Day ☐ 3rd Day

Weight 13 lbs oz.
Int'l Alpha Country Code

COD Fee        Insurance Fee

N.J. Delivery ☐ Weekend ☐ Holiday
Acceptance Clerk Initials

Total Postage & Fees $ 17.85

CUSTOMER USE ONLY
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.  X274377

FROM: (PLEASE PRINT)   336 574-8062
WOMBLE CARLYLE SANDRIDGE
& RICE
300 N. GREENE ST STE 1900
GREENSBORO        NC 27401-2167

4798-13(18.9) BM

TO: (PLEASE PRINT)
COMMISSIONER FOR PATENTS
WASHINGTON        DC 20231-0001

SEE REVERSE SIDE FOR
SERVICE GUARANTEE AND LIMITS
ON INSURANCE COVERAGE

FOR PICKUP OR TRACKING CALL 1-800-222-1811    www.usps.com

---

Assistant Commissioner for Patents
Washington DC 20231

Date: Aug. 30, 2002
SN/Pat. No.
Filing/Issue Date:
Applicant/Inventor Name Wilson et al.

Kindly acknowledge receipt of the accompanying items listed below
by placing your receiving stamp hereon and return mailing:

☒ Check for $ 511 00
☒ Application Papers:
  ☒ Specification pages 30
  ☒ Number of claims 31
  ☒ Declaration
  ☐ Power of Attorney
  ☐ Assignment & fee
  ☐ Small Entity Statement
  ☒ Drawing pages 10

☐ Brief
☐ Amendment/Response
☐ Appeal
☐ IDS, PTO-1449 & ___ documents
☐ Issue fee
☐ Maintenance fee
☐ Notice to File Missing Parts Response
☒ Certificate to Express Mail
☐ OTHER (Specify)

OIPE
AUG 3 0 2002
PATENT & TRADEMARK OFFICE

Womble Carlyle Sandridge Rice - Docket No. 4798-13(18.9) BM

AI 804593

# EXHIBIT 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Patent Application
Information Retrieval

Patent Application
Information Retrieval

*Search results as of: 3-22-2006::11:27:38 E.T.*

| Search results for patent number: 6,872,198 | | | |
|---|---|---|---|
| Application Number: | 10/231,748 | Customer Number: | - |
| Filing or 371(c) Date: | 08-30-2002 | Status: | Patented Case |
| Application Type: | Utility | Status Date: | 03-09-2005 |
| Examiner Name: | RODRIGUEZ, CRIS LOIREN | Location: | ELECTRONIC |
| Group Art Unit: | 3763 | Location Date: | - |
| Confirmation Number: | 8094 | Earliest Publication No: | - |
| Attorney Docket Number: | 4798-13(18.9) | Earliest Publication Date: | - |
| Class/ Sub-Class: | 604/513 | Patent Number: | 6,872,198 |
| First Named Inventor: | Jon Wilson, Winston-Salem, NC (US) | Issue Date of Patent: | 03-29-2005 |
| Title Of Invention: | DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS | | |

**Search Options**

| |
|---|
| Continuity Data |
| Image File Wrapper |
| Maintenance Fees - Retrieve fees to pay |
| Maintenance Fees - View payment windows |
| Maintenance Statement - View 04 year payment window |
| Maintenance Statement - View 08 year payment window |
| Maintenance Statement - View 12 year payment window |
| Patent Term Adjustment History |
| Published Documents |

*Maintenance Fees Available: Mon-Fri 5:30 AM to Midnight, Sat-Sun-Hol. 7:30 AM to 8:00 PM E.T.*

| File History | |
|---|---|
| Date | Contents Description |
| 03-29-2005 | Recordation of Patent Grant Mailed |
| 03-09-2005 | Issue Notification Mailed |
| 03-29-2005 | Patent Issue Date Used in PTA Calculation |
| 03-01-2005 | Receipt into Pubs |
| 02-28-2005 | Dispatch to FDC |
| 02-28-2005 | Application Is Considered Ready for Issue |
| 12-30-2004 | Issue Fee Payment Verified |
| 12-30-2004 | Statement Filed Indicating a Loss of Entitlement to Small Entity Status |
| 02-22-2005 | Receipt into Pubs |
| 11-04-2004 | Reference capture on IDS |
| 11-04-2004 | Information Disclosure Statement (IDS) Filed |
| 12-30-2004 | Issue Fee Payment Received |
| 12-28-2004 | Mail Miscellaneous Communication to Applicant |
| 12-22-2004 | Miscellaneous Communication to Applicant - No Action Count |
| 12-16-2004 | Workflow - File Sent to Contractor |
| 12-09-2004 | Mail Notice of Allowance |
| 12-07-2004 | Notice of Allowance Data Verification Completed |
| 03-03-2004 | Information Disclosure Statement (IDS) Filed |
| 11-19-2004 | Date Forwarded to Examiner |
| 03-03-2004 | Request for Continued Examination (RCE) |
| 11-19-2004 | DISPOSAL FOR A RCE/CPA/129 (express abandonment if CPA) |
| 07-08-2004 | Correspondence Address Change |
| 03-03-2004 | Workflow - Request for RCE - Finish |
| 06-22-2004 | Receipt into Pubs |
| 05-28-2004 | Receipt into Pubs |
| 05-25-2004 | Workflow - Customer Service Request - Finish |
| 05-25-2004 | Workflow - Customer Service Request - Begin |
| 04-13-2004 | Receipt into Pubs |
| 03-29-2004 | Mail Response to 312 Amendment (PTO-271) |
| 03-29-2004 | Response to Amendment under Rule 312 |
| 02-13-2004 | Amendment after Notice of Allowance (Rule 312) |
| 03-03-2004 | Workflow - Request for RCE - Begin |
| 03-01-2004 | Receipt into Pubs |
| 02-12-2004 | Receipt into Pubs |
| 02-11-2004 | Workflow - File Sent to Contractor |
| 02-11-2004 | Receipt into Pubs |
| 02-11-2004 | Receipt into Pubs |
| 02-09-2004 | Dispatch to Publications |

| 02-06-2004 | Mail Notice of Allowance |
|---|---|
| 02-05-2004 | Notice of Allowance Data Verification Completed |
| 02-05-2004 | Case Docketed to Examiner in GAU |
| 09-02-2003 | Correspondence Address Change |
| 09-03-2003 | Change in Power of Attorney (May Include Associate POA) |
| 01-02-2003 | Information Disclosure Statement (IDS) Filed |
| 07-02-2003 | Case Docketed to Examiner in GAU |
| 03-13-2003 | Transfer Inquiry to GAU |
| 01-15-2003 | Application Dispatched from OIPE |
| 01-14-2003 | Application Is Now Complete |
| 12-23-2002 | Additional Application Filing Fees |
| 12-23-2002 | A statement by one or more inventors satisfying the requirement under 35 USC 115, Oath of the Applic |
| 10-22-2002 | Notice Mailed--Application Incomplete--Filing Date Assigned |
| 09-11-2002 | IFW Scan & PACR Auto Security Review |
| 08-30-2002 | Initial Exam Team nn |

# EXHIBIT 3

PTO/SB/35 (11-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office, U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| REQUEST AND CERTIFICATION UNDER 35 U.S.C. 122(b)(2)(B)(i) | First Named Inventor | Wilson et al. |
|---|---|---|
| | Title | DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS |
| | Atty Docket Number | 4798-13(18.9) |

I hereby certify that the invention disclosed in the attached application **has not and will not be** the subject of an application filed in another country, or under a multilateral agreement, that requires publication at eighteen months after filing. I hereby request that the attached application not be published under 35 U.S.C. 122(b).

8/30/2002
Date

_Craig H. Popalis_
Signature

Craig H. Popalis

Typed or printed name

This request must be signed in compliance with 37 CFR 1.33(b) and submitted with the application **upon filing.**

Applicant may rescind this nonpublication request at any time. If applicant rescinds a request that an application not be published under 35 U.S.C. 122(b), the application will be scheduled for publication at eighteen months from the earliest claimed filing date for which a benefit is claimed.

If applicant subsequently files an application directed to the invention disclosed in the attached application in another country, or under a multilateral international agreement, that requires publication of applications eighteen months after filing, the applicant **must** notify the United States Patent and Trademark Office of such filing within forty-five (45) days after the date of the filing of such foreign or international application. **Failure to do so will result in abandonment of this application (35 U.S.C. 122(b)(2)(B)(iii)).**

Burden Hour Statement: This collection of information is required by 37 CFR 1.213(a). The information is used by the public to request that an application not be published under 35 U.S.C. 122(b) (and the PTO to process that request). Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This form is estimated to take 6 minutes to complete. This time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

AI 804595

# EXHIBIT 4

FILED 8-28-03
BASED ON APPLICATION
SERIAL NO. 10/234,746
ASSIGNMENT (3600-244)

SERIAL NO. PCT/US03/27078
FILED 8/30/2002

PATENT NO.
ISSUED
PUBLISHED WO2004/20677
OR DESIGNATED 3/11/04
TERM
YEARS FROM

FILE NO. 3600-274

COUNTRY PCT

INVENTOR JON S. WILSON, ET AL

TITLE DOUBLE Y-SHAPED MULTI
LUMEN CATHETER WITH...

CLIENT ARROW INTERNATIONAL

ATTORNEYS KPG & MPK

NAME OF FOREIGN AGENT

ADDRESS

**OFFICE ACTIONS / AMENDMENTS**

Chapter II Exam Due 3.30.04   m 3.30.04
Chapter II Due (20 mo) 4.30.04   m 3.30.04
Chapter II Due (30 mo) 2.28.05
Inv. to corr. defects Due 11.14.03
Inv. to corr. priority claim Due 12.30.03   m.11.14.03
Art 19 Due 8.24.04   Not filing
Written Opinion Resp Due 11.3.04

ABANDONED

STAMP "ABANDONED" IF ABANDONED

TRANSFERRED

STAMP "TRANSFERRED" IF TRANSFERRED

AMSTER, ROTHSTEIN & EBENSTEIN
COUNSELORS AT LAW
90 PARK AVENUE
NEW YORK, NEW YORK 10016

| TAKES/yr. | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Due | | | | | | | | | | | | | | | | | | | |
| Authorized | | | | | | | | | | | | | | | | | | | |
| Receipt Dated | | | | | | | | | | | | | | | | | | | |
| Working | | | | | | | | | | | | | | | | | | | |
| Due | | | | | | | | | | | | | | | | | | | |
| Authorized | | | | | | | | | | | | | | | | | | | |
| Effected | | | | | | | | | | | | | | | | | | | |

AI 800440

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property
Organization
International Bureau



(43) International Publication Date
11 March 2004 (11.03.2004)          PCT

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

(10) International Publication Number
**WO 2004/020019  A2**

(51) International Patent Classification⁷:          **A61M**

(21) International Application Number:
PCT/US2003/027078

(22) International Filing Date:  28 August 2003 (28.08.2003)

(25) Filing Language:                          English

(26) Publication Language:                    English

(30) Priority Data:
10/231,748     30 August 2002 (30.08.2002)   US

(71) Applicant:     **ARROW INTERNATIONAL, INC.**
[US/US]; 2400 Bernville Road, Reading, PA 195605 (US).

(72) Inventors:  **WILSON, Jon, S.**; 965 Avon Road, Winston-Salem, NC 27104 (US). **GARY, Fleming, S.**; 428 S.W. Squire Johns Lane, Palm City, FL 34990 (US). **FLEMING, Carl, M.**; 953 S.E. McArthur Boulevard, Stuart, FL 34996 (US). **CASSIDY, Kenneth, T.**; 866 Farmington Road, Mocksville, NC 27028 (US). **BOYD, Ronald, D.**; 1912 W. Hampton Point, Statesboro, GA 30458 (US).

(74) Agents: KENNEY, Michael, P. et al.; Amster, Rothstein & Ebenstein, 90 Park Avenue, New York, NY 10016 (US).

(81) Designated States (national): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, OM, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, TJ, TM, TN, TR, TT, TZ, UA, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States (regional): ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IT, LU, MC, NL, PT, RO, SE, SI, SK, TR), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
—   *without international search report and to be republished upon receipt of that report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

(54) Title: DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS

(57) Abstract: A multi-lumen catheter and method for inserting same in a patient is disclosed. The catheter includes an elongated, central, multi-lumen tube portion having a proximal end and a distal end. The central tube portion has a substantially cylindrical outer shape and is internally segmented into a plurality of lumens. A distal branch portion includes a plurality of single-lumen distal extension tubes. Each distal extension tube has a proximal first end and a distal second end. The proximal first end of each distal extension tube is connected to the distal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion. A proximal branch portion includes a plurality of single-lumen proximal extension tubes. Each proximal extension tube has a distal first end and a proximal second end. The distal first end of each proximal extension tube is connected to the proximal end of the central tube portion such that the single lumen of each proximal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion. Each lumen of the central tube portion and the lumens of the distal and proximal extension tubes in fluid communication therewith define a flow path through the catheter. Selectively attachable hub connectors are provided for selective attachment to the distal extension tubes and connection of the catheter to a fluid exchange device.

WO 2004/020019  A2

AI 803116

WO 2004/020019                                    PCT/US2003/027078

# DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS

## RELATED APPLICATIONS

5    This application is a continuation-in-part of pending U.S. Patent Application Serial No. 10/086,033, filed February 28, 2002, which is a continuation of pending U.S. Patent Application Serial No.09/769,052, filed January 24, 2001.

## BACKGROUND

### 1. Field of the Invention

10    The present invention relates generally to medical instrumentation and more specifically to a multi-lumen catheter including y-shaped distal and proximal ends, and including selectively attachable hubs for selectively connecting the catheter to a fluid exchange device.

### 2. Description of the Prior Art

Catheters, generally, are hollow, flexible tubes for insertion into a body cavity, duct, or
15    vessel to allow the passage of fluids or distend a passageway. Catheters are often used for temporary or long-term dialysis treatment. Dialysis treatment provides for blood to be withdrawn from the patient, purified, and then returned to the patient. Thus, in dialysis treatment, catheters are used to allow passage of a patient's blood into and out of the patient's body. For optimal performance during dialysis treatment, the catheter tips, both in-flow and out-
20    flow, should be placed in close proximity to the heart. Typically, medical personnel use either a double lumen catheter or two single lumen catheters. Both types, however, present certain deficiencies.

While double lumen catheters (e.g., U.S. Pat. No. 4,895,561) allow for a single insertion of the catheter into the desired vein, double lumen catheters typically do not permit optimal

AI 803117

catheter tip placement. Due to differences among patients, optimal tip position varies from patient to patient. Non-optimal tip position may significantly lower flow values, resulting in less effective dialysis treatment. For current double lumen catheters, a physician must make an estimate regarding the appropriate catheter tube length prior to beginning the procedure of

5   catheterization. Then, a subcutaneous tunnel is made from a first end, which is near the area to be catheterized, to a second end, which is the preferred end position of the hub assembly, namely, away from the neck of the patient, in order to allow for more convenient access to the dialysis treatment equipment. The catheter tube is then routed forwardly into the through the subcutaneous tunnel from the second end to the first end so that the catheter tips extend

10  outwardly from the first end of the tunnel. Either before or after tunneling, a sheath is inserted trough the first end of the tunnel and into the area to be catheterized, and the catheter tips are inserted into the sheath and the area to be catheterized. The estimated catheter tube length and subsequent forward tunneling may result in less than optimal tip placement.

With the use of two independent single lumen catheters (e.g., U.S. Pat. No. 5,776,111 to

15  Tesio) the problem of tip placement is addressed. The hub assembly of each catheter is removable from the tube and tip portion of the catheter, thereby allowing the catheter tip to be placed directly into the vein and advanced into the desired position. Then, the proximal end of the catheter can be reversed tunneled and trimmed to a desired length. Thereafter, the hub assembly is attached. Deficiencies, however, exist in this method of catheterization as well.

20  One problem associated with this method is that this method requires two separate venous insertions, namely, two tunnels and two of each accessory instrument used for the procedure. Therefore, there is increased surgical time required to place two catheters, there are two wound entry sites which doubles the risk of post-surgical infection, and the two catheters together are

2

AI 803118

WO 2004/020019                                                    PCT/US2003/027078

significantly larger in diameter than one double lumen catheter.

Applicant's co-pending applications Serial No. 09/769,052, filed January 24, 2001, and Serial No. 10/086,033, filed February 28, 2002, disclose a multi-lumen catheter apparatus and method for inserting the apparatus in a patient. The disclosures of these co-pending applications

5    are hereby incorporated by reference. In the disclosed apparatus and method, a multi-lumen catheter includes a selectively attachable hub assembly that allows the catheter tip to be positioned accurately within a patient's vein prior to subcutaneous tunneling. The distal end of the catheter tube is selectively attachable to the hub assembly. Accordingly, after the tips of the catheter have been accurately positioned in a patient, the other end of the catheter may be reverse

10   tunneled under the skin of a patient. Before or after tip placement, an incision is made in the skin adjacent to the point where the protruding distal end of the catheter exits the skin. A subcutaneous tunnel is then formed having a first end at the incision and a second end exiting the skin at a point remote from the first end of the tunnel, generally as the caudal direction. A sheath dilator is inserted into the tunnel, which is partially dilated so as to accommodate a tissue in-

15   growth stabilizing cuff. The distal end of the catheter tube is routed through the subcutaneous tunnel and the cuff seated therein, thereby stabilizing the distal portion of the catheter tube in the patient. A selectively attachable hub assembly is connected to the lumens at the distal tip of the catheter tube for subsequent connection of the catheter to a fluid exchange device, such as a dialysis machine.

20       While the selectively attachable hub assembly described above facilitates tunneling a multi-lumen catheter in a patient, the separable hub assembly creates the need to connect the hub to a distal end of a multi-lumen catheter tube, thereby adding an additional step to the catheter insertion/connection procedure, which increases surgical time and expense. Furthermore, the

3

AI 803119

hub-catheter connection provides an additional connection which may leak or separate from the catheter tube due to external loads on the hub such as by pulling or snagging. In addition, the attachable hub assembly is a relatively complex part, which makes it difficult to manufacture and, therefore, use of the hub assembly increases the cost of the catheter itself.

5      Therefore, there is a need for a multi-lumen catheter that can be inserted into a patient using a reverse tunneling technique, which permits accurate placement of the tips of the catheter into the area to be catheterized and that is selectively attachable to a fluid exchange device. The improved catheter should not required an extensive hub assembly, thus making it relatively inexpensive to manufacture and easy to insert into a patient.

10

## SUMMARY OF THE INVENTION

A multi-lumen catheter is provided for use in hemodialysis and the like. The multi-lumen catheter includes an elongated, central, multi-lumen tube portion having a distal end and a proximal end. The central tube portion has a substantially cylindrical outer shape and is
15   internally segmented into a plurality of lumens. A distal branch portion includes a plurality of single-lumen distal extension tubes. Each distal extension tube has a proximal first end and a distal second end. The proximal first end of each distal extension tube is connected to the distal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion. A proximal
20   branch portion includes a plurality of single-lumen proximal extension tubes. Each proximal extension tube has a distal first end and a proximal second end. The distal first end of each proximal extension tube is connected to the proximal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of

4

AI 803120

WO 2004/020019                           PCT/US2003/027078

lumens of the central tube portion. A plurality of selectively attachable connector hubs are

provided, each connector hub being configured to be selectively attachable to the distal second

end of one of the distal extension and being configured for selective connection to a fluid

exchange device. Each lumen of the central tube portion and the lumens of the distal and

5    proximal extension tubes in fluid communication therewith define a flow path through the

catheter. An in-growth stabilizing cuff may be affixed to an outer portion of the central tube

portion.

The multi-lumen catheter may include a central tube portion having two lumens. In such

a catheter, the distal branch portion includes two distal extension tubes, and the proximal branch

10    portion includes two proximal extension tubes. The catheter may be arranged such that the

plurality of single-lumen distal extension tubes of the distal branch portion converge to form a

distal multi-lumen connecting portion which connects to the distal end of the central tube

portion, and the plurality of single-lumen proximal extension tubes comprising the proximal

branch portion converge to form a proximal multi-lumen connecting portion which connects to

15    the proximal end of the central tube portion.

The central tube portion, the distal extension tubes, and the proximal extension tubes may

be comprised of a fusible material, and the distal extension tubes and proximal extension tubes

may be respectively fused to the distal and proximal ends of the central tube portion. The distal

extension tubes may have a substantially cylindrical outer shape near their distal second ends,

20    and the proximal multi-lumen connecting portion may also have substantially cylindrical outer

shape. The proximal extension tubes may have a substantially D-shaped cross-section over at

least a portion of their length. Also, the proximal extension tubes may be substantially parallel to

5

AI 803121

WO 2004/020019                                           PCT/US2003/027078

each other in a free state, and the proximal second ends of the distal extension tubes may be longitudinally spaced from each other.

The multi-lumen catheter may further include a plurality of connector hubs for connecting the catheter to a fluid exchange device. Each connector hub may configured to be connected to

5   the distal second end of one of the distal extension tubes, and configured for connection to a portion of a fluid exchange apparatus. Each of the proximal extension tubes may include a tube wall, and each of the proximal extension tubes may include at least one opening extending through its tube wall. Further, an external portion of at least one of the distal extension tubes may include indicia which indicates a discrete flow path through the catheter. In one

10  arrangement, the two proximal extension tubes have longitudinal axes which intersect at an included angle in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

A y-shaped catheter junction for a multi-lumen catheter is also provided. The y-shaped junction includes a dual-lumen trunk, having a substantially cylindrical outer wall, a first end, a

15  second end, a first lumen, and a second lumen. A first single-lumen extension tube is connected to the first end of the trunk, such that the single lumen of the first single-lumen extension tube is in fluid communication with the first lumen of the trunk. A second single-lumen extension tube is connected to the first end of the trunk such that the single lumen of the second single-lumen extension tube is in fluid communication with the second lumen of the trunk. The y-shaped

20  junction is arranged such that the first lumen of the trunk and the first extension tube define a first flow path, and the second lumen of the trunk and the second extension tube define a second flow path. The y-shaped catheter junction may also be arranged such that the first and second extension tubes have longitudinal axes which intersect at an included angle near the first end of

6

AI 803122

WO 2004/020019                                   PCT/US2003/027078

the trunk in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

A method of forming a multi-lumen catheter is also disclosed.  The method includes attaching a first plurality of single-lumen extension tubes to a distal end of a length of multi-
5    lumen tubing comprising a plurality of multiple lumens, and attaching a second plurality of single-lumen extension tubes to a distal end of the length of multi-lumen tubing.  Each single lumen of each extension tube is in fluid communication with one of the lumens of the length of multi-lumen tubing.  The length of multi-lumen tubing may include two lumens, and the first and second pluralities of extension tubes may form substantially y-shaped junctions on each end of
10    the length of multi-lumen tubing.

The method of forming a multi-lumen catheter may include first forming a y-shaped distal junction.  The process may include providing a first length of single-lumen tubing to form a distal arterial extension tube, providing a second length of single-lumen tubing to form a distal venal extension tube, providing a first length of multi-lumen tubing comprising at least an
15    arterial lumen and a venal lumen, and having a distal end and a proximal end, attaching an end of the distal arterial extension tube to the distal end of the first length of multi-lumen tubing such that the distal arterial extension tube is in fluid communication with the arterial lumen of the first length of multi-lumen tubing, and attaching an end of the distal venal extension tube to the distal end of the first length of multi-lumen tubing such that the distal venal extension tube is in fluid
20    communication with the venal lumen of the first length of multi-lumen tubing.  The proximal end of the first length of multi-lumen tubing forms a connecting end.

