UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARROW INTERNATIONAL, INC. and ARROW INTERNATIONAL INVESTMENT CORP.,<br><br>    Plaintiffs,<br><br>v.<br><br>SPIRE BIOMEDICAL, INC.,<br><br>    Defendant. | C.A. No. 05-CV-10671-DPW |

## CONCISE STATEMENT OF MATERIAL FACTS
### IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56.1, Defendant Spire Biomedical, Inc. ("Spire") respectfully submits this statement of material facts as to which there are no genuine issues to be tried, in support of its Motion for Summary Judgment filed on March 22, 2006 (the "Motion"). Spire hereby states the following undisputed facts by reference to the Complaint, the Affidavit of Daniel J. Gleason filed with the Motion (the "Gleason Aff."), and the exhibits attached thereto:

1.    Plaintiff Arrow International Investment Corp. is the owner of U.S. Patent No. 6,872,198 (filed Aug. 30, 2002). (Complaint)

2.    Plaintiff Arrow International, Inc. is the exclusive licensee of the '198 patent. (Complaint)

3.    On August 30, 2002, the inventors of the '198 patent filed their application with the United States Patent and Trademark Office. (Application, Gleason Aff., Ex. 1)

4.    When the inventors filed the application, they filed a Request and Certification Under 35 U.S.C. § 122(b)(2)(B)(i) (the "Nonpublication Request"), which certified that the invention

disclosed had not and would not be "the subject of an application filed in another country, or under a multilateral agreement, that requires publication at eighteen months after filing." (Nonpublication Request, Gleason Aff., Ex. 3)

5. On August 28, 2003, Plaintiffs and/or their authorized representatives filed an international application, a European application, and foreign applications in China, Mexico, Canada, Australia and Japan in connection with the invention disclosed by the '198 patent. (Documents Evidencing Foreign Applications, Gleason Aff., Exs. 4-10)

6. On April 5, 2005, Plaintiffs filed suit against Spire for alleged infringement of the '198 patent. (Complaint and Ex. A thereto)

7. Neither Plaintiffs nor the inventors have filed a petition to rescind the Nonpublication Request. (Patent Application Information Retrieval Report, Gleason Aff., Ex. 2)

8. Neither Plaintiffs nor the inventors have filed a petition for revival of the '198 patent application. (Patent Application Information Retrieval Report, Gleason Aff., Ex. 2)

Dated: March 24, 2006

Respectfully submitted,

SPIRE BIOMEDICAL, INC.,
By its attorneys,

  /s/ Daniel J. Gleason
Daniel J. Gleason (BBO # 194900)
Thomas J. Engellenner (BBO # 154460)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA   02210-2604
Telephone 617-439-2000
Facsimile 617-310-9000

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Concise Statement of Material Facts in Support of Motion for Summary Judgment was served by United States first-class mail, postage prepaid, on this 24th day of March, 2006 upon:

Brian E. Whiteley, Esquire
C. Alex Hahn, Esquire
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, 5th Floor
Boston, MA  02110

Kenneth P. George, Esquire
Ira E. Silfin, Esquire
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY  10016

  /s/ Heather B. Repicky
Heather B. Repicky

**1515683.1**