UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARROW INTERNATIONAL, INC. and<br>ARROW INTERNATIONAL INVESTMENT CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>SPIRE BIOMEDICAL, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-CV-10671-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS AND ANSWER INTERROGATORIES

Pursuant to Fed. R. Civ. P. 37, Defendant Spire Biomedical Inc. ("Spire") hereby moves the Court to compel Plaintiffs Arrow International Inc. and Arrow International Investment Corp. (collectively "Arrow") to produce responsive documents and to fully answer interrogatories.

Spire served an initial set of discovery requests on Arrow on December 7, 2005. On January 26, 2006, Arrow responded with extensive objections. Those objections were conferenced via telephone and discussed in written communications between the parties several times during the last three months. Arrow, despite agreeing to the scope of several requests, has failed to produce responsive documents. This failure is just one example of Arrow's general refusal to provide Spire with a timely production. Additionally, Arrow maintains unreasonable objections to another eight (8) document requests and five (5) interrogatories, and has failed to provide Spire with a log of privileged documents. Spire has been greatly disadvantaged by Arrow's constant delay tactics and sweeping objections.

**WHEREFORE**, for the foregoing reasons and those reasons set forth more fully in the memorandum of law submitted herewith, Spire requests that the Court order Arrow, within five business days of entry of such Order, to:

1. **Produce documents responsive to Document Request Nos. 8, 10, 28, 29, 35, 43 and 44;**
2. **Produce *all* documents responsive to requests that have elicited only a partial production to date;**
3. **Produce documents responsive to Document Request Nos. 4, 5, 26, 34, 36, 40, 41 and 45, which Arrow currently objects to wholesale;**
4. **Answer Interrogatory Nos. 1, 2, 8, 9 and 12;**
5. **Provide Spire with a complete privilege log; and**
6. **Pay the defendant its reasonable attorneys' fees and costs in filing this motion.**

**Spire also asks this court to grant the defendants such other additional relief it deems appropriate and just.**

Dated:  April 7, 2006                     Respectfully submitted,

                                          SPIRE BIOMEDICAL, INC.,
                                          By its attorneys,


                                            /s/ Michelle Chassereau Jackson
                                          Daniel J. Gleason (BBO # 194900)
                                          Thomas J. Engellenner (BBO # 154460)
                                          **Michelle Chassereau Jackson (BBO # 654825)**
                                          NUTTER, McCLENNEN & FISH, LLP
                                          World Trade Center West
                                          155 Seaport Boulevard
                                          Boston, MA   02210-2604
                                          Telephone 617-439-2000
                                          Facsimile 617-310-9000

## LOCAL RULE 7.1 CERTIFICATION

      I, Daniel J. Gleason, certify that I conferred with counsel for Plaintiffs Arrow International, Inc. and Arrow Investment International Corp. Counsel for the Plaintiffs did not assent to the herein Motion.

      /s/ Daniel J. Gleason_____
**Daniel J. Gleason**

**1518600.1**