UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------x
ARROW INTERNATIONAL, INC., and
ARROW INTERNATIONAL INVESTMENT
CORP.,

              Plaintiffs,

       v.

SPIRE BIOMEDICAL, INC.,

              Defendant.
---------------------------------x

Civil Action No.:  05-10671 DPW

ECF Case

**PLAINTIFFS' CONCISE STATEMENT OF MATERIAL FACTS IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

      Pursuant to Local 56.1, plaintiffs Arrow International, Inc. and Arrow International Investment Corp. submit this statement of material facts in opposition to defendant's summary judgment motion.  This statement responds to the concise statement submitted by defendant and adds additional facts as necessary.

1.     Admitted.

2.     Admitted.

3.     Admitted.

4.     Admitted.

5.     Plaintiffs admit that an international application was filed in the United States Patent and Trademark Office under the Patent Cooperation Treaty on August 28, 2003 claiming priority from the then pending application for the '198 Patent.

340190.1

However, individual national stage applications were not filed on that date. National stage filings were made in China, Mexico, Canada, Australia, and Japan after February 28, 2005. Silfin Exs. 4 to 8.

6. Admitted.

7. Denied in substance. While a Petition to Rescind a non-publication request has not been filed by plaintiffs, there is no procedure for such a petition. Plaintiffs filed a rescission of the non-publication request on March 23, 2006. Silfin Ex. 9.

8. Denied. Plaintiffs have filed a petition for revival of a potentially abandoned application relating to the '198 Patent. This petition was filed on March 23, 2006. Silfin Ex. 10.

## Additional material facts not contested by Spire.

9. The United States Patent and Trademark Office received notice of Arrow's PCT application effective August 28, 2003. Silfin Ex. 1.

10. The application for the '198 Patent was published on March 11, 2004 as International Publication No. WO 2004/020019. Silfin Ex. 3.

          Respectfully submitted,

          ARROW INTERNATIONAL, INC. and
          ARROW INTERNATIONAL INVESTMENT
            CORP.

          By their attorneys,

          /s/ Brian E. Whiteley
          Brian E. Whiteley (BBO #555683)
          SCIBELLI, WHITELEY AND STANGANELLI, LLP

        50 Federal Street, 5th Floor
        Boston, MA 02110
        Telephone:   (617) 227-5725
        Facsimile:    (617) 722-6003

        Kenneth P. George  (*Pro Hac Vice)*
        Ira E. Silfin (*Pro Hac Vice)*
        AMSTER, ROTHSTEIN & EBENSTEIN LLP
        90 Park Avenue
        New York, NY 10016
        Telephone:   (212) 336-8000
        Facsimile:    (212) 336-8001

Dated:   April 28, 2006