## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - -x

ARROW INTERNATIONAL, INC., and
ARROW INTERNATIONAL INVESTMENT
CORP.,

                              Plaintiffs,

                v.

SPIRE BIOMEDICAL, INC.,

                          Defendant.

- - - - - - - - - - - - - - - - - - -x

Civil Action No.:  05-10671 DPW

ECF Case

## AFFIDAVIT OF IRA E. SILFIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

        I, Ira E. Silfin, affirm as follows:

    1.     I am a member of Amster, Rothstein & Ebenstein, LLP, counsel for plaintiffs Arrow International, Inc., and Arrow International Investment Corp. in the above-captioned Action.

    2.     This affidavit is submitted in support of the plaintiffs' opposition to the motion of defendant Spire Biomedical, Inc. for summary judgment.

    3.     Attached hereto as Exhibit 1 is a true and correct copy of the PCT application as filed in the United States receiving office.

    4.     Attached hereto as Exhibit 2 is a true and correct copy of the continuity data of United States Patent Application No. 10/231,748 available on the United States

Patent Office PAIR website at

http://portal.uspto.gov/external/portal/!ut/p/_s.7_0_A/7_0_CH/.cmd/ad/.ar/sa.getBib

/.c/6_0_69/.ce/7_0_1ET/.p/5_0_18L/.d/1?selectedTab=continuitytab&isSubmitted=is

Submitted&dosnum=10231748.

5.    Attached hereto as Exhibit 3 is a true and correct copy of the published

PCT application US2003/027078 under International Publication No. WO 2004/020019.

6.    Attached hereto as Exhibit 4 is a true and correct copy of the application

information of Australian Patent Application No. 2003265836 available on the Australian

Government Intellectual Property website at

http://pericles.ipaustralia.gov.au/ols/searching/patsearch/search_section.jsp?sectionCo

de=DTL&keyNo=2003265836&type=S.

7.    Attached hereto as Exhibit 5 is a true and correct copy of the application

information of Canadian Patent Application No. 2497133 available on the Canadian

Intellectual Property Office website at

http://patents1.ic.gc.ca/details2?patent_number=2497133.

8.    Attached hereto as Exhibit 6 is a true and correct copy of the official entry

of PCT application US2003/027078 into the Chinese national stage.

9.    Attached hereto as Exhibit 7 is a true and correct copy of the official entry

of PCT application US2003/027078 into the Japanese national stage.

-2-

340231.1

10.    Attached hereto as Exhibit 8 is a true and correct copy of the national stage entry transmittal form of PCT application US2003/02078 into the European regional stage available on the European Patent Office website at http://ofi.epoline.org/view/GetDossier?dosnum=WO2004020019&pubnum=&lang=EN.

11.    Attached hereto as Exhibit 9 is a true and correct copy of the Rescission of Previous Non-publication Request filed March 23, 2006.

12.    Attached hereto as Exhibit 10 is a true and correct copy of the Petition for Revival of Potentially Abandoned Application Pursuant to 37 C.F.R. § 1.137(b) filed March 23, 2006.

13.    Attached hereto as Exhibit 11 is a true and correct copy of Section 501 of the Manual of Patent Examination and Procedure.

14.    Attached hereto as Exhibit 12 is a true and correct copy of the Notification of the International Application Number and of the International Filing Date of the PCT application US2003/027078.

I declare under the pains and penalties of perjury that the foregoing is true and correct.

Executed on April 28, 2006                    _____
                                                                      Ira E. Silfin

-3-

## CERTIFICATE OF SERVICE

I hereby certify that, on April 28, 2006, I caused a true copy of the above document as well as Plaintiffs' Memorandum in Opposition to Defendant's Motion for Summary Judgment and Plaintiffs' Concise Statement of Material Facts In Opposition to Defendant's Motion for Summary Judgment to be filed and served electronically upon the following counsel:

> Thomas J. Engellenner
> Daniel J. Gleason
> Michelle Chassereau Jackson
> Nutter, McClennen & Fish, LLP
> World Trade Center West
> 155 Seaport Boulevard
> Boston, MA 02210-2604
> Telephone: (617) 439-2000
> Facsimile: (617) 310-9000
> *Attorneys for Defendant Spire Biomedical, Inc.*

> /s/Brian E. Whiteley
> Brian E. Whiteley

# *Exhibit 1*

## TRANSMITTAL LETTER TO THE
## UNITED STATES RECEIVING OFFICE

| Date | August 28, 2003 |
|---|---|
| International Application No. | Unknown |
| Attorney Docket No. | 3600/274 |

**I.**      **Certification under 37 CFR 1.10 (if applicable)**

| EV 330819256 US | August 28, 2003 |
|---|---|
| Express Mail mailing number | Date of Deposit |

I hereby certify that the application/correspondence attached hereto is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to Assistant Commissioner for Patents, Washington, D.C. 20231.

| _[signature]_ | Michael P. Kenney, Esq. |
|---|---|
| Signature of person mailing correspondence | Typed or printed name of person mailing correspondence |

**II.**  ☐  **New International Application**

| TITLE | DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS | Earliest priority date (Day/Month/Year) |
|---|---|---|
| | | 30/08/2002 |

**SCREENING DISCLOSURE INFORMATION:** In order to assist in screening the accompanying international application for purposes of determining whether a license for foreign tranmittal should and could be granted and for other purposes, the following information is supplied. (Note: check as many boxes as apply):

**A.** ☐ The invention disclosed was **not made** in the United States.

**B.** ☐ There is no prior U.S. application relating to this invention.

**C.** ☑ The following prior U.S. application(s) contain subject matter which is related to the invention disclosed in the attached international application. (*NOTE: priority to these applications may or may not be claimed on form PCT/RO/101 (Request) and this listing does not constitute a claim for priority.*)

| application no. | 10/231,748 | filed on | August 30, 2002 |
|---|---|---|---|
| application no. | 10/086,033 | filed on | February 28, 2002 |

**D.** ☑ The present international application contains additional subject matter not found in the prior U.S. application(s) identified in paragraph C. above. The additional subject matter is found on pages |throughout| and ☐ **DOES NOT ALTER** ☑ **MIGHT BE CONSIDERED TO ALTER** the general nature of the invention in a manner which would require the U.S. application to have been made available for inspection by the appropriate defense agencies under 35 U.S.C. 181 and 37 CFR 5.1. See 37 CFR 5.15

**III.** ☐ **A Response to an Invitation from the RO/US.** The following document(s) is(are) enclosed:

**A.** ☐   A Request for An Extension of Time to File a Response

**B.** ☐   A Power of Attorney (General or Regular)

**C.** ☐   Replacement pages:

| pages | | of the request (PCT/RO/101) | pages | | of the figures |
|---|---|---|---|---|---|
| pages | | of the description | pages | | of the abstract |
| | | of the claims | | | |

**D.** ☐ Submission of Priority Documents

| Priority document | | |
|---|---|---|

**E.** ☐ Fees as specified on attached Fee Calculation sheet form PCT/RO/101 annex

**IV.** ☐ **A Request for Rectification under PCT 91** ☐ A Petition...

**V.** ☐ **Other (please specify):**    Name: _[handwritten]_

Signature: _[handwritten signature]_

| The person signing this form is the: | ☐ | Applicant | Michael P. Kenney, Esq.    Reg. No. 42,718 |
|---|---|---|---|
| | ☑ | Attorney/Agent (Reg. No.) | Typed name of signer |
| | ☐ | Common Representative | _[signature]_ |
| | | | Signature |

PTO-1382 (Rev. 08-1997)      U.S. Department of Commerce: Patent and Trademark Office

AI 800578

EV330877925bUS

# PCT

## REQUEST

The undersigned requests that the present international application be processed according to the Patent Cooperation Treaty.

| For receiving Office use only |
|---|
| International Application No. |
| International Filing Date |
| Name of receiving Office and "PCT International Application" |

Applicant's or agent's file reference
*(if desired) (12 characters maximum)* **3600/274**

| Box No. I    TITLE OF INVENTION |
|---|
| **DOUBLE-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS** |

**Box No. II    APPLICANT**    ☐ This person is also inventor

| Name and address: *(Family name followed by given name; for a legal entity, full official designation. The address must include postal code and name of country. The country of the address indicated in this Box is the applicant's State (that is, country) of residence if no State of residence is indicated below.)* | Telephone No. |
|---|---|
| **Arrow International, Inc.**<br>**2400 Bernville Road**<br>**Reading Pennsylvania 195605**<br>**US** | Facsimile No. |
| | Teleprinter No. |
| | Applicant's registration No. with the Office |

| State *(that is, country)* of nationality:<br>**US** | State *(that is, country)* of residence:<br>**US** |
|---|---|

| This person is applicant for the purposes of: | ☒ all designated States | ☐ all designated States except the United States of America | ☐ the United States of America only | ☐ the States indicated in the Supplemental Box |
|---|---|---|---|---|

**Box No. III    FURTHER APPLICANT(S) AND/OR (FURTHER) INVENTOR(S)**

| Name and address: *(Family name followed by given name; for a legal entity, full official designation. The address must include postal code and name of country. The country of the address indicated in this Box is the applicant's State (that is, country) of residence if no State of residence is indicated below.)* | This person is: |
|---|---|
| **Wilson, Jon S.**<br>**965 Avon Road**<br>**Winston-Salem, North Carolina 27104**<br>**US** | ☐ applicant only<br>☐ applicant and inventor<br>☒ inventor only *(if this check-box is marked, do not fill in below.)* |
| | Applicant's registration No. with the Office |

| State *(that is, country)* of nationality:<br>**US** | State *(that is, country)* of residence:<br>**US** |
|---|---|

| This person is applicant for the purposes of: | ☐ all designated States | ☐ all designated States except the United States of America | ☐ the United States of America only | ☐ the States indicated in the Supplemental Box |
|---|---|---|---|---|

☒ Further applicants and/or (further) inventors are indicated on a continuation sheet.

**Box No. IV    AGENT OR COMMON REPRESENTATIVE; OR ADDRESS FOR CORRESPONDENCE**

The person identified below is hereby/has been appointed to act on behalf of the applicant(s) before the competent International Authorities as:    ☒ agent    ☐ common representative

| Name and address: *(Family name followed by given name; for a legal entity, full official designation. The address must include postal code and name of country.)* | Telephone No.<br>**212-336-8000** |
|---|---|
| **Kenney, Michael P.**<br>**George, Kenneth P.**<br>**AMSTER, ROTHSTEIN & EBENSTEIN**<br>**90 Park Avenue**<br>**New York, NY 10016**<br>**US** | Facsimile No.<br>**212-336-8001** |
| | Teleprinter No. |
| | Agent's registration No. with the Office<br>**42,718** |

☐ Address for correspondence: Mark this check-box where no agent or common representative is/has been appointed and the space above is used instead to indicate a special address to which correspondence should be sent.

Form PCT/RO/101 (first sheet) (March 2001; reprint January 2003)    *See Notes to the request form*

**AI 800579**

Sheet No.  2

| Continuation of Box No. III    FURTHER APPLICANT(S) AND/OR (FURTHER) INVENTOR(S) |

*If none of the following sub-boxes is used, this sheet should not be included in the request.*

---

Name and address: *(Family name followed by given name; for a legal entity, full official designation. The address must include postal code and name of country. The country of the address indicated in this Box is the applicant's State (that is, country) of residence if no State of residence is indicated below.)*

**Gary S. Fleming
428 S.W. Squire Johns Lane
Palm City, Florida 34990
US**

This person is:
- ☐ applicant only
- ☐ applicant and inventor
- ☒ inventor only *(If this check-box is marked, do not fill in below.)*

Applicant's registration No. with the Office

State *(that is, country)* of nationality: **US**

State *(that is, country)* of residence: **US**

This person is applicant for the purposes of:
☐ all designated States
☐ all designated States except the United States of America
☐ the United States of America only
☐ the States indicated in the Supplemental Box

---

Name and address: *(Family name followed by given name; for a legal entity, full official designation. The address must include postal code and name of country. The country of the address indicated in this Box is the applicant's State (that is, country) of residence if no State of residence is indicated below.)*

**Carl M. Fleming
953 S.E. McArthur Boulevard
Stuart, Florida 34996
US**

This person is:
- ☐ applicant only
- ☐ applicant and inventor
- ☒ inventor only *(If this check-box is marked, do not fill in below.)*

Applicant's registration No. with the Office

State *(that is, country)* of nationality: **US**

State *(that is, country)* of residence: **US**

This person is applicant for the purposes of:
☐ all designated States
☐ all designated States except the United States of America
☐ the United States of America only
☐ the States indicated in the Supplemental Box

---

Name and address: *(Family name followed by given name; for a legal entity, full official designation. The address must include postal code and name of country. The country of the address indicated in this Box is the applicant's State (that is, country) of residence if no State of residence is indicated below.)*

**Kenneth T. Cassidy
866 Farmington Road
Mocksville, North Carolina 27028
US**

This person is:
- ☐ applicant only
- ☐ applicant and inventor
- ☒ inventor only *(If this check-box is marked, do not fill in below.)*

Applicant's registration No. with the Office

State *(that is, country)* of nationality: **US**

State *(that is, country)* of residence: **US**

This person is applicant for the purposes of:
☐ all designated States
☐ all designated States except the United States of America
☐ the United States of America only
☐ the States indicated in the Supplemental Box

---

Name and address: *(Family name followed by given name; for a legal entity, full official designation. The address must include postal code and name of country. The country of the address indicated in this Box is the applicant's State (that is, country) of residence if no State of residence is indicated below.)*

**Ronald D. Boyd
1912 W. Hampton Point
Statesboro, Georgia 30458
US**

This person is:
- ☐ applicant only
- ☐ applicant and inventor
- ☒ inventor only *(If this check-box is marked, do not fill in below.)*

Applicant's registration No. with the Office

State *(that is, country)* of nationality: **US**

State *(that is, country)* of residence: **US**

This person is applicant for the purposes of:
☐ all designated States
☐ all designated States except the United States of America
☐ the United States of America only
☐ the States indicated in the Supplemental Box

---

☐ Further applicants and/or (further) inventors are indicated on another continuation sheet.

Form PCT/RO/101 (continuation sheet) (March 2001;  reprint January 2003)    *See Notes to the request form*

**AI 800580**

Sheet No. ...3...

| **Box No. V** | **DESIGNATION OF STATES** | *Mark the applicable check-boxes below; at least one must be marked.* |

The following designations are hereby made under Rule 4.9(a):

**Regional Patent**

☒ **AP   ARIPO Patent:** GH Ghana, GM Gambia, KE Kenya, LS Lesotho, MW Malawi, MZ Mozambique, SD Sudan, SL Sierra Leone, SZ Swaziland, TZ United Republic of Tanzania, UG Uganda, ZM Zambia, ZW Zimbabwe, and any other State which is a Contracting State of the Harare Protocol and of the PCT *(if other kind of protection or treatment desired, specify on dotted line)* . . . . . . . . . . . .

☒ **EA   Eurasian Patent:** AM Armenia, AZ Azerbaijan, BY Belarus, KG Kyrgyzstan, KZ Kazakhstan, MD Republic of Moldova, RU Russian Federation, TJ Tajikistan, TM Turkmenistan, and any other State which is a Contracting State of the Eurasian Patent Convention and of the PCT

☒ **EP   European Patent:** AT Austria, BE Belgium, BG Bulgaria, CH & LI Switzerland and Liechtenstein, CY Cyprus, CZ Czech Republic, DE Germany, DK Denmark, EE Estonia, ES Spain, FI Finland, FR France, GB United Kingdom, GR Greece, IE Ireland, IT Italy, LU Luxembourg, MC Monaco, NL Netherlands, PT Portugal, SE Sweden, SI Slovenia, SK Slovakia, TR Turkey, and any other State which is a Contracting State of the European Patent Convention and of the PCT

☒ **OA   OAPI Patent:** BF Burkina Faso, BJ Benin, CF Central African Republic, CG Congo, CI Côte d'Ivoire, CM Cameroon, GA Gabon, GN Guinea, GQ Equatorial Guinea, GW Guinea-Bissau, ML Mali, MR Mauritania, NE Niger, SN Senegal, TD Chad, TG Togo, and any other State which is a member State of OAPI and a Contracting State of the PCT *(if other kind of protection or treatment desired, specify on dotted line)* . . . . . . . . . . . .

**National Patent** *(if other kind of protection or treatment desired, specify on dotted line):*

| | | |
|---|---|---|
| ☒ AE United Arab Emirates | ☒ GM Gambia | ☒ NZ New Zealand |
| ☒ AG Antigua and Barbuda | ☒ HR Croatia . . . . . . . . . . . | ☒ OM Oman |
| ☒ AL Albania . . . . . . . . . . . | ☒ HU Hungary | ☒ PH Philippines |
| ☒ AM Armenia . . . . . . . . . . | ☒ ID Indonesia | ☒ PL Poland . . . . . . . . . . . |
| ☒ AT Austria . . . . . . . . . . . | ☒ IL Israel . . . . . . . . . . . | ☒ PT Portugal |
| ☒ AU Australia . . . . . . . . . . | ☒ IN India . . . . . . . . . . . | ☒ RO Romania . . . . . . . . . . |
| ☒ AZ Azerbaijan . . . . . . . . . | ☒ IS Iceland . . . . . . . . . . | ☒ RU Russian Federation |
| ☒ BA Bosnia and Herzegovina | ☒ JP Japan . . . . . . . . . . . | |
| ☒ BB Barbados | ☒ KE Kenya . . . . . . . . . . . | ☒ SC Seychelles |
| ☒ BG Bulgaria | ☒ KG Kyrgyzstan | ☒ SD Sudan |
| ☒ BR Brazil . . . . . . . . . . . | ☒ KP Democratic People's Republic | ☒ SE Sweden |
| ☒ BY Belarus | of Korea | ☒ SG Singapore |
| ☒ BZ Belize | ☒ KR Republic of Korea | ☒ SK Slovakia |
| ☒ CA Canada . . . . . . . . . . | ☒ KZ Kazakhstan . . . . . . . . | ☒ SL Sierra Leone |
| ☒ CH & LI Switzerland and Liechtenstein | ☒ LC Saint Lucia | ☒ TJ Tajikistan |
| ☒ CN China . . . . . . . . . . . | ☒ LK Sri Lanka | ☒ TM Turkmenistan . . . . . . . . |
| ☒ CO Colombia | ☒ LR Liberia | ☒ TN Tunisia |
| ☒ CR Costa Rica . . . . . . . . . | ☒ LS Lesotho . . . . . . . . . . | ☒ TR Turkey . . . . . . . . . . . |
| ☒ CU Cuba . . . . . . . . . . . | ☒ LT Lithuania | ☒ TT Trinidad and Tobago |
| ☒ CZ Czech Republic | ☒ LU Luxembourg | |
| ☒ DE Germany . . . . . . . . . . | ☒ LV Latvia | ☒ TZ United Republic of Tanzania |
| ☒ DK Denmark | ☒ MA Morocco | ☒ UA Ukraine |
| ☒ DM Dominica | ☒ MD Republic of Moldova | ☒ UG Uganda |
| ☒ DZ Algeria . . . . . . . . . . | | ☐ US United States of America . . . . . . . . |
| ☒ EC Ecuador | ☒ MG Madagascar . . . . . . . . | |
| ☒ EE Estonia | ☒ MK The former Yugoslav Republic of | ☒ UZ Uzbekistan |
| ☒ ES Spain | Macedonia | ☒ VC Saint Vincent and the Grenadines |
| ☒ FI Finland . . . . . . . . . . . | ☒ MN Mongolia | ☒ VN Viet Nam |
| ☒ GB United Kingdom | ☒ MW Malawi | ☒ YU Yugoslavia |
| ☒ GD Grenada | ☒ MX Mexico | ☒ ZA South Africa |
| ☒ GE Georgia | ☒ MZ Mozambique | ☒ ZM Zambia |
| ☒ GH Ghana . . . . . . . . . . . | ☒ NO Norway | ☒ ZW Zimbabwe |

Check-boxes below reserved for designating States which have become party to the PCT after issuance of this sheet:

☐ . . . . . . . . . .   ☐ . . . . . . . . . .   ☐ . . . . . . . . . .

☐ . . . . . . . . . .   ☐ . . . . . . . . . .   ☐ . . . . . . . . . .

**Precautionary Designation Statement:** In addition to the designations made above, the applicant also makes under Rule 4.9(b) all other designations which would be permitted under the PCT except any designation(s) indicated in the Supplemental Box as being excluded from the scope of this statement. The applicant declares that those additional designations are subject to confirmation and that any designation which is not confirmed before the expiration of 15 months from the priority date is to be regarded as withdrawn by the applicant at the expiration of that time limit. *(Confirmation (including fees) must reach the receiving Office within the 15-month time limit.)*

Form PCT/RO/101 (second sheet) (January 2003)          *See Notes to the request form*

**AI 800581**

Sheet No. ...4...

| Box No. VI | PRIORITY CLAIM |
|---|---|

The priority of the following earlier application(s) is hereby claimed:

| Filing date of earlier application *(day/month/year)* | Number of earlier application | Where earlier application is: | | |
|---|---|---|---|---|
| | | national application: country or Member of WTO | regional application:* regional Office | international application: receiving Office |
| item (1) **30 / 08 / 2002** | **10/231,748** | **US** | | |
| item (2) **28 / 03 / 2002** | **10/086,033** | **US** | | |
| item (3) **24 / 01 / 2001** | **09/769,052** | **US** | | |
| item (4) | | | | |
| item (5) | | | | |

☐ Further priority claims are indicated in the Supplemental Box.

The receiving Office is requested to prepare and transmit to the International Bureau a certified copy of the earlier application(s) *(only if the earlier application was filed with the Office which for the purposes of this international application is the receiving Office)* identified above as:

☒ all items    ☐ item (1)    ☐ item (2)    ☐ item (3)    ☐ item (4)    ☐ item (5)    ☐ other, see Supplemental Box

* Where the earlier application is an ARIPO application, indicate at least one country party to the Paris Convention for the Protection of Industrial Property or one Member of the World Trade Organization for which that earlier application was filed (Rule 4.10(b)(ii)): ...............................................................

| Box No. VII | INTERNATIONAL SEARCHING AUTHORITY |
|---|---|

**Choice of International Searching Authority (ISA)** *(if two or more International Searching Authorities are competent to carry out the international search, indicate the Authority chosen; the two-letter code may be used)*:

ISA / **US**

**Request to use results of earlier search;  reference to that search** *(if an earlier search has been carried out by or requested from the International Searching Authority)*:

Date *(day/month/year)*                    Number                    Country *(or regional Office)*

| Box No. VIII | DECLARATIONS |
|---|---|

The following **declarations** are contained in Boxes Nos. VIII (i) to (v) *(mark the applicable check-boxes below and indicate in the right column the number of each type of declaration)*:    Number of declarations

☐ Box No. VIII (i)    Declaration as to the identity of the inventor    :

☐ Box No. VIII (ii)    Declaration as to the applicant's entitlement, as at the international filing date, to apply for and be granted a patent    :

☐ Box No. VIII (iii)    Declaration as to the applicant's entitlement, as at the international filing date, to claim the priority of the earlier application    :

☐ Box No. VIII (iv)    Declaration of inventorship (only for the purposes of the designation of the United States of America)

☐ Box No. VIII (v)    Declaration as to non-prejudicial disclosures or exceptions to lack of novelty    :

Form PCT/RO/101 (third sheet) (July 2002; reprint January 2003)                    *See Notes to the request form*

**AI 800582**

Sheet No.   5

| Box No. IX | CHECK LIST; LANGUAGE OF FILING |
|---|---|

**This international application contains:**

(a) **in paper form**, the following number of sheets :

| | | |
|---|---|---|
| request (including declaration sheets) | : | 5 |
| description (excluding sequence listings and/or tables related thereto) | : | 19 |
| claims | : | 10 |
| abstract | : | 1 |
| drawings | : | 10 |
| **Sub-total number of sheets** | : | **45** |
| sequence listings | : | |
| tables related thereto | : | |

*(for both, actual number of sheets if filed in paper form, whether or not also filed in computer readable form; see (c) below)*

| **Total number of sheets** | : | **45** |
|---|---|---|

(b) ☐ **only in computer readable form** (Section 801(a)(i))

  (i) ☐ sequence listings
  (ii) ☐ tables related thereto

(c) ☐ **also in computer readable form** (Section 801(a)(ii))

  (i) ☐ sequence listings
  (ii) ☐ tables related thereto

**Type and number of carriers** (diskette, CD-ROM, CD-R or other) on which are contained the

☐ sequence listings: ...............
☐ tables related thereto: ...............

