UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - -x
ARROW INTERNATIONAL, INC., and      :
ARROW INTERNATIONAL INVESTMENT      :
CORP.,                              :    Civil Action No.:  05-10671 DPW
             Plaintiffs,            :
                                    :    ECF Case
        v.                          :
                                    :
SPIRE BIOMEDICAL, INC.,             :
                                    :
             Defendant.             :
- - - - - - - - - - - - - - - - - -x
```

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.5.2(c), C. Alex Hahn, Esq., hereby gives notice of his withdrawal as counsel to Plaintiffs in this matter. Brian E. Whiteley, Esq. and Scibelli, Whiteley, and Stanganelli, LLP will continue as counsel to Plaintiffs in this matter.

Respectfully submitted,

ARROW INTERNATIONAL, INC. and
ARROW INTERNATIONAL
INVESTMENT CORP.,

By their attorneys,

/s/ C. Alex Hahn
Brian E. Whiteley (BBO #555683)
C. Alex Hahn (BBO #634133)
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, 5th Floor
Boston, MA 02110
(617) 227-5725

-1-

318911.1

-and-

Kenneth P. George (*Pro Hac Vice*)
Ira E. Silfin (*Pro Hac Vice*)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016

## CERTIFICATE OF SERVICE

I hereby certify that, on May 5, 2006, I caused a true copy of the above document to be filed and served electronically upon the following counsel:

Thomas J. Engellenner
Daniel J. Gleason
Michelle Chassereau Jackson
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000
Facsimile: (617) 310-9000
*Attorneys for Defendant Spire Biomedical, Inc.*

/s/ C. Alex Hahn
C. Alex Hahn