UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------x
ARROW INTERNATIONAL, INC., and      :
ARROW INTERNATIONAL INVESTMENT      :
CORP.,                              :    Civil Action No.:  05-10671 DPW
                                    :
        Plaintiffs,                 :
                                    :    ECF Case
    v.                              :
                                    :
SPIRE BIOMEDICAL, INC.,             :
                                    :
        Defendant.                  :
------------------------------x
```

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), Carolyn A. Marcotte, Esq., hereby gives notice of her appearance as counsel to Plaintiffs in this matter. Ms. Marcotte's representation will be together with Brian E. Whiteley, Esq. and Scibelli, Whiteley, and Stanganelli, LLP, Plaintiffs' present counsel in this matter.

    Respectfully submitted,

    ARROW INTERNATIONAL, INC. and
    ARROW INTERNATIONAL
    INVESTMENT CORP.,

    By their attorneys,

    /s/ Carolyn A. Marcotte
    Brian E. Whiteley (BBO #555683)
    Carolyn A. Marcotte (BBO #663616)
    Scibelli, Whiteley and Stanganelli, LLP
    50 Federal Street, 5th Floor
    Boston, MA 02110
    (617) 227-5725

-1-

318911.1

-and-

Kenneth P. George (*Pro Hac Vice*)
Ira E. Silfin (*Pro Hac Vice*)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016

### CERTIFICATE OF SERVICE

I hereby certify that, on May 5, 2006, I caused a true copy of the above document to be filed and served electronically upon the following counsel:

Thomas J. Engellenner
Daniel J. Gleason
Michelle Chassereau Jackson
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000
Facsimile: (617) 310-9000
*Attorneys for Defendant Spire Biomedical, Inc.*

/s/ Carolyn A. Marcotte
Carolyn A. Marcotte