UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARROW INTERNATIONAL, INC. and ARROW INTERNATIONAL INVESTMENT CORP., </br></br>Plaintiffs,</br></br>v.</br></br>SPIRE BIOMEDICAL, INC.,</br></br>Defendant. | C.A. No. 05-CV-10671-DPW |

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE CLAIM CONSTRUCTION BRIEF

Spire Biomedical, Inc. ("Spire") hereby moves to amend the Scheduling Order and extend the time, up to and including May 15, 2006, for Spire to file its responsive claim construction brief. Accordingly, the time for Plaintiffs Arrow International, Inc. and Arrow International Investment, Corp. ("Arrow") to file their reply should similarly be extended up to and including May 31, 2006.

**Counsel for Arrow has assented to this motion via e-mail dated May 9, 2006.**

Dated:  May 9, 2006                              Respectfully submitted,

                                                                          SPIRE BIOMEDICAL, INC.,
By its attorneys,

  /s/ Heather B. Repicky_____
**Daniel J. Gleason (BBO # 194900)**
**Thomas J. Engellenner (BBO # 154460)**
**Michelle Chassereau Jackson (BBO # 654825)**
**Heather B. Repicky (BBO # 663347)**
**NUTTER McCLENNEN & FISH, LLP**
**World Trade Center West**
**155 Seaport Boulevard**
**Boston, MA   02210-2604**
**(617) 439-2000**

1528147.1