UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARROW INTERNATIONAL, INC. and ARROW INTERNATIONAL INVESTMENT CORP., | ) ) ) ) ) | C.A. No. 05-CV-10671-DPW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SPIRE BIOMEDICAL, INC., | ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINE**

Plaintiffs Arrow International, Inc. and Arrow International Investment Corp. (collectively, "Arrow"), together with defendant Spire Biomedical, Inc. ("Spire") (collectively, "the Parties") hereby request a one-day extension of the briefing deadline for briefs regarding administrative issues, from July 12, 2006 to July 13, 2006.

As grounds for this request, the Parties state that they will be involved in depositions on July 11, 2006 through July 12, 2006 in North Carolina.

-1-

In light of the foregoing, the Parties request that the July 12, 2006 briefing deadline for briefs regarding administrative issues be extended by one day from July 12, 2006 to July 13, 2006.

| | |
|---|---|
| Respectfully submitted,<br>ARROW INTERNATIONAL, INC. and<br>ARROW INTERNATIONAL<br>INVESTMENT CORP., | Respectfully submitted,<br>SPIRE BIOMEDICAL, INC., |
| By their attorneys, | By its attorneys, |
|   /s/ Brian E. Whiteley<br>Brian E. Whiteley (BBO #555683)<br>Carolyn A. Marcotte (BBO #663616)<br>Scibelli, Whiteley and Stanganelli, LLP<br>50 Federal Street, 5th Floor<br>Boston, MA 02110<br><br>-and-<br><br>Kenneth P. George (*Pro Hac Vice*)<br>Ira E. Silfin (*Pro Hac Vice*)<br>AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, NY 10016 |   /s/ Michelle Chassereau Jackson<br>Daniel J. Gleason (BBO #194900)<br>Thomas J. Engellenner (BBO#154460)<br>Michelle Chassereau Jackson (BBO# 654825)<br>NUTTER, McCLENNEN & FISH, LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br><br>Telephone 617-439-2000<br>Facsimile 617-310-9000 |

Dated: June 30, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  /s/ Michelle Chassereau Jackson
                                                  Michelle Chassereau Jackson

**1543158.1**