UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ARROW INTERNATIONAL, INC. and    :
ARROW INTERNATIONAL INVESTMENT   :
CORP.,                           :
                                 :   **Civil Action No. 1:05-cv-10671-DPW**
            Plaintiffs,          :
                                 :
       v.                        :
                                 :
SPIRE BIOMEDICAL, INC.,          :
                                 :
            Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## UNOPPOSED MOTION FOR ADMISSION OF REBECCA EISENBERG *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Plaintiffs Arrow International, Inc. and Arrow International Investment Corp. (collectively "Arrow"), hereby move for the admission *pro hac vice* of Rebecca Eisenberg, Esq. of Amster, Rothstein & Ebenstein, LLP, 90 Park Avenue, New York, NY 10016, to appear in this action on behalf of Arrow. In support of this Motion, the Affidavit of Rebecca Eisenberg, Esq. is filed concurrently herewith. Further, Arrow has retained the undersigned local counsel, Scibelli, Whiteley and Stanganelli, LLP, 50 Federal Street, 5th Floor, Boston, MA 02110, to concurrently appear in this action and assist as necessary.

WHEREFORE, Arrow respectfully requests that the Court admit Rebecca Eisenberg as counsel *pro hac vice* in the above-captioned matter.

**LOCAL RULE 7.1 CERTIFICATE**

The undersigned counsel conferred with Heather Repicky, Esq., counsel for defendant Spire Biomedical, Inc., on the subject of this motion by electronic mail, and was advised that defendant has no opposition to this motion.

>Respectfully submitted,
>
>ARROW INTERNATIONAL, INC. and
>ARROW INTERNATIONAL
>INVESTMENT CORP.,
>
>By their attorneys,
>
>
>*/s/ Brian E. Whiteley*
>Brian E. Whiteley (BBO #555683)
>Carolyn A. Marcotte (BBO #663616)
>Scibelli, Whiteley and Stanganelli, LLP
>50 Federal Street, 5th Floor
>Boston, MA 02110
>(617) 227-5725
>
>      -and-
>
>Kenneth P. George (*pro hac vice*)
>Ira E. Silfin (*pro hac vice*)
>AMSTER, ROTHSTEIN & EBENSTEIN LLP
>90 Park Avenue
>New York, New York 10016
>(212) 336-8000

Dated: July 11, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 11, 2006, I caused a true copy of the above document to be filed and served electronically upon the following counsel:

Thomas J. Engellenner
Daniel J. Gleason
Michelle Chassereau Jackson
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000
Facsimile: (617) 310-9000
*Attorneys for Defendant Spire Biomedical, Inc.*

                                        */s/ Carolyn A. Marcotte*
                                        Carolyn A. Marcotte

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
ARROW INTERNATIONAL, INC. and :
ARROW INTERNATIONAL INVESTMENT :
CORP., : Civil Action No. 05-cv-10671-DPW
:
Plaintiffs, :
:
v. :
:
SPIRE BIOMEDICAL, INC., :
:
Defendant. :
------------------------------------x

## AFFIDAVIT OF REBECCA EISENBERG, ESQ.

I, Rebecca Eisenberg, do depose on oath and state as follows:

1. I am an attorney at Amster, Rothstein & Ebenstein, LLP, 90 Park Avenue, New York, NY 10016.

2. I am one of the attorneys representing the Plaintiffs in the above-captioned matter.

3. I am admitted to practice in the following jurisdictions: New York State; New Jersey State; the United States District Court for the Southern District of New York; the United States District Court for the Eastern District of New York; the United States District Court of New Jersey.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed this 10th day of July, 2006 under the pains and penalties of perjury,

                                                      _____
                                                      Rebecca Eisenberg