**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| **ARROW INTERNATIONAL, INC. and** ) | |
| **ARROW INTERNATIONAL INVESTMENT** ) | |
| **CORP.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) **C.A. No. 05-CV-10671-DPW** | |
| **v.** ) | |
| ) | |
| **SPIRE BIOMEDICAL, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**JOINT REVISED SCHEDULING ORDER**

Plaintiffs Arrow International, Inc. and Arrow International Investment Corp. (collectively, "Arrow") and Defendant Spire Biomedical, Inc. ("Spire") provide the following scheduling order to the Court. This proposed schedule revises the Scheduling Order entered by the Court on September 27, 2005.

**I.  Remaining Discovery**

1. All expert witnesses on an issue for which a party bears the burden of proof shall be designated by September 29, 2006.

2. All fact discovery including fact depositions shall be completed by November 30, 2006.

3. Reports from retained experts under Rule 26(a)(2) will be due from the party bearing the burden on a particular issue by December 22, 2006 with rebuttal reports due by February 22, 2006. All expert depositions to be completed by March 16, 2006. Supplementations under Rule 26(e) are due no later than 30 days before trial. Arrow and Spire shall be limited to three experts without leave of court or agreement of the parties.

II.    **Motions**

1.    **All discovery motions shall be filed by October 31, 2006.**

2.    All motions for summary judgment shall be filed by **April 11, 2007**.

**Respectfully submitted,**
**ARROW INTERNATIONAL, INC. and**
**ARROW INTERNATIONAL**
**INVESTMENT CORP.,**

**By their attorneys,**

**___/s/ Carolyn A. Marcotte_____**
**Brian E. Whiteley (BBO #555683)**
**Carolyn A. Marcotte (BBO# 663616)**
**Scibelli, Whiteley and Stanganelli, LLP**
**50 Federal Street, 5ᵗʰ Floor**
**Boston, MA 02210**
**Telephone:  (617)227-5725**
**Facsimile:  (617) 722-6003**

**-and-**

**Kenneth P. George (*Pro Hac Vice*)**
**Ira E. Silfin (*Pro Hac Vice*)**
**Amster, Rothstein & Ebenstein LLP**
**90 Park Avenue**
**New York, NY 10016**
**Telephone:  (212) 336-8000**
**Facsimile:  (212) 336-8001**

**Respectfully submitted,**
**SPIRE BIOMEDICAL, INC.,**

**By its attorneys,**

**___/s/ Heather B. Repicky_____**
**Daniel J. Gleason (BBO #194900)**
**Thomas J. Engellenner (BBO#154460)**
**Michelle Chassereau Jackson (BBO# 654825)**
**Heather B. Repicky (BBO# 663347)**
**Nutter, McClennen & Fish, LLP**
**World Trade Center West**
**155 Seaport Boulevard**
**Boston, MA 02210-2604**
**Telephone:  (617) 439-2000**
**Facsimile:  (617) 310-9000**

1548293.2