UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARROW INTERNATIONAL, INC. ET AL
    Plaintiff,

v.                             CIVIL ACTION
                               NO.05-10671-DPW

SPIRE BIOMEDICAL, INC.
    Defendant.

## ORDER OF DISMISSAL

WOODLOCK, D.J.

    Arrow must exhaust its administrative remedies before the PTO regarding abandonment as a condition precedent pursuit of this patent litigation by either party in an Article III court. This dismissal is without prejudice to judicial review following PTO determination regarding abandonment of the '198 patent.

DATED: July 31, 2006                  /s/ Douglas P. Woodlock
                                                Douglas P. Woodlock
                                                United States District Judge