A second length of multi-lumen tubing having a distal end and a proximal end is provided.  The tubing includes an arterial lumen and a venal lumen.  The connecting end of the

7

AI 803123

first length of multi-lumen tubing is connected to the distal end of the second length of multi-lumen tubing, such that the arterial extension tube of the distal junction is in fluid communication with the arterial lumen of the second length of multi-lumen tubing, and the venal extension tube of the distal junction is in fluid communication with the venal lumen of the

5    second length of multi-lumen tubing.

A y-shaped proximal junction is also formed. This process includes providing a third length of single-lumen tubing to form a proximal arterial extension tube, and providing a fourth length of single-lumen tubing to form a proximal venal extension tube. A third length of multi-lumen tubing is also provided which includes at least an arterial lumen and a venal lumen, and

10    has a distal end and a proximal end. An end of the proximal arterial extension tube is attached to the distal end of the third length of multi-lumen tubing such that the proximal arterial extension tube is in fluid communication with the arterial lumen of the third length of multi-lumen tubing. Also, an end of the proximal venal extension tube is attached to the distal end of the third length of multi-lumen tubing such that the proximal venal extension tube is in fluid communication

15    with the venal lumen of the third length of multi-lumen tubing. The distal end of the third length of multi-lumen tubing forms an attachment end.

The attachment end of the third length of multi-lumen tubing is attached to the proximal end of the second length of multi-lumen tubing, such that the arterial extension tube of the proximal junction is in fluid communication with the arterial lumen of the second length of

20    multi-lumen tubing, and the venal extension tube of the proximal junction is in fluid communication with the venal lumen of the second length of multi-lumen tubing. The method may also include forming at least one opening in a wall of the proximal venal extension tube, and forming at least one opening in a wall of the arterial proximal extension tube. The steps of

8

AI 803124

WO 2004/020019                                        PCT/US2003/027078

attaching extension tubes and lengths of multi-lumen tubing together or to each other may include heat welding or similar fusing techniques. The longitudinal axes of the distal arterial extension tube and distal venal extension tube may be arranged to intersect at an included angle in a free state in a range from about 10 degrees to about 30 degrees.

5      A method for surgically implanting a double-y shaped multi-lumen catheter into a patient is also provided. The method is suited for implanting a multi-lumen catheter having an elongated, central, multi-lumen tube portion, a proximal end portion including a single-lumen proximal venal extension tube and a single-lumen proximal arterial extension tube each having a proximal tip, and a distal end portion including a single-lumen distal venal extension tube and a

10     single-lumen distal arterial extension tube each having a distal end. The method includes making an incision in the skin of the patient, and inserting the proximal tips of the proximal venal and arterial extension tubes through the incision and placing the proximal tips in the patient. A subcutaneous tunnel is formed having a first end proximate to the incision and a second end remote from the first end of the tunnel. The distal venal and arterial extension tubes and at least

15     a portion of the central tube portion are guided through the subcutaneous tunnel such that at least the distal ends of the distal venal and arterial extension tubes extend outwardly from the tunnel through the second end of the tunnel. At least a portion of the distal end portion of the catheter is secured to the patient, such as by sutures or any other suitable means.

       When the catheter includes a stabilizing cuff, the method may further include dilating at

20     least a portion of the subcutaneous tunnel to receive the cuff. Dilation of the tunnel may be accomplished by sliding a sheath dilator along the shaft of a trocar longitudinally positioned within the tunnel. The distal end portion of the catheter is secured to the patient by seating the cuff in a dilated portion of the subcutaneous tunnel.

9

AI 803125

WO 2004/020019                                                    PCT/US2003/027078

The catheter implanting method may further include respectively connecting the distal arterial and venal extension tubes to arterial and venal legs of a fluid exchange device. Connecting the distal arterial and venal extension tubes may include connecting the distal arterial extension tube to the arterial leg with a first connector hub, and connecting the proximal venal extension tubes to the venal leg with a second connector hub. Inserting the proximal tips of the proximal venal and arterial extension tubes into a patient may include placing the proximal tip of the venal extension tube into a vein in the patient, and placing the proximal tip of the arterial extension tube into an artery in the patient.

These and other aspects of the invention will be made clear from a reading the following detailed description together with the drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1 is a perspective view of a double y-shaped multi-lumen catheter;

Figure 2 is a cross-sectional view of a distal portion of the multi-lumen catheter of Figure 1;

Figure 3 is a partially exploded detail perspective view of a distal portion of the multi-lumen catheter of Figure 1;

Figure 4 is a partially exploded detail perspective view of a proximal portion of the multi-lumen catheter of Figure 1;

Figure 5 is a cross-sectional view of a proximal portion of the multi-lumen catheter of Figure 1;

Figures 6A-6D illustrate a procedure for tunneling a multi-lumen catheter like that of Figure 1 in a patient;

10

AI 803126

WO 2004/020019                                      PCT/US2003/027078

Figure 7 is a partial sectional view of a sheath dilator engaged along a trocar to dilate a

portion of a subcutaneous tunnel in a patient;

Figures 8A-8C are views of a connection between a distal end of the catheter and a trocar

for guiding the catheter through a subcutaneous tunnel.

5

## DETAILED DESCRIPTION

For the purposes of the following description and the claims appended hereto, the relative

term "proximal" refers to those portions of a catheter and those portions of components of the

catheter which are nearest the insertion end of the catheter, that is, the end of the catheter that is

10    inserted into an area of a patient's body being catheterized, such as a blood vessel. Conversely,

the relative term "distal" refers to those portions of a catheter and those portions of components

of the catheter which are farthest from the insertion end of the catheter.

Figure 1 shows a double-Y shaped multi-lumen catheter 10 according to the present

invention. The catheter 10 includes a proximal end 34 for insertion into a patient, and a distal

15    end 36 for connection to a fluid exchange device, such as a dialysis machine or the like. The

catheter 10 includes an elongated, central, multi-lumen tube portion 12, a plurality of proximal

single-lumen extension tubes 14, 16, and a plurality of distal single-lumen extension tubes 18,

20. In the embodiment shown, the central tube portion 12 includes an arterial lumen 5 and a

venal lumen 6. In this arrangement, the catheter 10 includes a proximal venal extension tube 14

20    and a distal venal extension tube 18 in fluid communication with the venal lumen 6, and a

proximal arterial extension tube 16 and a distal arterial extension tube in fluid communication

with the arterial lumen 5. The catheter 10 may include a stabilizing cuff 15 affixed to an outer

portion of the central tube portion 12 as shown in Figure 1. Preferably, the cuff 15 is

11

AI 803127

longitudinally positioned on the central tube portion 12 such that the cuff 15 will be finally

positioned in a subcutaneous tunnel in a patient as described more fully below.

A construction for the distal end 36 of the multi-lumen catheter 10 is shown in Figures 1-

3. As shown in Figures 2 and 3, the proximal ends 18p, 20p of the distal extension tubes 18, 20

5 may be connected to a distal end 12d of the central tube portion 12 by a distal multi-lumen trunk

30. The multiple lumens of the distal trunk 30 correspond in number to the multiple lumens of

the central tube portion 12 and the number of distal extension tubes 18, 20. In the illustrated

embodiment, the distal trunk 30 includes a venal distal trunk lumen 48, and an arterial distal

trunk lumen 47 as shown in Figure 2. As shown in Figure 3, the proximal ends 18p, 20p of the

10 distal extension tubes 18, 20 are connected to the distal end 30d of the distal trunk, thereby

forming a substantially Y-shaped junction. The proximal end 30p of the distal trunk 30 is

connected to the distal end 12d of the central tube portion 12 as shown in Figure 2, thereby

forming a Y-shaped distal end 36. Preferably, the proximal end 30p of the distal trunk 30 is

substantially cylindrical in shape, and is substantially equal in outer diameter to the outer

15 diameter of the central tube portion 12, thereby providing a smooth transition at the juncture

between the distal trunk 30 and the central tube portion 12.

As shown in Figure 2, the distal extension tubes are arranged such that an included angle

"θ" exists between the longitudinal axes of the tubes 18, 20 in a free state. In a preferred

arrangement, the angle "θ" ranges from about 10 degrees to about 30 degrees. The distal

20 extension tubes 18, 20 can be arranged, however, so that the angle "θ" is any desired angle. The

venal distal trunk lumen 48 is in fluid communication with the venal lumen 6 of the central tube

portion 12 and the single lumen of the distal venal extension tube 18. Similarly, the arterial

12

AI 803128

distal trunk lumen 47 is in fluid communication with the arterial lumen 5 of the and the single

lumen of the distal arterial extension tube 20.

In an alternative arrangement, the distal extension tubes 18, 20 may be connected directly

to the distal end 12d of the central tube portion 12 rather than to an interconnected distal trunk 30

5    (not shown). In either arrangement, the mating end portions of the distal extension tubes 18, 20,

the distal end of the central tube portion 12d, and/or the distal trunk 30 are sealably fused

together by heat welding or the like such that the fluid communication between the

interconnecting lumens of the components is established and maintained and no leakage occurs at

the connections.

10    As shown in Figures 1-3, the catheter 10 also includes selectively attachable connector

hubs 72, 74 on the distal ends 18d, 20d of the distal extension tubes 18, 20. As will be described

in detail below, the connector hubs 72, 74 are selectively attachable so that the connector hubs

72, 74 can be attached to and removed from the distal end 36 of the catheter 10 after insertion of

the proximal end 34 of the catheter 10 into a patient, and after reverse, subcutaneous tunneling of

15    the distal end 36. As shown in Figures 1 and 2, the connector hubs 72, 74 are configured for

selective sealable attachment between the distal ends 18d, 20d of the distal extension tubes 18,

20 and legs of a fluid exchange device. The connector hubs. The venal connector hub 74 is

selectively attachable to the distal portion 18d of the distal venal extension tube 18, and the

arterial connector hub 72 is selectively attachable to the distal portion 20d of the distal arterial

20    extension tube 20.

In one embodient as shown in Figures 1-3, the selectively attachable hubs 72, 74 are

connectable with mating compression fittings 58, 60. The compression fittings may include

cannulae 66, 68 and threaded male portions 62, 64 that matingly engage the distal extension

13

AI 803129

WO 2004/020019                                    PCT/US2003/027078

tubes 18, 20 and the connector hubs 72, 74 as shown in Figure 2. When fully engaged, the hubs

72,74 and compression fittings 58, 60 compress compression sleeves 70 about the distal portions

18d, 20d of the distal extension tubes 18, 20, thereby forming sealed connections. The

compression fittings 58, 60 may be further connected to luer-type fittings 50, 52 or the like by

5    connector tubes 54, 56. The luer-type fittings 50, 52 may then be connected to corresponding

luer-type connection mechanisms on a fluid exchange device 200. For example, the distal ends

of the luer-type fittings 50, 52 may include quarter-turn type threads for leak-tight engagement

with matching quarter-turn fittings on the venal and arterial legs of a fluid exchange device 200.

Other types of known leak-tight selectively attachable connection configurations may also be

10   used.

As shown in Figures 1 and 3, the connector hubs 72, 74 can be selectively attached to the

distal ends 18d, 20d of the distal extension tubes 18, 20. This arrangement permits the distal end

36 of the catheter 10 to be subcutaneously reverse tunneled in a patient as described more fully

below without interference from the hubs 72, 74. After the distal end of the catheter 10 is

15   subcutaneously reverse tunneled in a patient such that the distal end 36 protrudes outwardly from

the patient, the hubs 72, 74 can be backfit over the distal ends of distal extension tubes 18, 20 as

shown for hub 72 in Figure 3. The compression sleeves 70 can then be placed over the distal

ends 18d, 20d of the extension tubes 18, 20, and the sealed connections can be completed as

shown in Figure 2. The catheter 10 can then be connected to a fluid exchange device 200.

20   A construction for the proximal end 34 of the catheter 10 is shown in Figures 1, 4, and 5.

The distal ends 14d, 16d of the proximal extension tubes 14,16 may be connected to a proximal

end 12p of the central tube portion 12 by a proximal multi-lumen trunk 32. The lumens of the

proximal trunk 32 correspond in number to the multiple lumens of the central tube portion 12

14

AI 803130

WO 2004/020019                                    PCT/US2003/027078

and to the number of proximal extension tubes 14, 16. In the illustrated embodiment, the proximal trunk 32 includes a venal proximal trunk lumen 31, and an arterial proximal trunk lumen 33 as shown in Figure 5. As shown in Figure 4, the distal ends 14d, 16d of the proximal extension tubes 14, 16 are connected to the proximal end 32p of the proximal trunk 32, thereby

5    forming a substantially Y-shaped junction. The distal end 32d of the proximal trunk 32 is connected to the proximal end 12p of the central tube portion 12 as shown in Figure 5, thereby forming a substantially Y-shaped proximal end 34 on the catheter 10. Preferably, the distal end 32d of the proximal trunk 32 is substantially cylindrical in shape, and is substantially equal in outer diameter to the outer diameter of the central tube portion 12, thereby providing a smooth

10    transition at the juncture between the proximal trunk 32 and the central tube portion 12.

As shown in Figure 4, the proximal extension tubes are arranged such that an included angle "α" exists between the longitudinal axes of the tubes 14, 16 in a free state. In a preferred arrangement, the angle "α" is about 5 degrees in a rest position or free state. The distal extension tubes 18, 20 can be arranged, however, so that the angle "α" is any desired angle. The venal

15    proximal trunk lumen 31 is in fluid communication with the venal lumen 6 of the central tube portion 12 and the single lumen of the proximal venal extension tube 14. Similarly, the arterial proximal trunk lumen 33 is in fluid communication with the arterial lumen 5 of the central tube portion 12 and the single lumen of the proximal arterial extension tube 16.

In an alternative arrangement, the proximal extension tubes 14, 16 may be connected

20    directly to the proximal end 12p of the central tube portion 12 rather than to an interconnecting proximal trunk 32 (not shown). In either arrangement, the mating end portions of the proximal extension tubes 14, 16, the proximal end of the central tube portion 12p, and/or the proximal trunk 32 are sealably fused together, such as by heat welding or the like, such that the fluid

15

AI 803131

communication between the interconnected lumens of the components is established and maintained and no leakage occurs at the connections.

As shown in Figures 1, 4, and 5, the proximal arterial extension tube 16 is preferably shorter in length than the proximal venal extension tube 14. For example, the proximal arterial

5    extension tube 16 may be about 4 cm shorter in length than the proximal venal extension tube 14. The resulting longitudinal spacing between the proximal tips 14p and 16p facilitates optimal proximal tip placement in a patient. As shown in Figure 4, the proximal venal extension tube 14 may include an end opening 43 in or near its proximal tip 14p. The proximal venal extension tube 14 may also include one or more transverse openings 42 in its tube wall 40. Similarly, as

10    also shown in Figure 4, the proximal arterial extension tube 16 may include an end opening 47 in or near its proximal tip 16p. The proximal arterial extension tube 16 may also include one or more transverse openings 46 in its tube wall 44. The openings 42, 43, 46, and 47 facilitate fluid flow into or out from the proximal extension tubes 14, 16.

The hubs 72 and 74 are selectively attachable and detachable from the distal end 36 of the

15    catheter 10 to facilitate tunneling the catheter 10 in a patient. A method of installing a catheter 10 in a patient is illustrated in Figures 6A-6D. As shown in Figure 6A, an incision 100 is made in the skin of a patient. The proximal tips 14p, 16p of catheter 10 are inserted through the incision 100 and are placed at desired locations within the patient using conventional techniques, such as the Seldinger technique.

20    At this stage, the distal end 36 and distal portions of the catheter 10 extend outwardly from the incision 100. A trocar 120 or other suitable instrument is used to form a subcutaneous tunnel 102 having a first end 104, which is preferably coincident with the incision 100, and an opposed second end 106, which is remote from the first end 104, as shown in Figure 6A.

16

AI 803132

WO 2004/020019                                        PCT/US2003/027078

As shown in Figure 6B, the distal end 36 of the catheter 10 is inserted through the first end 104 of the tunnel 102, and the distal end 36 is guided through the tunnel 102 such that the distal end 36 extends out from the tunnel 102 at its second end 106. The distal extension tubes 18, 20 are sufficiently flexible that they may be bundled or clamped together by any suitable

5     means to facilitate passing the Y-shaped distal end 36 of the catheter 10 through the tunnel 102.

In a preferred arrangement as shown in Figures 8A and 8B, the distal ends 18d, 20d of the distal extension tubes 18, 20 are attached to a connector 300. The proximal end of the connector 300 may include a first tip 302 and a second tip 304 as shown. The tips 302, 304 are insertable into the lumens at the distal ends 18d, 20d of the distal extension tubes 18, 20. The tips 302, 304

10    preferably include ribs 301 or the like to tightly engage within the distal ends 18d, 20d of the distal extension tubes 18, 20 such that the connector 300 is securely but removably attached to the extension tubes 18, 20. When the tips 302, 304 are respectively engaged in the distal extension tubes 18, 20, the connector 300 holds the distal extension tubes 18, 20 in close arrangement as shown so that the distal extension tubes 18, 20 can be simultaneously

15    subcutaneously tunneled in a patient as described below. The distal end of the connector 300d preferably includes a bore 306 which is configured to attachably receive an insertion tip 308 of the trocar 120. The bore 306 may include threads 310 which can be engaged with mating threads 312 on the insertion tip 308 of the trocar 120. Alternatively, the bore 306 may include a collar portion 314 which snaps into a groove 309 on the insertion tip 308 of the trocar 120 as shown in

20    Figure 8C. In this way, the distal end 300d of the connector 300 can be engaged on the insertion tip 308 of the trocar 120 to route the attached distal extension tubes 18, 20 through the subcutaneous tunnel 102 with the trocar 120. Once the distal end 36 of the catheter 10 has been

17

AI 803133

WO 2004/020019                                      PCT/US2003/027078

drawn through the tunnel 102, the connector 300 can be disengaged from the distal extension

tubes 18, 20.

In order to provide the distal portions of the catheter 10 with a smooth and compact outer

profile to facilitate passage of the distal end 36 of the catheter 10 through the tunnel 102, a sheath

5   320 may be used as shown in Figure 8B. The sheath 320 is placed over at least a portion of the

connector 300 and the distal extension tubes 18, 20. Preferably, the distal end 320d of the sheath

320 is tapered as shown. The sheath 320 and the distal portions of the catheter 10 can be drawn

together through the tunnel 102 with the trocar 120. The sheath 320 is removed from the catheter

10 once the distal portions of the catheter 10 have been drawn through the tunnel 102.

10  As shown in Figure 6C, the distal end 36 of the catheter 10 is drawn from the second end

104 of the tunnel 102 such that the distal extension tubes 18, 20 and at least a portion of the

central tube portion 12 extends from the second end 104 and the catheter 10 is fully tunneled in

the patient. The incision 100 and the second end 104 of the tunnel are suitably treated and

dressed.

15  An outer portion of the central tube portion 12 may include a tissue in-growth stabilizing

cuff 15, as shown in Figure 1, for stabilizing the inserted catheter 10 in the patient. Referring to

Figures 6C and 7, when the catheter 10 includes a stabilizing cuff 15, a portion 130 of tunnel 102

may be dilated to enlarge the width of the tunnel 102 to receive the cuff 15 as the catheter 10 is

drawn through the tunnel 102. As shown in Figure 7, the dilated portion 130 of the tunnel is

20  preferably dilated by sliding a sheath dilator 200 over an end 42 and shaft 41 of the trocar 120

when the trocar 120 is positioned in the subcutaneous tunnel 102 as shown in Figure 6A. The

sheath dilator 200 preferably includes a hollow bore 208, a tapered leading end 206, a

substantially cylindrical portion 204, and a handle 202. The sheath dilator 200 is inserted

18

AI 803134

WO 2004/020019                                        PCT/US2003/027078

through the first end 104 of the tunnel 102 and into the tunnel 102 until the tip 206 has been

inserted proximate to a cuff seating point 140 in the tunnel 102 to form a dilated portion 130 of

the tunnel 102. Once the dilated portion 130 is sufficiently dilated, the sheath dilator 200 is

removed from the tunnel 102 and the trocar 120. The catheter 10 is finally positioned in the

5       tunnel 102 when the cuff 15 is seated near an end 140 of the dilated portion 130 of the tunnel 102

as shown in Figure 6C.

As shown in Figure 6D, the catheter 10 is connected to a fluid exchange device 200. The

distal end 18d of the distal venal extension tube 18 is selectively attached to a venal leg 224 of

the fluid exchange device 200 by connector hub 74. Similarly, the distal end 20d of the distal

10      arterial extension tube 20 is selectively attached to an arterial leg 222 of the fluid exchange

device 200 by connector hub 72. As shown in Figure 3, indicia 26 and 28 may be included on

the distal extension tubes 18, 20 and/or the connector hubs 72, 74 to assist medical personnel in

identifying the proper distal extension tube 18 or 20 for connection to a corresponding leg of the

fluid exchange device 300. The indicia 26, 28 may be markings, colors, or any other distinctive

15      indicator.

While this invention has been illustrated and described in accordance with a preferred

embodiment, it is recognized that variations and changes may be made therein without departing

from the invention as set forth in the claims. Certain modifications and improvements will occur

to those skilled in the art upon a reading of the forgoing description. For example, while the

20      multi-lumen catheter has been described with reference to a catheter with two lumens, the

invention also includes multi-lumen catheters including three or more lumens as required. It

should be understood that all such modifications are not contained herein for the sake of

conciseness and readability, but are properly within the scope of the following claims.

19

AI 803135

WO 2004/020019

PCT/US2003/027078

What is claimed is:

1.      A multi-lumen catheter comprising:

(a)     a central, elongated, multi-lumen tube portion having a proximal end and a distal end, the central tube portion having a substantially cylindrical outer shape and being internally

5    segmented into a plurality of lumens;

(b)     a distal branch portion comprising a plurality of single-lumen distal extension tubes, each distal extension tube having a proximal first end and a distal second end, the proximal first end of each distal extension tube being permanently connected to the distal end of the central tube portion such that the single lumen of each distal extension tube is in fluid

10   communication with one of the plurality of lumens of the central tube portion;

(c)     a proximal branch portion comprising a plurality of single-lumen proximal extension tubes, each proximal extension tube having a distal first end and a proximal second end, the distal first end of each proximal extension tube being permanently connected to the proximal end of the central tube portion such that the single lumen of each distal extension tube

15   is in fluid communication with one of the plurality of lumens of the central tube portion; and

(d)     a plurality of selectively attachable connector hubs, each connector hub being configured to be selectively attachable to the distal second end of one of the distal extension and being configured for selective connection to a fluid exchange device;

wherein each lumen of the central tube portion and the lumens of the distal and proximal

20   extension tubes in fluid communication therewith define a flow path through the catheter.

20

AI 803136

WO 2004/020019                                      PCT/US2003/027078

2.     A multi-lumen catheter according to Claim 1, wherein the central tube portion includes two lumens, the distal branch portion includes two distal extension tubes, and the proximal branch portion includes two proximal extension tubes.

5    3.     A multi-lumen catheter according to claim 1 wherein the plurality of single-lumen distal extension tubes of the distal branch portion converge to form a distal multi-lumen connecting portion which connects to the distal end of the central tube portion, and the plurality of single-lumen proximal extension tubes comprising the proximal branch portion converge to form a proximal multi-lumen connecting portion which connects to the proximal end of the central tube

10   portion.