*(additional copies to be indicated under items 9(ii) and/or 10(ii), in right column)*

**This international application is accompanied by the following** item(s) *(mark the applicable check-boxes below and indicate in right column the number of each item):*     **Number of items**

1. ☒ fee calculation sheet :
2. ☐ original separate power of attorney :
3. ☐ original general power of attorney :
4. ☐ copy of general power of attorney; reference number, if any: ................................
5. ☐ statement explaining lack of signature :
6. ☐ priority document(s) identified in Box No. VI as item(s): ................................
7. ☐ translation of international application into *(language)*: ................................
8. ☐ separate indications concerning deposited microorganism or other biological material :
9. ☐ sequence listings in computer readable form *(indicate type and number of carriers)*
  (i) ☐ copy submitted for the purposes of international search under Rule 13ter only (and not as part of the international application) :
  (ii) ☐ *(only where check-box (b)(i) or (c)(i) is marked in left column)* additional copies including, where applicable, the copy for the purposes of international search under Rule 13ter :
  (iii) ☐ together with relevant statement as to the identity of the copy or copies with the sequence listings mentioned in left column :
10. ☐ tables in computer readable form related to sequence listings *(indicate type and number of carriers)*
  (i) ☐ copy submitted for the purposes of international search under Section 802(b-*quater*) only (and not as part of the international application) :
  (ii) ☐ *(only where check-box (b)(ii) or (c)(ii) is marked in left column)* additional copies including, where applicable, the copy for the purposes of international search under Section 802(b-*quater*) :
  (iii) ☐ together with relevant statement as to the identity of the copy or copies with the tables mentioned in left column :
11. ☐ other (specify): ................................

| **Figure of the drawings** which should accompany the abstract: | **Language of filing** of the international application: | **English** |
|---|---|---|

| Box No. X | SIGNATURE OF APPLICANT, AGENT OR COMMON REPRESENTATIVE |
|---|---|

*Next to each signature, indicate the name of the person signing and the capacity in which the person signs (if such capacity is not obvious from reading the request).*

By _____

Michael P. Kenney
Reg. No. 42, 718

—— For receiving Office use only ——

1. Date of actual receipt of the purported international application:

3. Corrected date of actual receipt due to later but timely received papers or drawings completing the purported international application:

4. Date of timely receipt of the required corrections under PCT Article 11(2):

5. International Searching Authority (if two or more are competent):   ISA /

6. ☐ Transmittal of search copy delayed until search fee is paid

2. Drawings:

☐ received:

☐ not received:

—— For International Bureau use only ——

Date of receipt of the record copy by the International Bureau:

AI 800583

*This sheet is not part of and does not count as a sheet of the international application.*

# PCT

**FEE CALCULATION SHEET**

**Annex to the Request**

| | For receiving Office use only |
|---|---|
| | International Application No. |
| | Date stamp of the receiving Office |

| Applicant's or agent's file reference | 3600/274 |
|---|---|

**Applicant**

**Arrow International, Inc.**

**CALCULATION OF PRESCRIBED FEES**

1. TRANSMITTAL FEE . . . . . . . . . . . . . . . . . . . . . . . . **240.00** [T]

2. SEARCH FEE . . . . . . . . . . . . . . . . . . . . . . . . **450.00** [S]

   International search to be carried out by **ISA/US**

   *(If two or more International Searching Authorities are competent to carry out the international search, indicate the name of the Authority which is chosen to carry out the international search.)*

3. INTERNATIONAL FEE

   **Basic Fee**

   Where items (b) and/or (c) of Box No. IX apply, enter **Sub-total number of sheets** }

   Where items (b) and (c) of Box No. IX do not apply, enter **Total number of sheets** }

   [b1] first 30 sheets . . . . . . . . . . . . . . . . . . . **476.00** [b1]

   [b2] __15__ x __12.00__ = **180.00** [b2]
       number of sheets      fee per sheet
       in excess of 30

   [b3] additional component (only if sequence listings and/or tables related
       thereto are filed in computer readable form under Section 801(a)(i),
       or both in that form and on paper, under Section 801(a)(ii)):

       400 x _____ = [              ] [b3]
             fee per sheet

   Add amounts entered at b1, b2 and b3 and enter total at B     **656.00** [B]

   **Designation Fees**

   The international application contains _____ designations.

   __5__ x __104.00__ = **520.00** [D]
   number of designation fees      amount of designation fee
   payable *(maximum 5)*

   Add amounts entered at B and D and enter total at I     **1176.00** [I]

   *(Applicants from certain States are entitled to a reduction of 75% of the
   international fee. Where the applicant is (or all applicants are) so entitled, the total
   to be entered at I is 25% of the sum of the amounts entered at B and D.)*

4. FEE FOR PRIORITY DOCUMENT *(if applicable)*     **15.00** [P]

5. TOTAL FEES PAYABLE     **1881.00**

   Add amounts entered at T, S, I and P, and enter total in the TOTAL box     TOTAL

☐ The designation fees are not paid at this time.

**MODE OF PAYMENT**

| ☐ authorization to charge deposit account (see below) | ☐ postal money order | ☐ cash | ☐ coupons |
|---|---|---|---|
| ☒ cheque | ☐ bank draft | ☐ revenue stamps | ☐ other *(specify):* |

**AUTHORIZATION TO CHARGE (OR CREDIT) DEPOSIT ACCOUNT**
*(This mode of payment may not be available at all receiving Offices)*

Receiving Office: RO/ **US**

Deposit Account No.: **01-1785**

☐ Authorization to charge the total fees indicated above.

☒ *(This check-box may be marked only if the conditions for deposit accounts
of the receiving Office so permit)* Authorization to charge any deficiency
or credit any overpayment in the total fees indicated above.

Date: **August 28, 2003**

Name: **Michael P. Kenney, Esq.**

~~Authorization to charge the fee for priority document.~~

Signature: *(signature)*

Form PCT/RO/101 (Annex) (January 2003)     *See Notes to the fee calculation sheet*

**AI 800584**

# DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS

## RELATED APPLICATIONS

5        This application is a continuation-in-part of pending U.S. Patent Application Serial No.

10/086,033, filed February 28, 2002, which is a continuation of pending U.S. Patent Application

Serial No.09/769,052, filed January 24, 2001.

## BACKGROUND

### 1. Field of the Invention

10       The present invention relates generally to medical instrumentation and more specifically

to a multi-lumen catheter including y-shaped distal and proximal ends, and including selectively

attachable hubs for selectively connecting the catheter to a fluid exchange device.

### 2. Description of the Prior Art

Catheters, generally, are hollow, flexible tubes for insertion into a body cavity, duct, or

15       vessel to allow the passage of fluids or distend a passageway.  Catheters are often used for

temporary or long-term dialysis treatment.  Dialysis treatment provides for blood to be

withdrawn from the patient, purified, and then returned to the patient.  Thus, in dialysis

treatment, catheters are used to allow passage of a patient's blood into and out of the patient's

body.  For optimal performance during dialysis treatment, the catheter tips, both in-flow and out-

20       flow, should be placed in close proximity to the heart.  Typically, medical personnel use either a

double lumen catheter or two single lumen catheters.  Both types, however, present certain

deficiencies.

While double lumen catheters (e.g., U.S. Pat. No. 4,895,561) allow for a single insertion

of the catheter into the desired vein, double lumen catheters typically do not permit optimal

1

AI 800585

catheter tip placement. Due to differences among patients, optimal tip position varies from patient to patient. Non-optimal tip position may significantly lower flow values, resulting in less effective dialysis treatment. For current double lumen catheters, a physician must make an estimate regarding the appropriate catheter tube length prior to beginning the procedure of

5    catheterization. Then, a subcutaneous tunnel is made from a first end, which is near the area to be catheterized, to a second end, which is the preferred end position of the hub assembly, namely, away from the neck of the patient, in order to allow for more convenient access to the dialysis treatment equipment. The catheter tube is then routed forwardly into the through the subcutaneous tunnel from the second end to the first end so that the catheter tips extend

10    outwardly from the first end of the tunnel. Either before or after tunneling, a sheath is inserted trough the first end of the tunnel and into the area to be catheterized, and the catheter tips are inserted into the sheath and the area to be catheterized. The estimated catheter tube length and subsequent forward tunneling may result in less than optimal tip placement.

       With the use of two independent single lumen catheters (e.g., U.S. Pat. No. 5,776,111 to

15    Tesio) the problem of tip placement is addressed. The hub assembly of each catheter is removable from the tube and tip portion of the catheter, thereby allowing the catheter tip to be placed directly into the vein and advanced into the desired position. Then, the proximal end of the catheter can be reversed tunneled and trimmed to a desired length. Thereafter, the hub assembly is attached. Deficiencies, however, exist in this method of catheterization as well.

20    One problem associated with this method is that this method requires two separate venous insertions, namely, two tunnels and two of each accessory instrument used for the procedure. Therefore, there is increased surgical time required to place two catheters, there are two wound entry sites which doubles the risk of post-surgical infection, and the two catheters together are

246954.1

AI 800586

significantly larger in diameter than one double lumen catheter.

Applicant's co-pending applications Serial No. 09/769,052, filed January 24, 2001, and Serial No. 10/086,033, filed February 28, 2002, disclose a multi-lumen catheter apparatus and method for inserting the apparatus in a patient. The disclosures of these co-pending applications

5  are hereby incorporated by reference. In the disclosed apparatus and method, a multi-lumen catheter includes a selectively attachable hub assembly that allows the catheter tip to be positioned accurately within a patient's vein prior to subcutaneous tunneling. The distal end of the catheter tube is selectively attachable to the hub assembly. Accordingly, after the tips of the catheter have been accurately positioned in a patient, the other end of the catheter may be reverse

10  tunneled under the skin of a patient. Before or after tip placement, an incision is made in the skin adjacent to the point where the protruding distal end of the catheter exits the skin. A subcutaneous tunnel is then formed having a first end at the incision and a second end exiting the skin at a point remote from the first end of the tunnel, generally as the caudal direction. A sheath dilator is inserted into the tunnel, which is partially dilated so as to accommodate a tissue in-

15  growth stabilizing cuff. The distal end of the catheter tube is routed through the subcutaneous tunnel and the cuff seated therein, thereby stabilizing the distal portion of the catheter tube in the patient. A selectively attachable hub assembly is connected to the lumens at the distal tip of the catheter tube for subsequent connection of the catheter to a fluid exchange device, such as a dialysis machine.

20  While the selectively attachable hub assembly described above facilitates tunneling a multi-lumen catheter in a patient, the separable hub assembly creates the need to connect the hub to a distal end of a multi-lumen catheter tube, thereby adding an additional step to the catheter insertion/connection procedure, which increases surgical time and expense. Furthermore, the

3

246954.1

AI 800587

hub-catheter connection provides an additional connection which may leak or separate from the catheter tube due to external loads on the hub such as by pulling or snagging. In addition, the attachable hub assembly is a relatively complex part, which makes it difficult to manufacture and, therefore, use of the hub assembly increases the cost of the catheter itself.

5        Therefore, there is a need for a multi-lumen catheter that can be inserted into a patient using a reverse tunneling technique, which permits accurate placement of the tips of the catheter into the area to be catheterized and that is selectively attachable to a fluid exchange device. The improved catheter should not required an extensive hub assembly, thus making it relatively inexpensive to manufacture and easy to insert into a patient.

10

## SUMMARY OF THE INVENTION

A multi-lumen catheter is provided for use in hemodialysis and the like. The multi-lumen catheter includes an elongated, central, multi-lumen tube portion having a distal end and a proximal end. The central tube portion has a substantially cylindrical outer shape and is

15    internally segmented into a plurality of lumens. A distal branch portion includes a plurality of single-lumen distal extension tubes. Each distal extension tube has a proximal first end and a distal second end. The proximal first end of each distal extension tube is connected to the distal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion. A proximal

20    branch portion includes a plurality of single-lumen proximal extension tubes. Each proximal extension tube has a distal first end and a proximal second end. The distal first end of each proximal extension tube is connected to the proximal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of

AI 800588

lumens of the central tube portion. A plurality of selectively attachable connector hubs are provided, each connector hub being configured to be selectively attachable to the distal second end of one of the distal extension and being configured for selective connection to a fluid exchange device. Each lumen of the central tube portion and the lumens of the distal and

5    proximal extension tubes in fluid communication therewith define a flow path through the catheter. An in-growth stabilizing cuff may be affixed to an outer portion of the central tube portion.

The multi-lumen catheter may include a central tube portion having two lumens. In such a catheter, the distal branch portion includes two distal extension tubes, and the proximal branch

10   portion includes two proximal extension tubes. The catheter may be arranged such that the plurality of single-lumen distal extension tubes of the distal branch portion converge to form a distal multi-lumen connecting portion which connects to the distal end of the central tube portion, and the plurality of single-lumen proximal extension tubes comprising the proximal branch portion converge to form a proximal multi-lumen connecting portion which connects to

15   the proximal end of the central tube portion.

The central tube portion, the distal extension tubes, and the proximal extension tubes may be comprised of a fusible material, and the distal extension tubes and proximal extension tubes may be respectively fused to the distal and proximal ends of the central tube portion. The distal extension tubes may have a substantially cylindrical outer shape near their distal second ends,

20   and the proximal multi-lumen connecting portion may also have substantially cylindrical outer shape. The proximal extension tubes may have a substantially D-shaped cross-section over at least a portion of their length. Also, the proximal extension tubes may be substantially parallel to

246954.1

AI 800589

each other in a free state, and the proximal second ends of the distal extension tubes may be longitudinally spaced from each other.

The multi-lumen catheter may further include a plurality of connector hubs for connecting the catheter to a fluid exchange device. Each connector hub may configured to be connected to

5   the distal second end of one of the distal extension tubes, and configured for connection to a portion of a fluid exchange apparatus. Each of the proximal extension tubes may include a tube wall, and each of the proximal extension tubes may include at least one opening extending through its tube wall. Further, an external portion of at least one of the distal extension tubes may include indicia which indicates a discrete flow path through the catheter. In one

10  arrangement, the two proximal extension tubes have longitudinal axes which intersect at an included angle in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

A y-shaped catheter junction for a multi-lumen catheter is also provided. The y-shaped junction includes a dual-lumen trunk, having a substantially cylindrical outer wall, a first end, a

15  second end, a first lumen, and a second lumen. A first single-lumen extension tube is connected to the first end of the trunk, such that the single lumen of the first single-lumen extension tube is in fluid communication with the first lumen of the trunk. A second single-lumen extension tube is connected to the first end of the trunk such that the single lumen of the second single-lumen extension tube is in fluid communication with the second lumen of the trunk. The y-shaped

20  junction is arranged such that the first lumen of the trunk and the first extension tube define a first flow path, and the second lumen of the trunk and the second extension tube define a second flow path. The y-shaped catheter junction may also be arranged such that the first and second extension tubes have longitudinal axes which intersect at an included angle near the first end of

246954.1

AI 800590

the trunk in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

A method of forming a multi-lumen catheter is also disclosed. The method includes attaching a first plurality of single-lumen extension tubes to a distal end of a length of multi-lumen tubing comprising a plurality of multiple lumens, and attaching a second plurality of single-lumen extension tubes to a distal end of the length of multi-lumen tubing. Each single lumen of each extension tube is in fluid communication with one of the lumens of the length of multi-lumen tubing. The length of multi-lumen tubing may include two lumens, and the first and second pluralities of extension tubes may form substantially y-shaped junctions on each end of the length of multi-lumen tubing.

The method of forming a multi-lumen catheter may include first forming a y-shaped distal junction. The process may include providing a first length of single-lumen tubing to form a distal arterial extension tube, providing a second length of single-lumen tubing to form a distal venal extension tube, providing a first length of multi-lumen tubing comprising at least an arterial lumen and a venal lumen, and having a distal end and a proximal end, attaching an end of the distal arterial extension tube to the distal end of the first length of multi-lumen tubing such that the distal arterial extension tube is in fluid communication with the arterial lumen of the first length of multi-lumen tubing, and attaching an end of the distal venal extension tube to the distal end of the first length of multi-lumen tubing such that the distal venal extension tube is in fluid communication with the venal lumen of the first length of multi-lumen tubing. The proximal end of the first length of multi-lumen tubing forms a connecting end.

A second length of multi-lumen tubing having a distal end and a proximal end is provided. The tubing includes an arterial lumen and a venal lumen. The connecting end of the

7

246954.1

AI 800591

first length of multi-lumen tubing is connected to the distal end of the second length of multi-lumen tubing, such that the arterial extension tube of the distal junction is in fluid communication with the arterial lumen of the second length of multi-lumen tubing, and the venal extension tube of the distal junction is in fluid communication with the venal lumen of the

5    second length of multi-lumen tubing.

A y-shaped proximal junction is also formed.  This process includes providing a third length of single-lumen tubing to form a proximal arterial extension tube, and providing a fourth length of single-lumen tubing to form a proximal venal extension tube.  A third length of multi-lumen tubing is also provided which includes at least an arterial lumen and a venal lumen, and

10    has a distal end and a proximal end.  An end of the proximal arterial extension tube is attached to the distal end of the third length of multi-lumen tubing such that the proximal arterial extension tube is in fluid communication with the arterial lumen of the third length of multi-lumen tubing.  Also, an end of the proximal venal extension tube is attached to the distal end of the third length of multi-lumen tubing such that the proximal venal extension tube is in fluid communication

15    with the venal lumen of the third length of multi-lumen tubing.  The distal end of the third length of multi-lumen tubing forms an attachment end.

The attachment end of the third length of multi-lumen tubing is attached to the proximal end of the second length of multi-lumen tubing, such that the arterial extension tube of the proximal junction is in fluid communication with the arterial lumen of the second length of

20    multi-lumen tubing, and the venal extension tube of the proximal junction is in fluid communication with the venal lumen of the second length of multi-lumen tubing.  The method may also include forming at least one opening in a wall of the proximal venal extension tube, and forming at least one opening in a wall of the arterial proximal extension tube.  The steps of

8

246954.1

AI 800592

attaching extension tubes and lengths of multi-lumen tubing together or to each other may include heat welding or similar fusing techniques.  The longitudinal axes of the distal arterial extension tube and distal venal extension tube may be arranged to intersect at an included angle in a free state in a range from about 10 degrees to about 30 degrees.

5       A method for surgically implanting a double-y shaped multi-lumen catheter into a patient is also provided.  The method is suited for implanting a multi-lumen catheter having a an elongated, central, multi-lumen tube portion, a proximal end portion including a single-lumen proximal venal extension tube and a single-lumen proximal arterial extension tube each having a proximal tip, and a distal end portion including a single-lumen distal venal extension tube and a single-lumen distal arterial extension tube each having a distal end.  The method includes making an incision in the skin of the patient, and inserting the proximal tips of the proximal venal and arterial extension tubes through the incision and placing the proximal tips in the patient.  A subcutaneous tunnel is formed having a first end proximate to the incision and a second end remote from the first end of the tunnel.  The distal venal and arterial extension tubes and at least a portion of the  central tube portion are guided through the subcutaneous tunnel such that at least the distal ends of the distal venal and arterial extension tubes extend outwardly from the tunnel through the second end of the tunnel.  At least a portion of the distal end portion of the catheter is secured to the patient such as by sutures or any other suitable means..

When the catheter includes a stabilizing cuff, the method may further include dilating at least a portion of the subcutaneous tunnel to receive the cuff.  Dilation of the tunnel may be accomplished by sliding a sheath dilator along the shaft of a trocar longitudinally positioned within the tunnel.  The distal end portion of the catheter is secured to the patient by seating the cuff in a dilated portion of the subcutaneous tunnel.

246954.1

AI 800593

The catheter implanting method may further include respectively connecting the distal arterial and venal extension tubes to arterial and venal legs of a fluid exchange device. Connecting the distal arterial and venal extension tubes may include connecting the distal arterial extension tube to the arterial leg with a first connector hub, and connecting the proximal venal extension tubes to the venal leg with a second connector hub. Inserting the proximal tips of the proximal venal and arterial extension tubes into a patient may include placing the proximal tip of the venal extension tube into a vein in the patient, and placing the proximal tip of the arterial extension tube into an artery in the patient.

These and other aspects of the invention will be made clear from a reading the following detailed description together with the drawings.


## BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1 is a perspective view of a double y-shaped multi-lumen catheter;

Figure 2 is a cross-sectional view of a distal portion of the multi-lumen catheter of Figure 1;

Figure 3 is a partially exploded detail perspective view of a distal portion of the multi-lumen catheter of Figure 1;

Figure 4 is a partially exploded detail perspective view of a proximal portion of the multi-lumen catheter of Figure 1;

Figure 5 is a cross-sectional view of a proximal portion of the multi-lumen catheter of Figure 1;

Figures 6A-6D illustrate a procedure for tunneling a multi-lumen catheter like that of Figure 1 in a patient;

AI 800594

Figure 7 is a partial sectional view of a sheath dilator engaged along a trocar to dilate a portion of a subcutaneous tunnel in a patient;

Figures 8A-8C are views of a connection between a distal end of the catheter and a trocar for guiding the catheter through a subcutaneous tunnel.

5

## DETAILED DESCRIPTION

For the purposes of the following description and the claims appended hereto, the relative term "proximal" refers to those portions of a catheter and those portions of components of the catheter which are nearest the insertion end of the catheter, that is, the end of the catheter that is

10   inserted into an area of a patient's body being catheterized, such as a blood vessel.  Conversely, the relative term "distal" refers to those portions of a catheter and those portions of components of the catheter which are farthest from the insertion end of the catheter.

Figure 1 shows a double-Y shaped multi-lumen catheter 10 according to the present invention.  The catheter 10 includes a proximal end 34 for insertion into a patient, and a distal

15   end 36 for connection to a fluid exchange device, such as a dialysis machine or the like.  The catheter 10 includes an elongated, central, multi-lumen tube portion 12, a plurality of proximal single-lumen extension tubes 14, 16, and a plurality of distal single-lumen extension tubes 18, 20.  In the embodiment shown, the central tube portion 12 includes an arterial lumen 5 and a venal lumen 6.  In this arrangement, the catheter 10 includes a proximal venal extension tube 14

20   and a distal venal extension tube 18 in fluid communication with the venal lumen 6, and a proximal arterial extension tube 16 and a distal arterial extension tube in fluid communication with the arterial lumen 5.  The catheter 10 may include a stabilizing cuff 15 affixed to an outer portion of the central tube portion 12 as shown in Figure 1.  Preferably, the cuff 15 is

11

AI 800595

longitudinally positioned on the central tube portion 12 such that the cuff 15 will be finally

positioned in a subcutaneous tunnel in a patient as described more fully below.