4.     A multi-lumen catheter according to claim 1 wherein the central tube portion, the distal extension tubes, and the proximal extension tubes are comprised of a fusible material, and the distal extension tubes and proximal extension tubes are respectively fused to the distal and

15   proximal ends of the central tube portion.

5.     A multi-lumen catheter according to claim 1 wherein the distal extension tubes have a substantially cylindrical outer shape near their distal second ends.

20   6.     A multi-lumen catheter according to claim 3 wherein the proximal extension tubes have a substantially D-shaped cross-section over at least a portion of their length.

21

AI 803137

WO 2004/020019

PCT/US2003/027078

7.    A multi-lumen catheter according to claim 3 wherein the proximal multi-lumen connecting portion has a substantially cylindrical outer shape.

8.    A multi-lumen catheter according to claim 1 wherein the proximal extension tubes are substantially parallel to each other in a free state.

9.    A multi-lumen catheter according to claim 1 wherein the at least one of the proximal extension tubes is shorter in length than at least one other proximal extension tube.

10.    A multi-lumen catheter according to claim 1 further including a stabilizing cuff affixed to an outer portion of the central tube portion.

11.    A multi-lumen catheter according to claim 1 wherein the proximal end of each selectively attachable connector hub includes a tube portion configured to be sealably inserted into a portion of a lumen at the distal second end of one of the distal extension tubes.

12.    A multi-lumen catheter according to claim 11 wherein the tube portion of each connector hub includes at least one outer circumferential step, barb, or ridge for releasably gripping a portion of a distal extension tube into which the tube portion is inserted.

13.    A multi-lumen catheter according to claim 1, wherein each of the proximal extension tubes includes a tube wall, and each of the proximal extension tubes includes at least one opening extending through its tube wall.

22

AI 803138

WO 2004/020019    PCT/US2003/027078

14.    A multi-lumen catheter according to claim 1, wherein an external portion of at least one of the distal extension tubes includes indicia, the indicia indicating a discrete flow path through the catheter.

5

15.    A multi-lumen catheter according to claim 2 wherein the two proximal extension tubes have longitudinal axes which intersect at an included angle in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

10    16.    A y-shaped catheter junction comprising:

(a)    a dual-lumen trunk having a substantially cylindrical outer wall, a first end, a second end, a first lumen, and a second lumen;

(b)    a first single-lumen extension tube connected to the first end of the trunk, wherein the single lumen of the first single-lumen extension tube is in fluid communication with

15    the first lumen of the trunk; and

(c)    a second single-lumen extension tube connected to the first end of the trunk, wherein the single lumen of the second single-lumen extension tube is in fluid communication with the second lumen of the trunk;

wherein the first lumen of the trunk and the first extension tube define a first flow path,

20    and the second lumen of the trunk and the second extension tube define a second flow path.

23

AI 803139

WO 2004/020019                                                    PCT/US2003/027078

17.    A y-shaped catheter junction according to claim 16 wherein the first and second extension tubes have longitudinal axes which intersect at an included angle near a first end of the trunk in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

5    18.    A method of forming a multi-lumen catheter, the method comprising permanently attaching a first plurality of single-lumen extension tubes to a distal end of a length of multi-lumen tubing comprising a plurality of multiple lumens, and permanently attaching a second plurality of single-lumen extension tubes to a distal end of the length of multi-lumen tubing, wherein each single lumen of each extension tube is in fluid communication with one of the 10  lumens of the length of multi-lumen tubing.

19.    A method according to Claim 18, wherein the length of multi-lumen tubing includes two lumens, and the first and second pluralities of extension tubes form substantially y-shaped junctions on each end of the length of multi-lumen tubing.

15

20.    A method of forming a multi-lumen catheter according to Claim 19, the method comprising:

(a)    forming a y-shaped distal junction including:

(i)    providing a first length of single-lumen tubing to form a distal arterial 20  extension tube;

(ii)    providing a second length of single-lumen tubing to form a distal venal extension tube;

(iii)    providing a first length of multi-lumen tubing comprising at least an

24

AI 803140

arterial lumen and a venal lumen, and having a distal end and a proximal end;

(iv)    permanently attaching an end of the distal arterial extension tube to the distal end of the first length of multi-lumen tubing such that the distal arterial extension tube is in fluid communication with the arterial lumen of the first length

5    of multi-lumen tubing; and

(v)    permanently attaching an end of the distal venal extension tube to the distal end of the first length of multi-lumen tubing such that the distal venal extension tube is in fluid communication with the venal lumen of the first length of multi-lumen tubing;

10    wherein the proximal end of the first length of multi-lumen tubing forms a connecting end;

(b)    providing a second length of multi-lumen tubing having a distal end and a proximal end, and having an arterial lumen and a venal lumen, and permanently attaching the connecting end to the distal end of the second length of multi-lumen tubing, such that

15    the arterial extension tube of the distal junction is in fluid communication with the arterial lumen of the second length of multi-lumen tubing, and the venal extension tube of the distal junction is in fluid communication with the venal lumen of the second length of multi-lumen tubing;

(c)    forming a y-shaped proximal junction including:

20    (i)    providing a third length of single-lumen tubing to form a proximal arterial extension tube;

(ii)    providing a fourth length of single-lumen tubing to form a proximal venal extension tube;

25

AI 803141

WO 2004/020019                                                    PCT/US2003/027078

(iii)    providing a third length of multi-lumen tubing comprising at least an arterial lumen and a venal lumen, and having a distal end and a proximal end;

(iv)    permanently attaching an end of the proximal arterial extension tube to the distal end of the third length of multi-lumen tubing such that the proximal arterial extension tube is in fluid communication with the arterial lumen of the third length of multi-lumen tubing; and

(v)    permanently attaching an end of the proximal venal extension tube to the distal end of the third length of multi-lumen tubing such that the proximal venal extension tube is in fluid communication with the venal lumen of the third length of multi-lumen tubing;

wherein the distal end of the third length of multi-lumen tubing forms an attachment end; and

(d)    permanently attaching the attachment end to the proximal end of the second length of multi-lumen tubing, such that the arterial extension tube of the proximal junction is in fluid communication with the arterial lumen of the second length of multi-lumen tubing, and the venal extension tube of the proximal junction is in fluid communication with the venal lumen of the second length of multi-lumen tubing;

21.    A method according to claim 20, the method further comprising forming at least one opening in a wall of the proximal venal extension tube, and forming at least one opening in a wall of the arterial proximal extension tube.

26

AI 803142

WO 2004/020019                                                  PCT/US2003/027078

22.    A method according to claim 20 wherein permanently attaching extension tubes and lengths of multi-lumen tubing together or to each other comprises fusing ends of the tubes or tubing together.

5    23.    The method of claim 19, wherein the longitudinal axes of the distal arterial extension tube and the distal venal extension tube intersect at an included angle in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

24.    A method for surgically implanting a double-y shaped multi-lumen catheter tube into a
10    patient, the multi-lumen catheter including an elongated, central, multi-lumen tube portion, a proximal end portion including a single-lumen proximal venal extension tube and a single-lumen proximal arterial extension tube each having a proximal tip, and a distal end portion including a single-lumen distal venal extension tube and a single-lumen distal arterial extension tube each having a distal end, the method comprising:

15    (a)    making an incision in the skin of the patient

(b)    inserting the proximal tips of the proximal venal and arterial extension tubes through the incision and placing the proximal tips in the patient;

(c)    forming a subcutaneous tunnel having a first end proximate to the incision and a second end remote from the first end of the tunnel;

20    (d)    guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel such that at least the distal ends of the distal venal and arterial extension tubes extend outwardly from the tunnel through the second end of the tunnel; and

27

AI 803143

WO 2004/020019                                    PCT/US2003/027078

(e)      securing at least a portion of the distal end portion of the catheter to the patient.

25.    A method according to claim 24, the method further comprising respectively connecting the distal arterial and venal extension tubes to arterial and venal legs of a fluid exchange device.

26.    A method according to claim 25, wherein connecting the distal arterial and venal extension tubes to arterial and venal legs of a fluid exchange device comprises connecting the distal arterial extension tube to the arterial leg with a first connector hub, and connecting the proximal venal extension tubes to the venal leg with a second connector hub.

26.    The method of claim 23, wherein inserting the proximal tips of the proximal venal and arterial extension tubes into a patient comprises:

        placing the proximal tip of the venal extension tube into a vein in the patient; and

        placing the proximal tip of the arterial extension tube into an artery in the patient.

28.    The method of claim 24 wherein the central tube portion further includes a stabilizing cuff affixed to an outer portion of the central tube portion, the method further comprising dilating at least a portion of the subcutaneous tunnel before guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel, wherein the dilating step comprises sliding a sheath dilator along a shaft of a trocar longitudinally positioned in the tunnel.

29.    The method of claim 28 wherein securing at least a portion of the distal end portion of the

28

AI 803144

WO 2004/020019                                    PCT/US2003/027078

catheter to the patient comprises seating the stabilizing cuff in a dilated portion of the
subcutaneous tunnel.

30.    The method of claim 24 wherein guiding the distal venal and arterial extension tubes and
at least a portion of the central tube portion through the subcutaneous tunnel comprises:

(a)    inserting a trocar through the subcutaneous tunnel such that an insertion tip of the
trocar protrudes from the first end of the tunnel;

(b)    connecting the distal ends of the distal venal and arterial extension tubes to a
proximal end of a connector;

(c)    connecting a proximal end of the connector to the protruding insertion tip of the
trocar; and

(d)    guiding the distal venal and arterial extension tubes and at least a portion of the
central tube portion through the subcutaneous tunnel with the trocar.

31.    The method of claim 30 further comprising placing a sheath having a smooth outer
contour over the connector and at least portions of the venal and arterial extension tubes before
guiding the distal venal and arterial extension tubes and at least a portion of the central tube
portion through the subcutaneous tunnel with the trocar.

29

AI 803145



FIG. 1

WO 2004/020019                                    PCT/US2003/027078

2/10



FIG. 2

AI 803147

WO 2004/020019                           3/10                    PCT/US2003/027078



FIG. 3

AI 803148



FIG. 4

WO 2004/020019    PCT/US2003/027078

5/10



FIG. 5

AI 803150

WO 2004/020019                                6/10                          PCT/US2003/027078



FIG. 6A



FIG. 6B

AI 803151

WO 2004/020019    7/10    PCT/US2003/027078



FIG. 6C



FIG. 6D

AI 803152

WO 2004/020019

8/10

PCT/US2003/027078



FIG. 7

AI 803153



18
20
18d
20d
300
300d
120
104
102
120
106
120
100
10

FIG. 8A

AI 803154

WO 2004/020019    PCT/US2003/027078

10/10



FIG. 8B

FIG. 8C

AI 803155

# EXHIBIT 5

FILE NO. 3600-353

COUNTRY EUROPE

INVENTOR DON S. WILSON ET AL

TITLE DOUBLE Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS

CLIENT ARROW INTERNATIONAL

ATTORNEYS KPG & MPK

NAME OF FOREIGN AGENT

ADDRESS

ABANDONED

STAMP 'ABANDONED' IF ABANDONED

TRANSFERRED

STAMP 'TRANSFERRED' IF TRANSFERRED

**AMSTER, ROTHSTEIN & EBENSTEIN**
COUNSELORS AT LAW
90 PARK AVENUE
NEW YORK, NEW YORK 10016

3 6 0 0 | 3 5 3

---

FILED 8-28-03

BASED ON APPLICATION
SERIAL NO. PCT/US03/2-108 (3003) 2-714

ASSIGNMENT

SERIAL NO. 03791954

FILED August 28, 2003

RECORDED          NO.

ISSUED 6.22.05
PUBLISHED 51127359

PATENT NO.
STAMP PATENTED WHEN COMPLETED

TERM

YEARS FROM

OFFICE ACTIONS / AMENDMENTS

Accelerated Exam Due 4.21.05 Not Needed

Replacement set of Claims Due 6/4/05 - M - 5/16/05

File Apply. in HK Due 12.22.05

Replacement set of Claims Due 6.14.05 - 6.17.05

| TAXES/yr. | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Due | | 8.28.05 | | | | | | | | | | | | | | | | | |
| Authorized | | 8/18/05 | | | | | | | | | | | | | | | | | |
| Receipt Digest | | | | | | | | | | | | | | | | | | | |
| Working | | | | | | | | | | | | | | | | | | | |
| Due | | | | | | | | | | | | | | | | | | | |
| Authorized | | | | | | | | | | | | | | | | | | | |
| Effected | | | | | | | | | | | | | | | | | | | |

AI 803059

# EXHIBIT 6

3 6 0 0 | 3 5 2

FILE NO. 3600-352

COUNTRY CHINA

INVENTOR Jon S. Wilson ET AL

TITLE: DOUBLE Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS

CLIENT ARROW INTERNATIONAL

ATTORNEYS KPG & MPK

NAME OF FOREIGN AGENT

ADDRESS

ABANDONED

STAMP "ABANDONED" IF ABANDONED

TRANSFERRED

STAMP "TRANSFERRED" IF TRANSFERRED

AMSTER, ROTHSTEIN & EBENSTEIN
COUNSELORS AT LAW
90 PARK AVENUE
NEW YORK, NEW YORK 10016

FILED 8.28.03

BASED ON APPLICATION
SERIAL NO. PCT/US03/... (23000/2714)

ASSIGNMENT

OFFICE ACTIONS

Exam Due 8.30.05  m 7.7.05

SERIAL NO. 0382419S.1

FILED August 28, 2003

RECORDED          NO.

AMENDMENTS

PATENT NO.
STAMP PATENTED WHEN COMPLETED

TERM

ISSUED

PUBLISHED OR ALLOWED

YEARS FROM

| TAXES/yr. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Due | | | | | | | | | | | | | | | | | | | | |
| Authorized | | | | | | | | | | | | | | | | | | | | |
| Receipt Dated | | | | | | | | | | | | | | | | | | | | |
| Working | | | | | | | | | | | | | | | | | | | | |
| Due | | | | | | | | | | | | | | | | | | | | |
| Authorized | | | | | | | | | | | | | | | | | | | | |

AI 802487

中华人民共和国国家知识产权局

地址：北京市海淀区蓟门桥西土城路6号　　　国家知识产权局专利局　　　　　　邮政编码：100088

发信人：国家知识产权局专利局

| 邮政编码： 100037<br>北京市阜成门外大街2号万通新世界广场8层<br>中国国际贸易促进委员会专利商标事务所<br>范莉 | 国家申请号通知书 |
| --- | --- |
| | 发文日期　2005 年 06 月 03 日 |

| 代理人案卷号： IIM050625 | 国际申请日(年/月/日)：2003 年 08 月 28 日 |
| --- | --- |
| 国际申请号：PCT/US03/27078 | 最早优先权日(年/月/日)：2002 年 08 月 30 日 |
| 申请人：阿罗国际公司 | |
| 发明名称：带有有选择地附着的插座的双 Y 形多腔导管 | |

1. 申请人提交的译文及缴纳的费用已于(年/月/日)2005 年 4 月 14 日收到
2. 经审查，上述手续不存在专利法实施细则第 102 条列举的缺陷。
3. 国家知识产权局专利局对上述申请给出下列国家申请号：

**03824195.1**

　4. 自收到本通知书之日起，申请人向国家知识产权局专利局办理各种手续时，均应使用上述国家申请号。

　5. 请申请人核对上述著录项目，发现与申请不符的情形，请在上述发文日起一个月内向国家知识产权局专利局提出。

　6. 国家知识产权局专利局对上述申请进一步审查之后，将通知申请人。

　　　所交文件已核实



| 中华人民共和国国家知识产权局<br>100088 中国北京市海淀区蓟门桥西土城路 6 号<br>传真号：(86-10)62019451 | 审查员：祁乐<br><br>电话号码：(86-10)62084335 |
| --- | --- |

29503
2002. 8　　　PCT/CN/503　表( )　　　　　　　　　　　　　　　　　　　　1

AI 802488

# 中 华 人 民 共 和 国 国 家 知 识 产 权 局

## 发 明

PCT国际申请进入中国国家知识产权局的国家阶段

代理机构案卷号 IIM050625

| | 本栏由国家知识产权局专利局填写 |
|---|---|
| | （国家申请号） |
| | 申请日 |
| | 进入国家阶段日期 |

| 国际申请号 **PCT/US2003/027078** | |
|---|---|
| 国际申请日 **2003年08月28日** | 优先权日(最早的) **2002年08月30日** |
| 国际公布号 **WO 2004/020019** | 国际公布日 **2004年03月11日** | 国际公布语言 **英文** |

发明名称 带有有选择地附着的插座的双Y形多腔导管

**1. 请求授予的保护类型**　　　　　　　　☒ 发明专利　　　　　□ 实用新型

**2. 对中国的申请人**

　(1) 姓名或名称：　阿罗国际公司
　　　　地　　址：　美国 宾夕法尼亚州

　(2) 姓名或名称：
　　　　地　　址：

**3. 对中国的发明人(姓名)**

| (1) J·S·威尔逊 | (2) F·S·加里 |
|---|---|
| (3) C·M·弗莱明 | (4) K·T·卡斯迪 |
| (5) R·D·博伊德 | (6) |
| (7) | (8) |

**4. 代理人**

代理机构名称：中国国际贸易促进委员会专利商标事务所　　　代理人姓名：范莉

代理机构地址：北京市阜成门外大街2号万通新世界广场8层　　　电　话：68516688

**5. 请求提前处理和审查***

　　如果自优先权日起30个月的期限尚未届满，申请人请求国家知识产权局专利局按照中国专利法实施细则第108条提前处理和审查本国际申请。
　　□除上述声明，同时还附经确认的国际申请文件副本

**6. 优先权项**

| 　　　优先权日 | 在先申请国 | 在先申请号 |
|---|---|---|
| (1) 2002年08月30日 | 美国 | 10/231,748 |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |

| 数据采集栏（由专利局填写） |
|---|
| 说明书页数： |
| 附图页数： |
| 核苷酸和氨基酸： |
| 序列表页数： |
| 权项数： |
| 实审请求标记： |
| 涉及微生物材料申请： |

PCT/CN **501** 表（首页）2003年2月

*注：如果自优先权日起30个月的期限尚未届满，并且申请人不要求提前处理，请将第5栏内容用斜线划掉

AI 802489

| 7. | 申请人希望国家知识产权局专利局在, |
|---|---|

☐ 原始提交的国际申请中文译本的基础上开始审查
☒ 下列文件基础上审查

☒ 说明书, 第 1-14 ___ 页, 按原始提出的国际申请文件的译文
第 ___ 页, 按国际初步审查报告附件的修改部分的译文
第 ___ 页, 按条约第28条或第41条作出的修改

☒ 权利要求, 第 ___ 项, 按原始提出的国际申请文件的译文
第 ___ 项, 按条约第19条的修改的译文
第 1-29 ___ 项, 按国际初步审查报告附件的修改部分的译文
第 ___ 项, 按条约第28条或第41条作出的修改

☒ 附 图, 第 1-10 ___ 页, 按原始提出的国际申请文件的译文
第 ___ 页, 按国际初步审查报告附件的修改部分的译文
第 ___ 页, 按条约第28条或第41条作出的修改

☐ 核苷酸和氨 第 ___ 页, 按原始提出的国际申请文件的译文
基酸序列表, 第 ___ 页, 按国际初步审查报告附件的修改部分
第 ___ 页, 按条约第28条或第41条作出的修改

**8. 费用**

☒ 已缴申请费、公布印刷费
☒ 已缴说明书及权利要求附加费
☒ 已缴优先权要求费
☐ 已缴审查费
☒ 已缴宽限费
☐ 已缴改正优先权要求请求费

缴费单编号为:
05203411

☐ 费用的减免
☐ 本国际申请是向作为受理局的中国国家知识产权局专利局提出的;
☐ 本国际申请是在作为国际检索单位的中国国家知识产权局专利局检索的;
☐ 本国际申请是在作为国际检索单位的欧洲、日本、瑞典专利局检索的;
☐ 本国际申请是在中国国家知识产权局完成检索、审查的。

**9. 请求宽限**

☒ 提交国际申请的中文译文和/或缴纳申请费是在

自优先权日起30个月之后, 但在32个月之前
按照专利法实施细则第一百零一条第二款规定已缴纳宽限费

**10. 生物材料**

☐ 对本国际申请中的发明涉及的生物材料样品的保藏已在PCT细则第13条之二、4规定的期限内以下列形式作出记载:
☐ 在说明书(译文)第 ___ 页 ___ 行, 第 ___ 行, 第 ___ 页 ___ 行中
☐ 在PCT/RO/134表中
☐ 已做出记载的生物材料样品的保藏的
☐ 保藏证明后附送   ☐ 保藏证明随后提交   ☐ 存活证明后附送   ☐ 存活证明随后提交

**11. 不丧失新颖性宽限期声明**

☐ 国际申请涉及的发明创造有专利法第二十四条第(一)、(二)情形, 并在提出国际申请时作出过声明

**12. 复查请求**

☐ 申请人于 ___ 收到下列通知:
☐ 受理局拒绝给予国际申请日,   ☐ 国际局按PCT条约第12条(3)作出认定,
☐ 受理局宣布申请被认为撤回,   ☐ 受理局宣布对中国的指定被认为撤回
☐ 根据PCT条约第25条特此向你局提出复查请求, 并且
☐ 已请求国际局将档案中有关文件送交你局,
☐ 已经按照专利法实施细则第一百零一条办理进入国家阶段手续。

PCT/CN 501 表 (第二页) 2003年2月

AI 802490

| 13. 提交文件清单 | | | | 专利局审核栏 (本栏由专利局填写) |
|---|---|---|---|---|
| **(1)原始申请文件译文** | | | | |
| ☒ 摘　要 | 共 2 份 | 每份 | 1 页 | ……………… |
| ☒ 摘要附图 | 共 2 份 | 每份 | 1 页 | ……………… |
| ☒ 权利要求书 | 共 2 份 | 每份 | 6 页 | ……………… |
| ☒ 说 明 书 | 共 2 份 | 每份 | 14 页 | ……………… |
| ☒ 说明书附图 | 共 2 份 | 每份 | 10 页 | ……………… |
| ☐ PCT/RO/134表的中文译文 | 共 份 | 每份 | 页 | ……………… |
| | | | | |
| ☐ 说明书的核苷酸和氨基酸序列表 | 共 份 | 每份 | 0 页 | ……………… |
| ☐ 计算机可读形式序列表 | 共 份 | 每份 | 张 | ……………… |
| **(2)国际阶段做出的修改文件的译文** | | | | |
| ☐ 根据条约第19条修改的权利要求 | 共 份 | 每份 | 页 | ……………… |
| ☐ 根据条约第19条修改时的声明 | 共 份 | 每份 | 页 | ……………… |
| ☒ 国际初步审查报告附件修改部分 | 共 2 份 | 每份 | 4 页 | ……………… |
| **(3)修改文件** | | | | |
| ☐ 修改文件（仅在申请人根据条约 第28条或第41条对申请文件进行 修改时适用） | 共 份 | 每份 | 页 | ……………… |
| **(4)委托书** | | | | |
| ☒ 单独委托书 | | | | ……………… |
| ☐ 总委托书（登记编号　　　　） | | | | ……………… |
| **(5)实质审查请求** | | | | |
| ☐ 实质审查请求书 | | | | ……………… |
| ☐ 有关参考资料 | | | | ……………… |
| **(6)其他文件** | | | | |
| ☐ 申请权转让证明 | | | | ……………… |
| ☐ 优先权转让证明 | | | | ……………… |
| ☐ 规定的保藏单位出具的保藏证明及存活证明 | | | | ……………… |
| ☐ 不丧失新颖性例外和不损害新颖性公开的证明 | | | | |
| ☐ 著录项目变更申报书 | | | | |
| ☐ 意见陈述书 | | | | ☐ 按照专利合作条约第 |
| ☐ 经国际局证明的原始提出的国际申请文件副本（仅在申请人根据条约第23条（2）向中国国家知识产权局专利局提出加快请求时适用） | | | | 23条（1）规定，在优先权日起30个月届满前专利局对国际申请 |
| ☐ 请求提前处理和审查的声明 | | | | 不作处理和审查。 |