A construction for the distal end 36 of the multi-lumen catheter 10 is shown in Figures 1-

3. As shown in Figures 2 and 3, the proximal ends 18p, 20p of the distal extension tubes 18, 20

5   may be connected to a distal end 12d of the central tube portion 12 by a distal multi-lumen trunk

30. The multiple lumens of the distal trunk 30 correspond in number to the multiple lumens of

the central tube portion 12 and the number of distal extension tubes 18, 20. In the illustrated

embodiment, the distal trunk 30 includes a venal distal trunk lumen 48, and an arterial distal

trunk lumen 47 as shown in Figure 2. As shown in Figure 3, the proximal ends 18p, 20p of the

10  distal extension tubes 18, 20 are connected to the distal end 30d of the distal trunk, thereby

forming a substantially Y-shaped junction. The proximal end 30p of the distal trunk 30 is

connected to the distal end 12d of the central tube portion 12 as shown in Figure 2, thereby

forming a Y-shaped distal end 36. Preferably, the proximal end 30p of the distal trunk 30 is

substantially cylindrical in shape, and is substantially equal in outer diameter to the outer

15  diameter of the central tube portion 12, thereby providing a smooth transition at the juncture

between the distal trunk 30 and the central tube portion 12.

As shown in Figure 2, the distal extension tubes are arranged such that an included angle

"θ" exists between the longitudinal axes of the tubes 18, 20 in a free state. In a preferred

arrangement, the angle "θ" ranges from about 10 degrees to about 30 degrees. The distal

20  extension tubes 18, 20 can be arranged, however, so that the angle "θ" is any desired angle. The

venal distal trunk lumen 48 is in fluid communication with the venal lumen 6 of the central tube

portion 12 and the single lumen of the distal venal extension tube 18. Similarly, the arterial

12

AI 800596

distal trunk lumen 47 is in fluid communication with the arterial lumen 5 of the  and the single

lumen of the distal arterial extension tube 20.

In an alternative arrangement, the distal extension tubes 18, 20 may be connected directly

to the distal end 12d of the central tube portion 12 rather than to an interconnected distal trunk 30

5    (not shown).  In either arrangement, the mating end portions of the distal extension tubes 18, 20,

the distal end of the central tube portion 12d, and/or the distal trunk 30 are sealably fused

together by heat welding or the like such that the fluid communication between the

interconnecting lumens of the components is established and maintained and no leakage occurs at

the connections.

10    As shown in Figures 1-3, the catheter 10 also includes selectively attachable connector

hubs 72, 74 on the distal ends 18d, 20d of the distal extension tubes 18, 20.  As will be described

in detail below, the connector hubs 72, 74 are selectively attachable so that the connector hubs

72, 74 can be attached to and removed from the distal end 36 of the catheter 10 after insertion of

the proximal end 34 of the catheter 10 into a patient, and after reverse, subcutaneous tunneling of

15    the distal end 36.  As shown in Figures 1 and 2, the connector hubs 72, 74 are configured for

selective sealable attachment between the distal ends 18d, 20d of the distal extension tubes 18,

20 and legs of a fluid exchange device.  The connector hubs.  The venal connector hub 74 is

selectively attachable to the distal portion 18d of the distal venal extension tube 18, and the

arterial connector hub 72 is selectively attachable to the distal portion 20d of the distal arterial

20    extension tube 20.

In one embodient as shown in Figures 1-3, the selectively attachable hubs 72, 74 are

connectable with mating compression fittings 58, 60.  The compression fittings may include

cannulae 66, 68 and threaded male portions 62, 64 that matingly engage the distal extension

13

AI 800597

tubes 18, 20 and the connector hubs 72, 74 as shown in Figure 2. When fully engaged, the hubs

72,74 and compression fittings 58, 60 compress compression sleeves 70 about the distal portions

18d, 20d of the distal extension tubes 18, 20, thereby forming sealed connections. The

compression fittings 58, 60 may be further connected to luer-type fittings 50, 52 or the like by

5     connector tubes 54, 56. The luer-type fittings 50, 52 may then be connected to corresponding

luer-type connection mechanisms on a fluid exchange device 200. For example, the distal ends

of the luer-type fittings 50, 52 may include quarter-turn type threads for leak-tight engagement

with matching quarter-turn fittings on the venal and arterial legs of a fluid exchange device 200.

Other types of known leak-tight selectively attachable connection configurations may also be

10    used.

As shown in Figures 1 and 3, the connector hubs 72, 74 can be selectively attached to the

distal ends 18d, 20d of the distal extension tubes 18, 20. This arrangement permits the distal end

36 of the catheter 10 to be subcutaneously reverse tunneled in a patient as described more fully

below without interference from the hubs 72, 74. After the distal end of the catheter 10 is

15    subcutaneously reverse tunneled in a patient such that the distal end 36 protrudes outwardly from

the patient, the hubs 72, 74 can be backfit over the distal ends of distal extension tubes 18, 20 as

shown for hub 72 in Figure 3. The compression sleeves 70 can then be placed over the distal

ends 18d, 20d of the extension tubes 18, 20, and the sealed connections can be completed as

shown in Figure 2. The catheter 10 can then be connected to a fluid exchange device 200.

20    A construction for the proximal end 34 of the catheter 10 is shown in Figures 1, 4, and 5.

The distal ends 14d, 16d of the proximal extension tubes 14,16 may be connected to a proximal

end 12p of the central tube portion 12 by a proximal multi-lumen trunk 32. The lumens of the

proximal trunk 32 correspond in number to the multiple lumens of the central tube portion 12

14

AI 800598

and to the number of proximal extension tubes 14, 16. In the illustrated embodiment, the proximal trunk 32 includes a venal proximal trunk lumen 31, and an arterial proximal trunk lumen 33 as shown in Figure 5. As shown in Figure 4, the distal ends 14d, 16d of the proximal extension tubes 14, 16 are connected to the proximal end 32p of the proximal trunk 32, thereby

5  forming a substantially Y-shaped junction. The distal end 32d of the proximal trunk 32 is connected to the proximal end 12p of the central tube portion 12 as shown in Figure 5, thereby forming a substantially Y-shaped proximal end 34 on the catheter 10. Preferably, the distal end 32d of the proximal trunk 32 is substantially cylindrical in shape, and is substantially equal in outer diameter to the outer diameter of the central tube portion 12, thereby providing a smooth

10  transition at the juncture between the proximal trunk 32 and the central tube portion 12.

As shown in Figure 4, the proximal extension tubes are arranged such that an included angle "α" exists between the longitudinal axes of the tubes 14, 16 in a free state. In a preferred arrangement, the angle "α" is about 5 degrees in a rest position or free state. The distal extension tubes 18, 20 can be arranged, however, so that the angle "α" is any desired angle. The venal

15  proximal trunk lumen 31 is in fluid communication with the venal lumen 6 of the central tube portion 12 and the single lumen of the proximal venal extension tube 14. Similarly, the arterial proximal trunk lumen 33 is in fluid communication with the arterial lumen 5 of the central tube portion 12 and the single lumen of the proximal arterial extension tube 16.

In an alternative arrangement, the proximal extension tubes 14, 16 may be connected

20  directly to the proximal end 12p of the central tube portion 12 rather than to an interconnecting proximal trunk 32 (not shown). In either arrangement, the mating end portions of the proximal extension tubes 14, 16, the proximal end of the central tube portion 12p, and/or the proximal trunk 32 are sealably fused together, such as by heat welding or the like, such that the fluid

15

AI 800599

communication between the interconnected lumens of the components is established and maintained and no leakage occurs at the connections.

As shown in Figures 1, 4, and 5, the proximal arterial extension tube 16 is preferably shorter in length than the proximal venal extension tube 14. For example, the proximal arterial
5    extension tube 16 may be about 4 cm shorter in length than the proximal venal extension tube 14. The resulting longitudinal spacing between the proximal tips 14p and 16p facilitates optimal proximal tip placement in a patient. As shown in Figure 4, the proximal venal extension tube 14 may include an end opening 43 in or near its proximal tip 14p. The proximal venal extension tube 14 may also include one or more transverse openings 42 in its tube wall 40. Similarly, as
10    also shown in Figure 4, the proximal arterial extension tube 16 may include an end opening 47 in or near its proximal tip 16p. The proximal arterial extension tube 16 may also include one or more transverse openings 46 in its tube wall 44. The openings 42, 43, 46, and 47 facilitate fluid flow into or out from the proximal extension tubes 14, 16.

The hubs 72 and 74 are selectively attachable and detachable from the distal end 36 of the
15    catheter 10 to facilitate tunneling the catheter 10 in a patient. A method of installing a catheter 10 in a patient is illustrated in Figures 6A-6D. As shown in Figure 6A, an incision 100 is made in the skin of a patient. The proximal tips 14p, 16p of catheter 10 are inserted through the incision 100 and are placed at desired locations within the patient using conventional techniques, such as the Seldinger technique.

20    At this stage, the distal end 36 and distal portions of the catheter 10 extend outwardly from the incision 100. A trocar 120 or other suitable instrument is used to form a subcutaneous tunnel 102 having a first end 104, which is preferably coincident with the incision 100, and an opposed second end 106, which is remote from the first end 104, as shown in Figure 6A.

16

AI 800600

As shown in Figure 6B, the distal end 36 of the catheter 10 is inserted through the first end 104 of the tunnel 102, and the distal end 36 is guided through the tunnel 102 such that the distal end 36 extends out from the tunnel 102 at its second end 106. The distal extension tubes 18, 20 are sufficiently flexible that they may be bundled or clamped together by any suitable

5   means to facilitate passing the Y-shaped distal end 36 of the catheter 10 through the tunnel 102.

In a preferred arrangement as shown in Figures 8A and 8B, the distal ends 18d, 20d of the distal extension tubes 18, 20 are attached to a connector 300. The proximal end of the connector 300 may include a first tip 302 and a second tip 304 as shown. The tips 302, 304 are insertable into the lumens at the distal ends 18d, 20d of the distal extension tubes 18, 20. The tips 302, 304

10   preferably include ribs 301 or the like to tightly engage within the distal ends 18d, 20d of the distal extension tubes 18, 20 such that the connector 300 is securely but removably attached to the extension tubes 18, 20. When the tips 302, 304 are respectively engaged in the distal extension tubes 18, 20, the connector 300 holds the distal extension tubes 18, 20 in close arrangement as shown so that the distal extension tubes 18, 20 can be simultaneously

15   subcutaneously tunneled in a patient as described below. The distal end of the connector 300d preferably includes a bore 306 which is configured to attachably receive an insertion tip 308 of the trocar 120. The bore 306 may include threads 310 which can be engaged with mating threads 312 on the insertion tip 308 of the trocar 120. Alternatively, the bore 306 may include a collar portion 314 which snaps into a groove 309 on the insertion tip 308 of the trocar 120 as shown in

20   Figure 8C. In this way, the distal end 300d of the connector 300 can be engaged on the insertion tip 308 of the trocar 120 to route the attached distal extension tubes 18, 20 through the subcutaneous tunnel 102 with the trocar 120. Once the distal end 36 of the catheter 10 has been

17

AI 800601

drawn through the tunnel 102, the connector 300 can be disengaged from the distal extension tubes 18, 20.

In order to provide the distal portions of the catheter 10 with a smooth and compact outer profile to facilitate passage of the distal end 36 of the catheter 10 through the tunnel 102, a sheath 320 may be used as shown in Figure 8B. The sheath 320 is placed over at least a portion of the connector 300 and the distal extension tubes 18, 20. Preferably, the distal end 320d of the sheath 320 is tapered as shown. The sheath 320 and the distal portions of the catheter 10 can be drawn together through the tunnel 102 with the trocar 120. The sheath 320 is removed from the catheter 10 once the distal portions of the catheter 10 have been drawn through the tunnel 102.

As shown in Figure 6C, the distal end 36 of the catheter 10 is drawn from the second end 104 of the tunnel 102 such that the distal extension tubes 18, 20 and at least a portion of the central tube portion 12 extends from the second end 104 and the catheter 10 is fully tunneled in the patient. The incision 100 and the second end 104 of the tunnel are suitably treated and dressed.

An outer portion of the central tube portion 12 may include a tissue in-growth stabilizing cuff 15, as shown in Figure 1, for stabilizing the inserted catheter 10 in the patient. Referring to Figures 6C and 7, when the catheter 10 includes a stabilizing cuff 15, a portion 130 of tunnel 102 may be dilated to enlarge the width of the tunnel 102 to receive the cuff 15 as the catheter 10 is drawn through the tunnel 102. As shown in Figure 7, the dilated portion 130 of the tunnel is preferably dilated by sliding a sheath dilator 200 over an end 42 and shaft 41 of the trocar 120 when the trocar 120 is positioned in the subcutaneous tunnel 102 as shown in Figure 6A. The sheath dilator 200 preferably includes a hollow bore 208, a tapered leading end 206, a substantially cylindrical portion 204, and a handle 202. The sheath dilator 200 is inserted

18

AI 800602

through the first end 104 of the tunnel 102 and into the tunnel 102 until the tip 206 has been

inserted proximate to a cuff seating point 140 in the tunnel 102 to form a dilated portion 130 of

the tunnel 102. Once the dilated portion 130 is sufficiently dilated, the sheath dilator 200 is

removed from the tunnel 102 and the trocar 120. The catheter 10 is finally positioned in the

5    tunnel 102 when the cuff 15 is seated near an end 140 of the dilated portion 130 of the tunnel 102

as shown in Figure 6C.

As shown in Figure 6D, the catheter 10 is connected to a fluid exchange device 200. The

distal end 18d of the distal venal extension tube 18 is selectively attached to a venal leg 224 of

the fluid exchange device 200 by connector hub 74. Similarly, the distal end 20d of the distal

10    arterial extension tube 20 is selectively attached to an arterial leg 222 of the fluid exchange

device 200 by connector hub 72. As shown in Figure 3, indicia 26 and 28 may be included on

the distal extension tubes 18, 20 and/or the connector hubs 72, 74 to assist medical personnel in

identifying the proper distal extension tube 18 or 20 for connection to a corresponding leg of the

fluid exchange device 300. The indicia 26, 28 may be markings, colors, or any other distinctive

15    indicator.

While this invention has been illustrated and described in accordance with a preferred

embodiment, it is recognized that variations and changes may be made therein without departing

from the invention as set forth in the claims. Certain modifications and improvements will occur

to those skilled in the art upon a reading of the forgoing description. For example, while the

20    multi-lumen catheter has been described with reference to a catheter with two lumens, the

invention also includes multi-lumen catheters including three or more lumens as required. It

should be understood that all such modifications are not contained herein for the sake of

conciseness and readability, but are properly within the scope of the following claims.

19

246954.1

AI 800603

What is claimed is:

1.      A multi-lumen catheter comprising:

(a)      a central, elongated, multi-lumen tube portion having a proximal end and a distal end, the central tube portion having a substantially cylindrical outer shape and being internally segmented into a plurality of lumens;

(b)      a distal branch portion comprising a plurality of single-lumen distal extension tubes, each distal extension tube having a proximal first end and a distal second end, the proximal first end of each distal extension tube being permanently connected to the distal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion;

(c)      a proximal branch portion comprising a plurality of single-lumen proximal extension tubes, each proximal extension tube having a distal first end and a proximal second end, the distal first end of each proximal extension tube being permanently connected to the proximal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion; and

(d)      a plurality of selectively attachable connector hubs, each connector hub being configured to be selectively attachable to the distal second end of one of the distal extension and being configured for selective connection to a fluid exchange device;

wherein each lumen of the central tube portion and the lumens of the distal and proximal extension tubes in fluid communication therewith define a flow path through the catheter.

246954.1

AI 800604

2.     A multi-lumen catheter according to Claim 1, wherein the central tube portion includes two lumens, the distal branch portion includes two distal extension tubes, and the proximal branch portion includes two proximal extension tubes.

5    3.     A multi-lumen catheter according to claim 1 wherein the plurality of single-lumen distal extension tubes of the distal branch portion converge to form a distal multi-lumen connecting portion which connects to the distal end of the central tube portion, and the plurality of single-lumen proximal extension tubes comprising the proximal branch portion converge to form a proximal multi-lumen connecting portion which connects to the proximal end of the central tube

10    portion.

4.     A multi-lumen catheter according to claim 1 wherein the central tube portion, the distal extension tubes, and the proximal extension tubes are comprised of a fusible material, and the distal extension tubes and proximal extension tubes are respectively fused to the distal and

15    proximal ends of the central tube portion.

5.     A multi-lumen catheter according to claim 1 wherein the distal extension tubes have a substantially cylindrical outer shape near their distal second ends.

20    6.     A multi-lumen catheter according to claim 3 wherein the proximal extension tubes have a substantially D-shaped cross-section over at least a portion of their length.

21

246954.1

AI 800605

7.    A multi-lumen catheter according to claim 3 wherein the proximal multi-lumen connecting portion has a substantially cylindrical outer shape.

8.    A multi-lumen catheter according to claim 1 wherein the proximal extension tubes are substantially parallel to each other in a free state.

9.    A multi-lumen catheter according to claim 1 wherein the at least one of the proximal extension tubes is shorter in length than at least one other proximal extension tube.

10.    A multi-lumen catheter according to claim 1 further including a stabilizing cuff affixed to an outer portion of the central tube portion.

11.    A multi-lumen catheter according to claim 1 wherein the proximal end of each selectively attachable connector hub includes a tube portion configured to be sealably inserted into a portion of a lumen at the distal second end of one of the distal extension tubes.

12.    A multi-lumen catheter according to claim 11 wherein the tube portion of each connector hub includes at least one outer circumferential step, barb, or ridge for releasably gripping a portion of a distal extension tube into which the tube portion is inserted.

13.    A multi-lumen catheter according to claim 1, wherein each of the proximal extension tubes includes a tube wall, and each of the proximal extension tubes includes at least one opening extending through its tube wall.

22

246954.1

AI 800606

14.    A multi-lumen catheter according to claim 1, wherein an external portion of at least one of the distal extension tubes includes indicia, the indicia indicating a discrete flow path through the catheter.

5

15.    A multi-lumen catheter according to claim 2 wherein the two proximal extension tubes have longitudinal axes which intersect at an included angle in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

10    16.    A y-shaped catheter junction comprising:

(a)    a dual-lumen trunk having a substantially cylindrical outer wall, a first end, a second end, a first lumen, and a second lumen;

(b)    a first single-lumen extension tube connected to the first end of the trunk, wherein the single lumen of the first single-lumen extension tube is in fluid communication with

15    the first lumen of the trunk; and

(c)    a second single-lumen extension tube connected to the first end of the trunk, wherein the single lumen of the second single-lumen extension tube is in fluid communication with the second lumen of the trunk;

wherein the first lumen of the trunk and the first extension tube define a first flow path,

20    and the second lumen of the trunk and the second extension tube define a second flow path.

246954.1

AI 800607

17.    A y-shaped catheter junction according to claim 16 wherein the first and second extension tubes have longitudinal axes which intersect at an included angle near a first end of the trunk in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

5    18.    A method of forming a multi-lumen catheter, the method comprising permanently attaching a first plurality of single-lumen extension tubes to a distal end of a length of multi-lumen tubing comprising a plurality of multiple lumens, and permanently attaching a second plurality of single-lumen extension tubes to a distal end of the length of multi-lumen tubing, wherein each single lumen of each extension tube is in fluid communication with one of the 10    lumens of the length of multi-lumen tubing.

19.    A method according to Claim 18, wherein the length of multi-lumen tubing includes two lumens, and the first and second pluralities of extension tubes form substantially y-shaped junctions on each end of the length of multi-lumen tubing.

15

20.    A method of forming a multi-lumen catheter according to Claim 19, the method comprising:

    (a)    forming a y-shaped distal junction including:

        (i)    providing a first length of single-lumen tubing to form a distal arterial 20    extension tube;

        (ii)    providing a second length of single-lumen tubing to form a distal venal extension tube;

        (iii)    providing a first length of multi-lumen tubing comprising at least an

24

AI 800608

arterial lumen and a venal lumen, and having a distal end and a proximal end;

(iv)    permanently attaching an end of the distal arterial extension tube to the distal end of the first length of multi-lumen tubing such that the distal arterial extension tube is in fluid communication with the arterial lumen of the first length

5      of multi-lumen tubing; and

(v)    permanently attaching an end of the distal venal extension tube to the distal end of the first length of multi-lumen tubing such that the distal venal extension tube is in fluid communication with the venal lumen of the first length of multi-lumen tubing;

10    wherein the proximal end of the first length of multi-lumen tubing forms a connecting end;

(b)    providing a second length of multi-lumen tubing having a distal end and a proximal end, and having an arterial lumen and a venal lumen, and permanently attaching the connecting end to the distal end of the second length of multi-lumen tubing, such that

15    the arterial extension tube of the distal junction is in fluid communication with the arterial lumen of the second length of multi-lumen tubing, and the venal extension tube of the distal junction is in fluid communication with the venal lumen of the second length of multi-lumen tubing;

(c)    forming a y-shaped proximal junction including:

20    (i)    providing a third length of single-lumen tubing to form a proximal arterial extension tube;

(ii)    providing a fourth length of single-lumen tubing to form a proximal venal extension tube;

25

AI 800609

(iii)    providing a third length of multi-lumen tubing comprising at least an

arterial lumen and a venal lumen, and having a distal end and a proximal end;

(iv)    permanently attaching an end of the proximal arterial extension tube to the

distal end of the third length of multi-lumen tubing such that the proximal arterial

5    extension tube is in fluid communication with the arterial lumen of the third

length of multi-lumen tubing; and

(v)    permanently attaching an end of the proximal venal extension tube to the

distal end of the third length of multi-lumen tubing such that the proximal venal

extension tube is in fluid communication with the venal lumen of the third length

10    of multi-lumen tubing;

wherein the distal end of the third length of multi-lumen tubing forms an attachment end;

and

(d)    permanently attaching the attachment end to the proximal end of the second

length of multi-lumen tubing, such that the arterial extension tube of the proximal

15    junction is in fluid communication with the arterial lumen of the second length of multi-

lumen tubing, and the venal extension tube of the proximal junction is in fluid

communication with the venal lumen of the second length of multi-lumen tubing;


20    21.    A method according to claim 20, the method further comprising forming at least one

opening in a wall of the proximal venal extension tube, and forming at least one opening in a

wall of the arterial proximal extension tube.

246954.1

AI 800610

22.    A method according to claim 20 wherein permanently attaching extension tubes and lengths of multi-lumen tubing together or to each other comprises fusing ends of the tubes or tubing together.

5    23.    The method of claim 19, wherein the longitudinal axes of the distal arterial extension tube and the distal venal extension tube intersect at an included angle in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

24.    A method for surgically implanting a double-y shaped multi-lumen catheter tube into a

10    patient, the multi-lumen catheter including an elongated, central, multi-lumen tube portion, a proximal end portion including a single-lumen proximal venal extension tube and a single-lumen proximal arterial extension tube each having a proximal tip, and a distal end portion including a single-lumen distal venal extension tube and a single-lumen distal arterial extension tube each having a distal end, the method comprising:

15    (a)    making an incision in the skin of the patient

(b)    inserting the proximal tips of the proximal venal and arterial extension tubes through the incision and placing the proximal tips in the patient;

(c)    forming a subcutaneous tunnel having a first end proximate to the incision and a second end remote from the first end of the tunnel;

20    (d)    guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel such that at least the distal ends of the distal venal and arterial extension tubes extend outwardly from the tunnel through the second end of the tunnel; and

27

AI 800611

(e)    securing at least a portion of the distal end portion of the catheter to the patient.

25.    A method according to claim 24, the method further comprising respectively connecting the distal arterial and venal extension tubes to arterial and venal legs of a fluid exchange device.

5

26.    A method according to claim 25, wherein connecting the distal arterial and venal extension tubes to arterial and venal legs of a fluid exchange device comprises connecting the distal arterial extension tube to the arterial leg with a first connector hub, and connecting the proximal venal extension tubes to the venal leg with a second connector hub.