---

**14. 专利代理机构签章**

<br>

### 中国国际贸易促进委员会专利商标事务所

<br>

2005年04月14日

---

有附加页(本表各栏填写不下时适用)　　　　　页。

AI 802491

# 说 明 书 摘 要

本发明公开了一种多腔导管（10）和插入所述多腔导管的方法。所述导管（10）包括一根中心细长多腔管部（12），所述管部具有一个远端和一个近端。中心的管部（12）具有一个基本为圆柱形的外形并且在内部分段成为多个腔。一个远端分支部包括多个单腔的远端延伸管（18、20）。一个近端分支部包括多个单腔的近端延伸管（14、16）。每个近端延伸管（14、16）具有一个远端的第一端和一个近端的第二端。每个近端延伸管（14、16）的远端第一端连接到中心管部（12）的近端，使得每个远端延伸管（14、16）的单个腔与中心管部（12）的多个腔之一液体连通。提供有选择地附着的连接器插座（72、74），用于有选择地附着到远端延伸管（18、20）并且将导管（10）连接到一个液体交换装置。

1

IIM050625

AI 802492

# 权 利 要 求 书

1.一种多腔导管，其包括：

（a）一根中心细长多腔管部，其具有一个远端和一个近端，中心管部具有一个基本为圆柱形的外形并且在内部分段成为多个腔；

（b）一个远端分支部，其包括多个单腔的远端延伸管，每个远端延伸管具有一个近端的第一端和一个远端的第二端，每个远端延伸管的近端第一端永久地连接到中心管部的远端，使得每个远端延伸管的单个腔与中心管部的多个腔之一液体连通；

（c）一个近端分支部，其包括多个单腔近端延伸管，每个近端延伸管具有一个远端第一端和一个近端第二端，每个近端延伸管的远端第一端永久地连接到中心管部的近端，使得每个近端延伸管的单个腔与中心管部的多个腔之一液体连通；以及

（d）多个有选择地附着的连接器插座，每个连接器插座构形为有选择地附着到一个远端延伸的远端第二端并且构形为用于有选择地连接到一个液体交换装置；

其中，中心管部的每个腔和与之液体连通的远端及近端延伸管的的腔限定一个穿过导管的流道。

2.如权利要求 1 所述的多腔导管，其中，中心管部包括两个腔，远端分支部包括两个远端延伸管，并且近端分支部包括两个近端延伸管。

3.如权利要求 1 所述的多腔导管，其中，远端分支部的多个单腔远端延伸管汇集形成连接到中心管部的远端的一个远端多腔连接部，并且包括近端分支部的多个单腔近端延伸管汇集形成连接到中心管部的近端的一个近端多腔连接部。

4.如权利要求 1 所述的多腔导管，其中，中心管部、远端延伸管和近端延伸管均包括一种可熔的材料，并且远端延伸管和近端延伸管

IIM050625

AI 802493



可以分别熔合到中心管部的远端和近端。

5.如权利要求 1 所述的多腔导管，其中，远端延伸管在其远端第二端附近具有一个基本为圆柱形的外形。

6.如权利要求 3 所述的多腔导管，其中，近端延伸管至少在其长度的一部分上具有一个基本为 D 形的横截面。

7.如权利要求 3 所述的多腔导管，其中，近端多腔连接部具有基本为圆柱形的外形。

8.如权利要求 1 所述的多腔导管，其中，近端延伸管在自由状态下基本上相互平行。

9.如权利要求 1 所述的多腔导管，其中，所述至少一个近端延伸管的长度小于至少另一个近端延伸管的长度。

10.如权利要求 1 所述的多腔导管，其中，还包括一个固定到中心管部的外部的稳定套囊。

11.如权利要求 1 所述的多腔导管，其中，每个有选择地附着的连接器插座的近端包括一个管部，该管部构形为可密封地在一个远端延伸管的远端第二端处插进一个腔的一部分中。

12.如权利要求 11 所述的多腔导管，其中，每个连接器插座的管部包括至少一个外圆周台阶、倒钩或者棱，用于可释放地抓握其中插入所述管部的一个远端延伸管的一部分。

13.如权利要求 1 所述的多腔导管，其中，每个近端延伸管包括一个管壁，并且每个近端延伸管包括至少一个穿过其管壁的开口。

14.如权利要求 1 所述的多腔导管，其中，远端延伸管的至少之一的一个外部包括标记，该标记指示一个穿过导管的离散的流道。

15.如权利要求 2 所述的多腔导管，其中，所述两个近端延伸管具有在自由状态下以一个夹角相交的纵向轴线，所述夹角在约 10 度至约 30 度的范围内。

16.一种 Y 形导管接头，其包括:

（a）一个双腔总管，其具有一个基本为圆柱形的外壁、一个第一

2

IIM050625

AI 802494

端、一个第二端、一个第一腔以及一个第二腔；

（b）一个第一单腔延伸管，其连接到总管的第一端，其中第一单腔延伸管的单个腔与总管的第一腔液体连通；以及

（c）一个第二单腔延伸管，其连接到总管的第一端，其中第二单腔延伸管的单个腔与总管的第二腔液体连通；

其中，总管的第一腔和第一延伸管限定一个第一流道，并且总管的第二腔和第二延伸管限定一个第二流道。

17.如权利要求 16 所述的 Y 形导管接头，其中，第一和第二延伸管具有在自由状态下在总管的第一端附近相交成一个夹角的纵向轴线，所述夹角在约 10 度至约 30 度的范围内。

18.一种形成多腔导管的方法，该包括将第一多个单腔延伸管永久地附着到包括多个多腔的一段多腔管的一个远端，并且将第二多个单腔延伸管永久地附着到多腔管的一个远端，其中每个延伸管的每个单个腔与此段多腔管的腔之一液体连通。

19.如权利要求 18 所述的方法，其中，该段多腔管包括两个腔，并且第一和第二多个延伸管在该段多腔管的每一端形成基本为 Y 形的接头。

20.如权利要求 19 所述的形成多腔导管的方法，所述方法包括：

（a）形成一个 Y 形的远端接头，包括：

（i）提供一个第一段的单腔管以形成一个远端动脉延伸管；

（ii）提供一个第二段的单腔管以形成一个远端静脉延伸管；

（iii）提供一个第一段的多腔管，所述第一段的多腔管包括至少一个动脉腔和一个静脉腔并且具有一个远端和一个近端；

（iv）将远端动脉延伸管的一个端部永久地附着到第一段多腔管的远端，使得远端动脉延伸管与第一段多腔管的动脉腔液体连通；并且

（v）将远端静脉延伸管的一个端部附着到第一段多腔管的远端，使得远端静脉延伸管与第一段多腔管的静脉腔液体连通；

3

IIM050625

AI 802495

其中第一段多腔管的近端形成一个连接端；

（b）提供一个第二段多腔管，所述第二段多腔管具有一个远端和一个近端并且具有一个动脉腔和一个静脉腔，并且将所述连接端永久性地附着到第二段多腔管的远端，从而远端接头的动脉延伸管与第二段多腔管的动脉腔液体连通，并且远端接头的静脉延伸管与第二段多腔管的静脉腔液体连通；

（c）形成一个 Y 形的近端接头，包括：

（i）提供一个第三段单腔管以形成一个近端动脉延伸管；

（ii）提供一个第四段单腔管以形成一个近端静脉延伸管；

（iii）提供一个第三段多腔管，所述第三段多腔管包括至少一个动脉腔和一个静脉腔，并且具有一个远端和一个近端；

（iv）将近端动脉延伸管的一个端部永久地附着到第三段多腔管的远端，使得近端动脉延伸管与第三段多腔管的动脉腔液体连通；并且，

（v）将近端静脉延伸管的一个端部永久地附着到第三段多腔管的远端，使得近端静脉延伸管与第三段多腔管的静脉腔液体连通；

其中第三段多腔管的远端形成一个附着端；以及

（d）将所述附着端附着到第二段多腔管的近端，从而近端接头的动脉延伸管与第二段多腔管的动脉腔液体连通，并且，近端接头的静脉延伸管与第二段多腔管的静脉腔液体连通。

21.如权利要求 20 所述的方法，所述方法还包括：在近端静脉延伸管的一个壁中形成至少一个开口，并且在动脉近端延伸管的一个壁中形成至少一个开口。

22.如权利要求 20 所述的方法，其中，将延伸管和各段多腔管永久地附着在一起或者相互附着包括将管的端部熔合在一起。

23.如权利要求 19 所述的方法，其中，远端动脉延伸管和远端静脉延伸管的纵向轴线在自由状态以一个约10度至约30度的夹角相交。

24.一种在患者体内手术植入一个双 Y 形多腔导管的方法，所述多

4

IIM050625

AI 802496

腔导管包括：一个细长中心多腔管部；一个近端部，所述近端部包括一个单腔近端静脉延伸管和一个单腔近端动脉延伸管，所述单腔近端静脉延伸管和单腔近端动脉延伸管各具有一个近端端头；以及一个包括一个单腔远端静脉延伸管和一个单腔远端动脉延伸管的远端部，所述单腔远端静脉延伸管和单腔远端动脉延伸管各具有一个远端，所述方法包括：

（a）在患者皮肤上做一个切口；

（b）将近端静脉和动脉延伸管的近端端头经该切口插入并且将所述近端端头置于患者体内；

（c）形成一个具有靠近该切口的第一端和远离该第一端的第二端的皮下隧道；

（d）引导远端静脉和动脉延伸管和中心管的至少一部分穿过皮下隧道，使得远端静脉和动脉延伸管的至少远端经隧道的第二端从所述隧道向外延伸；并且

（e）将导管的远端部的至少一部分固定到患者身上。

25.如权利要求 24 所述的方法，所述方法还包括分别将远端动脉和静脉延伸管连接到一个液体交换装置的动脉支路和静脉支路。

26.如权利要求 25 所述的方法，其中，将远端动脉和静脉延伸管连接到液体交换装置的动脉支路和静脉支路包括用一个第一连接器插座将远端动脉延伸管连接到动脉支路上，以及用一个第二连接器插座将近端静脉延伸管连接到静脉支路上。

26.如权利要求 23 所述的方法，其中，将近端静脉和动脉延伸管的近端端头插进患者体内包括：将静脉延伸管的近端端头放进患者的一个静脉中，以及将动脉延伸管的近端端头放进患者的一个动脉中。

28.如权利要求 24 所述的方法，其中，中心管部还包括一个固定到中心管部的外部的稳定套囊，所述方法还包括在引导远端静脉和动脉延伸管以及中心管部的至少一部分穿过所述皮下隧道之前，扩张皮下隧道的至少一部分，其中扩张步骤包括沿一个纵向定位在所述隧道

5

AI 802497

内的套针的轴杆滑动一个护套扩张器。

29.如权利要求 28 所述的方法，其中，将导管的远端部的至少一部分固定到患者身上包括将稳定套囊放置在皮下隧道的的一个扩张部分中。

30.如权利要求 24 所述的方法，其中，引导远端静脉和动脉延伸管以及中心管的至少一部分穿过皮下隧道包括：

（a）经皮下隧道插入一个套针，使得套针的插入端头从隧道的第一端伸出：

（b）将远端静脉和动脉延伸管的远端连接到连接器的一个近端；

（c）将连接器的一个近端连接到套针的伸出的插入端头；并且

（d）用套针引导远端静脉和动脉延伸管以及中心管部的至少一部分穿过皮下隧道。

31.如权利要求 30 所述的方法，其中，还包括在用套针引导远端静脉和动脉延伸管以及中心管部的至少一部分穿过皮下隧道之前，在连接器以及静脉和动脉延伸管的至少部分上布置一个具有一个光滑的外轮廓的护套。

IIM050625

AI 802498

# 说　明　书

## 带有有选择地附着的插座的双 Y 形多腔导管

### 相关申请

本申请是 2002 年 2 月 28 日提交的待批的美国专利申请 10/086,033 的部分连续申请，后者是 2001 年 1 月 24 日提交的待批的美国专利申请 09/769,052 的连续。

### 技术领域

本发明广泛涉及一种医疗器械并且特别涉及一种多腔导管，所述多腔导管包括 Y 形的远端和近端，并且包括用于有选择地将导管连接到一个液体交换装置的有选择地附着的插座。

### 背景技术

导管一般地是空心的挠性管，用于插入体腔、管腔或者血管中使得能够流通液体或者能够扩张一个通道。导管往往用于临时的或者长期的透析治疗。透析治疗提供用于将血液从患者抽出、净化，然后回输给患者。从而在透析治疗中，导管使得能够建立血液进出患者身体的通道。为透析治疗中有最佳的性能，导管的端头，不论是流入的还是流出的，都应当紧接心脏布置。典型地，医务人员或使用一个双腔导管，或使用两个单腔导管。然而这两种类型都存在某些缺陷。

尽管使用双腔导管（例如美国专利 4,895,561）能够将导管单次地插进所要求的静脉中，然而用双腔导管典型地不能达到最佳的导管端头布置。由于患者间的差异，最佳的端头位置随患者而不同。非最佳的端头位置会显著地降低流量，导致较低效率的透析治疗。对于当前的双腔导管，在施导管插入术前医生必须对适当的导管长度进行估计。然后从一个第一端向一个第二端造一个皮下隧道，第一端在要插导管的区域附近，第二端是插座组件的优选的端部位置，即远离患者颈部的位置，以能够较方便地接通透析治疗设备。然后从第二端向第一端

IIM050625

AI 802499

向前推进导管穿过所述皮下隧道，使得导管端头从隧道的第一端向外延伸。或是在通隧道前或在通隧道后，经隧道的第一端将一个护套插入到要插导管的区域，并且将导管的端头插进该护套和要插导管的区域中。估计的导管长度和接着的前向通隧道可能导致不够理想的端头布置。

使用两个独立的单腔导管（例如授予 Tesio 的美国专利 5,776,111）解决了端头布置的问题。每个导管的插座组件都可以从导管的管部和端头部拆下，从而能够将导管端头直接地置于静脉中并且推进到所要求的位置。然后可以反向地用导管的近端通述隧道，并且修剪到所要求的长度。然后附着插座。然而该导管插入术中也存在有缺陷。与该方法相关的一个问题是该法需要两个分开的静脉插入，即两个隧道和该术使用的两个各自的附属器械。因此布置两个导管需要增加手术时间，有两个插入创口，这使术后感染的风险加倍了，并且两个导管在一起在直径上要比一个双腔导管大得多。

本申请人 2001 年 1 月 24 日提交的同时待批申请 09/769,052 和 2002 年 2 月 28 日提交的 10/086,033 公开了一种多腔导管装置和将所述装置插入患者的方法。本文参引这些同时待批申请的公开内容。在该公开的装置和方法中，一个多腔导管包括一个有选择地附着的插座组件，所述插座组件使得能够在通皮下隧道前在患者体内准确地定位导管端头。导管的远端有选择地附着在所述插座组件上。因此，在患者中准确地定位了导管的端头以后，可以在患者的皮肤下反向地用导管的另一端通隧道。在端头布置以前或以后，在导管的突出的远端出皮肤处的点附近做一切口。然后做一个皮下隧道，所述皮下隧道具有一个在切口处的第一端和一个在远离隧道的第一端的一个点退出皮肤的第二端，一般为尾向的。一个护套扩张器插入在所述隧道中，部分地扩张隧道从而容纳一个组织长入稳定套囊（stabilizing cuff）。导管的远端经皮下隧道和处于其中的套囊进路，从而在患者体内稳定导管的远端部分。将一个有选择地附着的插座组件在导管的远端端头连接

2

IIM050625

AI 802500

到所述腔用于随后连接到一个液体交换装置，譬如一个透析机。

尽管上述的有选择地附着的插座组件方便了在患者体内用一个多腔导管通隧道，分开的插座组件产生了将插座连接到从导管的远端的需要，从而对导管插入/连接操作过程增加了附加的步骤，这增加了手术时间和费用。而且，插座导管连接提供了一种由于譬如在拉或清障时在插座上的外部负荷可从导管漏掉或者分开的附加连接。另外，可附着的插座组件是一种相对复杂的部件，它使之难于制造，并且因此使用该插座组件增加了导管本身的成本。

因此需要一种可以使用反向通隧道技术插进患者体内的多腔导管，这使得能够将导管的端头准确地置于要施导管插入术的区域，并且这是可以选择性地附着到一个液体交换装置上的。改进了的导管不应当需要一个延伸的插座组件，从而使之相对地制造低廉并且易于插入到患者体内。

发明内容

提供一种多腔导管，用于在血液透析及类似治疗中。所述多腔导管包括一根细长中心多腔管部，所述管部具有一个远端和一个近端。所述中心的管部具有一个基本为圆柱形的外形并且在内部分段成为多个腔。一个远端分支部包括多个单腔的远端延伸管。每个远端延伸管具有一个近端的第一端和一个远端的第二端。每个远端延伸管的近端第一端连接到中心管部的远端，使得每个远端延伸管的单个腔与中心管部的多个腔之一液体连通。一个近端分支部包括多个单腔近端延伸管。每个近端延伸管具有一个远端第一端和一个近端第二端。每个近端延伸管的远端第一端连接到中心管部的近端，使得每个远端延伸管的单个腔与中心管部的多个腔之一液体连通。提供多个有选择地附着的连接器插座，每个连接器插座构形为有选择地附着到一个远端延伸的远端第二端并且构形为有选择地连接到一个液体交换装置。中心管部的每个腔和与之液体连通的远端及近端延伸管的的腔限定一个穿过导管的流道。可以将一个向内生长稳定套囊固附到中心管部的外部。

3

IIM050625

AI 802501

多腔导管可包括一个具有两个腔的中心管。在这样的一个导管中，远端分支部包括两个远端延伸管，并且近端分支部包括两个近端延伸管。可以将导管布置得使远端分支部的多个单腔远端延伸管汇集形成连接到中心管部的远端的一个远端多腔连接部，并且包括近端分支部的多个单腔近端延伸管汇集形成连接到中心管部的近端的一个近端多腔连接部。

中心管部、远端延伸管和近端延伸管可以包括一种可熔的材料，并且远端延伸管和近端延伸管可以分别熔合到中心管部的远端和近端。远端延伸管可以在其远端第二端附近具有一个基本为圆柱形的外形，并且近端多腔连接部也可以具有基本为圆柱形的外形。近端延伸管至少在其长度的一部分上可以具有一个基本为D形的横截面。还有，近端延伸管在自由状态下可以基本上相互平行，并且远端延伸管的近端第二端可以在纵向上相互间隔开。

多腔导管还可以包括多个连接器插座，用于将导管连接到一个液体交换装置。每个连接器插座可以构形为连接到远端延伸管的远端第二端，并且构形为用于连接到一个液体交换装置的一部分。每个近端延伸管可以包括一个管壁，并且每个近端延伸管可以包括至少一个穿过其管壁延伸的开口。而且，远端延伸管的至少之一的一个外部可以包括标记，该标记指示一个穿过导管的离散的流道。在一个布置中，两个近端延伸管具有在自由状态下以一个夹角相交的纵向轴线，所述夹角在约10度至约30度的范围。

还提供一个用于一个多腔导管的Y形导管接头。所述Y形接头包括一个双腔总管，该双腔总管具有一个基本为圆柱形的外壁、一个第一端、一个第二端、一个第一腔以及一个第二腔。一个第一单腔延伸管连接到总管的第一端，从而第一单腔延伸管的单个腔与总管的第一腔液体连通。一个第二单腔延伸管连接到总管的第一端，从而第二单腔延伸管的单个腔与总管的第二腔液体连通。Y形接头布置得使总管的第一腔和第一延伸管限定一个第一流道，并且使总管的第二腔和第

4

IIM050625

AI 802502

二延伸管限定一个第二流道。该 Y 形导管接头还可以布置得使第一和第二延伸管具有在自由状态下在总管的第一端附近相交于一个夹角的纵向轴线，所述夹角在约 10 度至约 30 度的范围内。

还公开了一种形成一个多腔导管的方法。所述方法包括将第一多个单腔延伸管附着到包括多个多腔的一段多腔管的远端，并且将第二多个单腔延伸管附着到所述一段多腔管的一个远端。每个延伸管的单个腔与此段多腔管的腔之一液体连通。该段多腔管可以包括两个腔，并且第一和第二多个延伸管可以在所述一段多腔管的每一端上形成基本为 Y 形的接头。

形成一个多腔导管的方法可以包括首先形成一个 Y 形的远端接头。该过程可以包括：提供一个第一段的单腔管以形成一个远端动脉延伸管；提供一个第二段的单腔管以形成一个远端静脉延伸管；提供一个第一段的多腔管，所述第一段的多腔管包括至少一个动脉腔和一个静脉腔并且具有一个远端和一个近端；将远端动脉延伸管的一个端部附着到第一段多腔管的远端，使得远端动脉延伸管与第一段多腔管的动脉腔液体连通；并且将远端静脉延伸管的一个端部附着到第一段的多腔管的远端，使得远端静脉延伸管与第一段的多腔管的静脉腔液体连通。第一段的多腔管的近端形成一个连接端。

提供一个具有一个远端和一个近端的第二段多腔管。所述管包括一个动脉腔和一个静脉腔。第一段多腔管的连接端连接到第二段多腔管的远端，从而远端接头的动脉延伸管与第二段多腔管的动脉腔液体连通，并且远端接头的静脉延伸管与第二段的多腔管的静脉腔液体连通。

还形成一个 Y 形的近端接头。该过程包括：提供一个第三段单腔管以形成一个近端动脉延伸管，并且提供一个第四段单腔管以形成一个近端静脉延伸管。还提供一个第三段多腔管，所述第三段多腔管包括至少一个动脉腔和一个静脉腔并且具有一个远端和一个近端。将近端动脉延伸管的一个端部附着到第三段多腔管的远端，使得近端动脉

5

IIM050625

AI 802503

延伸管与第三段多腔管的动脉腔液体连通。还有，将近端静脉延伸管的一个端部附着到第三段多腔管的远端，使得近端静脉延伸管与第三段多腔管的静脉腔液体连通。第三段的多腔管的远端形成一个附着端。

将第三段多腔管的附着端附着到第二段多腔管近端，从而近端接头的动脉延伸管与第二段多腔管的动脉腔液体连通，并且，近端接头的静脉延伸管与第二段多腔管的静脉腔液体连通。该方法还可以包括在近端静脉延伸管的一个壁中形成至少一个开口，并且在动脉近端延伸管的一个壁中形成至少一个开口。将延伸管和各段多腔管附着在一起或者相互附着可以包括热焊或者类似的熔合技术。远端动脉延伸管和远端静脉延伸管的纵向轴线可以布置为在自由状态下以一个约 10 度至约 30 度的夹角相交。