10

26.    The method of claim 23, wherein inserting the proximal tips of the proximal venal and arterial extension tubes into a patient comprises:

placing the proximal tip of the venal extension tube into a vein in the patient; and

placing the proximal tip of the arterial extension tube into an artery in the patient.

15

28.    The method of claim 24 wherein the central tube portion further includes a stabilizing cuff affixed to an outer portion of the central tube portion, the method further comprising dilating at least a portion of the subcutaneous tunnel before guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel, wherein

20    the dilating step comprises sliding a sheath dilator along a shaft of a trocar longitudinally positioned in the tunnel.

29.    The method of claim 28 wherein securing at least a portion of the distal end portion of the

246954.1

AI 800612

catheter to the patient comprises seating the stabilizing cuff in a dilated portion of the subcutaneous tunnel.

30.    The method of claim 24 wherein guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel comprises:

(a)    inserting a trocar through the subcutaneous tunnel such that an insertion tip of the trocar protrudes from the first end of the tunnel;

(b)    connecting the distal ends of the distal venal and arterial extension tubes to a proximal end of a connector;

(c)    connecting a proximal end of the connector to the protruding insertion tip of the trocar; and

(d)    guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel with the trocar.

31.    The method of claim 30 further comprising placing a sheath having a smooth outer contour over the connector and at least portions of the venal and arterial extension tubes before guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel with the trocar.

246954.1

AI 800613

**Abstract**

A multi-lumen catheter and method for inserting same in a patient is disclosed. The catheter includes an elongated, central, multi-lumen tube portion having a proximal end and a distal end. The central tube portion has a substantially cylindrical outer shape and is internally segmented into a plurality of lumens. A distal branch portion includes a plurality of single-lumen distal extension tubes. Each distal extension tube has a proximal first end and a distal second end. The proximal first end of each distal extension tube is connected to the distal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion. A proximal branch portion includes a plurality of single-lumen proximal extension tubes. Each proximal extension tube has a distal first end and a proximal second end. The distal first end of each proximal extension tube is connected to the proximal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion. Each lumen of the central tube portion and the lumens of the distal and proximal extension tubes in fluid communication therewith define a flow path through the catheter. Selectively attachable hub connectors are provided for selective attachment to the distal extension tubes and connection of the catheter to a fluid exchange device.

30

246954.1

**AI 800614**



FIG. 1

AI 800615



FIG. 2

AI 800616



FIG. 3

AI 800617



<u>10</u>

12p

12

32d

16d

32

32p

14d

46

44

16p

47

42

FIG. 4

14p

43

AI 800618



FIG. 5

AI 800619



FIG. 6A



FIG. 6B

AI 800620



FIG. 6C



FIG. 6D

AI 800621



FIG. 7

AI 800622



FIG. 8A

AI 800623



FIG. 8B

FIG. 8C

AI 800624



AI 800625

*Exhibit 2*

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Hom** | **Patents** | **Trademarks**

**Patent eBusiness**

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

**Patent Information**

Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

**Patent Searches**

Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

**Other**

Copyrights
Trademarks
Policy & Law
Reports

**Patent Application Information Retrieval**

**Select Search Method:**

Application Number ▼

**Enter Number:**

[          ]   [SUBMIT]

ⓘ Order Certified Application As Filed
   Order Certified File Wrapper
   View Order List 🛒

**: 10/231,748      DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS**

| Application Data | Transaction History | Image File Wrapper | Patent Term Adjustments | Continuity Data | Published Documents | Fees | Address & Attorney/Agent |

| Parent Continuity Data | | | | |
|---|---|---|---|---|
| **Description** | **Parent Number** | **Parent Filing or 371(c) Date** | **Parent Status** | **Patent Number** |
| This application is a Continuation in part of | 10/086,033 | 02-28-2002 | Patented | 6,638,242 |
| Which is a Continuation of | 09/769,052 | 01-24-2001 | Abandoned | - |
| **Child Continuity Data** | | | | |
| 10/796,495 filed on 03-09-2004 which is Pending claims the benefit of 10/231,748 | | | | |
| 10/797,363 filed on 03-10-2004 which is Pending claims the benefit of 10/231,748 | | | | |
| PCT/US03/27078 filed on 08-28-2003 which is Pending claims the benefit of 10/231,748 | | | | |

If you need help:

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specifi questions about Patent Application Information Retrieval (PAIR).

- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

Home  | Site Index  | Search  | eBusiness  | Help  | Privacy Policy

*Exhibit 3*

**(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)**

**(19) World Intellectual Property Organization**
International Bureau



**(43) International Publication Date**
**11 March 2004 (11.03.2004)**    PCT

**(10) International Publication Number**
**WO 2004/020019 A2**

**(51) International Patent Classification[7]:**    **A61M**

**(21) International Application Number:**
PCT/US2003/027078

**(22) International Filing Date:** 28 August 2003 (28.08.2003)

**(25) Filing Language:**    English

**(26) Publication Language:**    English

**(30) Priority Data:**
10/231,748    30 August 2002 (30.08.2002)    US

**(71) Applicant:**    **ARROW INTERNATIONAL, INC.**
[US/US]; 2400 Bernville Road, Reading, PA 19605 (US).

**(72) Inventors:** **WILSON, Jon, S.**; 965 Avon Road, Winston-Salem, NC 27104 (US). **GARY, Fleming, S.**; 428 S.W. Squire Johns Lane, Palm City, FL 34990 (US). **FLEMING, Carl, M.**; 953 S.E. McArthur Boulevard, Stuart, FL 34996 (US). **CASSIDY, Kenneth, T.**; 866 Farmington Road, Mocksville, NC 27028 (US). **BOYD, Ronald, D.**; 1912 W. Hampton Point, Statesboro, GA 30458 (US).

**(74) Agents:** **KENNEY, Michael, P.** et al.; Amster, Rothstein & Ebenstein, 90 Park Avenue, New York, NY 10016 (US).

**(81) Designated States** *(national)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, OM, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, TJ, TM, TN, TR, TT, TZ, UA, UZ, VC, VN, YU, ZA, ZM, ZW.

**(84) Designated States** *(regional)*: ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IT, LU, MC, NL, PT, RO, SE, SI, SK, TR), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *without international search report and to be republished upon receipt of that report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

**(54) Title:** DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS

**(57) Abstract:** A multi-lumen catheter and method for inserting same in a patient is disclosed. The catheter includes an elongated, central, multi-lumen tube portion having a proximal end and a distal end. The central tube portion has a substantially cylindrical outer shape and is internally segmented into a plurality of lumens. A distal branch portion includes a plurality of single-lumen distal extension tubes. Each distal extension tube has a proximal first end and a distal second end. The proximal first end of each distal extension tube is connected to the distal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion. A proximal branch portion includes a plurality of single-lumen proximal extension tubes. Each proximal extension tube has a distal first end and a proximal second end. The distal first end of each proximal extension tube is connected to the proximal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion. Each lumen of the central tube portion and the lumens of the distal and proximal extension tubes in fluid communication therewith define a flow path through the catheter. Selectively attachable hub connectors are provided for selective attachment to the distal extension tubes and connection of the catheter to a fluid exchange device.

WO 2004/020019 A2

WO 2004/020019                                             PCT/US2003/027078

# DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS

## RELATED APPLICATIONS

5        This application is a continuation-in-part of pending U.S. Patent Application Serial No. 10/086,033, filed February 28, 2002, which is a continuation of pending U.S. Patent Application Serial No.09/769,052, filed January 24, 2001.

## BACKGROUND

### 1. Field of the Invention

10        The present invention relates generally to medical instrumentation and more specifically to a multi-lumen catheter including y-shaped distal and proximal ends, and including selectively attachable hubs for selectively connecting the catheter to a fluid exchange device.

### 2. Description of the Prior Art

Catheters, generally, are hollow, flexible tubes for insertion into a body cavity, duct, or
15    vessel to allow the passage of fluids or distend a passageway. Catheters are often used for temporary or long-term dialysis treatment. Dialysis treatment provides for blood to be withdrawn from the patient, purified, and then returned to the patient. Thus, in dialysis treatment, catheters are used to allow passage of a patient's blood into and out of the patient's body. For optimal performance during dialysis treatment, the catheter tips, both in-flow and out-
20    flow, should be placed in close proximity to the heart. Typically, medical personnel use either a double lumen catheter or two single lumen catheters. Both types, however, present certain deficiencies.

While double lumen catheters (e.g., U.S. Pat. No. 4,895,561) allow for a single insertion of the catheter into the desired vein, double lumen catheters typically do not permit optimal

catheter tip placement. Due to differences among patients, optimal tip position varies from patient to patient. Non-optimal tip position may significantly lower flow values, resulting in less effective dialysis treatment. For current double lumen catheters, a physician must make an estimate regarding the appropriate catheter tube length prior to beginning the procedure of

5   catheterization. Then, a subcutaneous tunnel is made from a first end, which is near the area to be catheterized, to a second end, which is the preferred end position of the hub assembly, namely, away from the neck of the patient, in order to allow for more convenient access to the dialysis treatment equipment. The catheter tube is then routed forwardly into the through the subcutaneous tunnel from the second end to the first end so that the catheter tips extend

10  outwardly from the first end of the tunnel. Either before or after tunneling, a sheath is inserted trough the first end of the tunnel and into the area to be catheterized, and the catheter tips are inserted into the sheath and the area to be catheterized. The estimated catheter tube length and subsequent forward tunneling may result in less than optimal tip placement.

With the use of two independent single lumen catheters (e.g., U.S. Pat. No. 5,776,111 to

15  Tesio) the problem of tip placement is addressed. The hub assembly of each catheter is removable from the tube and tip portion of the catheter, thereby allowing the catheter tip to be placed directly into the vein and advanced into the desired position. Then, the proximal end of the catheter can be reversed tunneled and trimmed to a desired length. Thereafter, the hub assembly is attached. Deficiencies, however, exist in this method of catheterization as well.

20  One problem associated with this method is that this method requires two separate venous insertions, namely, two tunnels and two of each accessory instrument used for the procedure. Therefore, there is increased surgical time required to place two catheters, there are two wound entry sites which doubles the risk of post-surgical infection, and the two catheters together are

2

AI 800004

significantly larger in diameter than one double lumen catheter.

Applicant's co-pending applications Serial No. 09/769,052, filed January 24, 2001, and Serial No. 10/086,033, filed February 28, 2002, disclose a multi-lumen catheter apparatus and method for inserting the apparatus in a patient. The disclosures of these co-pending applications

5   are hereby incorporated by reference. In the disclosed apparatus and method, a multi-lumen catheter includes a selectively attachable hub assembly that allows the catheter tip to be positioned accurately within a patient's vein prior to subcutaneous tunneling. The distal end of the catheter tube is selectively attachable to the hub assembly. Accordingly, after the tips of the catheter have been accurately positioned in a patient, the other end of the catheter may be reverse

10   tunneled under the skin of a patient. Before or after tip placement, an incision is made in the skin adjacent to the point where the protruding distal end of the catheter exits the skin. A subcutaneous tunnel is then formed having a first end at the incision and a second end exiting the skin at a point remote from the first end of the tunnel, generally as the caudal direction. A sheath dilator is inserted into the tunnel, which is partially dilated so as to accommodate a tissue in-

15   growth stabilizing cuff. The distal end of the catheter tube is routed through the subcutaneous tunnel and the cuff seated therein, thereby stabilizing the distal portion of the catheter tube in the patient. A selectively attachable hub assembly is connected to the lumens at the distal tip of the catheter tube for subsequent connection of the catheter to a fluid exchange device, such as a dialysis machine.

20   While the selectively attachable hub assembly described above facilitates tunneling a multi-lumen catheter in a patient, the separable hub assembly creates the need to connect the hub to a distal end of a multi-lumen catheter tube, thereby adding an additional step to the catheter insertion/connection procedure, which increases surgical time and expense. Furthermore, the

3

AI 800005

hub-catheter connection provides an additional connection which may leak or separate from the catheter tube due to external loads on the hub such as by pulling or snagging. In addition, the attachable hub assembly is a relatively complex part, which makes it difficult to manufacture and, therefore, use of the hub assembly increases the cost of the catheter itself.

5        Therefore, there is a need for a multi-lumen catheter that can be inserted into a patient using a reverse tunneling technique, which permits accurate placement of the tips of the catheter into the area to be catheterized and that is selectively attachable to a fluid exchange device. The improved catheter should not required an extensive hub assembly, thus making it relatively inexpensive to manufacture and easy to insert into a patient.

10

## SUMMARY OF THE INVENTION

A multi-lumen catheter is provided for use in hemodialysis and the like. The multi-lumen catheter includes an elongated, central, multi-lumen tube portion having a distal end and a proximal end. The central tube portion has a substantially cylindrical outer shape and is

15    internally segmented into a plurality of lumens. A distal branch portion includes a plurality of single-lumen distal extension tubes. Each distal extension tube has a proximal first end and a distal second end. The proximal first end of each distal extension tube is connected to the distal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of lumens of the central tube portion. A proximal

20    branch portion includes a plurality of single-lumen proximal extension tubes. Each proximal extension tube has a distal first end and a proximal second end. The distal first end of each proximal extension tube is connected to the proximal end of the central tube portion such that the single lumen of each distal extension tube is in fluid communication with one of the plurality of

4

AI 800006

lumens of the central tube portion. A plurality of selectively attachable connector hubs are provided, each connector hub being configured to be selectively attachable to the distal second end of one of the distal extension and being configured for selective connection to a fluid exchange device. Each lumen of the central tube portion and the lumens of the distal and

5 proximal extension tubes in fluid communication therewith define a flow path through the catheter. An in-growth stabilizing cuff may be affixed to an outer portion of the central tube portion.

The multi-lumen catheter may include a central tube portion having two lumens. In such a catheter, the distal branch portion includes two distal extension tubes, and the proximal branch

10 portion includes two proximal extension tubes. The catheter may be arranged such that the plurality of single-lumen distal extension tubes of the distal branch portion converge to form a distal multi-lumen connecting portion which connects to the distal end of the central tube portion, and the plurality of single-lumen proximal extension tubes comprising the proximal branch portion converge to form a proximal multi-lumen connecting portion which connects to

15 the proximal end of the central tube portion.

The central tube portion, the distal extension tubes, and the proximal extension tubes may be comprised of a fusible material, and the distal extension tubes and proximal extension tubes may be respectively fused to the distal and proximal ends of the central tube portion. The distal extension tubes may have a substantially cylindrical outer shape near their distal second ends,

20 and the proximal multi-lumen connecting portion may also have substantially cylindrical outer shape. The proximal extension tubes may have a substantially D-shaped cross-section over at least a portion of their length. Also, the proximal extension tubes may be substantially parallel to

5

AI 800007

WO 2004/020019                                    PCT/US2003/027078

each other in a free state, and the proximal second ends of the distal extension tubes may be longitudinally spaced from each other.

The multi-lumen catheter may further include a plurality of connector hubs for connecting the catheter to a fluid exchange device. Each connector hub may configured to be connected to

5   the distal second end of one of the distal extension tubes, and configured for connection to a portion of a fluid exchange apparatus. Each of the proximal extension tubes may include a tube wall, and each of the proximal extension tubes may include at least one opening extending through its tube wall. Further, an external portion of at least one of the distal extension tubes may include indicia which indicates a discrete flow path through the catheter.. In one

10  arrangement, the two proximal extension tubes have longitudinal axes which intersect at an included angle in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

A y-shaped catheter junction for a multi-lumen catheter is also provided. The y-shaped junction includes a dual-lumen trunk, having a substantially cylindrical outer wall, a first end, a

15  second end, a first lumen, and a second lumen. A first single-lumen extension tube is connected to the first end of the trunk, such that the single lumen of the first single-lumen extension tube is in fluid communication with the first lumen of the trunk. A second single-lumen extension tube is connected to the first end of the trunk such that the single lumen of the second single-lumen extension tube is in fluid communication with the second lumen of the trunk. The y-shaped

20  junction is arranged such that the first lumen of the trunk and the first extension tube define a first flow path, and the second lumen of the trunk and the second extension tube define a second flow path. The y-shaped catheter junction may also be arranged such that the first and second extension tubes have longitudinal axes which intersect at an included angle near the first end of

6

AI 800008

WO 2004/020019                                    PCT/US2003/027078

the trunk in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

A method of forming a multi-lumen catheter is also disclosed. The method includes attaching a first plurality of single-lumen extension tubes to a distal end of a length of multi-lumen tubing comprising a plurality of multiple lumens, and attaching a second plurality of single-lumen extension tubes to a distal end of the length of multi-lumen tubing. Each single lumen of each extension tube is in fluid communication with one of the lumens of the length of multi-lumen tubing. The length of multi-lumen tubing may include two lumens, and the first and second pluralities of extension tubes may form substantially y-shaped junctions on each end of the length of multi-lumen tubing.

The method of forming a multi-lumen catheter may include first forming a y-shaped distal junction. The process may include providing a first length of single-lumen tubing to form a distal arterial extension tube, providing a second length of single-lumen tubing to form a distal venal extension tube, providing a first length of multi-lumen tubing comprising at least an arterial lumen and a venal lumen, and having a distal end and a proximal end, attaching an end of the distal arterial extension tube to the distal end of the first length of multi-lumen tubing such that the distal arterial extension tube is in fluid communication with the arterial lumen of the first length of multi-lumen tubing, and attaching an end of the distal venal extension tube to the distal end of the first length of multi-lumen tubing such that the distal venal extension tube is in fluid communication with the venal lumen of the first length of multi-lumen tubing. The proximal end of the first length of multi-lumen tubing forms a connecting end.

A second length of multi-lumen tubing having a distal end and a proximal end is provided. The tubing includes an arterial lumen and a venal lumen. The connecting end of the

7

AI 800009

WO 2004/020019                                              PCT/US2003/027078

first length of multi-lumen tubing is connected to the distal end of the second length of multi-lumen tubing, such that the arterial extension tube of the distal junction is in fluid communication with the arterial lumen of the second length of multi-lumen tubing, and the venal extension tube of the distal junction is in fluid communication with the venal lumen of the

5    second length of multi-lumen tubing.

A y-shaped proximal junction is also formed. This process includes providing a third length of single-lumen tubing to form a proximal arterial extension tube, and providing a fourth length of single-lumen tubing to form a proximal venal extension tube. A third length of multi-lumen tubing is also provided which includes at least an arterial lumen and a venal lumen, and

10   has a distal end and a proximal end. An end of the proximal arterial extension tube is attached to the distal end of the third length of multi-lumen tubing such that the proximal arterial extension tube is in fluid communication with the arterial lumen of the third length of multi-lumen tubing. Also, an end of the proximal venal extension tube is attached to the distal end of the third length of multi-lumen tubing such that the proximal venal extension tube is in fluid communication

15   with the venal lumen of the third length of multi-lumen tubing. The distal end of the third length of multi-lumen tubing forms an attachment end.

The attachment end of the third length of multi-lumen tubing is attached to the proximal end of the second length of multi-lumen tubing, such that the arterial extension tube of the proximal junction is in fluid communication with the arterial lumen of the second length of

20   multi-lumen tubing, and the venal extension tube of the proximal junction is in fluid communication with the venal lumen of the second length of multi-lumen tubing. The method may also include forming at least one opening in a wall of the proximal venal extension tube, and forming at least one opening in a wall of the arterial proximal extension tube. The steps of

8

AI 800010

WO 2004/020019                                     PCT/US2003/027078

attaching extension tubes and lengths of multi-lumen tubing together or to each other may include heat welding or similar fusing techniques. The longitudinal axes of the distal arterial extension tube and distal venal extension tube may be arranged to intersect at an included angle in a free state in a range from about 10 degrees to about 30 degrees.

5      A method for surgically implanting a double-y shaped multi-lumen catheter into a patient is also provided. The method is suited for implanting a multi-lumen catheter having a an elongated, central, multi-lumen tube portion, a proximal end portion including a single-lumen proximal venal extension tube and a single-lumen proximal arterial extension tube each having a proximal tip, and a distal end portion including a single-lumen distal venal extension tube and a

10     single-lumen distal arterial extension tube each having a distal end. The method includes making an incision in the skin of the patient, and inserting the proximal tips of the proximal venal and arterial extension tubes through the incision and placing the proximal tips in the patient. A subcutaneous tunnel is formed having a first end proximate to the incision and a second end remote from the first end of the tunnel. The distal venal and arterial extension tubes and at least

15     a portion of the central tube portion are guided through the subcutaneous tunnel such that at least the distal ends of the distal venal and arterial extension tubes extend outwardly from the tunnel through the second end of the tunnel. At least a portion of the distal end portion of the catheter is secured to the patient such as by sutures or any other suitable means..

When the catheter includes a stabilizing cuff, the method may further include dilating at

20     least a portion of the subcutaneous tunnel to receive the cuff. Dilation of the tunnel may be accomplished by sliding a sheath dilator along the shaft of a trocar longitudinally positioned within the tunnel. The distal end portion of the catheter is secured to the patient by seating the cuff in a dilated portion of the subcutaneous tunnel.

9

AI 800011

The catheter implanting method may further include respectively connecting the distal arterial and venal extension tubes to arterial and venal legs of a fluid exchange device. Connecting the distal arterial and venal extension tubes may include connecting the distal arterial extension tube to the arterial leg with a first connector hub, and connecting the proximal venal extension tubes to the venal leg with a second connector hub. Inserting the proximal tips of the proximal venal and arterial extension tubes into a patient may include placing the proximal tip of the venal extension tube into a vein in the patient, and placing the proximal tip of the arterial extension tube into an artery in the patient.

These and other aspects of the invention will be made clear from a reading the following detailed description together with the drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1 is a perspective view of a double y-shaped multi-lumen catheter;

Figure 2 is a cross-sectional view of a distal portion of the multi-lumen catheter of Figure 1;

Figure 3 is a partially exploded detail perspective view of a distal portion of the multi-lumen catheter of Figure 1;

Figure 4 is a partially exploded detail perspective view of a proximal portion of the multi-lumen catheter of Figure 1;

Figure 5 is a cross-sectional view of a proximal portion of the multi-lumen catheter of Figure 1;

Figures 6A-6D illustrate a procedure for tunneling a multi-lumen catheter like that of Figure 1 in a patient;

10

AI 800012

WO 2004/020019                                    PCT/US2003/027078

Figure 7 is a partial sectional view of a sheath dilator engaged along a trocar to dilate a portion of a subcutaneous tunnel in a patient;

Figures 8A-8C are views of a connection between a distal end of the catheter and a trocar for guiding the catheter through a subcutaneous tunnel.

5

## DETAILED DESCRIPTION

For the purposes of the following description and the claims appended hereto, the relative term "proximal" refers to those portions of a catheter and those portions of components of the catheter which are nearest the insertion end of the catheter, that is, the end of the catheter that is

10    inserted into an area of a patient's body being catheterized, such as a blood vessel. Conversely, the relative term "distal" refers to those portions of a catheter and those portions of components of the catheter which are farthest from the insertion end of the catheter.

Figure 1 shows a double-Y shaped multi-lumen catheter 10 according to the present invention. The catheter 10 includes a proximal end 34 for insertion into a patient, and a distal

15    end 36 for connection to a fluid exchange device, such as a dialysis machine or the like. The catheter 10 includes an elongated, central, multi-lumen tube portion 12, a plurality of proximal single-lumen extension tubes 14, 16, and a plurality of distal single-lumen extension tubes 18, 20. In the embodiment shown, the central tube portion 12 includes an arterial lumen 5 and a venal lumen 6. In this arrangement, the catheter 10 includes a proximal venal extension tube 14

20    and a distal venal extension tube 18 in fluid communication with the venal lumen 6, and a proximal arterial extension tube 16 and a distal arterial extension tube in fluid communication with the arterial lumen 5. The catheter 10 may include a stabilizing cuff 15 affixed to an outer portion of the central tube portion 12 as shown in Figure 1. Preferably, the cuff 15 is

AI 800013

**WO 2004/020019**                                              PCT/US2003/027078

longitudinally positioned on the central tube portion 12 such that the cuff 15 will be finally

positioned in a subcutaneous tunnel in a patient as described more fully below.