还提供了一种在患者体内手术植入一个双 Y 形多腔导管的方法。该方法适用于植入一种多腔导管，所述多腔导管具有：一个细长中心，多腔管部；一个近端部，所述近端部包括一个单腔近端静脉延伸管和一个单腔近端动脉延伸管，所述单腔近端静脉延伸管和一个单腔近端动脉延伸管各具有一个近端端头；以及一个包括一个单腔远端静脉延伸管和一个单腔远端动脉延伸管的远端部，所述单腔远端静脉延伸管和单腔远端动脉延伸管各具有一个远端。该方法包括：在患者皮肤上做一个切口，并且将近端静脉和动脉延伸管的近端端头经该切口插入并且将所述近端端头置于患者体内。形成一个具有靠近该切口的第一端和远离该第一端的第二端部的皮下隧道。引导远端静脉和动脉延伸管和至少中心管的一个部分穿过皮下隧道，使得远端静脉和动脉延伸管的至少远端经隧道的第二端从所述隧道向外伸。将导管的远端部的至少一个部分用缝合线或者其它适合的器件固定到患者身上。

当导管包括一个稳定套囊时，该方法还可以包括扩张皮下隧道的至少一部分以容纳该套囊。扩张隧道可以通过沿一个纵向地定位在所述隧道内的套针的轴杆滑动一个护套扩张器完成。通过将套囊放在皮下隧道的的一个扩张了部分中将导管的远端部固定到患者身上。

6

IIM050625

AI 802504

导管植入方法还可以包括相应地将远端动脉和静脉延伸管连接到液体交换装置的动脉和静脉支路上。连接远端动脉和静脉延伸管可以包括用一个第一连接器插座将远端动脉延伸管连接到动脉支路上，并且用一个第二连接器插座将远端静脉延伸管连接到静脉支路上。将近端静脉和动脉延伸管的近端端头插进患者体内可以包括将静脉延伸管的近端端头放进患者的一个静脉中，以及将动脉延伸管的近端端头放进患者的一个动脉中。

通过阅读以下的详细说明和附图将会清楚本发明的这些方面和其它方面。

附图说明

图 1 是一个双 Y 形多腔导管的立体图；

图 2 是图 1 所示的多腔导管的远端部的横截面图；

图 3 是图 1 所示的多腔导管的远端部的局部立体分解详图；

图 4 是图 1 所示的多腔导管的近端部的局部立体分解详图；

图 5 是图 1 所示的多腔导管的近端部的横截面图；

图 6A-6D 示出在患者体内为多腔导管通皮下隧道的手术过程；

图 7 是沿一个套针接合以扩张患者的皮下隧道的一部分的护套扩张器的局部剖视图；

图 8A-8C 示出在导管的远端与用于经皮下隧道引导导管的套针之间的连接。

具体实施方式

对于以下的说明和所附权利要求书，相关术语"近端"指导管的以及导管的部件的最接近于导管插入端的那些部分，就是说，导管的插进被施导管插入术的患者身体的区域（譬如血管）的端部。相反地，相关术语"远端"指导管的以及导管的部件的最远离于导管插入端的那些部分。

图 1 示出根据本发明的一个双 Y 形多腔导管 10。导管 10 包括一个用于插进患者体内的近端 34 和一个用于连接到一个液体交换装置

7

（譬如透析机或者类似物）的远端 36。导管 10 包括一个细长的中心多腔管部 12、多个近端单腔延伸管 14、16 以及多个远端单腔延伸管 18、20。在所示的实施方式中，中心管部 12 包括一个动脉腔 5 和一个静脉腔 6。在此布置中，导管 10 包括一个近端静脉延伸管 14 和一个与静脉腔 6 液体连通的远端静脉延伸管 18，以及一个近端动脉延伸管 16 和一个与动脉腔 5 液体连通的远端动脉延伸管。导管 10 可以包括一个固定到中心管部 12 外部上的稳定套囊 15，如图 1 中所示。优选地，套囊 15 沿纵向定位于中心管部 12 上，使得套囊 15 将会如下文较充分地说明那样最终定位在患者体内的一个皮下隧道内。

多腔导管 10 的远端 36 的一个结构示于图 1-3 中。如图 2 和图 3 中所示，远端延伸管 18、20 的近端 18p、20p 可以通过一个远端多腔总管 30 连接到中心管部 12 的远端 12d。远端总管 30 的多个腔在数量上对应于中心管部 12 的多个腔和远端延伸管 18、20 的数量。在所示的实施方式中，远端总管 30 包括一个静脉远端总管腔 48，和一个动脉远端总管腔 47，如图 2 中所示。如图 3 中所示，远端延伸管 18、20 的近端 18p、20p 连接到远端总管的远端 30d，从而形成一个基本为 Y 形的接头。远端总管 30 的近端 30p 连接到中心管部 12 的远端 12d，如图 2 中所示，从而形成一个 Y 形的远端 36。优选地，远端总管 30 的近端 30p 的形状基本为圆柱形，并且外径基本上等于中心管部 12 的外径，从而在远端总管 30 与中心管部 12 之间结合部提供一个光滑的过渡。

如图 2 中所示，远端延伸管的布置使得于一个自由状态下在管 18、20 的纵向轴线之间存在一个夹角 "θ"。在一个优选的布置中，角度 "θ" 的范围从约 10 度至约 30 度。然而，远端延伸管 18、20 的布置使得角度 "θ" 是任何所希望的角度。静脉远端总管 48 与中心管部 12 的静脉腔 6 和远端静脉延伸管 18 的单个腔液体连通。类似地，动脉远端总管腔 47 与动脉腔 5 和远端动脉延伸管 20 的单个腔液体连通。

在一个可供选择的布置中，远端延伸管 18、28 可以直接连接到中

8

IIM050625

AI 802506

心管部 12 的远端 12d 而不是连接到一个相互连接的远端总管 30（未图示）。在任一个布置中，远端延伸管 18、20 的配合端部、中心管部的远端 12d 和/或远端总管 30 都通过热焊接或者类似方法可密封地熔合在一起，从而在这些部件的相互连接的腔之间建立并且保持液体连通，并且在连接处不发生泄露。

如图 1-3 中所示，导管 10 在远端延伸管 18、20 的远端 18d、20d 上还包括有选择地附着的连接器插座 72、74。如下文将要详细地说明那样，连接器插座 72、74 有选择地附着，使得在将导管 10 的近端 34 插进患者体内后，并且在反向地用远端 36 皮下通隧道后，可附着于导管 10 的远端 36 并且从可以从导管 10 的远端 36 拆下。如图 1 和图 2 中所示，连接器插座 72、74 构形为用于有选择地密封附着在远端延伸管 18、20 的远端 18d、20d 与液体交换装置的支路之间。连接器插座。静脉连接器插座 74 有选择地附着到远端静脉延伸管 18 的远端部 18d，而动脉连接器插座 72 有选择地附着到远端动脉延伸管 20 的远端部 20d。

在图 1-3 所示的一个实施方式中，有选择地附着的插座 72、74 可与配合的压配合件 58、60 连接。所述压配合件可以包括插管 66、68 和配合地接合远端延伸管 18、20 与连接器插座 72、74 的带螺纹的部分 62、64，如图 2 中所示。在完全接合时，插座 72、74 和压配合件 58、60 围绕远端延伸管 18、20 的远端部 18d、20d 压挤压缩套筒 70，从而形成密封的连接。压配合件 58、60 还可以通过连接器 54、56 连接到路厄氏（luer-type）配合件 50、52 或者类似物。路厄氏配合件 50、52 然后可以连接到液体交换装置 200 上的对应的路厄氏连接机构上。例如，路厄氏配合件 50、52 可以包括一个四分之一转形的螺纹用于防泄露地与液体交换装置 200 的静脉和动脉支路上的配合的四分之一转配合件接合。也可以使用其它公知类型的防泄露的有选择地附着的连接结构。

如图 1 和图 3 中所示，连接器插座 72、74 可以有选择地附着到远

9

IIM050625

AI 802507

端延伸管 18、20 的远端 18d、20d。这种布置使得能够用导管 10 的远端 36 在患者体内皮下反向通隧道，如下文不参照插座 72、74 较详细地说明的那样。在用导管 10 的远端在患者体内皮下反向通隧道使得远端 36 从患者体内向外突出以后，可以如图 3 中所示将插座 72、74 反配合（backfit）在远端延伸管 18、20 的远端上。然后可以将压缩套筒 70 置于延伸管 18、20 的远端 18d、20d 上，并且可以完成密封的连接，如图 2 中所示。然后，可以将导管 10 连接到一个液体交换装置 200 上。

一个用于导管 10 的近端 34 的结构示于图 1、图 4 和图 5 中。近端延伸管 14、16 的远端 14d、16d 可以由一个近端多腔总管 32 连接到中心管部 13 的一个近端 12p。近端总管 32 的腔在数量上对应于中心管部 12 的多个腔和近端延伸管 14、16 的数量。在所示的实施方式中，近端总管 32 包括一个静脉近端总管腔 31 和一个动脉近端总管腔 33，如图 5 中所示。如图 4 中所示，近端延伸管 14、16 的远端 14d、16d 连接到近端总管 32 的近端 32p，从而形成一个基本为 Y 形的接头。近端总管 32 的远端 32d 连接到中心管部 12 的近端 12p，如图 5 中所示，从而形成一个基本为 Y 形的导管 10 的近端 34。优选地，近端总管 32 的远端 32d 的形状基本为圆柱形，并且外径基本上等于中心管部 12 的外径，从而在近端总管 32 与中心管部 12 之间结合部提供一个光滑的过渡。

如图 4 中所示，近端延伸管的布置使得于一个自由状态下在管 14、16 的纵向轴线之间存在一个夹角 "α"。在一个优选的布置中，角度 "α" 在静止的或者在自由的状态下约为 5 度。然而，近端延伸管 18、20 还可以布置使得角度 "α" 是任何所希望的角度。静脉近端总管腔 31 与中心管部 12 的静脉腔 6 和近端静脉延伸管 14 的单个腔液体连通。类似地，动脉近端总管腔 33 与中心管部 12 的动脉腔 5 和近端动脉延伸管 16 的单个腔液体连通。

在一个可供选择的布置中，近端延伸管 14、16 可以直接连接到中

10

IIM050625

AI 802508

心管部 12 的近端 12p 而不是与近端总管 32 相互连接（未图示）。在任一个布置中，近端延伸管 14、16 的配合端部、中心管部的近端 12p、和/或近端总管 32 通过热焊接或者类似方法可密封地熔合在一起，从而在这些部件的相互连接的腔之间建立并且保持液体连通，并且在连接处不发生泄露。

如图 1、图 4 和图 5 中所示，近端动脉延伸管 16 的长度优选小于近端静脉延伸管 14。例如，近端动脉延伸管 16 可以在长度上比近端静脉延伸管 14 短 4cm。在近端端头 14p、16p 之间产生的纵向间隔方便了在患者体内优化近端端头的安置。如图 4 中所示，近端静脉延伸管 14 可以在其近端端头 14p 内或者附近包括一个端部开口 43。近端静脉延伸管 14 还可以在其管壁 40 中包括一个或者多个横向开口 42。类似地，还如在图 4 中所示，近端动脉延伸管 16 可以在其近端端头 16p 内或者附近包括一个端部开口 47。近端动脉延伸管 16 还可以在其管壁 44 中包括一个或者多个横向的开口 46。开口 42、43、46 和 47 方便了液体流入或者流出近端延伸管 14、16。

连接器插座 72、74 有选择地附着于导管 10 的远端 36 和从导管 10 的远端 36 拆卸，以方便在患者体内为导管 10 通隧道。一种在患者体内安装导管 10 的方法示于图 6A-6D 中。如图 6A 中所示，在患者的皮肤中做一个切口 100。导管 10 的近端端头 14p、16p 经切口 100 插入并且用常规的技术，譬如 Seldinger 技术置于患者体内所希望的位置处。

在此阶段以后，远端 36 和导管 10 的远端部从切口 100 向外伸出。用一个套针或者其它适当的器械形成一个皮下隧道 102，所述皮下隧道 102 具有一个优选地与切口 100 重合的第一端 104 和一个远离第一端 104 的对置的第二端 106，如图 6A 中所示。

如图 6B 中所示，经隧道 102 的第一端 104 插入导管 10 的远端 36，并且引导该远端 36 穿过隧道 102，使得远端 36 在其第二端 106 从隧道 102 伸出。远端延伸管 18、20 足够柔软得使它们能够用任何适当的

11

HM050625

AI 802509

手段扎在一起或者卡在一起，以方便使导管 10 的 Y 形远端 36 穿过隧道 102。

在图 8A 和图 8B 中所示的一个优选实施方式中，远端延伸管 18、20 的远端部 18d、20d 附着在连接器 300 上。如图所示，连接器 300 的近端可以包括一个第一端头 302 和一个第二端头 304。端头 302、304 可以插进远端延伸管 18、20 的远端部 18d、20d 处的腔中。端头 302、304 优选地包括肋 301 或者类似物以紧密地接合在远端延伸管 18、20 的远端部 18d、20d 内，从而使连接器 300 固定地然却可拆卸地附着到远端延伸管 18、20 上。当端头 302、304 相应地接合在远端延伸管 18、20 中时，如图所示，连接器 300 以紧密的布置保持该远端延伸管 18、20，从而使远端延伸管 18、20 可以同时地在患者体内通隧道，如下文说明。连接器的远端 300d 优选地包括一个构形为可附着地容纳套针 120 的插入端头 308 的孔 306。孔 306 可以包括可以与套针 120 的插入端头 308 上的配合螺纹接合的螺纹 310。可供选择地，孔 306 可以包括一个卡进套针 120 的插入端头 308 上的一个槽 309 内的轴环部 314。以此方式，连接器 300 的远端 300d 可以被接合在套针 120 的插入端头 308 上，以经皮下隧道 102 用套针 120 给附着了的远端延伸管 18、20 规定出了路线。一旦导管 10 的远端 36 经隧道 102 抽出后，就可以从远端延伸管 18、20 脱开连接器 300 的接合。

为了给导管 10 的远端部提供一个光滑和紧凑的外轮廓以方便使导管 10 的远端 36 穿过隧道 102，可以使用一个如图 8B 中所示的护套 320。护套 320 置于连接器 300 和远端延伸管 18、20 的至少一部分上。优选地，护套 320 的远端 320d 如图所示为锥形。护套 320 和导管 10 的远端部可以一起用套针 120 经隧道 102 抽出。在将导管 10 的远端经隧道 102 抽出后就可以从导管 10 拆下护套 320 了。

如图 6C 中所示，导管 10 的远端 36 从隧道 102 的第二端 104 抽出，从而远端延伸管 18、20 和中心管部 12 的至少一部分从第二端 104 伸出，并且导管 10 完全在患者体内通隧道。切口 100 和隧道的第二端

12

IIM050625

AI 802510

104 适当地进行处置并加以敷裹。

如图 1 中所示，中心管部 12 的一个外部可以包括一个组织内向生长稳定套囊 15，用于稳定插入在患者体内的导管 10。参见图 6C 和图 7，当导管 10 包括一个稳定套囊 15 时，可以扩张隧道 102 的一个部分 130 以扩大隧道 102 的宽度，以在经隧道 102 抽出导管 10 时容纳套囊 15。如图 7 中所示，当如图 6A 中所示地将套针 120 定位在皮下隧道 102 中时，隧道的扩张了的部分 130 优选地通过在端部 42 和套针 120 的轴杆 41 上滑动一个护套扩张器 200 来扩张。护套扩张器 200 优选地包括一个空心孔 208、一个锥形的前端 206、一个基本为圆柱形的部分 204 和一个手柄 202。护套扩张器 200 经隧道 102 的第一端 104 插进隧道 102，直到端头 206 在隧道 102 中插入到套囊安放点 140 近处，以形成隧道 102 的一个扩张了的部分 130。一旦充分地扩张扩张的部分 130，就从隧道 102 和套针 120 拆下护套扩张器 200。当将套囊 15 安放在隧道 102 的扩张了的部分 130 的一个端部 140 附近时，导管 10 被最终定位在隧道 102 中，如图 6C 中所示。

如图 6D 中所示，导管 10 连接到一个液体交换装置 200。远端静脉延伸管 18 的远端部 18d 通过一个连接器插座 74 有选择地连接到液体交换装置 200 的静脉支路 224 上。类似地，远端动脉延伸管 20 的远端 20d 通过一个连接器插座 72 有选择地连接到液体交换装置 200 的动脉支路 222 上。如图 3 中所示，在远端延伸管 18、20 上和/或连接器插座 72、74 上可以包括有一个标记 26 和 28，以帮助医务人员识别连接到液体交换装置 200 的一个对应支路的正确的远端延伸管 18 或者 20。指示标记 26、28 可以是标志、颜色或者任何其它有区别性的指示标记。

尽管根据一个优选的实施方式示出和说明了本发明，应当认识到其中在不背离权利要求书中所确定的本发明的情况下，可以进行各种变形和修改。在阅读以上的说明后，领域内普通技术人员可联想某些修改和提高。例如，尽管参照一个有两个腔的导管说明了多腔导管，

13

IIM050625

AI 802511

需要时本发明还包括三个或者更多腔的多腔导管。应当理解，为了简明及可读性，没有将所有这样的修改囊括进本文中，但是，它们恰在权利要求的范畴内。

14

IIM050625

AI 802512

我方卷号：<u>IIM050625</u>
国际申请号：<u>PCT/US2003/027078</u>

中国专利局 PCT 处：


以下是根据
　　　□PCT 第 19 条
　　　□PCT 第 28 条
　　　□PCT 第 41 条
　　　☒国际初步审查报告附件
所作修改的中文译文，其中

1. 用修改后的权利要求第 _____**1-29**_____ 项替换
　　原 权 利 要 求 第 _____**1-31**_____ 项；


2. 　用修改后的说明书第 _____ 页替换
　　原 说 明 书 第 _____ 页；


3. 　用修改后的附图第 _____ 页替换
　　原 　附 　图 　第 _____ 页.


中国国际贸易促进会
专利商标事务所
2005 年 4 月 13 日

AI 802513

# 权 利 要 求 书 　　(修改)

1.一种多腔导管组件，其包括：

（a）一个多腔管部，其具有一个远端和一个近端；

（b）一个远端部，其包括多个远端单腔管，每个远端单腔管具有一个近端和一个远端，每个远端单腔管的近端永久地连接到多腔管部的远端使得每个远端单腔管的腔与多腔管部的腔之一液体连通；

（c）一个近端部，其包括多个单腔管，每个近端单腔管具有一个远端和一个近端，每个近端单腔管的远端永久地连接到多腔管部的近端使得每个近端单腔管的腔与多腔管部的多个腔之一液体连通；以及

多个延伸构件，每个延伸构件构形为在其一个近端处可以附着到远端单腔管之一并且构形为在其一个远端处用于连接到一个液体交换装置上。

2.如权利要求 1 所述的多腔导管组件，其中，多腔管部的每个腔与远端单腔管之一的腔以及近端单腔管之一的腔液体连通，从而限定一个穿过导管的流道。

3.如权利要求 1 所述的多腔导管组件，其中，多腔管部包括两个腔，远端部包括两个远端单腔管，并且近端部包括两个近端单腔管。

4.如权利要求 3 所述的多腔导管组件，其还包括一个连接器，该连接器用于容纳和保持远端单腔管的远端。

5.如权利要求 4 所述的多腔导管组件，其中，连接器还包括将连接器附着到一个套针上的器件。

6.如权利要求 4 所述的多腔导管组件，还包括一个护套，该护套可以布置在两个远端单腔管的远端的至少一部分和连接器的至少一部分上。

7.如权利要求 1 所述的多腔导管组件，其中，多腔管部、远端单腔管和近端单腔由一种可熔的材料组成，并且远端单腔管和近端单腔

1

IIM050625

AI 802514

管分别熔合到多腔管部的远端和近端。

8.如权利要求 1 所述的多腔导管组件，其中，远端单腔管在其长度的至少一部分上具有一个基本为圆形的横截面。

9.如权利要求 1 所述的多腔导管组件，其中，近端单腔管至少在其长度的一部分上具有一个基本为 D 形的横截面。

10.如权利要求 1 所述的多腔导管组件，其中，远端单腔管在其长度的至少一部分上具有一个基本为圆形的横截面，而近端单腔管在其长度的至少一部分上具有一个基本为 D 形的横截面。

11.如权利要求 1 所述的多腔导管组件，其中，至少一个近端单腔管的长度小于至少另一个近端单腔管的长度。

12.如权利要求 1 所述的多腔导管组件，还包括一个固定到多腔管的外部的稳定套囊。

13.如权利要求 1 所述的多腔导管组件，其中，每个延伸构件的近端包括一个构形为要插进远端单腔管之一的单个腔内的插管。

14.如权利要求 13 所述的多腔导管组件，其中，每个延伸构件还包括一个配合的压配合件和一个管部，其中配合的压配合件的一个近端刚性地附着到插管上，压配合件的一个远端刚性地附着到管部的近端，并且配合的压配合件使得插管与管部之间液体连通。

15.如权利要求 14 所述的多腔导管组件，其中，配合的压配合件在其近端附近还包括一个带螺纹的连接部，并且延伸构件还包括一个连接器插座，该连接器插座具有一个一定直径的中心腔，从而导管的远端单腔管可以可滑动地容纳在连接器插座的中心腔中，所述连接器插座还包括一个连接部，该连接部可以与配合的压配合件的带螺纹的连接部配合。

16.如权利要求 1 所述的多腔导管组件，其中，每个近端单腔管包括一个管壁，并且每个近端单腔管包括至少一个延伸穿过其管壁的开口。

17.如权利要求 1 所述的多腔导管组件，其中，远端单腔管的至少

2

IIM050625

AI 802515

之一的一个外部包括标记，该标记指示一个穿过导管的离散的流道。

18.如权利要求 1 所述的多腔导管组件，其中，近端单腔管的数量是两个并且具有在自由状态以一个夹角相交的纵向轴线，所述夹角在约 10 度至约 30 度的范围内。

19.一种双腔导管，其包括：

（a）一个双腔管部，其具有一个近端和一个远端；

（b）一个远端部，其包括两个远端单腔管，每个远端单腔管具有一个近端和一个远端，每个远端单腔管的近端从双腔管部的远端延伸，使得每个远端单腔管的腔与双腔管部的腔之一液体连通；

（c）一个近端部，其包括两个近端单腔管，每个近端单腔管具有一个近端和一个远端，每个近端单腔管的远端从双腔管部的近端延伸，使得每个近端单腔管的腔与双腔管部的腔之一液体连通。

20.如权利要求 19 所述的双腔导管，其中，双腔管部、远端单腔管和近端单腔管相互成为整体。

21.如权利要求 20 所述的双腔导管，还包括多个延伸构件，每个延伸构件构形为在其一个近端处可以附着到远端单腔管之一并且构形为在其一个远端处用于连接到一个液体交换装置上。

22.如权利要求 19 所述的双腔导管，其还包括两个延伸构件，所述延伸构件包括：

（i）一个在延伸构件的近端处的插管，其构形为插进远端单腔管之一的单个腔中并且由之夹持；

（ii）一个配合的压配合件；和

（iii）一个管部，

其中配合的压配合件的一个近端刚性地附着到插管上，配合的压配合件的一个远端刚性地附着到管部的一个近端，并且配合的压配合使得插管与管部之间液体连通。

23.如权利要求 22 所述的双腔导管，其中，管部的一个远端包括用于将管部连接到一个液体交换装置的器件。

3

IIM050625

AI 802516

24.如权利要求 22 所述的双腔导管，其中，配合的压配合件在其近端附近还包括一个带螺纹的连接部，并且延伸构件还包括一个连接器插座，该连接器插座具有一个一定直径的中心腔，从而导管的远端单腔管可以可滑动地容纳在连接器插座的中心腔中，所述连接器插座还包括一个连接部，该连接部可以与配合的压配合件的带螺纹的连接部配合。