A construction for the distal end 36 of the multi-lumen catheter 10 is shown in Figures 1-

3. As shown in Figures 2 and 3, the proximal ends 18p, 20p of the distal extension tubes 18, 20

5    may be connected to a distal end 12d of the central tube portion 12 by a distal multi-lumen trunk

30. The multiple lumens of the distal trunk 30 correspond in number to the multiple lumens of

the central tube portion 12 and the number of distal extension tubes 18, 20. In the illustrated

embodiment, the distal trunk 30 includes a venal distal trunk lumen 48, and an arterial distal

trunk lumen 47 as shown in Figure 2. As shown in Figure 3, the proximal ends 18p, 20p of the

10   distal extension tubes 18, 20 are connected to the distal end 30d of the distal trunk, thereby

forming a substantially Y-shaped junction. The proximal end 30p of the distal trunk 30 is

connected to the distal end 12d of the central tube portion 12 as shown in Figure 2, thereby

forming a Y-shaped distal end 36. Preferably, the proximal end 30p of the distal trunk 30 is

substantially cylindrical in shape, and is substantially equal in outer diameter to the outer

15   diameter of the central tube portion 12, thereby providing a smooth transition at the juncture

between the distal trunk 30 and the central tube portion 12.

As shown in Figure 2, the distal extension tubes are arranged such that an included angle

"θ" exists between the longitudinal axes of the tubes 18, 20 in a free state. In a preferred

arrangement, the angle "θ" ranges from about 10 degrees to about 30 degrees. The distal

20   extension tubes 18, 20 can be arranged, however, so that the angle "θ" is any desired angle. The

venal distal trunk lumen 48 is in fluid communication with the venal lumen 6 of the central tube

portion 12 and the single lumen of the distal venal extension tube 18. Similarly, the arterial

12

**AI 800014**

distal trunk lumen 47 is in fluid communication with the arterial lumen 5 of the  and the single

lumen of the distal arterial extension tube 20.

In an alternative arrangement, the distal extension tubes 18, 20 may be connected directly

to the distal end 12d of the central tube portion 12 rather than to an interconnected distal trunk 30

5    (not shown).  In either arrangement, the mating end portions of the distal extension tubes 18, 20,

the distal end of the central tube portion 12d, and/or the distal trunk 30 are sealably fused

together by heat welding or the like such that the fluid communication between the

interconnecting lumens of the components is established and maintained and no leakage occurs at

the connections.

10    As shown in Figures 1-3, the catheter 10 also includes selectively attachable connector

hubs 72, 74 on the distal ends 18d, 20d of the distal extension tubes 18, 20.  As will be described

in detail below, the connector hubs 72, 74 are selectively attachable so that the connector hubs

72, 74 can be attached to and removed from the distal end 36 of the catheter 10 after insertion of

the proximal end 34 of the catheter 10 into a patient, and after reverse, subcutaneous tunneling of

15    the distal end 36.  As shown in Figures 1 and 2, the connector hubs 72, 74 are configured for

selective sealable attachment between the distal ends 18d, 20d of the distal extension tubes 18,

20 and legs of a fluid exchange device.  The connector hubs.  The venal connector hub 74 is

selectively attachable to the distal portion 18d of the distal venal extension tube 18, and the

arterial connector hub 72 is selectively attachable to the distal portion 20d of the distal arterial

20    extension tube 20.

In one embodient as shown in Figures 1-3, the selectively attachable hubs 72, 74 are

connectable with mating compression fittings 58, 60.  The compression fittings may include

cannulae 66, 68 and threaded male portions 62, 64 that matingly engage the distal extension

13

AI 800015

WO 2004/020019                                                    PCT/US2003/027078

tubes 18, 20 and the connector hubs 72, 74 as shown in Figure 2. When fully engaged, the hubs

72,74 and compression fittings 58, 60 compress compression sleeves 70 about the distal portions

18d, 20d of the distal extension tubes 18, 20, thereby forming sealed connections. The

compression fittings 58, 60 may be further connected to luer-type fittings 50, 52 or the like by

5    connector tubes 54, 56. The luer-type fittings 50, 52 may then be connected to corresponding

luer-type connection mechanisms on a fluid exchange device 200. For example, the distal ends

of the luer-type fittings 50, 52 may include quarter-turn type threads for leak-tight engagement

with matching quarter-turn fittings on the venal and arterial legs of a fluid exchange device 200.

Other types of known leak-tight selectively attachable connection configurations may also be

10   used.

As shown in Figures 1 and 3, the connector hubs 72, 74 can be selectively attached to the

distal ends 18d, 20d of the distal extension tubes 18, 20. This arrangement permits the distal end

36 of the catheter 10 to be subcutaneously reverse tunneled in a patient as described more fully

below without interference from the hubs 72, 74. After the distal end of the catheter 10 is

15   subcutaneously reverse tunneled in a patient such that the distal end 36 protrudes outwardly from

the patient, the hubs 72, 74 can be backfit over the distal ends of distal extension tubes 18, 20 as

shown for hub 72 in Figure 3. The compression sleeves 70 can then be placed over the distal

ends 18d, 20d of the extension tubes 18, 20, and the sealed connections can be completed as

shown in Figure 2. The catheter 10 can then be connected to a fluid exchange device 200.

20   A construction for the proximal end 34 of the catheter 10 is shown in Figures 1, 4, and 5.

The distal ends 14d, 16d of the proximal extension tubes 14,16 may be connected to a proximal

end 12p of the central tube portion 12 by a proximal multi-lumen trunk 32. The lumens of the

proximal trunk 32 correspond in number to the multiple lumens of the central tube portion 12

14

AI 800016

WO 2004/020019                                    PCT/US2003/027078

and to the number of proximal extension tubes 14, 16. In the illustrated embodiment, the proximal trunk 32 includes a venal proximal trunk lumen 31, and an arterial proximal trunk lumen 33 as shown in Figure 5. As shown in Figure 4, the distal ends 14d, 16d of the proximal extension tubes 14, 16 are connected to the proximal end 32p of the proximal trunk 32, thereby

5   forming a substantially Y-shaped junction. The distal end 32d of the proximal trunk 32 is connected to the proximal end 12p of the central tube portion 12 as shown in Figure 5, thereby forming a substantially Y-shaped proximal end 34 on the catheter 10. Preferably, the distal end 32d of the proximal trunk 32 is substantially cylindrical in shape, and is substantially equal in outer diameter to the outer diameter of the central tube portion 12, thereby providing a smooth

10  transition at the juncture between the proximal trunk 32 and the central tube portion 12.

As shown in Figure 4, the proximal extension tubes are arranged such that an included angle "α" exists between the longitudinal axes of the tubes 14, 16 in a free state. In a preferred arrangement, the angle "α" is about 5 degrees in a rest position or free state. The distal extension tubes 18, 20 can be arranged, however, so that the angle "α" is any desired angle. The venal

15  proximal trunk lumen 31 is in fluid communication with the venal lumen 6 of the central tube portion 12 and the single lumen of the proximal venal extension tube 14. Similarly, the arterial proximal trunk lumen 33 is in fluid communication with the arterial lumen 5 of the central tube portion 12 and the single lumen of the proximal arterial extension tube 16.

In an alternative arrangement, the proximal extension tubes 14, 16 may be connected

20  directly to the proximal end 12p of the central tube portion 12 rather than to an interconnecting proximal trunk 32 (not shown). In either arrangement, the mating end portions of the proximal extension tubes 14, 16, the proximal end of the central tube portion 12p, and/or the proximal trunk 32 are sealably fused together, such as by heat welding or the like, such that the fluid

15

AI 800017

communication between the interconnected lumens of the components is established and maintained and no leakage occurs at the connections.

As shown in Figures 1, 4, and 5, the proximal arterial extension tube 16 is preferably shorter in length than the proximal venal extension tube 14. For example, the proximal arterial
5    extension tube 16 may be about 4 cm shorter in length than the proximal venal extension tube 14. The resulting longitudinal spacing between the proximal tips 14p and 16p facilitates optimal proximal tip placement in a patient. As shown in Figure 4, the proximal venal extension tube 14 may include an end opening 43 in or near its proximal tip 14p. The proximal venal extension tube 14 may also include one or more transverse openings 42 in its tube wall 40. Similarly, as
10    also shown in Figure 4, the proximal arterial extension tube 16 may include an end opening 47 in or near its proximal tip 16p. The proximal arterial extension tube 16 may also include one or more transverse openings 46 in its tube wall 44. The openings 42, 43, 46, and 47 facilitate fluid flow into or out from the proximal extension tubes 14, 16.

The hubs 72 and 74 are selectively attachable and detachable from the distal end 36 of the
15    catheter 10 to facilitate tunneling the catheter 10 in a patient. A method of installing a catheter 10 in a patient is illustrated in Figures 6A-6D. As shown in Figure 6A, an incision 100 is made in the skin of a patient. The proximal tips 14p, 16p of catheter 10 are inserted through the incision 100 and are placed at desired locations within the patient using conventional techniques, such as the Seldinger technique.

20    At this stage, the distal end 36 and distal portions of the catheter 10 extend outwardly from the incision 100. A trocar 120 or other suitable instrument is used to form a subcutaneous tunnel 102 having a first end 104, which is preferably coincident with the incision 100, and an opposed second end 106, which is remote from the first end 104, as shown in Figure 6A.

16

AI 800018

WO 2004/020019                                        PCT/US2003/027078

As shown in Figure 6B, the distal end 36 of the catheter 10 is inserted through the first end 104 of the tunnel 102, and the distal end 36 is guided through the tunnel 102 such that the distal end 36 extends out from the tunnel 102 at its second end 106. The distal extension tubes 18, 20 are sufficiently flexible that they may be bundled or clamped together by any suitable

5  means to facilitate passing the Y-shaped distal end 36 of the catheter 10 through the tunnel 102.

In a preferred arrangement as shown in Figures 8A and 8B, the distal ends 18d, 20d of the distal extension tubes 18, 20 are attached to a connector 300. The proximal end of the connector 300 may include a first tip 302 and a second tip 304 as shown. The tips 302, 304 are insertable into the lumens at the distal ends 18d, 20d of the distal extension tubes 18, 20. The tips 302, 304

10  preferably include ribs 301 or the like to tightly engage within the distal ends 18d, 20d of the distal extension tubes 18, 20 such that the connector 300 is securely but removably attached to the extension tubes 18, 20. When the tips 302, 304 are respectively engaged in the distal extension tubes 18, 20, the connector 300 holds the distal extension tubes 18, 20 in close arrangement as shown so that the distal extension tubes 18, 20 can be simultaneously

15  subcutaneously tunneled in a patient as described below. The distal end of the connector 300d preferably includes a bore 306 which is configured to attachably receive an insertion tip 308 of the trocar 120. The bore 306 may include threads 310 which can be engaged with mating threads 312 on the insertion tip 308 of the trocar 120. Alternatively, the bore 306 may include a collar portion 314 which snaps into a groove 309 on the insertion tip 308 of the trocar 120 as shown in

20  Figure 8C. In this way, the distal end 300d of the connector 300 can be engaged on the insertion tip 308 of the trocar 120 to route the attached distal extension tubes 18, 20 through the subcutaneous tunnel 102 with the trocar 120. Once the distal end 36 of the catheter 10 has been

AI 800019

WO 2004/020019                                                PCT/US2003/027078

drawn through the tunnel 102, the connector 300 can be disengaged from the distal extension tubes 18, 20.

In order to provide the distal portions of the catheter 10 with a smooth and compact outer profile to facilitate passage of the distal end 36 of the catheter 10 through the tunnel 102, a sheath
5   320 may be used as shown in Figure 8B. The sheath 320 is placed over at least a portion of the connector 300 and the distal extension tubes 18, 20. Preferably, the distal end 320d of the sheath 320 is tapered as shown. The sheath 320 and the distal portions of the catheter 10 can be drawn together through the tunnel 102 with the trocar 120. The sheath 320 is removed from the catheter 10 once the distal portions of the catheter 10 have been drawn through the tunnel 102.

10   As shown in Figure 6C, the distal end 36 of the catheter 10 is drawn from the second end 104 of the tunnel 102 such that the distal extension tubes 18, 20 and at least a portion of the central tube portion 12 extends from the second end 104 and the catheter 10 is fully tunneled in the patient. The incision 100 and the second end 104 of the tunnel are suitably treated and dressed.

15   An outer portion of the central tube portion 12 may include a tissue in-growth stabilizing cuff 15, as shown in Figure 1, for stabilizing the inserted catheter 10 in the patient. Referring to Figures 6C and 7, when the catheter 10 includes a stabilizing cuff 15, a portion 130 of tunnel 102 may be dilated to enlarge the width of the tunnel 102 to receive the cuff 15 as the catheter 10 is drawn through the tunnel 102. As shown in Figure 7, the dilated portion 130 of the tunnel is
20   preferably dilated by sliding a sheath dilator 200 over an end 42 and shaft 41 of the trocar 120 when the trocar 120 is positioned in the subcutaneous tunnel 102 as shown in Figure 6A. The sheath dilator 200 preferably includes a hollow bore 208, a tapered leading end 206, a substantially cylindrical portion 204, and a handle 202. The sheath dilator 200 is inserted

18

AI 800020

WO 2004/020019                                    PCT/US2003/027078

through the first end 104 of the tunnel 102 and into the tunnel 102 until the tip 206 has been

inserted proximate to a cuff seating point 140 in the tunnel 102 to form a dilated portion 130 of

the tunnel 102.  Once the dilated portion 130 is sufficiently dilated, the sheath dilator 200 is

removed from the tunnel 102 and the trocar 120.  The catheter 10 is finally positioned in the

5      tunnel 102 when the cuff 15 is seated near an end 140 of the dilated portion 130 of the tunnel 102

as shown in Figure 6C.

　　　As shown in Figure 6D, the catheter 10 is connected to a fluid exchange device 200.  The

distal end 18d of the distal venal extension tube 18 is selectively attached to a venal leg 224 of

the fluid exchange device 200 by connector hub 74.  Similarly, the distal end 20d of the distal

10     arterial extension tube 20 is selectively attached to an arterial leg 222 of the fluid exchange

device 200 by connector hub 72.  As shown in Figure 3, indicia 26 and 28 may be included on

the distal extension tubes 18, 20 and/or the connector hubs 72, 74 to assist medical personnel in

identifying the proper distal extension tube 18 or 20 for connection to a corresponding leg of the

fluid exchange device 300.  The indicia 26, 28 may be markings, colors, or any other distinctive

15     indicator.

　　　While this invention has been illustrated and described in accordance with a preferred

embodiment, it is recognized that variations and changes may be made therein without departing

from the invention as set forth in the claims.  Certain modifications and improvements will occur

to those skilled in the art upon a reading of the forgoing description.  For example, while the

20     multi-lumen catheter has been described with reference to a catheter with two lumens, the

invention also includes multi-lumen catheters including three or more lumens as required.  It

should be understood that all such modifications are not contained herein for the sake of

conciseness and readability, but are properly within the scope of the following claims.

19

AI 800021

WO 2004/020019                                              PCT/US2003/027078

What is claimed is:

1.      A multi-lumen catheter comprising:

        (a)     a central, elongated, multi-lumen tube portion having a proximal end and a distal

end, the central tube portion having a substantially cylindrical outer shape and being internally

5    segmented into a plurality of lumens;

        (b)     a distal branch portion comprising a plurality of single-lumen distal extension

tubes, each distal extension tube having a proximal first end and a distal second end, the

proximal first end of each distal extension tube being permanently connected to the distal end of

the central tube portion such that the single lumen of each distal extension tube is in fluid

10   communication with one of the plurality of lumens of the central tube portion;

        (c)     a proximal branch portion comprising a plurality of single-lumen proximal

extension tubes, each proximal extension tube having a distal first end and a proximal second

end, the distal first end of each proximal extension tube being permanently connected to the

proximal end of the central tube portion such that the single lumen of each distal extension tube

15   is in fluid communication with one of the plurality of lumens of the central tube portion; and

        (d)     a plurality of selectively attachable connector hubs, each connector hub being

configured to be selectively attachable to the distal second end of one of the distal extension and

being configured for selective connection to a fluid exchange device;

        wherein each lumen of the central tube portion and the lumens of the distal and proximal

20   extension tubes in fluid communication therewith define a flow path through the catheter.

20

AI 800022

WO 2004/020019                                                    PCT/US2003/027078

2.      A multi-lumen catheter according to Claim 1, wherein the central tube portion includes two lumens, the distal branch portion includes two distal extension tubes, and the proximal branch portion includes two proximal extension tubes.

5    3.      A multi-lumen catheter according to claim 1 wherein the plurality of single-lumen distal extension tubes of the distal branch portion converge to form a distal multi-lumen connecting portion which connects to the distal end of the central tube portion, and the plurality of single-lumen proximal extension tubes comprising the proximal branch portion converge to form a proximal multi-lumen connecting portion which connects to the proximal end of the central tube

10   portion.

4.      A multi-lumen catheter according to claim 1 wherein the central tube portion, the distal extension tubes, and the proximal extension tubes are comprised of a fusible material, and the distal extension tubes and proximal extension tubes are respectively fused to the distal and

15   proximal ends of the central tube portion.

5.      A multi-lumen catheter according to claim 1 wherein the distal extension tubes have a substantially cylindrical outer shape near their distal second ends.

20   6.      A multi-lumen catheter according to claim 3 wherein the proximal extension tubes have a substantially D-shaped cross-section over at least a portion of their length.

21

AI 800023

7.       A multi-lumen catheter according to claim 3 wherein the proximal multi-lumen connecting portion has a substantially cylindrical outer shape.

8.       A multi-lumen catheter according to claim 1 wherein the proximal extension tubes are

5   substantially parallel to each other in a free state.

9.       A multi-lumen catheter according to claim 1 wherein the at least one of the proximal extension tubes is shorter in length than at least one other proximal extension tube.

10   10.     A multi-lumen catheter according to claim 1 further including a stabilizing cuff affixed to an outer portion of the central tube portion.

11.     A multi-lumen catheter according to claim 1 wherein the proximal end of each selectively attachable connector hub includes a tube portion configured to be sealably inserted into a portion

15   of a lumen at the distal second end of one of the distal extension tubes.

12.     A multi-lumen catheter according to claim 11 wherein the tube portion of each connector hub includes at least one outer circumferential step, barb, or ridge for releasably gripping a portion of a distal extension tube into which the tube portion is inserted.

20

13.     A multi-lumen catheter according to claim 1, wherein each of the proximal extension tubes includes a tube wall, and each of the proximal extension tubes includes at least one opening extending through its tube wall.

22

WO 2004/020019                                    PCT/US2003/027078

14.    A multi-lumen catheter according to claim 1, wherein an external portion of at least one of the distal extension tubes includes indicia, the indicia indicating a discrete flow path through the catheter.

5

15.    A multi-lumen catheter according to claim 2 wherein the two proximal extension tubes have longitudinal axes which intersect at an included angle in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

10    16.    A y-shaped catheter junction comprising:

(a)    a dual-lumen trunk having a substantially cylindrical outer wall, a first end, a second end, a first lumen, and a second lumen;

(b)    a first single-lumen extension tube connected to the first end of the trunk, wherein the single lumen of the first single-lumen extension tube is in fluid communication with the first lumen of the trunk; and

15

(c)    a second single-lumen extension tube connected to the first end of the trunk, wherein the single lumen of the second single-lumen extension tube is in fluid communication with the second lumen of the trunk;

wherein the first lumen of the trunk and the first extension tube define a first flow path, and the second lumen of the trunk and the second extension tube define a second flow path.

20

23

WO 2004/020019                                                                                          PCT/US2003/027078

17.    A y-shaped catheter junction according to claim 16 wherein the first and second extension tubes have longitudinal axes which intersect at an included angle near a first end of the trunk in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

5    18.    A method of forming a multi-lumen catheter, the method comprising permanently attaching a first plurality of single-lumen extension tubes to a distal end of a length of multi-lumen tubing comprising a plurality of multiple lumens, and permanently attaching a second plurality of single-lumen extension tubes to a distal end of the length of multi-lumen tubing, wherein each single lumen of each extension tube is in fluid communication with one of the lumens of the length of multi-lumen tubing.

10

19.    A method according to Claim 18, wherein the length of multi-lumen tubing includes two lumens, and the first and second pluralities of extension tubes form substantially y-shaped junctions on each end of the length of multi-lumen tubing.

15

20.    A method of forming a multi-lumen catheter according to Claim 19, the method comprising:

(a)    forming a y-shaped distal junction including:

(i)    providing a first length of single-lumen tubing to form a distal arterial extension tube;

20

(ii)    providing a second length of single-lumen tubing to form a distal venal extension tube;

(iii)    providing a first length of multi-lumen tubing comprising at least an

24

AI 800026

WO 2004/020019                                    PCT/US2003/027078

arterial lumen and a venal lumen, and having a distal end and a proximal end;

(iv)     permanently attaching an end of the distal arterial extension tube to the distal end of the first length of multi-lumen tubing such that the distal arterial extension tube is in fluid communication with the arterial lumen of the first length of multi-lumen tubing; and

(v)     permanently attaching an end of the distal venal extension tube to the distal end of the first length of multi-lumen tubing such that the distal venal extension tube is in fluid communication with the venal lumen of the first length of multi-lumen tubing;

wherein the proximal end of the first length of multi-lumen tubing forms a connecting end;

(b)     providing a second length of multi-lumen tubing having a distal end and a proximal end, and having an arterial lumen and a venal lumen, and permanently attaching the connecting end to the distal end of the second length of multi-lumen tubing, such that the arterial extension tube of the distal junction is in fluid communication with the arterial lumen of the second length of multi-lumen tubing, and the venal extension tube of the distal junction is in fluid communication with the venal lumen of the second length of multi-lumen tubing;

(c)     forming a y-shaped proximal junction including:

(i)     providing a third length of single-lumen tubing to form a proximal arterial extension tube;

(ii)     providing a fourth length of single-lumen tubing to form a proximal venal extension tube;

25

AI 800027

(iii)    providing a third length of multi-lumen tubing comprising at least an arterial lumen and a venal lumen, and having a distal end and a proximal end;

(iv)    permanently attaching an end of the proximal arterial extension tube to the distal end of the third length of multi-lumen tubing such that the proximal arterial extension tube is in fluid communication with the arterial lumen of the third length of multi-lumen tubing; and

(v)    permanently attaching an end of the proximal venal extension tube to the distal end of the third length of multi-lumen tubing such that the proximal venal extension tube is in fluid communication with the venal lumen of the third length of multi-lumen tubing;

wherein the distal end of the third length of multi-lumen tubing forms an attachment end; and

(d)    permanently attaching the attachment end to the proximal end of the second length of multi-lumen tubing, such that the arterial extension tube of the proximal junction is in fluid communication with the arterial lumen of the second length of multi-lumen tubing, and the venal extension tube of the proximal junction is in fluid communication with the venal lumen of the second length of multi-lumen tubing;

21.    A method according to claim 20, the method further comprising forming at least one opening in a wall of the proximal venal extension tube, and forming at least one opening in a wall of the arterial proximal extension tube.

26

AI 800028

22.    A method according to claim 20 wherein permanently attaching extension tubes and lengths of multi-lumen tubing together or to each other comprises fusing ends of the tubes or tubing together.

5    23.    The method of claim 19, wherein the longitudinal axes of the distal arterial extension tube and the distal venal extension tube intersect at an included angle in a free state, the included angle being in a range from about 10 degrees to about 30 degrees.