25.如权利要求 19 所述的双腔导管，其中，双腔管部、远端单腔管和近端单腔管包括一种可熔的材料，并且远端单腔管和近端单腔管分别熔合到双腔管部的远端和近端。

26.如权利要求 19 所述的双腔导管，其中，远端单腔管在其长度的至少一部分上具有一个基本为圆形的横截面。

27.如权利要求 26 所述的双腔导管，其中，至少一个近端单腔管的长度小于至少另一个近端单腔管的长度。

28.如权利要求 19 所述的双腔导管，还包括一个固定到双腔管的外部的稳定套囊。

29.一种多腔导管，其包括：

(a)一个多腔管部，其具有一个近端和一个远端；

(b)一个远端部，其包括多个远端单腔管，每个远端单腔管具有一个近端和一个远端，每个远端单腔管的近端永久地连接到多腔管部的远端，使得每个远端单腔管的腔与多腔管部的腔之一液体连通；

（c）一个近端部，其包括多个单腔管，每个近端单腔管具有一个远端和一个近端，每个近端单腔管的远端永久地连接到多腔管部的近端，使得每个近端单腔管的腔与多腔管部的多个腔之一液体连通。

4

IIM050625

AI 802517

摘　要　附　图



说　明　书　附　图



图1

IIM050625

AI 802519



图 2

IIM050625

AI 802520



图 3

IIM050625

**AI 802521**



图4

IIM050625

AI 802522



图 5

IIM050625

AI 802523



图 6A



图 6B

AI 802524

LIM050625



图 6C



图 6D

—7—

IIM050625

AI 802525



图7

IIM050625

AI 802526



图8A

I IM050625

AI 802527



图 8B

图 8C

AI 802528

LIM050625

# EXHIBIT 7

FILE NO. 2600-355

COUNTRY MEXICO

INVENTOR John H. Nilson et al

TITLE DOUBLE Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS

CLIENT AXRON INTERNATIONAL

ATTORNEYS KPG & MPK

NAME OF FOREIGN AGENT

ADDRESS

ABANDONED

STAMP "ABANDONED" IF ABANDONED

TRANSFERRED

STAMP "TRANSFERRED" IF TRANSFERRED

AMSTER, ROTHSTEIN & EBENSTEIN
COUNSELORS AT LAW
90 PARK AVENUE
NEW YORK, NEW YORK 10016

3 6 0 0 3 5 5

FILED
ISSUED
PUBLISHED OR ALLOWED
YEARS FROM
PATENT NO.
TERM
SERIAL NO.
FILED
RECORDED    NO.
OFFICE ACTIONS
AMENDMENTS
ASSIGNMENT

AI 800001

REPORTE DE BÚSQUEDA INTERNACIONAL

| | Solicitud internacional No.<br>PCT/US 03/27078 |
|---|---|

| A.- CLASIFICACIÓN DEL TEMA |
|---|
| IPC(7)    A61M 25/00 |
| US CL    604/523 |
| De acuerdo con la International Patent Classification (IPC) o de la clasificación nacional y la IPC |

| B.- CAMPOS INVESTIGADOS |
|---|
| Documentación mínima investigada (sistema de clasificación seguida por los símbolos de la clasificación)<br>U. S.    Por favor véase hoja anexa |
| Documentación investigada diferente a la documentación mínima en la medida en que estos documentos estén incluidos en las áreas investigadas |
| Base de datos electrónica que se consultó durante la búsqueda internacional (nombre de la base de datos y, cuando sea practicable, términos utilizables en la búsqueda)<br>EAST (catéter, hemodiálisis, removible, accesorio, conector, cubo, adaptador, marcado, signos) |

| C. DOCUMENTOS QUE SE CONSIDERAN RELEVANTES | | |
|---|---|---|
| Categoría* | Cita del documento indicando, cuando sea adecuado, los párrafos relevantes | Relevante para la reivindicación No. |
| Y | US 6,001,079 A (POURCHEZ) 14 de diciembre de 1999 (14.12.1999), véase Figura 1. | 1-5, 7-9, 11-13, 15 |
| Y<br>---<br>X | US 5,876,366 A (DYKSTRA y col.) 02 de marzo de 1999 (02.03.1999), véase Figuras 4-5. | 1-5, 7-9, 11-13, 15<br>------------<br>16, 17 |
| Y | US 5,053,023 A (MARTIN) 01 de octubre de 1991 (01.10.1991), véase Figura 1. | 6, 10 |
| Y | US 5,624,413 A (MARKEL y col.) 29 de agosto de 1997 véase Figura 4. | 14 |
| X | US 4,619,643 A (BAI) 28 de octubre de 1986 (28.10.1986), véase especificación. | 18, 19 |
| A | US 5,947,953 A (ASH y col.) 07 de septiembre de 1999 (07.09.1999), véase especificación | 24-31 |

| Se enumeran otros documentos en la continuación del cuadro C | Véase la familia de patentes anexa. |
|---|---|
| * Categorías especiales de los documentos citados: | "P" Documento publicado antes de la fecha de presentación internacional pero después de la fecha de prioridad reclamada |
| "A" Documento que define el estado general de la técnica el cual no se considera de importancia particular | "T" Últimos documentos publicados después de la fecha de presentación internacional o la fecha de prioridad y no en conflicto con la solicitud pero citada a fin de comprender el principio o teoría que sustenta la invención |
| "E" Primer documento pero publicado durante o después de la fecha de la presentación internacional | "X" Documento de importancia particular; la invención que se reclama no puede considerarse novedosa o que implique una etapa inventiva cuando el documento se considera independiente |
| "L" Documento que puede causar dudas sobre la(s) reivindicación(es) prioritarias o que se cite para establecer la fecha de publicación de otra, cita u otra razón especial (cuando se especifique) | "Y" Documento de importancia particular; la invención que se reclama no puede considerarse que incluya una etapa inventiva cuando el documento se combina con uno o más documentos, esta combinación resulta obvia para una persona experta en la técnica |
| "O" Documento que se refiere a una descripción oral, uso, exhibición u otro medio | "&" Documento miembro de la misma familia de patentes |
| Fecha del término real de la búsqueda internacional<br>26 de mayo de 2004 (26.05.2004) | Fecha de envío del reporte de búsqueda internacional<br><br>24 de junio de 2004 |
| Nombre y domicilio postal de la ISA/IS<br>Mail Stop PCT, Attn: ISA/US<br>Comisionado para Patentes<br>P. O. Box 1450<br>Alexandria Virginia 22313-1450<br>Fax. No. (703) 305-3230 | Funcionario autorizado<br><br>Cris L. Rodriguez<br><br>Teléfono No. (703) 308-2194 |

Forma PCT/ISA/210 (segunda hoja) (julio de 1998)

AI 800106

REPORTE DE BÚSQUEDA INTERNACIONAL



**Continuación de B. CAMPOS INVESTIGADOS Artículo 1:**
604/523, 528, 533-535, 537-539, 284, 264, 913, 500, 506-508, 513, 104, 93.01,
158, 164.01, 164.03, 164.04, 164.09-164.11, 170.01, 170.02, 174, 175, 43

Forma PCT/ISA/210 (segunda hoja) (julio de 1998)

AI 800107

# CATÉTER MULTILUMINAL EN FORMA DE DOBLE Y CON TUBOS QUE PUEDEN CONECTARSE A ELECCIÓN

## SOLICITUDES RELACIONADAS

5      Esta solicitud es una continuación en parte de la solicitud de Patente US Serie No. 10/086,033, pendiente, presentada el 28 de febrero de 2002, la cual es una continuación de la Solicitud de Patente US Serie No. 09/769,052, pendiente, presentada el 24 de enero de 2001.

10

## ANTECEDENTE

1.    Campo de la invención

      La presente invención se refiere, en general, a los instrumentos médicos, y más específicamente, a un catéter
15  multiluminal que incluye extremos distal y proximal en forma de Y, y tiene tubos o casquillos que pueden acoplarse e elección para conectar a elección el catéter a un dispositivo de intercambio de líquidos.

20  2.    Descripción de la técnica anterior

      En general, los catéteres son tubos huecos, flexibles, para la inserción en una cavidad corporal, conducto o vaso, para permitir el paso de líquidos o distender un pasaje. Muchas veces los catéteres se
25  utilizan para tratamiento de diálisis temporal o por

2

tiempo prolongado. El tratamiento de diálisis permite retirar la sangre de un paciente, purificarla y luego regresarla al paciente. Así pues, durante el tratamiento de diálisis se utilizan catéteres para permitir el paso
5  de la sangre de un paciente hacia adentro y hacia afuera del cuerpo del paciente. Para desempeño óptimo durante el tratamiento de diálisis, las puntas del catéter, la de entrada y descarga, deben colocarse en proximidad cercana al corazón. Por lo regular, el personal médico utiliza un
10  catéter con doble lumen o luz o dos catéteres de un solo lumen. No obstante, ambos tipos presentan algunas deficiencias.

Si bien los catéteres de doble lumen (por ejemplo de
15  la Patente US No. 4,895,561) permiten una sola inserción del catéter en la vena deseada, los catéteres de doble lumen por lo regular no permiten la colocación óptima de la punta del catéter. Debido a las diferencias entre pacientes, la posición óptima de la punta varía de un
20  paciente a otro. La posición no óptima de la punta puede reducir de manera importante los valores del flujo, ocasionando tratamiento de diálisis menos eficaz. Para los catéteres de doble lumen actuales, un médico debe realizar un cálculo respecto a la longitud adecuada del
25  tubo del catéter antes de comenzar el procedimiento de

3

cateterización. Luego se hace un túnel subcutáneo desde un primer extremo, el cual estará cerca del área que va a ser cateterizada, hasta un segundo extremo, que será la posición extrema preferida del montaje del casquillo, a saber, alejado del cuello del paciente, para permitir acceso más conveniente al equipo de tratamiento de diálisis. El tubo del catéter entonces se encamina hacia delante en el canal del túnel subcutáneo desde el segundo extremo al primer extremo de modo que las puntas del catéter se extienden hacia afuera desde el primer extremo del túnel. Antes o después de la tunelización se inserta un forro a través del primer extremo del túnel y hacia el área que va a ser cateterizada, y las puntas del catéter se insertan en el forro y el área que va a ser cateterizada. La longitud estimada del tubo del catéter y la tunelización de avance subsiguiente pueden dar origen a colocación menos que óptima de la punta.

Con el uso de dos catéteres de un solo lumen, independientes (por ejemplo Patente US No. 5,776,111 de Tesio) se soluciona el problema de la colocación de la punta. El montaje del casquillo o tubo de cada catéter se puede separar del tubo y la porción de la punta del catéter, permitiendo con ello que la punta del catéter se coloque directamente en la vena y sea avanzada hacia la

AI 800061

4

posición deseada. Entonces, el extremo proximal del catéter puede ser tunelizado invertido y recortado a una longitud deseada. Después, se une el montaje del casquillo. No obstante, existen deficiencias en este

5  método de cateterización también. Un problema que se asocia con este método es que este método necesita dos inserciones venosas apartadas, a saber, dos túneles y dos de cada instrumento accesorio utilizado para el procedimiento. Por tanto, existe la necesidad de mayor

10 tiempo quirúrgico para colocar dos catéteres, se tienen dos sitios de entrada heridos que duplican el riesgo de infección quirúrgica, y los dos catéteres juntos constituyen un diámetro significativamente más grande que un catéter con doble lumen.

15

Las solicitudes copendientes del solicitante Serie No. 09/769,052, presentada el 24 de enero de 2001, y la Serie No. 10/086,033, presentada el 28 de febrero de 2002, describen un aparato catéter multiluminal y el

20 método para insertar el aparato en un paciente. Las descripciones de estas solicitudes copendientes se incorporan por este medio como referencia. En el aparato y método descritos, un catéter multiluminal incluye un montaje de casquillo que puede acoplarse a elección y que

25 permite colocar la punta del catéter exactamente dentro

AI 800062

5

de la vena del paciente antes de la tunelización subcutánea. El extremo distal del tubo del catéter se puede acoplar a elección al montaje del casquillo. Por consiguiente, después de que las puntas del catéter sean colocado exactamente en el paciente, el otro extremo del paciente puede tunelizarse a la inversa bajo la piel del paciente. Antes o después de la colocación de la punta se hace una incisión en la piel junto al punto donde el extremo distal saliente del catéter sale de la piel. Entonces se forma un túnel subcutáneo que tiene un primer extremo en la incisión y un segundo extremo que sale de la piel en un punto alejado del primer extremo del túnel, por lo regular como la dirección caudal. En el túnel se inserta un forro dilatador el cual dilata parcialmente el túnel para acomodar un manguito estabilizador del crecimiento interno de tejido. El extremo distal del tubo del catéter se encamina a través del túnel subcutáneo y el manguito asentado en éste, estabilizando con ello la porción distal del tubo del catéter en el paciente. Un montaje de casquillo que puede acoplarse a elección se conecta a los lúmenes en la punta distal del tubo del catéter para la conexión posterior del catéter a un dispositivo intercambiador de líquidos, como puede ser una máquina para diálisis.

AI 800063

6

Si bien el montaje del casquillo que puede acoplarse a elección antes descrito facilita la tunelización de un catéter multiluminal en un paciente, el montaje del casquillo separado crea la necesidad de conectar el casquillo a un extremo distal de un tubo de catéter multiluminal, adicionando con ello otro paso al procedimiento de inserción/conexión del catéter, y aumentando el tiempo quirúrgico y el costo. Además, la conexión casquillo/catéter forma otra conexión que puede fugarse o separarse del tubo del catéter por las cargas externas sobre el casquillo, como puede ser por tracción o roce. Además, el montaje del casquillo que puede acoplarse es una parte relativamente compleja, la cual se fabrica con dificultad y, por tanto, el uso del montaje de casquillo aumenta el costo del propio catéter.

Por tanto, existe la necesidad de un catéter multiluminal que pueda insertarse en un paciente utilizando una técnica de tunelización inversa, que permita la colocación exacta de las puntas del catéter dentro del área que va a ser cateterizada y que se acople a elección a un dispositivo para intercambio de líquidos. El catéter mejorado no debe necesitar un montaje de casquillo extenso, haciéndolo relativamente no costoso en su fabricación y fácil para insertarlo en un paciente.

7

## COMPENDIO DE LA INVENCIÓN

Se proporciona un catéter multiluminal para utilizarlo en hemodiálisis y similares. El catéter multiluminal incluye una parte tubular multiluminal, central, alargada que tiene un extremo distal y un extremo proximal. La porción tubo central tiene una forma externa considerablemente cilíndrica y su interior está segmentado en una pluralidad de lúmenes. Una porción rama distal incluye una pluralidad de tubos de extensión distales de un solo lumen. Cada tubo de la extensión distal tiene un primer extremo proximal y un segundo extremo distal. El primer extremo proximal de cada tubo de extensión distal se conecta al extremo distal de la porción tubo central de modo que el lumen individual de cada tubo de extensión distal esté en comunicación hidráulica con uno de la pluralidad de lúmenes de la porción tubo central. Una porción rama proximal incluye una pluralidad de tubos de extensión proximal de un solo lumen. Cada tubo extensión proximal tiene un primer extremo distal y un segundo extremo proximal. El primer extremo distal de cada tubo de extensión proximal está conectado al extremo proximal de la porción tubo central de modo que el único lumen de cada tubo de extensión distal esté en comunicación hidráulica con uno de la pluralidad de los lúmenes de la porción tubo central. Se

AI 800065

8

proporciona una pluralidad de casquillos conectores que
pueden acoplarse a elección, cada casquillo conector
configurado para acoplarse a elección con el segundo
extremo distal de la extensión distal y configurado para
5    la conexión selectiva a un dispositivo intercambiador de
líquidos. Cada lumen de la porción tubo central y los
lúmenes de los tubos de extensión distal y proximal en
comunicación hidráulica con este define una vía de
circulación a través del catéter. El manguito
10    estabilizador del crecimiento interno puede fijarse a una
porción externa de la porción tubo central.

El catéter luminal puede tener una porción tubo
central con dos lúmenes. En un catéter como éste, la
15    porción rama distal tiene dos tubos de extensión
distales, y la porción rama proximal tiene dos tubos de
extensión proximales. El catéter puede estar ordenado de
modo que la pluralidad de tubos de extensión distales de
un solo lumen de la porción rama distal converjan para
20    formar una porción conectora multiluminal distal que
conecte el extremo distal de la porción tubo central, y
la pluralidad de tubos de extensión proximal de un solo
lumen que comprenden la porción rama proximal convergen
para formar una porción conectora multiluminal proximal
25    que se conecta al extremo proximal de la porción tubo

9

central. La tubo central, los tubos de extensión distales y los tubos de extensión proximales pueden estar compuestos de un material que puede fundirse, y los tubos de extensión distales y los tubos de extensión proximales

5   pueden fundirse respectivamente a los extremos distales y proximales de la porción tubo central. Los tubos de extensión distales pueden tener una forma externa considerablemente cilíndrica cercana a sus segundos extremos distales, y la porción conectora multiluminal

10  proximal también puede tener una forma externa considerablemente cilíndrica. Los tubos de extensión proximales pueden tener una sección transversal considerablemente en forma de D a lo largo de al menos una parte de su longitud. Asimismo, los tubos de

15  extensión proximales pueden ser considerablemente paralelos entre sí en un estado libre, y los segundos extremos proximales de los tubos de extensión distales pueden estar separados entre sí a lo largo.

20      El catéter multiluminal además puede tener una pluralidad de casquillos conectores para conectar el catéter a un dispositivo intercambiador de líquidos. Cada casquillo conector puede estar configurado para conectarse al segundo extremo distal de uno de los tubos

25  de extensión distales, y configurado para la conexión a

**AI 800067**

10

una porción de un aparato intercambiador de líquidos.
Cada uno de los tubos de extensión proximales puede tener
una pared tubular, y cada uno de los tubos de extensión
proximales puede tener al menos una abertura que se
5   extienda a través de toda la pared del tubo. Además, una
porción externa de al menos uno de los tubos de extensión
distales puede tener signos que indiquen una vía de
circulación distinta a lo largo del catéter. En un
arreglo, los dos tubos de extensión proximales tienen
10  ejes longitudinales que se intersecan en un ángulo entre
las caras de fusión en un estado libre, siendo el ángulo
entre las caras de fusión en un intervalo desde
aproximadamente 10° a aproximadamente 30°.

15      También se proporciona una unión del catéter en
forma de Y para un catéter multiluminal. La unión en
forma de Y incluye un tronco con doble lumen, teniendo
una pared externa considerablemente cilíndrica, un primer
extremo, un segundo extremo, un primer lumen y un segundo
20  lumen. Un primer tubo de extensión uniluminal se conecta
al primer extremo del tronco, de modo que el lumen
individual del primer tubo de extensión uniluminal esté
en comunicación hidráulica con el primer lumen del
tronco. Un segundo tubo de extensión uniluminal se
25  conecta al primer extremo del tronco de modo que el único

AI 800068

11

lumen del segundo tubo de extensión uniluminal esté en comunicación hidráulica con el segundo lumen del tronco. La unión en forma de Y se arregla de modo que el primer lumen del tronco y el primer tubo de extensión definan una primera vía de circulación, y el segundo lumen del tronco y el segundo tubo de extensión definan una segunda vía de circulación. La unión de catéter en forma de Y también puede arreglarse de modo que el primero y segundo tubos de extensión tengan ejes longitudinales que intersequen en un ángulo entre las caras de fusión cercano al primer extremo del tronco en un estado libre, el ángulo entre las caras de fusión siendo en un intervalo desde aproximadamente 10° a aproximadamente 30°.

También se describe un método para formar un catéter multiluminal. El método consiste en unir una primera pluralidad de tubos de extensión uniluminales a un extremo distal de una longitud de tubería multiluminal que comprenda una pluralidad de múltiples lúmenes, y unir una segunda pluralidad de tubos de extensión uniluminales a un extremo distal de la longitud de la tubería multiluminal. Cada lumen individual de cada tubo de extensión estará en comunicación hidráulica con uno de los lúmenes de la longitud de la tubería multiluminal. La

12

longitud de la tubería multiluminal puede tener dos
lúmenes, y la primera y segunda pluralidades de tubos de
extensión pueden formar uniones considerablemente en
forma de Y sobre cada extremo de la longitud de la
5   tubería multiluminal.

El método para formar un catéter multiluminal puede
incluir formar primero una unión distal en forma de Y. El
proceso puede comprender disponer de una primera longitud
10   de tubería uniluminal para formar un tubo de extensión
arterial distal, proporcionando una segunda longitud de
tubería uniluminal para formar un tubo de extensión
venosa distal, proporcionando una primera longitud de
tubería multiluminal que comprenda al menos un lumen
15   arterial y un lumen venoso, y con un extremo distal y un
extremo proximal, unir un extremo del tubo de extensión
distal al extremo distal de la primera longitud de la
tubería multiluminal de modo que el tubo de extensión
arterial distal esté en comunicación hidráulica con el
20   lumen arterial de la primera longitud de la tubería
multiluminal, y unir un extremo del tubo de extensión
venosa distal al extremo distal de la primera longitud de
la tubería multiluminal, de modo que el tubo de extensión
venosa distal esté en comunicación hidráulica con el
25   lumen venoso de la primera longitud de la tubería

13

multiluminal. El extremo proximal de la primera longitud de la tubería multiluminal forma un extremo de conexión.

Se proporciona una segunda longitud de tubería
5    multiluminal con un extremo distal y un extremo proximal. La tubería tiene un lumen arterial y un lumen venoso. El extremo de conexión de la primera longitud de la tubería multiluminal se conecta al extremo distal de la segunda longitud de la tubería multiluminal, de modo que el tubo
10    de extensión arterial de la unión distal esté en comunicación hidráulica con el lumen arterial de la segunda longitud de la tubería multiluminal, y el tubo de extensión venosa de la unión distal esté en comunicación hidráulica con el lumen venoso de la segunda longitud de
15    la tubería multiluminal.

También se forma una unión proximal en forma de Y. Este proceso consiste en disponer de una tercera longitud de tubería uniluminal para formar un tubo de extensión
20    arterial proximal, y disponer de una cuarta longitud de tubería uniluminal para formar un tubo de extensión venosa proximal. También se proporciona una tercera longitud de tubería multiluminal la cual incluye al menos un lumen arterial y un lumen venoso, y tiene un extremo
25    distal y un extremo proximal. Un extremo del tubo de

14

extensión arterial proximal se une al extremo distal de
la tercera longitud de la tubería multiluminal de modo
que el tubo de extensión arterial proximal esté en
comunicación hidráulica con el lumen arterial de la
5   tercera longitud de la tubería multiluminal. Asimismo, un
extremo del tubo de extensión venosa proximal se une al
extremo distal de la tercera longitud de la tubería
multiluminal de modo que el tubo de extensión venosa
proximal esté en comunicación hidráulica con el lumen
10  venoso de la tercera longitud de tubería multiluminal. El
extremo distal de la tercera longitud de la tubería
multiluminal forma un extremo de unión.