24.    A method for surgically implanting a double-y shaped multi-lumen catheter tube into a

10    patient, the multi-lumen catheter including an elongated, central, multi-lumen tube portion, a proximal end portion including a single-lumen proximal venal extension tube and a single-lumen proximal arterial extension tube each having a proximal tip, and a distal end portion including a single-lumen distal venal extension tube and a single-lumen distal arterial extension tube each having a distal end, the method comprising:

15         (a)    making an incision in the skin of the patient

(b)    inserting the proximal tips of the proximal venal and arterial extension tubes through the incision and placing the proximal tips in the patient;

(c)    forming a subcutaneous tunnel having a first end proximate to the incision and a second end remote from the first end of the tunnel;

20         (d)    guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel such that at least the distal ends of the distal venal and arterial extension tubes extend outwardly from the tunnel through the second end of the tunnel; and

27

WO 2004/020019                                          PCT/US2003/027078

(e)      securing at least a portion of the distal end portion of the catheter to the patient.

25.      A method according to claim 24, the method further comprising respectively connecting the distal arterial and venal extension tubes to arterial and venal legs of a fluid exchange device.

26.      A method according to claim 25, wherein connecting the distal arterial and venal extension tubes to arterial and venal legs of a fluid exchange device comprises connecting the distal arterial extension tube to the arterial leg with a first connector hub, and connecting the proximal venal extension tubes to the venal leg with a second connector hub.

26.      The method of claim 23, wherein inserting the proximal tips of the proximal venal and arterial extension tubes into a patient comprises:

placing the proximal tip of the venal extension tube into a vein in the patient; and

placing the proximal tip of the arterial extension tube into an artery in the patient.

28.      The method of claim 24 wherein the central tube portion further includes a stabilizing cuff affixed to an outer portion of the central tube portion, the method further comprising dilating at least a portion of the subcutaneous tunnel before guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel, wherein the dilating step comprises sliding a sheath dilator along a shaft of a trocar longitudinally positioned in the tunnel.

29.      The method of claim 28 wherein securing at least a portion of the distal end portion of the

28

AI 800030

WO 2004/020019                                    PCT/US2003/027078

catheter to the patient comprises seating the stabilizing cuff in a dilated portion of the subcutaneous tunnel.

30.    The method of claim 24 wherein guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel comprises:

(a)    inserting a trocar through the subcutaneous tunnel such that an insertion tip of the trocar protrudes from the first end of the tunnel;

(b)    connecting the distal ends of the distal venal and arterial extension tubes to a proximal end of a connector;

(c)    connecting a proximal end of the connector to the protruding insertion tip of the trocar; and

(d)    guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel with the trocar.

31.    The method of claim 30 further comprising placing a sheath having a smooth outer contour over the connector and at least portions of the venal and arterial extension tubes before guiding the distal venal and arterial extension tubes and at least a portion of the central tube portion through the subcutaneous tunnel with the trocar.

AI 800031

WO 2004/020019

1/10

PCT/US2003/027078



FIG. 1

AI 800032

WO 2004/020019                    2/10                    PCT/US2003/027078



FIG. 2

AI 800033

Case 1:05-cv-10671-DPW    Document 32-6    Filed 04/28/2006    Page 13 of 20



FIG. 3

AI 800034

WO 2004/020019          4/10          PCT/US2003/027078



FIG. 4

AI 800035

WO 2004/020019                    5/10                    PCT/US2003/027078



FIG. 5

WO 2004/020019    PCT/US2003/027078

6/10





FIG. 6A



FIG. 6B

AI 800037



FIG. 6C



FIG. 6D

AI 800038



FIG. 7



FIG. 8A

AI 800040

WO 2004/020019                    10/10                    PCT/US2003/027078



FIG. 8B

FIG. 8C

AI 800041

*Exhibit 4*

online **services**

iPAustralia

New application ? START HERE | Existing application or IP right ? START HERE | Not sure where to start ? START HERE

Home | About | **Search Databases** | Calculate Fees | Resources | Contacts
Patents | Trade Marks | Designs

Register Now !
Terms & Conditions
Log in

Enter user name

SUBMIT

**Additional Information for Standard Complete Application 2003265836**

ⓘ **Information**

All Details
All Details with Values

Application Details
Applicant Details
IPC Details
Examination Details
Acceptance Details
Sealing Details
Status Details
Priority Details
PCT Details
Publication History
Continuation/Renewal
Fee History
Details of Change of
Name of Applicant,
Section 104
Extension of Time
Voluntary Amendment
Details
Extension of Term
Licence Details
Mortgage Details
Associated Provisional
Application Details
Change of Ownership
Details
Section 105
Amendment Details
Conversion Details
Restoration Details

All Details - Printer
friendly
All Details with Values
- Printer friendly

Home > Search databases > Patents > Patsearch

## Patsearch

**Search Entry Detail** *(Data loaded on 25/Apr/2006 03:00)*

Standard Complete Application Details          ⓘ **Inactivity timeout advice**

| Patent Application Type | Standard Complete |
| --- | --- |
| Australian Application Number | 2003265836 |
| PCT Number | PCT/US2003/027078 |
| WIPO Number | WO2004/020019 |
| Applicant | Arrow International, Inc. |
| Inventor | Boyd, Ronald D. |
| | Cassidy, Kenneth T. |
| | Fleming, Carl M. |
| | Gary, Fleming S. |
| | Wilson, Jon S. |
| Title | Double-Y-shaped multi-lumen catheter with selectively attachable hubs |
| First IPC | *A61M 25/00* (2006.01) |
| Status | Filed |
| Filing Date | 28 August 2003 |
| Date of Patent | 28 August 2003 |
| National Phase Date | 14 March 2005 |
| Earliest Priority Date | 30 August 2002 |
| Australian OPI Date | 19 March 2004 |
| OPI notified in Journal | 6 May 2004 |
| PCT OPI Date | 11 March 2004 |
| ⓘ Under Opposition | No |
| In Force To Date | 28 August 2008 |
| Agent / Address for Legal Service | PIZZEYS |
| | Level 14 ANZ Centre 324 Queen Street |
| | Brisbane QLD 4001 Australia |

▶ **Under Opposition**
This field will display a V
application is currently u
various opposition actio
actions such as a S32 d
applicants or a S36 app
declaration of an eligible

ⓘ **Searching tips**          ⓘ **Further information**

**patent details**

| ⓘ | Patent / Application Number | |
| --- | --- | --- |
| ⓘ | Associated Provisional Number | |
| ⓘ | Related | |

☐ Related search - disables other

**Number** fields

ⓘ **Priority Number** [_____]

ⓘ **Applicant Name** [_____]

ⓘ **Inventor Name** [_____]

ⓘ **Title** [_____]

ⓘ **Status**

Exclude: ☐ Lapsed ☐ Withdrawn ☐ Ceased ☐ Expired

Exclude: ☐ Sealed ☐ Under Examination ☐ Under Opposition

Exclude: ☐ Provisional ☐ Innovation ☐ Standard

Exclude: ☐ PCT ☐ Overseas Priority

ⓘ **Publication date** [_____] 📅 to [_____] 📅

ⓘ **Filing date** [_____] 📅 to [_____] 📅

ⓘ **Priority date** [_____] 📅 to [_____] 📅

ⓘ **National Phase Entry date** [_____] 📅 to [_____] 📅

ⓘ **IPC Mark** [_____] [_____] / [_____] *(SubClass Group / SubGroup)*

ⓘ Include blank IPC marks: ☐

ⓘ Advanced IPC Mark search criteria:

ⓘ ▮▮▮ ▮ ▮ ▮ ▮ ▮ ▮▮ ▮▮

[_____]

ⓘ **Display of Results** Number per page: ▮ 10 ▮ 30 ▮ 50 ▮ 100

ⓘ **Sort Results By:** Sort By: [_____] ▮

Sort Order: ▮ Ascending ▮ Descending

[Concordance Search]                    [Search] [Reset]

*Exhibit 5*

 

Canadian Intellectual Property Office
Office de la propriété intellectuelle du Canada

Canadä

| Français | Contact Us | Help | Search | Canada Site |
| Strategis | Site Map | What's New | About Us | Registration |

strategis.gc.ca
CIPO OPIC
CIPO Home


Canadian Intellectual Property Office

# Canadian Patents Database

(12) **Patent Application:**                                           (11) **CA 2497133**

**For a clearer understanding of the status of the application/patent presented on this page, the site Disclaimer, as well as the definitions for Patent, Administrative Status, Maintenance Fee and Payment History should be consulted.**

## Administrative Status:

| Title | Date |
|-------|------|
| (86) PCT Filing Date | 2003-08-28 |
| (87) PCT Publication Date | 2004-03-11 |
| (85) National Entry | 2005-02-28 |

## Maintenance Fee:

| Description | Date | Amount |
|-------------|------|--------|
| Last Payment | 2005-02-28 | 100.00 |
| Next Payment if small entity | 2006-08-28 | 50.00 |
| Next Payment if large entity | 2006-08-28 | 100.00 |

**Note**: If the full payment has not been received on or before the date indicated, a further fee may be required which may be one of the following:

- the reinstatement fee set out in Item 7 of Schedule II of the *Patent Rules*;
- the late payment fee set out in Item 22.1 of Schedule II of the *Patent Rules*; or
- the additional fee for late payment set out in Items 31 and 32 of Schedule II of the *Patent Rules*.

## Payment History:

| Fee Type | Ann Yr | Due Date | Amt Paid | Paid Date |
|----------|--------|----------|----------|-----------|
| Filing | | | 400.00 | 2005-02-28 |

Case 1:05-cv-10671-DPW    Document 32-8    Filed 04/28/2006    Page 3 of 3

| Maintenance Fee - Application - New Act | 2 | 2005-08-29 | 100.00 | 2005-02-28 |
|---|---|---|---|---|
| Registration of Documents | | | 100.00 | 2005-09-14 |
| Registration of Documents | | | 100.00 | 2005-09-14 |

**Note**: For more detail, consult the **Fee Schedule.**

---

Last Updated: 2006-04-21    ▲    Important Notices

# *Exhibit 6*

## 中 华 人 民 共 和 国 国 家 知 识 产 权 局

地址:北京市海淀区蓟门桥西土城路6号          国家知识产权局专利局          邮政编码:100088

发信人:国家知识产权局专利局

| | |
|---|---|
| 邮政编码:  100037<br>北京市阜成门外大街2号万通新世界广场8层<br>中国国际贸易促进委员会专利商标事务所<br>范莉 | **国家申请号通知书**<br><br>发文日期  2005 年 06 月 03 日 |

| 代理人案卷号: **IIM050625** | 国际申请日(年/月/日):2003 年 08 月 28 日 |
|---|---|
| 国际申请号:PCT/US03/27078 | 最早优先权日(年/月/日):2002 年 08 月 30 日 |
| 申请人:  阿罗国际公司 | |
| 发明名称:带有有选择地附着的插座的双 Y 形多腔导管 | |

1.申请人提交的译文及缴纳的费用已于(年/月/日)2005 年 4 月 14 日收到

2.经审查,上述手续不存在专利法实施细则第 102 条列举的缺陷。

3.国家知识产权局专利局对上述申请给出下列国家申请号:

### 03824195.1

4.自收到本通知书之日起,申请人向国家知识产权局专利局办理各种手续时,均应使用上述国家申请号。

5.请申请人核对上述著录项目,发现与申请不符的情形,请在上述发文日起一个月内向国家知识产权局专利局提出。

6.国家知识产权局专利局对上述申请进一步审查之后,将通知申请人。

所交文件已核实

| | |
|---|---|
| 中华人民共和国国家知识产权局<br>100088 中国北京市海淀区蓟门桥西土城路 6 号<br>传真号:(86-10)62019451 | 审查员:祁乐<br><br>电话号码:(86-10)62084335 |

29503
2002. 8          PCT/CN/503  表( )          1

AI 802488

*Exhibit 7*

整理番号：SS36704    PCT/US03/27078    (Proof)    提出日：平成17年 2月28日    1

| | |
|---|---|
| 【書類名】 | 国内書面 |
| 【整理番号】 | SS36704 |
| 【提出日】 | 平成17年 2月28日 |
| 【あて先】 | 特許庁長官殿 |
| 【出願の表示】 | |
| 　　【国際出願番号】 | PCT/US03/27078 |
| 　　【出願の区分】 | 特許 |
| 【発明者】 | |
| 　　【住所又は居所】 | アメリカ合衆国、ノース・カロライナ州、ウィンストンーセーレム、エイヴォン・ロード　９６５ |
| 　　【氏名】 | ウィルソン、ジョン・エス |
| 【発明者】 | |
| 　　【住所又は居所】 | アメリカ合衆国、フロリダ州、パーム・シティ、サウス・ウェスト・スクウェア・ジョーンズ・レーン　４２８ |
| 　　【氏名】 | ゲーリー、フレミング・エス |
| 【発明者】 | |
| 　　【住所又は居所】 | アメリカ合衆国、フロリダ州、スチュアート、サウス・イースト・マクアーサー・ブールヴァード　９５３ |
| 　　【氏名】 | フレミング、カール・エム |
| 【発明者】 | |
| 　　【住所又は居所】 | アメリカ合衆国、ノース・カロライナ州、モックスヴィル、ファーミントン・ロード　８６６ |
| 　　【氏名】 | キャシディー、ケニス・ティ |
| 【発明者】 | |
| 　　【住所又は居所】 | アメリカ合衆国、ジョージア州、ステイツボロ、ウェスト・ハンプトン・ポイント　１９１２ |
| 　　【氏名】 | ボイド、ロナルド・ディ |
| 【特許出願人】 | |
| 　　【識別番号】 | 502047224 |
| 　　【氏名又は名称】 | アロウ・インターナショナル・インコーポレイテッド |
| 【代理人】 | |
| 　　【識別番号】 | 100057874 |
| 　　【弁理士】 | |
| 　　【氏名又は名称】 | 曾我　道照 |
| 【選任した代理人】 | |
| 　　【識別番号】 | 100110423 |
| 　　【弁理士】 | |
| 　　【氏名又は名称】 | 曾我　道治 |
| 【選任した代理人】 | |
| 　　【識別番号】 | 100084010 |
| 　　【弁理士】 | |
| 　　【氏名又は名称】 | 古川　秀利 |
| 【選任した代理人】 | |
| 　　【識別番号】 | 100094695 |
| 　　【弁理士】 | |
| 　　【氏名又は名称】 | 鈴木　憲七 |

AI 802395

整理番号：SS36704　　PCT/US03/27078　　（Proof）　提出日：平成17年 2月28日　　　2/E

【選任した代理人】
　　【識別番号】　　　　100111648
　　【弁理士】
　　【氏名又は名称】　　梶並　順
　　【電話番号】　　　　03-3216-5811
　　【連絡先】　　　　　担当
【手数料の表示】
　　【予納台帳番号】　　000181
　　【納付金額】　　　　21,000円

**AI 802396**

*Exhibit 8*



| An das Europäische Patentamt | To the European Patent Office | A l'Office européen des brevets | **1** |

# Eintritt in die europäische Phase (EPA als Bestimmungsamt oder ausgewähltes Amt)

# Entry into the European phase (EPO as designated or elected Office)

# Entrée dans la phase européenne (l'OEB agissant en qualité d'office désigné ou élu)

| Europäische Anmeldenummer oder, falls nicht bekannt, PCT-Aktenzeichen oder PCT-Veröffentlichungsnummer | European application number, or, if not known, PCT application or publication number<br><br>03791935.4 | Numéro de dépôt de la demande de brevet européen ou, à défaut, numéro de dépôt PCT ou de publication PCT |
|---|---|---|
| Zeichen des Anmelders oder Vertreters (max. 15 Positionen) | Applicant's or representative's reference (max. 15 spaces)<br><br>ARR-002-EP | Référence du demandeur ou du mandataire (15 caractères ou espaces au maximum) |

## 1.

☒ **Anmelder**
Die Angaben über den (die) Anmelder sind in der internationalen Veröffentlichung enthalten oder vom Internationalen Büro nach der internationalen Veröffentlichung vermerkt worden.

☐ Änderungen, die das Internationale Büro noch nicht vermerkt hat, sind auf einem Zusatzblatt angegeben.

**Zustellanschrift**
*(siehe Merkblatt II, 1)*

## 1.

**Applicant**
Indications concerning the applicant(s) are contained in the international publication or recorded by the International Bureau after the international publication.

Changes which have not yet been recorded by the International Bureau are set out on an additional sheet.

**Address for correspondence**
*(see Notes II, 1)*

## 1.

**Demandeur**
Les indications concernant le(s) demandeur(s) figurent dans la publication internationale ou ont été enregistrées par le Bureau international après la publication internationale.

Les changements qui n'ont pas encore été enregistrés par le Bureau international sont indiqués sur une feuille additionnelle.

**Adresse pour la correspondance**
*(voir notice II, 1)*

*(handwritten: EPA/PG 1  25. 03. 2005  43)*

## 2. Vertreter

**Name (Nur einen** Vertreter angeben, der in das europäische Patentregister eingetragen und an den zugestellt wird)

**Geschäftsanschrift**

**Telefon**

**Telefax**      **Telex**

☒ Weitere(r) Vertreter auf Zusatzblatt

## 2. Representative

**Name** (Name **only one** representative who will be listed in the Register of European Patents and to whom notification will be made)

De Clercq, Ann

**Address of place of business**

De Clercq, Brants & Partners CV
E. Gevaertdreef 10A
B-9830 St-Martens-Latem

**Telephone**
+32 9 280 23 40

**Fax**      **Telex**
+32 9 280 23 45

Additional representative(s) on additional sheet

## 2. Mandataire

**Nom** (N'indiquer **qu' un seul** mandataire, qui sera inscrit au Registre européen des brevets et auquel signification sera faite)

**Adresse professionnelle**

**Téléphone**

**Téléfax**      **Télex**

Autre(s) mandataire(s) sur une feuille additionnelle

## 3. Vollmacht

☐ Einzelvollmacht ist beigefügt.

☐ Allgemeine Vollmacht ist registriert unter Nummer:

☐ Allgemeine Vollmacht ist eingereicht, aber noch nicht registriert.

☐ Die beim EPA als PCT-Anmeldeamt eingereichte Vollmacht schließt ausdrücklich die europäische Phase ein.

## 3. Authorisation

Individual authorisation is attached.

General authorisation has been registered under No:

A general authorisation has been filed, but not yet registered.

The authorisation filed with the EPO as PCT receiving Office expressly includes the European phase.

## 3. Pouvoir

Un pouvoir spécial est joint.

Un pouvoir général a été enregistré sous le n° :

Un pouvoir général a été déposé, mais n'est pas encore enregistré.

Le pouvoir général déposé à l'OEB agissant en qualité d'office récepteur au titre du PCT s'applique expressément à la phase européenne.

**2**

| | |
|---|---|

☒ **4. Prüfungsantrag**
Hiermit wird die Prüfung der Anmeldung gemäß Art. 94 EPÜ beantragt. Die Prüfungsgebühr wird (wurde) entrichtet.

Prüfungsantrag in einer zugelassenen Nichtamtssprache
(siehe Merkblatt III, 5.2) :

**4. Request for examination**
Examination of the application under Art. 94 EPC is hereby requested. The examination fee is being (has been, will be) paid.

Request for examination in an admissible non-EPO language
(see Notes III, 5.2) :

**4. Requête en examen**
Il est demandé que soit examinée la demande de brevet conformément à l'art. 94 CBE. Il est (a été, sera) procédé au paiement de la taxe d'examen.

Requête en examen dans une langue non officielle autorisée
(voir notice III, 5.2) :

---

☐ **5. Abschriften**
Zusätzliche Abschrift(en) der im ergänzenden europäischen Recherchenbericht angeführten Schriftstücke wird (werden) beantragt.

Anzahl der **zusätzlichen** Sätze von Abschriften

**5. Copies**
Additional copy (copies) of the documents cited in the supplementary European search report is (are) requested.

Number of **additional** sets of copies

**5. Copies**
Prière de fournir une ou plusieurs copies supplémentaires des documents cités dans le rapport complémentaire de recherche européenne.

Nombre de jeux **supplémentaires** de copies

---

**6. Für das Verfahren vor dem EPA bestimmte Unterlagen**

6.1 Dem Verfahren vor dem EPA als **Bestimmungsamt** (PCT I) sind folgende Unterlagen zugrunde zu legen:

☒ die vom Internationalen Büro **veröffentlichten Anmeldungsunterlagen** (mit **allen** Ansprüchen, Beschreibung und Zeichnungen), gegebenenfalls mit den geänderten Ansprüchen nach Art. 19 PCT

☐ soweit sie nicht ersetzt werden durch die beigefügten **Änderungen**.

*Falls nötig, sind Klarstellungen auf einem Zusatzblatt einzureichen!*

6.2 Dem Verfahren vor dem EPA als **ausgewähltem Amt** (PCT II) sind folgende Unterlagen zugrunde zu legen:

☒ die dem **internationalen vorläufigen Prüfungsbericht** zugrunde gelegten Unterlagen, einschließlich seiner eventuellen **Anlagen**
*(Solche Anlagen müssen immer beigefügt werden)*

☐ soweit sie nicht ersetzt werden durch die beigefügten **Änderungen**.

*Falls nötig, sind Klarstellungen auf einem Zusatzblatt einzureichen!*

☒ Sind dem EPA als mit der internationalen vorläufigen Prüfung beauftragten Behörde **Versuchsberichte** zugegangen, dürfen diese dem Verfahren vor dem EPA zugrunde gelegt werden.

**6. Documents intended for proceedings before the EPO**

6.1 Proceedings before the EPO as **designated Office** (PCT I) are to be based on the following documents:

the **application documents published** by the International Bureau (with **all** claims, description and drawings), where applicable with amended claims under Art. 19 PCT

unless replaced by the **amendments** enclosed.

*Where necessary, clarifications must be submitted on a separate sheet!*

6.2 Proceedings before the EPO as **elected Office** (PCT II) are to be based on the following documents:

the **documents on which the international preliminary examination report is based**, including its possible **annexes**
*(Such annexes must always be filed)*

unless replaced by the **amendments** enclosed.

*Where necessary, clarifications must be submitted on a separate sheet!*

If the EPO as International Preliminary Examining Authority has received **test reports**, these may be used as the basis of proceedings before the EPO.

**6. Pièces destinées à la procédure devant l'OEB**

6.1 La procédure devant l'OEB agissant en qualité **d'office désigné** (PCT I) doit se fonder sur les pièces suivantes :

les **pièces de la demande publiée** par le Bureau international (avec **toutes** les revendications, la description et les dessins), éventuellement avec les revendications modifiées conformément à l'article 19 du PCT

dans la mesure où elles ne sont pas remplacées par les **modifications** jointes.

*Le cas échéant, des explications doivent être jointes sur une feuille additionnelle!*

6.2 La procédure devant l'OEB **agissant en qualité d'office élu** (PCT II) doit se fonder sur les pièces suivantes :

les **pièces sur lesquelles se fonde le rapport d'examen préliminaire international**, y compris ses **annexes** éventuelles
*(De telles annexes sont toujours à joindre)*

dans la mesure où elles ne sont pas remplacées par les **modifications** jointes.

*Le cas échéant, des explications doivent être jointes sur une feuille additionnelle!*

Si l'OEB, agissant en qualité d'administration chargée de l'examen préliminaire international, a reçu des **rapports d'essais**, ceux-ci peuvent constituer la base de la procédure devant l'OEB.