El extremo de unión de la tercera longitud de la
15  tubería multiluminal se une al extremo proximal de la
segunda longitud de la tubería multiluminal, de modo que
el tubo de extensión arterial de la unión proximal esté
en comunicación hidráulica con el lumen arterial de la
segunda longitud de la tubería multiluminal, y el tubo de
20  extensión venosa de la unión proximal esté en
comunicación hidráulica con el lumen venoso de la segunda
longitud de tubería multiluminal. El método también puede
incluir la formación de al menos una abertura en una
pared del tubo de extensión venosa proximal, y formar al
25  menos una abertura en una pared del tubo de extensión

AI 800072

15

proximal arterial. Los pasos de unir los tubos de
extensión y las longitudes de la tubería multiluminal
entre sí o juntos puede incluir soldar con calor o
técnicas de fusión semejantes. Los ejes longitudinales
5   del tubo de extensión arterial distal y el tubo de
extensión venosa distal pueden ordenarse para intersecar
en un ángulo entre las caras de fusión en un estado libre
en un intervalo desde aproximadamente 10° a
aproximadamente 30°.

10

También se proporciona un método para implantar
quirúrgicamente un catéter multiluminal en forma de doble
Y en un paciente. El método es adecuado para implantar un
catéter multiluminal con una porción tubo multiluminal,
15  central, alargado, una porción extrema proximal que
incluye un tubo de extensión venosa proximal uniluminal y
un tubo de extensión arterial proximal uniluminal, cada
uno con una punta proximal, y una porción extrema distal
que incluye un tubo de extensión venosa distal,
20  uniluminal y un tubo de extensión arterial, distal,
uniluminal cada uno con un extremo distal. El método
consiste en hacer una incisión en la piel del paciente e
insertar las puntas proximales de los tubos de extensión
venosa y arterial proximal a través de la incisión y
25  colocar las puntas proximales en el paciente. Se forma un

AI 800073

16

túnel subcutáneo con un primer extremo próximo a la incisión y un segundo extremo alejado del primer extremo del túnel. Los tubos de extensión venosa y arterial distales y al menos una parte de la porción tubo central se guían a través del túnel subcutáneo de modo que al menos los extremos distales de los tubos de extensión venosa y arterial distales se extiendan hacia afuera a partir del túnel a través del segundo extremo del túnel. Al menos una parte de la porción extrema distal del catéter se asegura al paciente, como puede ser por suturas o cualquier otro medio conveniente.

Cuando el catéter tiene un manguito estabilizador, el método además puede incluir dilatar al menos una parte del túnel subcutáneo para recibir el manguito. La dilatación del túnel puede llevarse a cabo deslizando un dilatador de forro a lo largo del manguito de un trocar colocado longitudinalmente dentro del túnel. La porción extrema distal del catéter se asegura al paciente asentando el manguito en una porción dilatada del túnel subcutáneo.

El método para implantar el catéter además puede consistir en conectar respectivamente los tubos de extensión arterial y venosa distales a las secciones o

17

los circuitos derivados arterial y venoso de un
dispositivo intercambiador de líquidos. La conexión de
los tubos de extensión arterial y venosa distales puede
incluir conectar el tubo de extensión arterial distal al
5  circuito derivado arterial con un primer casquillo
conector, y conectar los tubos de extensión venosa
proximal al circuito derivado venoso con un segundo
casquillo conector. La inserción de las puntas proximales
de los tubos de extensión venosa y arterial proximales en
10  un paciente puede consistir en colocar la punta proximal
del tubo de extensión venosa en una vena en el paciente,
y colocar la punta proximal del tubo de extensión
arterial en una arteria del paciente.

15  Estos y otros aspectos de la invención se harán
evidentes a partir de una lectura de la siguiente
descripción detallada junto con los dibujos.


BREVE DESCRIPCIÓN DE LOS DIBUJOS

20  La Figura 1 es una vista en perspectiva de un
catéter multiluminal en forma de doble Y;


La Figura 2 es una vista de un corte transversal de
una porción distal del catéter multiluminal de la Figura
25  1;

AI 800075

18

La Figura 3 es una vista de un detalle perspectivo parcialmente despiezado de una porción distal del catéter multiluminal de la Figura 1;

5       La Figura 4 es una vista de un detalle perspectivo parcialmente despiezado de una porción proximal del catéter multiluminal de la Figura 1;

La Figura 5 es una vista de un corte transversal de una porción proximal del catéter multiluminal de la Figura 1;

Las Figuras 6A-6D muestran un procedimiento para la tunelización de un catéter multiluminal como el de la Figura 1 en un paciente;

La Figura 7 es una vista de un corte parcial de un forro dilatador embragado a lo largo de un trocar para dilatar una porción de un túnel subcutáneo en un paciente;

Las Figuras 8A-8C son vistas de un conexión entre un extremo distal del catéter y un trocar para guiar el catéter a través de un túnel subcutáneo.

25

AI 800076

19

## DESCRIPCIÓN DETALLADA

Para los objetivos de la siguiente descripción y las reivindicaciones anexas a ésta, el término relativo "proximal" se refiere a aquellas partes de un catéter y aquellas partes de los componentes del catéter que están más cerca del extremo de inserción del catéter, es decir, el extremo del catéter que se inserta en un área de un cuerpo del paciente que va a ser cateterizada, como puede ser un vaso sanguíneo. Por el contrario, el término relativo "distal" se refiere a aquellas partes de un catéter y aquellas partes de los componentes del catéter que están más alejadas del extremo de inserción del catéter.

La Figura 1 muestra un catéter multiluminal en forma de doble Y 10 de acuerdo con la presente invención. El catéter 10 tiene un extremo proximal 34 para la inserción en un paciente, y un extremo distal 36 para la conexión a un dispositivo intercambiador de líquidos, como puede ser una máquina de diálisis o similar. El catéter 10 incluye una porción tubo multiluminal, central, alargada 12, una pluralidad de tubos de extensión uniluminal proximales 14, 16, y una pluralidad de tubos de extensión uniluminal distal 18, 20. En la modalidad mostrada, la porción tubo central 12 incluye un lumen arterial 5 y un lumen venoso

**AI 800077**

20

6. En este arreglo, el catéter 10 tiene un tubo de extensión venosa proximal 14 y un tubo de extensión venosa distal 18 en comunicación hidráulica con el lumen venoso 6, y un tubo de extensión arterial proximal 16 y
5   un tubo de extensión arterial distal en comunicación hidráulica con el lumen arterial 5. El catéter 10 puede incluir un manguito estabilizador 15 fijado a una parte externa de la porción tubo central 12 como se muestra en la Figura 1. De preferencia, el manguito 15 se coloca
10  longitudinalmente sobre la porción tubo central 12 de modo que el manguito 15 finalmente esté colocado en un túnel subcutáneo en un paciente como se describe con mayor detalle más adelante.

15          En las Figuras 1-3 se muestra una construcción para el extremo distal 36 del catéter multiluminal 10. Como se muestra en las Figuras 2 y 3, los extremos proximales 18p, 20p de los tubos de extensión distales 18, 20 pueden estar conectados a un extremo distal 12d de la porción
20  tubo central 12 mediante un tronco multiluminal distal 30. Los múltiples lúmenes del tronco distal 30 corresponden en número a los múltiples lúmenes de la porción tubo central 12 y el número de los tubos de extensión distales 18, 20. En la modalidad que se
25  ejemplifica, el tronco distal 30 incluye un lumen venoso

AI 800078

21

del tronco distal 48, y un lumen arterial del tronco distal 47, como se muestra en la Figura 2. Como se muestra en la Figura 3, los extremos proximales 18p, 20p de los tubos de extensión distales 18, 20, se conectan al
5  extremo distal 30d del tronco distal, formando con ello una unión prácticamente en forma de Y. El extremo proximal 30p del tronco distal 30 se conecta al extremo distal 12d de la porción tubo central 12 como se muestra en la Figura 2, formando con ello un extremo distal en
10  forma de Y 36. De preferencia, el extremo proximal 30p del tronco distal 30 tiene forma considerablemente cilíndrica, y es prácticamente igual en el diámetro externo al diámetro externo de la porción tubo central 12, proporcionando con esto una transición uniforme de la
15  unión entre el tronco distal 30 y la porción tubo central 12.

Como se muestra en la Figura 2, los tubos de extensión distales se arreglan de modo que exista un
20  ángulo entre las caras de fusión "θ" entre los ejes longitudinales de los tubos 18, 20 en un estado libre. En un arreglo preferido, el ángulo "θ" abarca desde aproximadamente 10° hasta aproximadamente 30°. Los tubos de extensión distales 18, 20 pueden arreglarse, no
25  obstante, de modo que el ángulo "θ" sea de cualquier

AI 800079

22

ángulo deseado. El lumen venoso del tronco distal 48 está en comunicación hidráulica con el lumen venoso 6 de la porción tubo central 12, y el único lumen del tubo de extensión venosa distal 18. Del mismo modo, el lumen

5    arterial del tronco distal 47 está en comunicación hidráulica con el lumen arterial 5 del y único lumen del tubo de extensión arterial distal 20.

En otro arreglo, los tubos de extensión distales 18,

10   20 pueden estar conectados directamente al extremo distal 12 de la porción tubo central 12 en lugar de a un tronco distal interconectado 30 (no se muestra). En cualquier arreglo, las porciones extremas coincidentes de los tubos de extensión 18, 20, el extremo distal de la porción tubo

15   central 12d y/o el tronco distal 30 se funden formando una unión hermética entre sí por soldadura térmica o similar de modo que se establezca y mantenga la comunicación hidráulica entre los lúmenes de comunicación interior de los componentes y no se observen fugas en las

20   conexiones.

Como se muestra en las Figuras 1-3, el catéter 10 también incluye los casquillos conectores que pueden acoplarse a elección 72, 74 sobre los extremos distales

25   18d, 20d de los tubos de extensión distales 18, 20. Como

23

se describirá con mayor detalle más adelante, los casquillos conectores 72, 74 pueden acoplarse a elección de modo que los casquillos conectores 72, 74 puedan unirse a y separarse del extremo distal 36 del catéter 10

5   después de la inserción del extremo proximal 34 del catéter 10 en un paciente, y después de la tunelización subcutánea inversa del extremo distal 36. Como se muestra en las Figuras 1 y 2, los casquillos conectores 72, 74 se configuran para la unión que puede ser estanca a elección

10  entre los extremos distales 18d, 20d de los tubos de extensión 18, 20 y los circuitos derivados de un dispositivo intercambiador de líquidos. El casquillo conector venoso 74 se puede unir a elección a la porción distal 28d del tubo de extensión venosa distal 18, y el

15  casquillo conector arterial 72 puede unirse a elección a la porción distal 20d del tubo de extensión arterial distal 20.

En una modalidad como se muestra en las Figuras 1-3,
20  los casquillos que pueden acoplarse a elección 72, 74 pueden conectarse con los accesorios de compresión coincidentes 58, 60. Los accesorios de compresión pueden incluir cánulas 66, 68 y porciones macho roscadas 62, 64 que embraguen de manera coincidente los tubos de
25  extensión distales 18, 20 y los casquillos conectores 72,

AI 800081

24

74, como se muestra en la Figura 2. Cuando embragan por completo, los casquillos 72, 74 y los accesorios de compresión 58, 60 comprimen los manguitos de compresión 70 alrededor de las porciones distantes 28d, 20d de los

5   tubos de extensión distales 18, 20, formando con ello conexiones selladas. Los accesorios de compresión 58, 60, además pueden conectarse a los accesorios tipo luer 50, 52 o similares por los tubos conectores 54, 56. Los accesorios tipo luer 50, 52 entonces pueden conectarse a

10  los mecanismos de conexión tipo luer correspondientes en un dispositivo intercambiador de líquidos 200. Por ejemplo, los extremos distales de los accesorios tipo luer 50, 52 pueden incluir roscas tipo ¼ de giro para el embrague hermético a las fugas con accesorios de ¼ de

15  giro coincidentes sobre los circuitos derivados venoso y arterial de un dispositivo intercambiador de líquidos 200.    También es posible utilizar otros tipos de configuraciones de conexiones a prueba de fugas y que puedan acoplarse a elección, conocidos.

20

Como se muestra en las Figuras 1 y 3, los casquillos conectores 72, 74 pueden unirse a elección a los extremos distales 18d, 20d de los tubos de extensión distales 18,20. Este arreglo permite al extremo distal 36 del

25  catéter 10 ser tunelizado en forma subcutánea a la

AI 800082

25

inversa en un paciente como se describe con mayor detalle
más adelante sin interferencia de los casquillos 72, 74.
Después de que el extremo distal del catéter 10 se
introduce invertido por el túnel subcutáneo en un
5   paciente de modo que el extremo distal 36 salga hacia
afuera desde el paciente, los casquillos 72, 74 pueden
reajustarse sobre los extremos distales de los tubos de
extensión distales 18, 20 como se muestra para el
casquillo 72 de la Figura 3. Los manguitos de compresión
10   70 entonces pueden colocarse sobre los extremos distales
18d, 20d de los tubos de extensión 18, 20, y las
conexiones selladas pueden llevarse a cabo como se
muestra en la Figura 2. El catéter 10 entonces puede
conectarse a un dispositivo de intercambio de líquidos
15   200.

En las Figuras 1, 4 y 5 se muestra una construcción
para el extremo proximal 34 del catéter 10. Los extremos
distales 14d, 16d de los tubos de extensión proximales
20   14, 16 pueden estar conectados a un extremo proximal 12p
de la porción tubo central 12 mediante un tronco
multiluminal proximal 32. Los lúmenes del tronco proximal
32 corresponden en número a los múltiples lúmenes de la
porción tubo central 12 y al número de los tubos de
25   extensión proximales 14, 16. En la modalidad ejemplar, el

AI 800083

26

tronco proximal 32 incluye un lumen venoso del tronco proximal 31 y un lumen arterial del tronco proximal 33 como se muestra en la Figura 5. Como se muestra en la Figura 4, los extremos distales 14d, 16d de los tubos de
5   extensión proximales 14, 16 se conectan al extremo proximal 32p del tronco proximal 32, formando con esto una unión considerablemente en forma de Y. El extremo distal 32d del tronco proximal 32 se conecta al extremo proximal 12p de la porción tubo central 12 como se
10  muestra en la Figura 5, formando con ello un extremo proximal considerablemente en forma de Y 34 sobre el catéter 10. De preferencia, el extremo distal 32d del tronco proximal 32 tiene forma considerablemente cilíndrica, y es prácticamente igual en el diámetro
15  externo al diámetro externo de la porción tubo central 12, proporcionando con esto una transición uniforme en la unión entre el tronco proximal 32 y la porción tubo central 12.

20      Como se muestra en la Figura 4, los tubos de extensión proximales se ordenan de modo que exista un ángulo entre las caras de fusión "α" entre los ejes longitudinales de los tubos 14, 16 en un estado libre. En un arreglo preferido, el ángulo "α" es aproximadamente 5°
25  enana posición en reposo o en estado libre. Los tubos de

27

extensión distales 18, 20 pueden arreglarse, no obstante, de modo que el ángulo "α" sea cualquier ángulo deseado. El lumen venoso del tronco proximal 31 está en comunicación hidráulica con el lumen venoso 6 de la porción tubo central 12 y el único lumen del tubo de extensión venosa proximal 14. Del mismo modo, en el lumen arterial del tronco proximal 33 está en comunicación hidráulica con el lumen arterial 5 de la porción tubo central 12 y el único lumen del tubo de extensión arterial proximal 16.

En otro arreglo, los tubos de extensión proximales 14, 16 pueden estar conectados directamente al extremo proximal 12p de la porción tubo central 12 en lugar de a un tronco proximal de comunicación interior 32 (no se muestra). En cualquier arreglo, las porciones extremas coincidentes de los tubos de extensión proximales 14, 16, el extremo proximal de la porción tubo central 12p y/o el tronco proximal 32 se funden formando una unión estanca entre sí, como puede ser por soldadura térmica o similar, de modo que se establezca y mantenga comunicación hidráulica entre los lúmenes interconectados de los componentes y no se observen fugas en las conexiones.

AI 800085

28

Como se muestra en las Figuras 1, 4 y 5, el tubo de extensión arterial proximal 16 preferentemente es de longitud más corta que el tubo de extensión venosa proximal 14. Por ejemplo, el tubo de extensión arterial
5    proximal 16 puede tener una longitud 4 centímetros más corta que el tubo de extensión venosa proximal 14. La separación longitudinal resultante entre las puntas proximales 14p y 16p facilitan la colocación óptima de la punta proximal en un paciente. Como se muestra en la
10   Figura 4, el tubo de extensión venosa proximal 14 puede incluir una abertura extrema 43 en o cerca de su punta proximal 14p. El tubo de extensión venosa proximal 14 también puede incluir una o más aberturas transversales 42 en su pared de tubo 40. Del mismo modo, como también
15   se muestra en la Figura 4, el tubo de extensión arterial proximal 16 puede incluir una abertura extrema 47 en o cerca de su punta proximal 16p. El tubo de extensión arterial proximal 16 también puede incluir una o más aberturas transversales 46 en su pared de tubo 44. Las
20   aberturas 42, 43, 46 y 47 facilitan el flujo de líquidos hacia adentro y hacia afuera de los tubos de extensión proximales 14, 16.

Los casquillos 72 y 74 pueden unirse a elección y
25   separarse del extremo distal 36 del catéter 10 para

AI 800086

29

facilitar la tunelización del catéter 10 en un paciente.
Un método para instalar un catéter 10 en un paciente se
muestra en las Figuras 6A-6D. Como se muestra en la Figura
6A, se hace una incisión 100 en la piel de un paciente.
5    Las puntas proximales 14p, 16p del catéter 10 se insertan
a través de la incisión 100 y se colocan en los lugares
deseados dentro del paciente utilizando las técnicas
normales, como puede ser la técnica de Seldinger.

10    En esta etapa, el extremo distal 36 y las porciones
distales del catéter 10 se extienden hacia afuera desde
la incisión 100. Como se muestra en la Figura 6A, un
trocar 120 u otro instrumento conveniente se utiliza para
formar un túnel subcutáneo 102 que tiene un primer
15    extremo 104, que de preferencia coincide con la incisión
100, y un segundo extremos 106 contrario que está alejado
del primer extremo 104.

20    Como se muestra en la Figura 6B, el extremo distal
36 del catéter 10 se inserta a través del primer extremo
104 del túnel 102, y el extremo distal 36 es guiado a
través del túnel 102 de modo que el extremo distal 36 se
extienda hacia afuera del túnel 102 en su segundo extremo
106. Los tubos de extensión distales 18, 20 son
25    suficientemente flexibles de modo que se pueden agrupar o

AI 800087

30

sujetar juntos por cualquier medio conveniente para facilitar el paso del extremo distal en forma de Y 36 del catéter 10 a través del túnel 102.

5    En un arreglo preferido, como se muestra en las Figuras 8A y 8B, los extremos distales 18d, 20d de los tubos de extensión distales 18, 20 se unen a un conector 300. El extremo proximal del conector 300 puede tener una primera punta 302 y una segunda punta 304, como se muestra.

10   Las puntas 302, 304 pueden insertarse en los lúmenes en los extremos distales 18d, 20d de los tubos de extensión distales 18, 20. Las puntas 302, 304 de preferencia tienen las estrías 301 o similares para embragar herméticamente dentro de los extremos distales 18d, 20d de los tubos de

15   extensión distales 18, 20, de modo que el conector 300 se acople en forma segura pero que pueda separarse de los tubos de extensión 18, 20. Cuando las puntas 302, 304 se embragan respectivamente en los tubos de extensión distales 18, 20, el conector 300 mantiene los tubos de extensión

20   distales 18, 20 en arreglo cercano, como se muestra, de modo que los tubos de extensión distales 18, 20 puedan pasarse al mismo tiempo por el túnel subcutáneo en un paciente como se describe más adelante. El extremo distal del conector 300d de preferencia incluye una perforación

25   306 que se configura para recibir de manera que pueda

AI 800088

31

acoplarse una punta de inserción 308 del trocar 120. La
perforación 306 puede incluir roscas 310 que pueden
embragarse con las roscas coincidentes 312 sobre la punta
de inserción 308 del trocar 120. De otro modo, la
5  perforación 306 puede incluir una porción anillo 314 que se
ajuste a presión en una hendidura 309 sobre la punta de
inserción 308 del trocar 120, como se muestra en la Figura
8C. De esta forma, el extremo distal 300d del conector 300
puede embragarse sobre la punta de inserción 308 del trocar
10 120 para encaminar los tubos de extensión distales 18, 20
acoplados, a través del túnel subcutáneo 102 con el trocar
120. Una vez que el extremo distal 36 del catéter 10 ha
sido extraído a través del túnel 102, el conector 300 puede
desembragarse de los tubos de extensión distales 18, 20.

15

Para proporcionar las porciones distales del catéter
10 con un perfil externo liso y compacto para facilitar
el paso del extremo distal 36 del catéter 10 a través del
túnel 102, puede utilizarse un forro 320, como se muestra
20 en la Figura 8B. El forro 320 se coloca sobre al menos
una parte del conector 300 y los tubos de extensión
distales 18, 20. De preferencia, el extremo distal 320de
del forro 320 es cónico, como se muestra. El forro 320 y
las porciones distales del catéter 10 pueden ser
25 extraídos juntos a través del túnel 102 con el trocar

AI 800089

32

120. El forro 320 se retira del catéter 10 una vez que las porciones distales del catéter 10 han sido extraídas a través del túnel 102.

5      Como se muestra en la Figura 6C, el extremo distal 36 del catéter 10 se extrae del segundo extremo 104 del túnel 102 de modo que los tubos de extensión distales 18, 20 y al menos una parte de la porción tubo central 12 se extienda desde el segundo extremo 104 y el catéter 10

10     pase completamente por el túnel en el paciente. La incisión 100 y el segundo extremo 104 del túnel se tratan y vendan de manera conveniente.

Una parte externa de la porción tubo central 12

15     puede tener un manguito estabilizador del crecimiento interno del tejido 15, como se muestra en la Figura 1, para estabilizar el catéter insertado 10 en el paciente. Con referencia a las Figuras 6C y 7, cuando el catéter 10 incluye un manguito estabilizador 15, una parte 130 del

20     túnel 102 puede estar dilatada para aumentar el ancho del túnel 102 para recibir el manguito 15 a medida que el catéter 10 se extrae a través del túnel 102. Como se muestra en la Figura 7, la porción dilatada 130 del túnel de preferencia se dilata deslizando un forro dilatador

25     200 sobre un extremo 42 y el eje 41 del trocar 120 cuando

33

el trocar 120 se coloca en el túnel subcutáneo 102 como
se muestra en la Figura 6A. El forro dilatador 200 de
preferencia tiene una perforación 208, un extremo
delantero de sección decreciente 206, una porción
5    considerablemente cilíndrica 204, una manija 202. El
forro dilatador 200 se inserta a través del primer
extremo 104 del túnel 102 y hacia el túnel 102 hasta que
la punta 206 se ha insertado próxima a un punto de
asentamiento del manguito 140 en el túnel 102 para formar
10   una porción dilatada 130 del túnel 102. Una vez que la
porción dilatada 130 está suficientemente dilatada, el
forro dilatador 200 se retira del túnel 102 y el trocar
120. El catéter 10 finalmente se coloca en el túnel 102
cuando el manguito 15 está asentado cerca de un extremo
15   140 de la porción dilatada 130 del túnel 102, como se
muestra en la Figura 6C.