**3**

**7. Übersetzungen**
Beigefügt sind die nachfolgend angekreuzten Übersetzungen in einer der Amtssprachen des EPA (Deutsch, Englisch, Französisch):

- Im Verfahren vor dem EPA als *Bestimmungsamt oder ausgewähltem Amt* (PCT I + II):

☐ Übersetzung der **ursprünglich eingereichten internationalen Anmeldung** (Beschreibung, Ansprüche, etwaige Textbestandteile in den Zeichnungen), der veröffentlichten Zusammenfassung, und etwaiger Angaben über biologisches Material  nach Regel 13bis.3 und 13bis.4 PCT

☐ Übersetzung der **prioritäts-begründenden Anmeldung(en)**

☐ Es wird hiermit erklärt, daß die internationale Anmeldung in ihrer ursprünglich eingereichten Fassung eine vollständige Übersetzung der früheren Anmeldung ist (Regel 38(5) EPÜ)

- **Zusätzlich** im Verfahren vor dem EPA als **Bestimmungsamt** (PCT I):

☐ Übersetzung der nach Art. 19 PCT **geänderten Ansprüche** nebst Erklärung, falls diese dem Verfahren vor dem EPA zugrunde gelegt werden sollen (siehe Feld 6)

- **Zusätzlich** im Verfahren vor dem EPA als **ausgewähltem Amt** (PCT II):

☐ Übersetzung der **Anlagen zum internationalen vorläufigen Prüfungsbericht**

**7. Translations**
Translations in one of the official languages of the EPO (English, French, German) are enclosed as crossed below:

- In proceedings before the EPO **as designated or elected Office** (PCT I + II):

Translation of the **international application** (description, claims, any text in the drawings) **as originally filed**, of the abstract as published and of any indication under Rule 13bis.3 and 13bis.4 PCT regarding biological material

Translation of **the priority application(s)**

It is hereby declared that the international application as originally filed is a complete translation of the previous application (Rule 38(5) EPC)

- **In addition**, in proceedings before the EPO **as designated Office** (PCT I):

Translation of **amended claims** and any statement under Art. 19 PCT, if the claims as amended are to form the basis for the proceedings before the EPO (see Section 6)

- **In addition**, in proceedings before the EPO **as elected Office** (PCT II):

Translation of any **annexes to the international preliminary examination report**

**7. Traductions**
Vous trouverez, ci-joint, les traductions cochées ci-après dans l'une des langues officielles de l'OEB (allemand, anglais, français) :

- Dans la procédure devant l'OEB agissant en qualité d'**office désigné ou élu** (PCT I + II) :

Traduction de la **demande internationale telle que déposée initialement** (description, revendications, textes figurant éventuellement dans les dessins), de l'abrégé publié, et de toutes indications visées aux règles 13bis.3 et 13bis.4 du PCT concernant le matériel biologique

Traduction de la (des) **demande(s) ouvrant le droit de priorité**

Il est déclaré par la présente que la demande internationale telle que déposée initialement est une traduction intégrale de la demande antérieure (règle 38(5) CBE)

- **De plus**, dans la procédure devant l'OEB agissant en qualité d'**office désigné** (PCT I) :

Traduction des **revendications modifiées** et de la déclaration faite conformément à l'article 19 du PCT, si la procédure devant l'OEB doit être fondée sur les revendications modifiées (voir la rubrique 6)

- **De plus**, dans la procédure devant l'OEB agissant en qualité d'**office élu** (PCT II) :

Traduction des **annexes du rapport d'examen préliminaire international**

---

☐ **8. Biologisches Material**
Die Erfindung bezieht sich auf bzw. verwendet biologisches Material, das nach Regel 28 EPÜ hinterlegt worden ist.

☐ Die **Angaben nach Regel 28(1)c EPÜ** (falls noch nicht bekannt, die Hinterlegungsstelle und das (die) Bezugszeichen [Nummer, Symbole usw.] des Hinterlegers) sind in der internationalen Veröffentlichung oder in der gemäß Feld 7 eingereichten Übersetzung enthalten auf:

Seite(n) / Zeile(n)

Die **Empfangsbescheinigung(en)** der Hinterlegungsstelle

☐ ist (sind) beigefügt

☐ wird (werden) nachgereicht

☐ Verzicht auf die Verpflichtung des Antragstellers nach Regel 28(3) EPÜ auf gesondertem Schriftstück

**8. Biological material**
The invention relates to and/or uses biological material deposited under Rule 28 EPC.

The **particulars referred to in Rule 28(1)(c) EPC** (if not yet known, the depository institution and the identification reference(s) [number, symbols etc.] of the depositor) are given in the international publication or in the translation submitted under Section 7 on:

page(s) / line(s)

The **receipt(s) of deposit** issued by the depository institution

is (are) enclosed

will be filed at a later date

Waiver of the right to an undertaking from the requester pursuant to Rule 28(3) EPC attached.

**8. Matière biologique**
L'invention concerne et/ou utilise de la matière biologique, déposée conformément à la règle 28 CBE.

Les **indications visées à la règle 28(1)c) CBE** (si non encore connues, l'autorité de dépôt et la (les) référence(s) d'identification [numéro ou symboles etc.] du déposant) figurent dans la publication internationale ou dans une traduction produite conformément à la rubrique 7 à la / aux :

page(s) / ligne(s)

Le(s) **récépissé(s) de dépôt** délivré(s) par l'autorité de dépôt

est (sont) joint(s)

sera (seront) produit(s) ultérieurement

Renonciation, sur document distinct, à l'engagement du requérant au titre de la règle 28(3) CBE.

**4**

☐ **9. Nucleotid- und Aminosäure-sequenzen**
Die nach Regeln 5.2 und 13ter PCT sowie Regel 111(3) EPÜ erforderlichen Unterlagen liegen dem EPA bereits vor.

☐ Das schriftliche Sequenzprotokoll wird anliegend nachgereicht.

☐ Das Sequenzprotokoll geht nicht über den Inhalt der Anmeldung in der ursprünglich eingereichten Fassung hinaus.

☐ Der vorgeschriebene Datenträger ist beigefügt.

☐ Die auf dem Datenträger gespeicherte Information stimmt mit dem schriftlichen Sequenzprotokoll überein.

**9. Nucleotide and amino acid sequences**
The items necessary in accordance with Rules 5.2 and 13ter PCT and Rule 111(3) EPC have already been furnished to the EPO.

The written sequence listing is furnished herewith.

The sequence listing does not include matter which goes beyond the content of the application as filed.

The prescribed data carrier is enclosed.

The information recorded on the data carrier is identical to the written sequence listing.

**9. Séquences de nucléotides et d'acides aminés**
Les pièces requises selon les règles 5.2 et 13ter PCT et la règle 111(3) CBE ont déjà été déposées auprès de l'OEB.

La liste de séquences écrite est produite ci-joint.

La liste de séquences ne contient pas d'éléments s'étendant au-delà du contenu de la demande telle qu'elle a été déposée.

Le support de données prescrit est joint.

L'information figurant sur le support de données est identique à celle que contient la liste de séquences écrite.

---

**10. Benennungsgebühren**

☒ 10.1 Es ist derzeit beabsichtigt, den **siebenfachen** Betrag einer Benennungsgebühr zu entrichten. Damit gelten die Benennungsgebühren für **alle Vertragsstaaten des EPÜ**[1] als entrichtet (Art. 2 Nr. 3 GebO), soweit sie **in der internationalen Anmeldung** bestimmt sind.

☐ 10.2 Abweichend von der Erklärung in Nr. 10.1 ist derzeit beabsichtigt, **weniger als sieben** Benennungsgebühren für folgende **in der internationalen Anmeldung bestimmten Vertragsstaaten des EPÜ**[2] zu entrichten:

**10. Designation fees**

10.1 It is currently intended to pay **seven times** the amount of the designation fee. The designation fees for **all the EPC contracting states**[1] **designated in the international application**[2] are thereby deemed to have been paid (Art. 2 No. 3 RFees).

10.2 The declaration in No. 10.1 does not apply. Instead, it is currently intended to pay **fewer than seven** designation fees for the following **EPC contracting states**[2] **designated in the international application**:

**10. Taxes de désignation**

10.1 Il est actuellement envisagé de payer un montant correspondant à **sept fois** la taxe de désignation. Les taxes de désignation sont ainsi réputées payées pour **tous les Etats contractants de la CBE**[1] **désignés dans la demande internationale**[2] (art. 2, point 3 du RRT).

10.2 Contrairement à ce qui est indiqué au n° 10.1, il est actuellement envisagé de payer **moins de sept** taxes de désignation pour les **Etats contractants de la CBE**[1] suivants **désignés dans la demande internationale** :

(1) _____    (4) _____
(2) _____    (5) _____
(3) _____    (6) _____

Soweit unter Nr. 10.2 Vertragsstaaten aufgeführt sind, wird beantragt, für die dort nicht aufgeführten Vertragsstaaten von der Zustellung einer Mitteilung nach Regel 108(3) EPÜ abzusehen.

If contracting states are indicated under No. 10.2, it is requested that no communication under Rule 108(3) EPC be issued for contracting states not thus indicated.

Si des Etats contractants sont mentionnés au n° 10.2, prière de ne pas procéder à la signification d'une notification prévue par la règle 108(3) CBE pour les Etats contractants n'y étant pas mentionnés.

☒ 10.3 Wird ein **automatischer Abbuchungsauftrag** erteilt (Feld 12), so wird das EPA beauftragt, bei Ablauf der Grundfrist nach Regel 107 (1)d) EPÜ den siebenfachen Betrag einer Benennungsgebühr abzubuchen. Ist eine Erklärung nach Nr. 10.2 abgegeben worden, so sollen die Benennungsgebühren nur für die dort angegebenen Vertragsstaaten abgebucht werden, sofern dem EPA nicht bis zum Ablauf der Grundfrist ein anderslautender Auftrag zugeht.

10.3 If an **automatic debit order** has been issued (Section 12), the EPO is authorised, on expiry of the basic period under Rule 107(1)(d) EPC, to debit seven times the amount of the designation fee. If states are indicated under No. 10.2, the EPO will debit designation fees only for those states, unless instructed otherwise before the basic period expires.

10.3 Si un **ordre de prélèvement automatique** est donné (rubrique 12), il est demandé à l'OEB de prélever, à l'expiration du délai normal fixé à la règle 107(1)d) CBE, un montant correspondant à sept fois la taxe de désignation. Si une déclaration a été faite au n° 10.2, les taxes de désignation ne sont à prélever que pour les Etats contractants qui y sont indiqués, sauf instruction contraire reçue par l'OEB avant l'expiration du délai normal.

---

1 Stand bei Drucklegung: 27 Vertragsstaaten, und zwar: / Status when this form was printed: 27 contracting states, namely / Situation à la date d'impression : 27 Etats contractants, à savoir : **AT** Österreich / Austria / Autriche, **BE** Belgien / Belgium / Belgique, **BG** Bulgarien / Bulgaria / Bulgarie, **CH / LI** Schweiz und Liechtenstein / Switzerland and Liechtenstein / Suisse et Liechtenstein, **CY** Zypern / Cyprus / Chypre, **CZ** Tschechische Republik / Czech Republic / République tchèque, **DE** Deutschland / Germany / Allemagne, **DK** Dänemark / Denmark / Danemark, **EE** Estland / Estonia / Estonie, **ES** Spanien / Spain / Espagne, **FI** Finnland / Finland / Finlande, **FR** Frankreich / France / France, **GB** Vereinigtes Königreich / United Kingdom / Royaume-Uni, **GR** Griechenland / Greece / Grèce, **HU** Ungarn / Hungary / Hongrie, **IE** Irland / Ireland / Irlande, **IT** Italien / Italy / Italie, **LU** Luxemburg / Luxembourg / Luxembourg, **MC** Monaco / Monaco / Monaco, **NL** Niederlande / Netherlands / Pays-Bas, **PT** Portugal / Portugal / Portugal, **RO** Rumänien / Romania / Roumanie, **SE** Schweden / Sweden / Suède, **SI** Slowenien / Slovenia / Slovénie, **SK** Slowakische Republik / Slovak Republic / République slovaque, **TR** Türkei / Turkey / Turquie

2 Für folgende Staaten nur möglich, falls in der internationalen Anmeldung am oder nach folgendem Tag bestimmt: Slowakische Republik, Bulgarien, Tschechische Republik und Estland: 1. Juli 2002, Slowenien: 1. Dezember 2002, Ungarn: 1. Januar 2003 und Rumänien: 1. März 2003. / For the following states this is possible only if they are designated in the international application on or after the stated date: Slovak Republic, Bulgaria, Czech Republic and Estonia: 1 July 2002, Slovenia: 1 December 2002, Hungary: 1 January 2003 and Romania: 1 March 2003. / En ce qui concerne les Etats suivants seulement si la désignation a été effectuée dans la demande internationale à la date suivante ou à une date ultérieure : République slovaque, Bulgarie, République tchèque et Estonie : 1er juillet 2002, Slovénie : 1er décembre 2002, Hongrie : 1er janvier 2003 et Roumanie : 1er mars 2003.

**4**

**5**

☒ **11. Erstreckung des europäischen Patents**

Bei Zahlung der Erstreckungs-gebühr(en) gilt diese Anmeldung auch als wirksamer Erstreckungsantrag für die in der internationalen Anmeldung bestimmten »Erstreckungsstaaten«. Es ist beabsichtigt, diese Gebühr(en) für folgende Staaten zu entrichten:

**11. Extension of the European patent**

On payment of the extension fee(s) this application is also deemed to be a request for extension to all the "extension states" designated in the international application. It is intended to pay the fee(s) for the following states:

**11. Extension des effets du brevet européen**

La taxe (Les taxes) d'extension payée(s), la présente demande est également réputée être une demande d'extension à tous les »Etats extension l'extension« désignés dans la demande internationale. Il est envisagé de payer la taxe (les taxes) d'extension pour les Etats suivants:

| | | | |
|---|---|---|---|
| ☐ SI | Slowenien [1] | Slovenia [1] | Slovénie [1] |
| ☐ LT | Litauen | Lithuania | Lituanie |
| ☐ LV | Lettland | Latvia | Lettonie |
| ☐ AL | Albanien | Albania | Albanie |
| ☐ RO | Rumänien [1] | Romania [1] | Roumanie [1] |
| ☐ MK | Ehemalige jugoslawische Republik Mazedonien [2] | Former Yugoslav Republic of Macedonia [2] | Ex-République yougoslave de Macédoine [2] |
| ☐ | ____ [2] | ____ [2] | ____ [2] |

[1] Für Slowenien und Rumänien nur möglich, falls in der internationalen Anmeldung bis 30. November 2002 (Slowenien) oder bis 28. Februar 2003 (Rumänien) bestimmt. / For Slovenia and Romania this is possible only if they are designated in the international application up to 30 November 2002 (Slovenia) or 28 February 2003 (Romania). / En ce qui concerne la Slovénie et la Roumanie, seulement si la désignation a été effectuée dans la demande internationale jusqu'au 30 novembre 2002 (Slovénie) ou jusqu'au 28 février 2003 (Roumanie).

[2] Platz für Staaten, mit denen »Erstreckungsabkommen« nach Drucklegung dieses Formblatts in Kraft treten und die in der internationalen Anmeldung bestimmt waren. / Space for States with which "extension agreements" enter into force after this form has been printed and which were designated in the international application. / Prévu pour des Etats à l'égard desquels des «accords d'extension» entreront en vigueur après l'impression du présent formulaire et qui ont été désignés dans la demande internationale.

**12. Automatischer Abbuchungsauftrag (Nur möglich für Inhaber von beim EPA geführten laufenden Konten)**

☐ Das EPA wird beauftragt, nach Maß-gabe der Vorschriften über das auto-matische Abbuchungsverfahren fällige Gebühren und Auslagen vom untenstehenden laufenden Konto abzubuchen. In Bezug auf die **Benen-nungsgebühren** wird auf Feld 10.3 verwiesen. Das EPA wird ferner be-auftragt, die **Erstreckungsgebühren** für jeden in Feld 11 angekreuzten »Erstreckungsstaat« bei Ablauf der Grundfrist zu ihrer Zahlung abzu-buchen, sofern ihm nicht bis dahin ein anderslautender Auftrag zugeht.

Nummer und Kontoinhaber

**12. Automatic debit order (for EPO deposit account holders only)**

The EPO is hereby authorised, under the Arrangements for the automatic debiting procedure, to debit from the deposit account below any fees and costs falling due. For **designation fees**, see Section 10.3. The EPO is also authorised, on expiry of the basic period for paying the **extension fees**, to debit those fees for each of the "extension states" marked with a cross in Section 11, unless instructed otherwise before the said period expires.

Number and account holder

**12. Ordre de prélèvement automatique (uniquement possible pour les titulaires de comptes courants ouverts auprès de l'OEB)**

Par la présente, il est demandé à l'OEB de prélever du compte courant ci-dessous les taxes et frais venant à échéance, conformément à la règle-mentation relative au prélèvement automatique. Pour les **taxes de désignation**, se reporter à la rubrique 10.3. Il est en outre demandé à l'OEB de prélever, à l'expiration du délai normal prévu pour leur paiement, les **taxes d'extension** pour chaque «Etat autorisant l'extension» coché à la rubrique 11, sauf instruction contraire reçue avant l'expiration de ce délai.

Numéro et titulaire du compte

**13.** Eventuelle **Rückzahlungen** auf das beim EPA geführte laufende Konto

Nummer und Kontoinhaber

**13.** Any **reimbursement** to EPO deposit account

Number and account holder

DCB & P   280 200 68

**13. Remboursements** éventuels à effectuer sur le compte courant ouvert auprès de l'OEB

Numéro et titulaire du compte

**14. Unterschrift(en)** des (der) Anmelder(s) oder Vertreters

Ort / Datum

**Für Angestellte (Art. 133(3) EPÜ) mit allgemeiner Vollmacht:**

**Nr.**

Name(n) des (der) Unterzeichneten bitte in Druck-schrift wiederholen. Bei juristischen Personen bitte auch die Stellung des (der) Unterzeichneten innerhalb der Gesellschaft in Druckschrift angeben.

**14. Signature(s)** of applicant(s) or representative

De Clercq, Ann

Place / Date 21/03/05, St-Martens-Latem

**For employees (Art. 133(3) EPC) having a general authorisation:**

**No.**

Please print name(s) under signature(s). In the case of legal persons, the position of the signatory within the company should also be printed.

**14. Signature(s)** du (des) demandeur(s) ou du mandataire

Lieu / Date

**Pour les employés (art. 133(3) CBE) disposant d'un pouvoir général :**

**N°**

Le ou les noms des signataires doivent être indiqués en caractères d'imprimerie. S'il s'agit d'une personne morale, la position occupée au sein de celle-ci par le ou les signataires doit également être indiquée en caractères d'imprimerie.

**5**

ARR-002-EP

Additional representative:


Mr. Brants, Johan Philippe Emile
De Clercq, Brants & Partners
E. Gevaertdreef 10 a
B-9830 Sint-Martens-Latem
Belgium



Tel.: +32 9 280 23 40
Fax: +32 9 280 23 45

Mr. Kraft, Henricus Johannes
De Clercq, Brants & Partners
E. Gevaertdreef 10 a
B-9830 Sint-Martens-Latem
Belgium


Tel.: +32 9 280 23 40
Fax: +32 9 280 23 45

# *Exhibit 9*

Dkt. No. 3600/244

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No.        :     6,872,198 B1

Issued            :     March 29, 2005

For               :     DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER
                        WITH SELECTIVELY ATTACHABLE HUBS

Patentees         :     Jon S. Wilson, et al.

Appl. No.         :     10/231,748

Filed             :     August 30, 2002

TC/A.U.           :     3763

Examiner          :     Cris L. Rodriguez

Customer No.:           1912

> **CERTIFICATE OF TRANSMISSION**
> I hereby certify that this correspondence is being facsimile transmitted to the U. S. Patent and Trademark Office
> on | March 23, 2006
> Signature:
> Joycelyn Giles Fenty
> Printed Name of Person Signing

## RESCISSION OF PREVIOUS NONPUBLICATION REQUEST

A request that U.S. Application No. 10/231,748 not be published under 35 U.S.C. § 122(b) (nonpublication request) was included in the application on filing pursuant to 35 U.S.C. §122(b)(2)(B)(i).

I hereby rescind the previous nonpublication request.

> Respectfully submitted,
>
> AMSTER, ROTHSTEIN & EBENSTEIN LLP
> Attorneys for Patentees
> 90 Park Avenue
> New York, NY 10016
> (212) 336-8000

Dated:  New York, New York       By: _____
        March 23, 2006                  Michael P. Kenney

337433.1

**AI 809858**

# *Exhibit 10*

Dkt. No. 3600/244

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Patent No. | : | 6,872,198 B1 |
| Issued | : | March 29, 2005 |
| For | : | DOUBLE-Y-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS |
| Patentees | : | Jon S. Wilson, et al. |
| Appl. No. | : | 10/231,748 |
| Filed | : | August 30, 2002 |
| TC/A.U. | : | 3763 |
| Examiner | : | Cris L. Rodriguez |
| Customer No.: | | 1912 |

**CERTIFICATE OF TRANSMISSION**
I hereby certify that this correspondence is being facsimile transmitted to the U. S. Patent and Trademark Office

on    March 23, 2006

Signature: *Joycelyn Giles Fenty*
Joycelyn Giles Fenty
Printed Name of Person Signing

## PETITION FOR REVIVAL OF POTENTIALLY ABANDONED APPLICATION PURSUANT TO 37 C.F.R. § 1.137(b)

Mail Stop Petitions
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

1.    I, the undersigned, am an attorney with Amster, Rothstein & Ebenstein, and prosecuted the above-identified U.S. Application No. 10/231,748 ("the Application"), that issued as U.S. Patent No. 6,872,198 on March 29, 2005.

2.    The Application was filed on August 30, 2002 by Craig H. Popalis of Womble Caryle Sandrige & Rice, PLLC.  A Nonpublication Request under 35 U.S.C. 122 (b)(2)(B)(i) was made at the time the Application was filed.

337355.1

**AI 809855**

Patent No.      :   6,872,198 B1
Patentees       :   Wilson, et al.
Issued          :   March 29, 2005
Page 2 of 3

3.      On February 21, 2003, the undersigned submitted papers to the U.S. Patent Office revoking the prior Powers of Attorney and appointing the undersigned and other attorneys at Amster Rothstein & Ebenstein LLP to prosecute the Application.

4.      On August 23, 2003, the undersigned filed a PCT International Patent Application (PCT Application No. PCT/US2003/027078) with the U.S. Patent Office claiming priority of the Application, and requested that the U.S. Patent Office transmit a certified copy of the priority Application to the International Bureau.  The PCT application was published on March 11, 2004 under International Publication No. WO 2004/020019 A2.

5.      On March 22, 2006, the undersigned learned that a third party alleged that the Application should have been abandoned under 35 U.S.C. §122(b)(2)(B)(iii) for failure to notify the U.S. Patent Office of an international filing.

6.      If the U.S. Patent Office determines that the Application should have been abandoned for failure to notify the U.S. Patent Office of an international filing (37 C.F.R. § 1.137(f)), then it is respectfully requested that the Application be revived as an unintentionally abandoned application pursuant to 37 C.F.R. § 1.137(b).  Authorization is hereby given to charge the $1500 fee pursuant to 37 C.F.R. §1.17(m) to Deposit Account No. 01-1785.

7.      The undersigned hereby certifies that if the Application should have been abandoned for failure to notify the U.S. Patent Office of an international filing, the entire delay in filing the required Notice of a foreign or international filing from the due date for the required notice until the filing of a grantable petition under 37 C.F.R. §1.137(b) was unintentional.

8.      A Rescission of Previous Nonpublication Request is attached hereto.

AI 809856

Patent No.        :   6,872,198 B1
Patentees       :   Wilson, et al.
Issued            :   March 29, 2005
Page 3 of 3

       If any fee in addition to the $1500 Petition fee is required, authorization is hereby given to charge any such fee to Deposit Account No. 01-1785.