Como se muestra en la Figura 6D, el catéter 10 se
conecta a un dispositivo intercambiador de líquidos 200. El
20   extremo distal 18d del tubo de extensión venosa distal 18
se acopla a elección a un circuito derivado venoso 224 del
dispositivo intercambiador de líquidos 200 mediante el
casquillo conector 74. Del mismo modo, el extremo distal
20d del tubo de extensión arterial distal 20 se acopla a
25   elección a un circuito derivado arterial 222 del

AI 800091

34

dispositivo intercambiador de líquidos 200 mediante el casquillo conector 72. Como se muestra en la Figura 3, los signos 26 y 28 pueden estar incluidos en los tubos de extensión distales 18, 20 y/o los casquillos conectores 72,

5  74 para ayudar al personal médico en la identificación del tubo de extensión distal adecuado 18 ó 20 para la conexión a un circuito derivado correspondiente del dispositivo intercambiador de líquidos 300. Los signos 26, 28 pueden ser marcas, colores o cualquier otro indicador distintivo.

10

Aunque esta invención se ha mostrado y descrito de acuerdo con una modalidad preferida, debe entenderse que pueden hacerse variaciones y cambios en ésta sin apartarse de la invención como se establece en las

15  reivindicaciones. Algunas modificaciones y mejoras serán evidentes para los expertos en la técnica tras una lectura de la descripción antes mencionada. Por ejemplo, aunque el catéter multiluminal se ha descrito haciendo referencia a un catéter con dos lúmenes, la invención

20  también incluye catéteres multiluminales con tres o más lúmenes según sea necesario. Debe entenderse que todas estas modificaciones no están contenidas en la presente con el propósito de que la redacción sea concisa y legible, pero están adecuadamente dentro del alcance de

25  las siguientes reivindicaciones.

AI 800092

35

REIVINDICACIONES

1.    Un montaje de catéter multiluminal que consiste en:

(a)    una porción de tubo multiluminal con un extremo
5    proximal y un extremo distal;

(b)    una porción distal que comprende una pluralidad
de tubos uniluminales distales, cada tubo uniluminal,
distal, con un extremo proximal y un extremo distal, el
extremo proximal de cada tubo uniluminal distal está
10    permanentemente conectado al extremo distal de la porción
tubo multiluminal de modo que el lumen de cada tubo
uniluminal distal esté en comunicación hidráulica con uno
de los lúmenes de la porción tubo multiluminal;

(c)    una    porción    proximal    que    comprende    una
15    pluralidad de tubos uniluminales, cada tubo uniluminal
proximal tiene un extremo distal y un extremo proximal,
el extremo distal de cada tubo uniluminal proximal está
permanentemente    conectado    al    extremo    proximal    de    la
porción tubo multiluminal, de modo que el lumen de cada
20    tubo uniluminal proximal esté en comunicación hidráulica
con uno de la pluralidad de lúmenes de la porción tubo
multiluminal; y

una    pluralidad    de    elementos    de    extensión,    cada
elemento de extensión configurado en un extremo proximal
25    de éste para acoplarse a uno de los tubos uniluminales

36

distales y configurado en un extremo distal de éste para
la conexión a un dispositivo intercambiador de líquidos.

2.    El montaje de catéter multiluminal de conformidad
5   con la reivindicación 1, en donde cada lumen de la
porción tubo multiluminal está en comunicación hidráulica
con el lumen de uno de los tubos uniluminales distales y
el lumen de uno de los tubos uniluminales proximales,
definiendo con esto una vía de circulación a través del
10   catéter.

3.    El montaje de catéter multiluminal de conformidad
con la reivindicación 1, caracterizado porque la porción
tubo multiluminal incluye dos lúmenes, la porción distal
15   incluye dos tubos uniluminales distales, y la porción
proximal incluye dos tubos uniluminales proximales.

4.    El montaje de catéter multiluminal de conformidad
con la reivindicación 3 además comprende un conector
20   adaptado para recibir y mantener los extremos distales de
los tubos uniluminales, distales.

5.    El montaje de catéter multiluminal de conformidad con
la reivindicación 4, caracterizado porque el conector además
25   comprende medios para acoplar el conector a un trocar.

37

6. El montaje de catéter multiluminal de conformidad con la reivindicación 4 además comprende un forro que puede colocarse sobre al menos una parte de los extremos distales de los dos tubos uniluminales distales y al menos una parte del conector.

7. El montaje de catéter multiluminal de conformidad con la reivindicación 1, caracterizado porque la porción tubo multiluminal, los tubos uniluminales distales y los tubos uniluminales proximales están compuestos de un material que puede fundirse, y los tubos uniluminales distales y los tubos uniluminales proximales se funden respectivamente a los extremos distales y proximales de la porción tubo multiluminal.

8. El montaje de catéter multiluminal de conformidad con la reivindicación 1, caracterizado porque los tubos uniluminales distales tienen una sección transversal considerablemente redonda en al menos una parte de su longitud.

9. El montaje de catéter multiluminal de conformidad con la reivindicación 1, caracterizado porque los tubos uniluminales proximales tienen una sección transversal considerablemente en forma de D en al menos una parte de su longitud.

AI 800095

38

10. El montaje de catéter multiluminal de conformidad con la reivindicación 1, caracterizado porque los tubos uniluminales distales tienen una sección transversal considerablemente redonda en al menos una parte de su
5   longitud, y los tubos uniluminales proximales tienen una sección transversal considerablemente en forma de D en al menos una parte de su longitud.

11. El montaje de catéter multiluminal de conformidad
10  con la reivindicación 1, caracterizado porque al menos uno de los tubos uniluminales proximales es más corto que al menos otro tubo uniluminal proximal.

12. El montaje de catéter multiluminal de conformidad con
15  la reivindicación 1 además incluye un manguito estabilizador fijado a una porción externa del tubo multiluminal.

13. El montaje de catéter multiluminal de conformidad con la reivindicación 1, caracterizado porque el extremo
20  proximal de cada elemento de extensión consiste en una cánula configurada para estar insertada en el único lumen de uno de los tubos uniluminales distales.

14. El montaje de catéter multiluminal de conformidad
25  con la reivindicación 13, caracterizado porque cada

AI 800096

39

elemento de extensión además comprende un accesorio de compresión coincidente y una porción tubo, en donde un extremo proximal del accesorio de compresión coincidente se acopla en forma rígida a la cánula, un extremo distal del accesorio de compresión coincidente se acopla en forma rígida a un extremo proximal de la porción tubo y el accesorio de compresión coincidente permite la comunicación hidráulica entre la cánula y la porción tubo.

15. El montaje de catéter multiluminal de conformidad con la reivindicación 14, caracterizado porque el accesorio de compresión coincidente además comprende una porción de conexión roscada junto al extremo proximal de éste, y el elemento de extensión además comprende un casquillo conector que tiene un lumen central de un diámetro, con lo cual el tubo uniluminal distal del catéter puede ser recibido de manera deslizante en el lumen central del casquillo conector, el casquillo conector también comprende una porción para conexión que puede acoplarse con la porción de conexión roscada del accesorio de compresión coincidente.

16. El montaje de catéter multiluminal de conformidad con la reivindicación 1, caracterizado porque cada uno de

**AI 800097**

40

los tubos uniluminales proximales tiene una pared del tubo, y cada uno de los tubos uniluminales proximales tiene al menos una abertura que se extiende a través de la pared del tubo.

5

17. El montaje de catéter multiluminal de conformidad con la reivindicación 1, caracterizado porque una parte externa de al menos uno de los tubos uniluminales distales tiene signos, los signos indican una vía de

10 circulación distinta a través del catéter.

18. El montaje de catéter multiluminal de conformidad con la reivindicación 1, caracterizado porque los tubos uniluminales proximales son dos y tienen ejes

15 longitudinales que intersecan en un ángulo entre las caras de fusión en un estado libre, el ángulo entre las caras de fusión es en el intervalo desde aproximadamente 10° a aproximadamente 30°.

20 19. Un catéter con doble lumen que consiste en:

(a) una porción tubo de doble lumen que tiene un extremo proximal y un extremo distal;

(b) una porción distal que comprende dos tubos uniluminales distales, cada tubo uniluminal, distal,

25 tiene un extremo proximal y un extremo distal, el extremo

AI 800098

41

proximal de cada tubo uniluminal distal extendiéndose desee el extremo distal de la porción tubo con doble lumen de modo que el lumen de cada tubo uniluminal distal esté en comunicación hidráulica con uno de los lúmenes de

5    la porción tubo con doble lumen; y

(c) una porción proximal que comprende dos tubos uniluminales proximales, cada tubo uniluminal proximal tiene un extremo proximal y un extremo distal, el extremo distal de cada tubo uniluminal proximal extendiéndose

10    desde el extremo proximal de la porción tubo con dos lúmenes, de modo que el lumen de cada tubo uniluminal proximal esté en comunicación hidráulica con uno de los lúmenes de la porción tubo con doble lumen.

15    20. El catéter de doble lumen de conformidad con la reivindicación 19, caracterizado porque la porción tubo con doble lumen, los tubos uniluminales distales y los tubos uniluminales proximales están integrados entre sí.

20

21. El catéter de doble lumen de conformidad con la reivindicación 20, además comprende una pluralidad de elementos de extensión, cada elemento de extensión configurado en un extremo proximal de éste para poder

25    acoplarse a uno de los tubos uniluminales distales, y

AI 800099

42

configurado en un extremo distal de éste para la conexión a un dispositivo intercambiador de líquidos.

22. El catéter de doble lumen de conformidad con la
5  reivindicación 19, además comprende dos elementos de extensión que consisten en:

(i) una cánula en el extremo proximal del elemento de extensión configurada para insertarse en y estar retenida por el único lumen de uno de los tubos
10 uniluminales distales;

(ii) un accesorio de compresión coincidente; y

(iii)    una porción tubo;

en donde un extremo proximal del accesorio de compresión coincidente se acopla de manera rígida a la
15 cánula, un extremo distal del accesorio de compresión coincidente se acopla de manera rígida a un extremo proximal de la porción tubo y el accesorio de compresión coincidente permite la comunicación hidráulica entre la cánula y la porción tubo.
20

23. El catéter de doble lumen de conformidad con la reivindicación 22, caracterizado porque el extremo distal de la porción tubo comprende medios para conectar la porción tubo a un dispositivo intercambiador de líquidos.
25

AI 800100

43

24. El catéter de doble lumen de conformidad con la reivindicación 22, caracterizado porque el accesorio de compresión coincidente además consiste en una porción de conexión roscada junto al extremo proximal de éste, y el elemento de extensión además comprende un casquillo conector que tiene un lumen central de un diámetro de modo que el tubo uniluminal distal del catéter pueda ser recibido de manera deslizante en el lumen central del casquillo conector, el casquillo conector también comprende una porción para conexión que puede acoplarse con la porción de conexión roscada del accesorio de compresión coincidente.

25. El catéter de doble lumen de conformidad con la reivindicación 19, caracterizado porque la porción tubo de doble lumen, los tubos uniluminales distales y los tubos uniluminales proximales están compuestos de un material que puede fundirse, y los tubos uniluminales distales y los tubos uniluminales proximales se funden respectivamente a los extremos distal y proximal de la porción tubo de doble lumen.

26. El catéter de doble lumen de conformidad con la reivindicación 19, caracterizado porque los tubos uniluminales distales tienen sección transversal

AI 800101

44

considerablemente redonda en al menos una parte de su longitud.

27. El catéter de doble lumen de conformidad con la reivindicación 26, caracterizado porque al menos uno de los tubos uniluminales proximales tiene longitud más corta que al menos otro tubo multiluminal proximal.

28. El catéter de doble lumen de conformidad con la reivindicación 19 además incluye un manguito estabilizador fijado a una porción externa del tubo de doble lumen.

29. Un catéter multiluminal que comprende:

(a) una porción tubo multiluminal que tiene un extremo proximal y un extremo distal;

(b) una porción distal que comprende una pluralidad de tubos uniluminales distales, cada tubo uniluminal, distal, tiene un extremo proximal y un extremo distal, el extremo proximal de cada tubo uniluminal distal se conecta permanentemente al extremo distal de la porción tubo multiluminal de modo que el lumen de cada tubo uniluminal distal esté en comunicación hidráulica con uno de los lúmenes de la porción tubo multiluminal;

AI 800102

45

(c)   una   porción   proximal   que   comprende   una
pluralidad   de   tubos   uniluminales,   cada   tubo   uniluminal
proximal   tiene   un   extremo   distal   y   un   extremo   proximal,
el   extremo   distal   de   cada   tubo   uniluminal   proximal   se
5   conecta   permanentemente   al   extremo   proximal   de   la   porción
tubo   multiluminal,   de   modo   que   el   lumen   de   cada   tubo
uniluminal   proximal   esté   en   comunicación   hidráulica   con
uno   de   la   pluralidad   de   lúmenes   de   la   porción   tubo
multiluminal.

10

AI 800103

46

RESUMEN DE LA INVENCIÓN

Se describe un catéter multiluminal y el método para insertarlo en un paciente. El catéter consiste en una parte tubular, multiluminal, central, alargada que tiene un extremo proximal y un extremo distal. La parte del tubo central tiene una configuración externa considerablemente cilíndrica y está segmentado en el interior en una pluralidad de lúmenes o cavidades. Una parte distal ramificada incluye una pluralidad de tubos de extensión, distales, de un solo lumen. Cada tubo de extensión, distal, tiene un primer extremo proximal y un segundo extremo distal. El primer extremo proximal de cada tubo de extensión distal está conectado al extremo distal de la parte central del tubo de modo que el lumen único de cada tubo de extensión distal esté en comunicación hidráulica con uno de la pluralidad de lúmenes de la parte central del tubo. Una parte proximal ramificada incluye una pluralidad de tubos de extensión proximales de un solo lumen. Cada tubo de extensión proximal tiene un primer extremo distal y un segundo extremo proximal. El primer extremo distal de cada tubo de extensión proximal está conectado al extremo proximal de la parte central del tubo de modo que el único lumen de cada tubo de extensión distal esté en comunicación

AI 800104

47

hidráulica con uno de la pluralidad de lúmenes de la parte central del tubo. Cada lumen de la parte central del tubo y los lúmenes de los tubos de extensión distales y proximales en comunicación hidráulica con ésta definen una vía de circulación a través del catéter. Se proporcionan conectores de tubos que pueden conectarse a elección para la conexión selectiva a los tubos de extensión distales y la conexión del catéter a un dispositivo para intercambio de fluidos.

AI 800105

# EXHIBIT 8



TITLE: DOUBLE Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS

CLIENT: MEDRAD INTERNATIONAL

ATTORNEYS: Klei e M'r

NAME OF FOREIGN ASSOC.

ADDRESS

ABANDONED

STAMP WHEN ABANDONED
TRANSFERRED
STAMP WHEN CASE IS TRANSFERRED

AMSTER, ROTHSTEIN & EBENSTEIN
COUNSELLORS AT LAW
90 PARK AVENUE
NEW YORK, NEW YORK 10016

3 6 0 0  3 5 0

# EXHIBIT 9

**3 6 0 0 3 4 9**

FILE NO. 3600-349

COUNTRY AUSTRALIA

INVENTOR Von B. Wilson ET AL

TITLE: DOUBLE Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS

CLIENT ARROW INTERNATIONAL

ATTORNEY'S KPG & MPK

NAME OF FOREIGN AGENT

ADDRESS

ABANDONED

STAMP "ABANDONED" IF ABANDONED

TRANSFERRED

STAMP "TRANSFERRED" IF TRANSFERRED

AMSTER, ROTHSTEIN & EBENSTEIN
COUNSELORS AT LAW
90 PARK AVENUE
NEW YORK, NEW YORK 10016

---

FILED 8.28.03

BASED ON APPLICATION
SERIAL NO. PCT/US03/27078
SERIAL NO. 2003282341

ASSIGNMENT

OFFICE ACTIONS

Direction To Request Exam Due April-30-06

SERIAL NO. 2003826536

FILED August 28, 2003

AMENDMENTS

RECORDED NO.

PATENT NO.

ISSUED PUBLISHED OR ALLOWED

TERM        YEARS FROM

| TAXES/yr. | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Due | | 8-28-06 | | | | | | | | | | | | | | | | | |
| Authorized | | | | | | | | | | | | | | | | | | | |
| Receipt Dated | | | | | | | | | | | | | | | | | | | |
| Working | | | | | | | | | | | | | | | | | | | |
| Due | | | | | | | | | | | | | | | | | | | |
| Authorized | | | | | | | | | | | | | | | | | | | |
| Effected | | | | | | | | | | | | | | | | | | | |

AI 800108

# EXHIBIT 10

3 6 0 0 | 3 5 4

FILED 8·28·03

BASED ON APPLICATION
SERIAL NO. PCT/JP03/11719
(PCT-60012741)

ASSIGNMENT

OFFICE ACTIONS

Exam Due 8·28·06

SERIAL NO. 2004-531904

FILED August 28, 2003

RECORDED          NO.

AMENDMENTS

ISSUED

PUBLISHED
OR ALLOWED

PATENT NO.
STAMP PATENTED WHEN COMPLETED

TERM                YEARS FROM

FILE NO. 3600-354

COUNTRY JAPAN

INVENTOR JON O. WILSON ET AL

TITLE DOUBLE Y-SHAPED MULTI-LUMEN
CATHETER WITH SELECTIVELY ATTACHABLE
HUBS

CLIENT ARROW INTERNATIONAL

ATTORNEYS APCG & MPK

NAME OF
FOREIGN AGENT

ADDRESS

ABANDONED

STAMP ABANDONED IF ABANDONED

TRANSFERRED

STAMP TRANSFERRED IF TRANSFERRED

AMSTER, ROTHSTEIN & EBENSTEIN
COUNSELORS AT LAW
90 PARK AVENUE
NEW YORK, NEW YORK 10016

| TAXES/yr. | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Due | | | | | | | | | | | | | | | | | | | |
| Authorized | | | | | | | | | | | | | | | | | | | |
| Receipt Dated | | | | | | | | | | | | | | | | | | | |
| Working | | | | | | | | | | | | | | | | | | | |
| Due | | | | | | | | | | | | | | | | | | | |
| Authorized | | | | | | | | | | | | | | | | | | | |
| Effected | | | | | | | | | | | | | | | | | | | |

AI 802394

整理番号:SS36704    PCT/US03/27078    (Proof)    提出日:平成17年 2月28日    1

【書類名】　　　　　　国内書面
【整理番号】　　　　　SS36704
【提出日】　　　　　　平成17年 2月28日
【あて先】　　　　　　特許庁長官殿
【出願の表示】
　　【国際出願番号】　PCT/US03/27078
　　【出願の区分】　　特許
【発明者】
　　【住所又は居所】　アメリカ合衆国、ノース・カロライナ州、ウィンストンーセーレ
　　　　　　　　　　　ム、エイヴォン・ロード　９６５
　　【氏名】　　　　　ウィルソン、ジョン・エス
【発明者】
　　【住所又は居所】　アメリカ合衆国、フロリダ州、パーム・シティ、サウス・ウェス
　　　　　　　　　　　ト・スクワイア・ジョーンズ・レーン　４２８
　　【氏名】　　　　　ゲーリー、フレミング・エス
【発明者】
　　【住所又は居所】　アメリカ合衆国、フロリダ州、スチュアート、サウス・イースト
　　　　　　　　　　　・マクアーサー・ブールヴァード　９５３
　　【氏名】　　　　　フレミング、カール・エム
【発明者】
　　【住所又は居所】　アメリカ合衆国、ノース・カロライナ州、モックスヴィル、ファ
　　　　　　　　　　　ーミントン・ロード　８６６
　　【氏名】　　　　　キャシディー、ケニス・ティ
【発明者】
　　【住所又は居所】　アメリカ合衆国、ジョージア州、ステイツボロ、ウェスト・ハン
　　　　　　　　　　　プトン・ポイント　１９１２
　　【氏名】　　　　　ボイド、ロナルド・ディ
【特許出願人】
　　【識別番号】　　　502047224
　　【氏名又は名称】　アロウ・インターナショナル・インコーポレイテッド
【代理人】
　　【識別番号】　　　100057874
　　【弁理士】
　　【氏名又は名称】　曾我　道照
【選任した代理人】
　　【識別番号】　　　100110423
　　【弁理士】
　　【氏名又は名称】　曾我　道治
【選任した代理人】
　　【識別番号】　　　100084010
　　【弁理士】
　　【氏名又は名称】　古川　秀利
【選任した代理人】
　　【識別番号】　　　100094695
　　【弁理士】
　　【氏名又は名称】　鈴木　憲七

AI 802395

 

整理番号：SS36704　　PCT/US03/27078　　（Proof）　提出日：平成17年 2月28日　　　2/E
【選任した代理人】
　　【識別番号】　　　100111648　　　-
　　【弁理士】
　　【氏名又は名称】　梶並　順
　　【電話番号】　　　03-3216-5811
　　【連絡先】　　　　担当
【手数料の表示】
　　【予納台帳番号】　000181
　　【納付金額】　　　21,000円

AI 802396

M.SOGA
M.H.SOGA
H.FURUKAWA
N.SUZUKI
M.OKADA

J.KAJINAMI
R.NAKAMURA
K.OHYA
M.SAKANOUE
M.HASE

## SOGA & CO.

Patents & Trademarks
8th Floor Kokusai Building
1-1 Marunouchi 3-chome
Chiyoda-ku, Tokyo
100-0005 Japan

Telephone:        81-3-3216-5811
Facsimile:        81-3-3214-6793
                  81-3-3215-2693
E-mail:           mail@sogapat.com
Homepage: http://www.sogapat.com

YOUR REF: 3600/354
OUR REF: SS-36704  YS

### Japanese Patent Application

Applicant:        ARROW INTERNATIONAL, INC.

Inventor:         WILSON, Jon, S.
                  GARY, Fleming, S.
                  FLEMING, Carl, M.
                  CASSIDY, Kenneth, T.
                  BOYD, Ronald, D.

Title:            Double-Y-Shaped Multi-Lumen Catheter with
                  Selectively Attachable Hubs

Application No.   (PCT/US03/27078)

Filing Date:      August 28, 2003

Priority Claimed: August 30, 2002      (US 10/231748            )

Number of Claims:   31

BANKERS:    THE BANK OF TOKYO-MITSUBISHI, LTD. SHIMBASHI OFFICE, A/C NO. 0897663

AI 802397

# EXHIBIT 11

Docketed By: _JEL_   1/8/2003

**MATTER ID/CLIENT:  4798-013**        **Diatek, Inc.**

Assigned Professionals:      Responsible JRM
                             Paralegal KNN

Greensboro

                                        Phone:   (336) 725-9711
Matter Description:                     Fax:     (336) 725-0035

                             DOUBLE Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE
                             HUBS (CIP)

Contact:                     Diatek, Inc.
                             Mr. Jon S. Wilson
                             101 N. Chestnut Street
                             Winston-Salem, North Carolina 27101


Area of Law:                 U.S. Utility Patent

Series/Serial Number:        10   / 231748

Filing Date:                 8/30/2002

Status:                      Pending

Comments:        Continuation in Part of 10/086,033, filed
                 2/28/02, a continuation of 09/769,052, filed
                 1/24/01

| Event | Event Date | Reminder Date | Completed Date |
|---|---|---|---|
| F/U Notice of Recordation of Assignment mailed to Patent and Trademark Office 12/23/02 | 4/23/2003 | 4/23/2003 | |
| Mail Foreign Filing Reminder Letter | 6/30/2003 | 6/30/2003 | |
| *Deadline for Foreign Filing -Utility | 8/30/2003 | 8/30/2003 | |
| F/U with PTO re First OA | 8/30/2003 | 8/30/2003 | |
| File Request to Rescind Previous Non-publication Request if foreign filed (deadline 45 days from date of foreign filing) | 8/30/2003 | 8/30/2003 | |

**CONFIDENTIAL**

AI 804553