                                  Respectfully submitted,

                                  AMSTER, ROTHSTEIN & EBENSTEIN LLP
                                  Attorneys for Patentees
                                  90 Park Avenue
                                  New York, NY 10016
                                  (212) 336-8000

Dated:   New York, New York         By:
            March 23, 2006               Michael P. Kenney
                                  Registration No. 42,718

AI 809857

*Exhibit 11*

# Chapter 500  Receipt and Handling of Mail and Papers

| | | |
|---|---|---|
| **501** | **Filing Papers With the U.S. Patent and Trademark Office** | |
| **502** | **Depositing Correspondence** | |
| 502.01 | Correspondence Transmitted by Facsimile | |
| 502.02 | Correspondence Signature Requirements | |
| 502.03 | Communications via the Internet | |
| 502.04 | Duplicate Copies of Correspondence | |
| **503** | **Application Number and Filing Receipt** | |
| **504** | **Assignment of Application for Examination** | |
| **505** | **"Office Date" Stamp of Receipt** | |
| **506** | **Completeness of Original Application** | |
| 506.02 | Review of Refusal To Accord Filing Date | |
| **507** | **Drawing Review in the Office of Initial Patent Examination** | |
| **508** | **Distribution** | |
| 508.01 | Papers Sent to Wrong Technology Center (TC) | |
| 508.02 | Papers Received After Patenting or Abandonment | |
| 508.03 | Unmatched Papers | |
| 508.04 | Unlocatable Patent or Application Files | |
| **509** | **Payment of Fees** | |
| 509.01 | Deposit Accounts | |
| 509.02 | Small Entity Status — Definitions | |
| 509.03 | Claiming Small Entity Status | |
| **510** | **U.S. Patent and Trademark Office Business Hours** | |
| **511** | **Postal Service Interruptions and Emergencies** | |
| **512** | **Certificate of Mailing or Transmission** | |
| **513** | **Deposit as Express Mail with U.S. Postal Service** | |

## 501   Filing Papers With the U.S. Patent and Trademark Office [R-3]

*37 CFR 1.1. Addresses for non-trademark correspondence with the United States Patent and Trademark Office.*
**>

(a) *In general.* Except as provided in paragraphs (a)(3)(i), (a)(3)(ii) and (d)(1) of this section, all correspondence intended for the United States Patent and Trademark Office must be addressed to either "Director of the United States Patent and Trademark Office, P.O. Box 1450, Alexandria, Virginia 22313-1450" or to specific areas within the Office as set out in paragraphs (a)(1), and (a)(3)(iii) of this section. When appropriate, correspondence should also be marked for the attention of a particular office or individual.<

(1) *Patent correspondence.*

(i) *In general.* All correspondence concerning patent matters processed by organizations reporting to the Commissioner for Patents should be addressed to: Commissioner for Patents, PO Box 1450, Alexandria, Virginia 22313-1450.
**>

(ii) *Board of Patent Appeals and Interferences.* See § 41.10 of this title. Notices of appeal, appeal briefs, reply briefs, requests for oral hearing, as well as all other correspondence in an application or a patent involved in an appeal to the Board for which an address is not otherwise specified, should be addressed as set out in paragraph (a)(1)(i) of this section.<
**

(2) [Reserved]

(3) *Office of General Counsel correspondence.—*

(i) Litigation and service. Correspondence relating to pending litigation or otherwise within the scope of part 104 of this title shall be addressed as provided in § 104.2.

(ii) *Disciplinary proceedings.* Correspondence to counsel for the Director of the Office of Enrollment and Discipline relating to disciplinary proceedings pending before an Administrative Law Judge or the Director shall be mailed to: Office of the Solicitor, PO Box 16116, Arlington, Virginia 22215.

(iii) *Solicitor, in general.* Correspondence to the Office of the Solicitor not otherwise provided for shall be addressed to: Mail Stop 8, Director of the United States Patent and Trademark Office, PO Box 1450, Alexandria, Virginia 22313-1450.

(iv) *General Counsel.* Correspondence to the Office of the General Counsel not otherwise provided for, including correspondence to the General Counsel relating to disciplinary proceedings, shall be addressed to: General Counsel, United States Patent and Trademark Office, PO Box 1450, Alexandria, Virginia 22313-1450.

(v) *Improper correspondence.* Correspondence improperly addressed to a Post Office Box specified in paragraphs (a)(3)(i) and (a)(3)(ii) of this section will not be filed elsewhere in the United States Patent and Trademark Office, and may be returned.
**>

(4) *Office of Public Records correspondence.*

(i) *Assignments.* All patent-related documents submitted by mail to be recorded by Assignment Services Division, except for documents filed together with a new application, should be addressed to: Mail Stop Assignment Recordation Services, Director of the United States Patent and Trademark Office, P.O. Box 1450, Alexandria, Virginia 22313-1450. See § 3.27.<

(ii) *Documents.* All requests for certified or uncertified copies of patent documents should be addressed to: Mail Stop Document Services, Director of the United States Patent and Trademark Office, P.O. Box 1450, Alexandria, Virginia 22313-1450.
>

(5) *Office of Enrollment and Discipline correspondence.* All correspondence directed to the Office of Enrollment and Discipline concerning enrollment, registration, and investigation matters should be addressed to Mail Stop OED, Director of the United States Patent and Trademark Office, P.O. Box 1450, Alexandria, Virginia 22313-1450.<

501                              MANUAL OF PATENT EXAMINING PROCEDURE

(b) *Patent Cooperation Treaty.* Letters and other communications relating to international applications during the international stage and prior to the assignment of a national serial number should be additionally marked "Mail Stop PCT."

(c) *For reexamination proceedings.*

(1) Requests for *ex parte* reexamination (*original* request papers only) should be additionally marked "Mail Stop *Ex parte* Reexam."

(2) Requests for *inter partes* reexamination (original request papers) and all subsequent *inter partes* reexamination correspondence filed in the Office, other than correspondence to the Office of the General Counsel pursuant to § 1.1(a)(3) and § 1.302(c). should be additionally marked "Mail Stop *Inter partes* Reexam."

(d) *Maintenance fee correspondence.—*

(1) *Payments.* Payments of maintenance fees in patents not submitted electronically should be mailed to: United States Patent and Trademark Office, P.O. Box 371611, Pittsburgh, Pennsylvania 15250-1611.

(2) *Other correspondence.* Correspondence related to maintenance fees other than payments of maintenance fees in patents is not to be mailed to P.O. Box 371611, Pittsburgh, Pennsylvania 15250-1611, but must be mailed to: Mail Stop M Correspondence. Director of the United States Patent and Trademark Office. P.O. Box 1450. Alexandria, Virginia 22313-1450.

(e) *Patent term extension.* All applications for extension of patent term under 35 U.S.C. 156 and any communications relating thereto intended for the United States Patent and Trademark Office should be additionally marked "Mail Stop Patent Ext." When appropriate, the communication should also be marked to the attention of a particular individual, as where a decision has been rendered.

**\*>

(f) [Reserved]<

*37 CFR 1.4.   Nature of correspondence and signature requirements.*

(a) Correspondence with the Patent and Trademark Office comprises:

(1) Correspondence relating to services and facilities of the Office, such as general inquiries, requests for publications supplied by the Office, orders for printed copies of patents, orders for copies of records, transmission of assignments for recording, and the like, and

**\*>

(2) Correspondence in and relating to a particular application or other proceeding in the Office. See particularly the rules relating to the filing, processing, or other proceedings of national applications in subpart B. §§ 1.31 to 1.378; of international applications in subpart C. §§ 1.401 to 1.499; of ex parte reexaminations of patents in subpart D. §§ 1.501 to 1.570; of extension of patent term in subpart F. §§ 1.710 to 1.785; of inter partes reexaminations of patents in subpart H. §§ 1.902 to 1.997; and of the Board of Patent Appeals and Interferences in part 41 of this title.<

(b) Since each file must be complete in itself, a separate copy of every paper to be filed in a patent, patent file, or other proceeding must be furnished for each file to which the paper pertains, even though the contents of the papers filed in two or more files may be identical. The filing of duplicate copies of correspondence in the file of an application, patent, or other proceeding should be avoided, except in situations in which the Office requires the filing of duplicate copies. The Office may dispose of duplicate copies of correspondence in the file of an application, patent, or other proceeding.

(c) Since different matters may be considered by different branches or sections of the United States Patent and Trademark Office, each distinct subject, inquiry or order must be contained in a separate paper to avoid confusion and delay in answering papers dealing with different subjects.

**\*>

(d)(1)*Handwritten signature.* Each piece of correspondence, except as provided in paragraphs (d)(2), (d)(3), (e) and (f) of this section, filed in an application, patent file. or other proceeding in the Office which requires a person's signature, must:

(i) Be an original, that is, have an original handwritten signature personally signed, in permanent dark ink or its equivalent, by that person; or

(ii) Be a direct or indirect copy, such as a photocopy or facsimile transmission (§ 1.6(d)), of an original. In the event that a copy of the original is filed, the original should be retained as evidence of authenticity. If a question of authenticity arises, the Office may require submission of the original.

(2) *S-signature.* An S-signature is a signature inserted between forward slash marks, but not a handwritten signature as defined by § 1.4(d)(1). An S-signature includes any signature made by electronic or mechanical means, and any other mode of making or applying a signature not covered by either a handwritten signature of § 1.4(d)(1) or an Office Electronic Filing System (EFS) character coded signature of § 1.4(d)(3). Correspondence being filed in the Office in paper, by facsimile transmission as provided in § 1.6(d), with a signature in permanent dark ink or its equivalent, or via the Office Electronic Filing System as an EFS Tag(ged) Image File Format (TIFF) attachment, for a patent application, patent, or a reexamination proceeding may be S-signature signed instead of being personally signed (i.e., with a handwritten signature) as provided for in paragraph (d)(1) of this section. The requirements for an S-signature under this paragraph (d)(2) are as follows.

(i) The S-signature must consist only of letters, or Arabic numerals, or both, with appropriate spaces and commas, periods, apostrophes, or hyphens for punctuation, and the person signing the correspondence must insert his or her own S-signature with a first single forward slash mark before, and a second single forward slash mark after, the S-signature (*e.g.,* /Dr. James T. Jones, Jr./); and

(ii) A registered practitioner, signing pursuant to §§ 1.33(b)(1) or 1.33(b)(2), must supply his/her registration number, either as part of the S-signature, or immediately below or adjacent the S-signature. The number (#) character may only be used as part of the S-signature when appearing before a

practitioner's registration number; otherwise the number character may not be used in an S-signature.

(iii) The signer's name must be:

(A) Presented in printed or typed form preferably immediately below or adjacent the S-signature, and

(B) Reasonably specific enough so that the identity of the signer can be readily recognized.

(3) *EFS character coded signature.* Correspondence in character coded form being filed via the Office Electronic Filing System for a patent application or patent may be signed electronically. The electronic signature must consist only of letters of the English alphabet, or Arabic numerals, or both, with appropriate spaces and commas, periods, apostrophes, or hyphens for punctuation. The person signing the correspondence must personally insert the electronic signature with a first single forward slash mark before, and a second single forward slash mark after, the electronic signature (*e.g.,* /Dr. James T. Jones, Jr./).

(4) *Certifications.* (i) *Section 10.18 certifications:* The presentation to the Office (whether by signing, filing, submitting, or later advocating) of any paper by a party, whether a practitioner or non-practitioner, constitutes a certification under § 10.18(b) of this chapter. Violations of § 10.18(b)(2) of this chapter by a party, whether a practitioner or non-practitioner, may result in the imposition of sanctions under § 10.18(c) of this chapter. Any practitioner violating § 10.18(b) of this chapter may also be subject to disciplinary action. See §§ 10.18(d) and 10.23(c)(15) of this chapter.

(ii) *Certifications as to the signature:* (A) *Of another:* A person submitting a document signed by another under paragraphs (d)(2) or (d)(3) of this section is obligated to have a reasonable basis to believe that the person whose signature is present on the document was actually inserted by that person, and should retain evidence of authenticity of the signature.

(B) *Self certification:* The person inserting a signature under paragraphs (d)(2) or (d)(3) of this section in a document submitted to the Office certifies that the inserted signature appearing in the document is his or her own signature.

(C) *Sanctions:* Violations of the certifications as to the signature of another or a person's own signature, set forth in paragraphs (d)(4)(ii)(A) and (B) of this section, may result in the imposition of sanctions under § 10.18(c) and (d) of this chapter.

(e) Correspondence requiring a person's signature and relating to registration practice before the Patent and Trademark Office in patent cases, enrollment and disciplinary investigations, or disciplinary proceedings must be submitted with an original hand written signature personally signed in permanent dark ink or its equivalent by that person.<

(f) When a document that is required by statute to be certified must be filed, a copy, including a photocopy or facsimile transmission, of the certification is not acceptable.

(g) An applicant who has not made of record a registered attorney or agent may be required to state whether assistance was received in the preparation or prosecution of the patent application, for which any compensation or consideration was given or charged, and if so, to disclose the name or names of the person or persons providing such assistance. Assistance includes the preparation for the applicant of the specification and amendments or

other papers to be filed in the Patent and Trademark Office, as well as other assistance in such matters, but does not include merely making drawings by draftsmen or stenographic services in typing papers.

>

(h) *Ratification/confirmation/evidence of authenticity:* The Office may require ratification, confirmation (which includes submission of a duplicate document but with a proper signature), or evidence of authenticity of a signature, such as when the Office has reasonable doubt as to the authenticity (veracity) of the signature, *e.g.,* where there are variations of a signature, or where the signature and the typed or printed name, do not clearly identify the person signing.<

# I.    GENERAL MAILING ADDRESSES

The U.S. Patent and Trademark Office (Office) has three separate general mailing addresses. The addresses are as follows:

## A.    For Patent Applications and Patent-Related Papers

Correspondence in patent-related matters under the direction of the Commissioner for Patents should be addressed to:

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Such correspondence includes: patent applications, replies to notices of informality, requests for extension of time, notices of appeal to the Board of Patent Appeals and Interferences (the Board), briefs in support of an appeal to the Board, >applications for< extensions of term of patent, requests for publication of Statutory Invention Registration (SIR), requests for reexamination, statutory disclaimers, certificates of correction, petitions to the Commissioner for Patents, submission of information disclosure statements, petitions to institute a public use proceeding, petitions to revive abandoned patent applications, and other correspondence related to patent applications and patents which is processed by organizations reporting to the Commissioner for Patents.

Certain patent-related correspondence requires immediate Office attention. Examples are:

(A) Petitions for express abandonment to avoid publication under 37 CFR 1.138(c);

501                              MANUAL OF PATENT EXAMINING PROCEDURE

(B) Petitions to withdraw an application from issue under 37 CFR 1.313(c);

(C) Request for expedited examination of a design application (rocket docket); and

(D) Papers required by the Office of Patent Publication to be hand-carried or faxed to the Office of Patent Publication.

Applicants are encouraged to transmit these types of correspondence by facsimile transmission *>(see MPEP § 502.01) or, where permitted (items B and D only),< hand-carry them to the appropriate area of the Office for processing. **>(see MPEP § 502)<

### B.    For Trademark Applications and Trademark-Related Papers

Correspondence in trademark-related matters under the direction of the Commissioner for Trademarks or the Trademark Trial and Appeal Board should be addressed to:

Commissioner for Trademarks
**>P.O. Box 1451
Alexandria, VA 22313-1451<

Such correspondence includes all trademark applications and other trademark-related mail, except for trademark documents sent to the Assignment Division for recordation, >correspondence for the Office's Madrid Processing Unit,< requests for certified and uncertified copies of trademark documents, and filings submitted electronically. See 37 CFR 2.190.

>
Correspondence to be delivered by the United States Postal Service to the Office's Madrid Processing Unit must be mailed to:
Commissioner for Trademarks
P.O. Box 16471
Arlington, VA 22215-1471
Attention MPU<

### C.    For Other Correspondence

Patent and trademark documents sent to the Assignment Division for recordation>(Mail Stop Assignment Recordation Services)<, requests for certified or uncertified copies of patent and trademark documents>(Mail Stop Document Services)<, and for correspondence for which an address is not otherwise specified in 37 CFR 1.1, should be addressed to:

Director of the United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

### II.    SEPARATE MAILING ADDRESSES FOR CERTAIN CORRESPONDENCE

The Office has separate mailing addresses for certain correspondence:

(A) Certain court-related correspondence (e.g., summons and complaint) being delivered to the Office via the U.S. Postal Service (USPS) must be addressed:

General Counsel
United States Patent and Trademark Office
P.O. Box 15667
*>Arlington<, VA 22215

(B) Correspondence directed to the Office of Enrollment and Discipline (OED) Director relating to disciplinary proceedings pending before an Administrative Law Judge or the Director must be addressed:

Office of the Solicitor
P.O. Box 16116
Arlington, Virginia 22215

(C) Payments of maintenance fees in patents being delivered to the Office via the USPS should be addressed:

United States Patent and Trademark Office
P.O. Box 371611
Pittsburgh, Pennsylvania 15250-1611

(D) A deposit account replenishment being delivered to the Office via the USPS should be addressed:

Director of the United States Patent and Trademark Office
P.O. Box 70541
Chicago, Illinois 60673

Persons filing correspondence with the Office should check the rules of practice, the *Official Gazette*, or the Office's Internet Web site (http://www.uspto.gov) to determine the appropriate mailing address for such correspondence.

## III. HAND-DELIVERY OF PAPERS

Patent-related papers ** may be hand-carried to the Office. If the correspondence is hand-carried to the Office, >with limited exceptions (see subsection I.A., above)< it must be delivered to**:

**>

Customer Service Window
Randolph Building
401 Dulany Street
Alexandria, VA 22314<

See MPEP § 502.

Trademark-related papers may * be filed at the "walk-up" window located **>in the Trademark Assistance Center, Madison East, Concourse Level, Room C55, 600 Dulany Street, Alexandria, VA 22314.<

As provided in 37 CFR 1.4(c), matters that are to be considered by different branches or sections of the USPTO must be contained in separate papers. The following form paragraph may be used to notify the applicant of this requirement when the applicant has filed a single paper containing distinct subjects, inquiries, or orders.

¶ 5.01.01 Separate Paper Required

The [1] submitted [2] should have been submitted as a separate paper as required by 37 CFR 1.4(c). The paper has been entered. However, all future correspondence must comply with 37 CFR 1.4.

**Examiner Note:**

1. In bracket 1, indicate the item required to be separately submitted, such as an affidavit, petition, or other appropriate document.

2. If the applicant is a *pro se* inventor, include a copy of the rule.

Those who correspond with the USPTO are strongly encouraged <u>not</u> to include correspondence which will have to be directed to different areas (e.g., Patents and Trademarks) of the Office in a single envelope. Including multiple papers in a single envelope increases the likelihood that one or more of the papers will be delayed before reaching the appropriate area. Placing the papers in separately addressed envelopes will reduce the number of actions being performed by the USPTO unnecessarily or inappropriately. **

>Pursuant to 37 CFR 1.1, correspondence intended for the USPTO must be mailed to P.O. Box 1450, Alexandria, VA 22313-1450, except as otherwise provided.< Except for certain mail addressed incorrectly to the Office of the *>General Counsel (see 37 CFR 1.1(a)(3)(v))<, there will be no penalty for addressing a document to the wrong area within the Office, as long as one of the approved addresses is used. Use of the specific addresses listed within 37 CFR 1.1 is strongly encouraged because it will facilitate the process both for the Office and the filer. Accordingly, a new application incorrectly addressed to the Director will be treated the same as if the application was addressed to the specific Commissioner.

All mailed communications are received by the Incoming-Mail Section of the Office of Initial Patent Examination (OIPE), which opens and distributes all official mail.

Special mail stops have been established to allow the forwarding of particular types of mail to appropriate areas of the Office as quickly as possible. A list of these mail stops is published weekly in the *Official Gazette.* Only the specified type of document for a particular mail stop should be placed in an envelope addressed to that mail stop.

If any documents other than the specified type identified for each department are addressed to that department, they will be significantly delayed in reaching the appropriate area for which they were intended.

## 502    Depositing Correspondence [R-3]

*37 CFR 1.5. Identification of patent, patent application, or patent-related proceeding.*

(a) No correspondence relating to an application should be filed prior to receipt of the application number from the Patent and Trademark Office. When a letter directed to the Patent and Trademark Office concerns a previously filed application for a patent, it must identify on the top page in a conspicuous location, the application number (consisting of the series code and the serial number; e.g., 07/123,456), or the serial number and filing date assigned to that application by the Patent and Trademark Office, or the international application number of the international application. Any correspondence not containing such identification will be returned to the sender where a return address is available. The returned correspondence will be accompanied with a cover letter which will indicate to the sender that if the returned correspondence is resubmitted to the Patent and Trademark Office within two weeks of the mail date on the cover letter, the original date of receipt of the correspondence will be considered by the Patent and Trademark Office as the date of receipt of the

Rev. 3, August 2005

# *Exhibit 12*

# PATENT COOPERATION TREATY

From the RECEIVING OFFICE

To:
MICHAEL P. KENNEY
AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NEW YORK 10016

# PCT

NOTIFICATION OF THE INTERNATIONAL
APPLICATION NUMBER AND OF THE
INTERNATIONAL FILING DATE

(PCT Rule 20.5(c))

| Date of mailing *(day/month/year)* | 14 OCT 2003 |
|---|---|

| Applicant's or agent's file reference | |
|---|---|
| 3600/274 | **IMPORTANT  NOTIFICATION** |

| International application No. | International filing date *(day/month/year)* | Priority date *(day/month/year)* |
|---|---|---|
| PCT/US03/27078 | 28 Aug 2003 | 30 Aug 2002 |

| Applicant | |
|---|---|
| | ARROW INTERNATIONAL,  INC. |

| Title of the invention | |
|---|---|
| | DOUBLE-SHAPED MULTI-LUMEN CATHETER WITH SELECTIVELY ATTACHABLE HUBS |

1.   The applicant is hereby notified that the international application has been accorded the international application number and the international filing date indicated above.

2.   The applicant is further notified that the record copy of the international application:

[X]   was transmitted to the International Bureau on _____ 14 OCT 2003 _____ .

[ ]   has not yet been transmitted to the International Bureau for the reason indicated below and a copy of this notification has been sent to the International Bureau*:

[ ]   because the necessary national security clearance has not yet been obtained.

[ ]   because *(reason to be specified)*:

\*   The International Bureau monitors the transmittal of the record copy by the receiving Office and will notify the applicant (with Form PCT/IB/301) of its receipt. Should the record copy not have been received by the expiration of 14 months from the priority date, the International Bureau will notify the applicant (Rule 22.1(c)).

3.   FOREIGN TRANSMITTAL LICENSE INFORMATION        Completed by: **VJ** _____

[ ]   Additional license for foreign transmittal not required.  This subject matter is covered by a license already granted or the equivalent U.S. national application.  Refer to that license for information concerning its scope.

[ ]   License for foreign transmittal not required. 37 CFR. 5.11(e)(1) or 37 CFR 5.11(e)(2).  However, a license may be required for additional subject matter.  See 37 CFR 5.15(b).

[X]   Foreign transmittal license granted. 35 U.S.C. 184; 37 CFR 5.11 on _____ 07 Oct 2003 _____ :

        (date)

[X]   37 CFR 5.15(a)        [ ]   37 CFR 5.15(b)

| Name and mailing address of the receiving Office | Authorized officer |
|---|---|
| Mail Stop PCT, Commissioner for Patents P.O. Box 1450, Alexandria, VA 22313-1450 | **Valerie Jackson** |
| Facsimile No.  703-305-3230 | Telephone No.  703-305-3756 |

Form PCT/RO/105  (July 1992)

**AI 800449**